# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**

☐ Under Seal

**Judge Assigned:**

City: McLean
Superseding Indictment:
**Criminal No.**

County: Fairfax
Same Defendant:
New Defendant:

Magistrate Judge Case No. 1:20-MJ-114
**Arraignment Date:**

Search Warrant Case No.
R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Zackary Ellis Sanders
Alias(es):
☐ Juvenile  FBI No.

**Address:** XXXX XXXXXXXX XXXX, McLean, Virginia 22102

Employment:

**Birth Date:** XX/XX/1995  **SSN:** XXX-XX-1189  **Sex:** Male  Race:  Nationality:

**Place of Birth:**  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:

☐ Interpreter  Language/Dialect:  Auto Description:

**Location/Status:**

**Arrest Date:**
☐ Already in Federal Custody as of:
in:

☐ Already in State Custody
☐ On Pretrial Release
☐ Not in Custody

☒ Arrest Warrant Requested
☐ Fugitive
☐ Summons Requested

☐ Arrest Warrant Pending
☐ Detention Sought
☐ Bond

**Defense Counsel Information:**

Name:
☐ Court Appointed  Counsel Conflicts:

Address:
☐ Retained

Phone:
☐ Public Defender
☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** William G. Clayman
Phone: 703 299 3700
Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI Special Agent Jeremy Obie

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2251(a), (e) | Production of Child Pornography | | |
| Set 2: | | | | |

**Date:** 3/18/2020  **AUSA Signature:** [signature]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]    [ Reset Form ]