AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia


MAR 2 0 2020

| United States of America | ) |
|---|---|
| v. | ) |
| Zackary Ellis Sanders | ) Case No. 1:20-MJ-114 |
| | ) |
| | ) **UNDER SEAL** |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Zackary Ellis Sanders                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e)


Date:   03/19/2020
                                                                                        *Issuing officer's signature*

City and state:     Alexandria, Virginia                          Hon. Ivan D. Davis, U.S. Magistrate Judge
                                                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* 3/20/2020 , and the person was arrested on *(date)* 3/20/2020
at *(city and state)* McLean, VA .

Date: 3/20/2020
                                                                                        *Arresting officer's signature*

                                                                                        DUSM P. Cook
                                                                                        *Printed name and title*