## Letter Details



**Inova Medical Group Neurology Alexandria**
1500 N BEAUREGARD STREET
ALEXANDRIA VA 22311-1723
Phone: 703-845-1500
Fax: 703-845-1300

March 23, 2020

Zackary E Sanders

Dear Sir or Madam:

Mr Zackary Sanders has had two hospital admissions in January for suspected Optic neuritis and is undergoing medical evaluation for causes, including multiple sclerosis. This is a high risk condition that can result in permanent blindness if not evaluated in a timely fashion. He will require regular followups with several subspecialists and has to undergo specialized testing. All of this will be impeded by jail time.

I appreciate any consideration you can offer for Mr Sanders. I can be reached as per below.

Rahul Dave, MD PHD
Director, Neuroimmunology & MS Center
Inova Neurosciences Institute
VCU College of Medicine (Fairfax campus)

Voicemail (571) 472-4183
Main Line: (571) 472-4200
Fax (571) 472-4183

8081 Innovation Park Drive, Ste 900
Fairfax, VA 22031

**EXHIBIT 2**