

**ADVANCED DIGESTIVE CARE**

NORTHERN VIRGINIA GASTROINTESTINAL ASSOCIATES

| 3301 WOODBURN RD.<br>SUITE 107<br>ANNANDALE, VA 22003<br>TEL: (703) 876-0437<br>FAX: (703) 876-0722 | STAFFORD S. GOLDSTEIN, M.D., F.A.C.P.<br>MARTIN G. PROSKY, M.D., F.A.C.P.<br>KRISHNA VEMANA, M.D.<br>KATIE ZIMMERMAN, C.R.N.P. | 1635. GEORGE MASON DRIVE<br>SUITE 107<br>ARLINGTON, VA 22205<br>TEL: (703) 876-0437<br>FAX: (703) 876-0722 |

March 25, 2020

**Re: Zackary Sanders**

Dear Your Honor:

Zackary Sanders, date of birth ▮▮▮▮ is currently under my care for evaluation of several serious digestive tract problems. These include difficulty swallowing, abdominal pain, chest pain, and rectal bleeding.

I first saw him in my office on February 24, 2020. At that time I felt that it was essential to perform an upper endoscopy and colonoscopy. These tests were delayed because of the coronavirus pandemic. It is still essential that these tests be done and I anticipate that I will be performing them quite soon. It is for this reason that I would recommend that he be discharged from the Alexandria Detention Center and returned to his home. This will allow me to complete his medical evaluation, which obviously would not be possible, if he were kept at the detention center.

As these are serious medical problems and require immediate attention I would hope that this would be done in an expeditious manner.
Please let me know if I can provide any further information.

Sincerely,

Martin G. Prosky, M.D., F.A.C.P.

**EXHIBIT 3**