

**GEORGE PAPASTERGIOU, DDS, PLC**
Cosmetic and Restorative Dentistry

United States District Judge

United States District Court for the Eastern District of Virginia

Re: Zackary Sanders

Dear Your Honor,

Zackary Sanders was seen in my dental office for an initial oral evaluation and dental prophylaxis on February 19, 2020. All new patients presenting to my practice receive bitewing dental radiographs, a comprehensive oral examination to include oral cancer screening, hard tissue assessment, and soft tissue assessment. Additionally, a thorough dental cleaning is also performed. These procedures were performed on Mr. Sanders and the findings are summarized below:

1. Supra and subgingival tartar with profuse bleeding on probing and generalized 3-4 mm pockets on periodontal probing both anterior and posterior quadrants.
2. Multiple proximal caries on molars and bicuspids.
3. No suspicious soft tissue lesions identified.

Mr. Sanders was informed of these findings and was asked to return to the office to evaluate the effectiveness of the treatment on his periodontal status and to treat the dental caries so that damage to the dental nerves does not occur. Mr. Sanders was also informed that time was of the essence with respect to his re-care appointments. It was explained to Mr. Sanders that failure to treat his periodontal condition could result in compromised alveolar bone with increased periodontal bleeding and loss of bone. Additionally, failure to treat his dental caries could result in unrelenting pain and the necessity for more invasive procedures including infection management, ,root canal therapy, and or extraction of compromised teeth.

Please do not hesitate to contact our office should any questions arise.

Sincerely,

*George Papastergiou D.D.S*
George Papastergiou DDS

124 Park Street, SE, Suite 200 • Vienna, Virginia 22180 • (703) 938-7174 • Fax (703) 255-2581
drg@smilealot.com • www.smilealot.com

**EXHIBIT 4**