

# FAIRFAX ENT &
## FACIAL PLASTIC SURGERY

Laurence R. O'Halloran, M.D., F.A.C.S.*
Timothy J. Egan, M.D.
Heinz H.E. Scheidemandel, M.D.
Antonio J. Cachay, M.D.
Sarah I. Blank, M.D.

8120 Gatehouse Road, Third Floor
Falls Church, VA 22042
Phone: 703.573.3687
Fax: 703.204.0114
www.fairfaxent.com

March 26, 2020

United States District Court for the Eastern District of Virginia
401 Courthouse Sq.
Alexandria, VA 22314

Re: Zackary Sanders
DOB:

Dear Your Honor:

Zackary Sanders is a 24-year-old male with a history of chronic sinusitis and optic neuritis. I first saw him on January 23, 2020, and at that time, he was noted to have purulent drainage is left nasal cavity consistent with acute rhinosinusitis. I prescribed Augmentin 875 mg twice daily for 21 days. While recovering from his acute sinusitis, he had a flareup of his optic neuritis, which required an additional round of high dose steroids. He was seen in follow-up on February 13 and mentioned that his sinus congestion, purulent rhinorrhea, and nasal congestion were improved. I ordered a CAT scan of the sinuses, but to the best of my knowledge, this has not been completed.
It is currently unknown whether his acute and chronic sinusitis is a causative factor for his optic neuritis. It is my expert medical opinion that any underlying sinusitis should be promptly and thoroughly addressed to minimize the risk of permanent vision loss. Further treatment options would depend on the results of a CAT scan of the sinuses. Thank you very much for your attention to this matter and please do not hesitate to call with any questions.

Sincerely,

*signature*

Timothy Egan MD

Diplomates of the American Board of Otolaryngology
*Diplomate of the American Board of Facial Plastic and Reconstructive Surgery

**EXHIBIT 5**