UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:20-mj-00114-JFA |
| | ) | |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant Zackary Ellis Sanders' Motion for Revocation of Detention Order and Request for Expedited Hearing, any response thereto, and the entire record in this matter, it is this _____ day of March, 2020, hereby

ORDERED that Defendant Sanders' motion is hereby GRANTED; and it is further

ORDERED that the March 20, 2020 Detention Order in this matter is hereby REVOKED; and it is further

ORDERED that Mr. Sanders is released on the following conditions:

1. Abide by specified restrictions on personal associations, place of abode, or travel;

2. Avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense;

3. Report on a regular basis to a designated law enforcement agency, pretrial services agency, or other agency;

4. Comply with a specified curfew;

5. Refrain from possessing a firearm, destructive device, or other dangerous weapon;

6. Submit to electronic monitoring;

7. Release into the custody of his parents;

8. Surrender of his U.S. Passport;

9. Home detention, with permission to leave his home for meetings with his attorneys or medical appointments;

10. No access to the internet; and

11. No contact with minor children.

_____
United States District Judge
United States District Court
   for the Eastern District of Virginia