UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:20-mj-00114-JFA |
| | ) | |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT ZACKARY ELLIS SANDERS' NOTICE OF HEARING

Please take notice that Defendant Zackary Ellis Sanders' Motion for Revocation of Detention Order and Request for Expedited Hearing filed on March 27, 2020, will be heard on Friday, April 3, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314.

Respectfully submitted,

　　/s/ Steven J. McCool, Esq.
STEVEN J. McCOOL
Virginia Bar No. 89860
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone:  (202) 450-3370
Fax:  (202) 450-3346
smccool@mccoollawpllc.com

*Counsel for Zackary Ellis Sanders*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                                                                             <u>/s/ Steven J. McCool, Esq.</u>
                                                                                             STEVEN J. McCOOL