AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America *Plaintiff* v. Zackary Ellis Sanders *Defendant* | Case No. 1:20-mj-114 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zackary Ellis Sanders

Date: 04/07/2020

*Attorney's signature*

Jonathan Jeffress, Bar No. 42884
*Printed name and bar number*
KaiserDillon PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005

*Address*

jjeffress@kaiserdillon.com
*E-mail address*

(202) 271-9018
*Telephone number*

(202) 280-1034
*FAX number*