# Exhibit 2
## January 11, 2020 INOVA's After Visit Summary

# AFTER VISIT SUMMARY



**Zackary E. Sanders**  DoB: 2/16/1995   📅 1/11/2020  2:00 PM   📍 Inova Urgent Care Tysons Corner 571-665-6440

## Instructions from Norina Cukon-Lyons, NP

Your personalized instructions can be found at the end of this document.



### Today's medication changes

➡ START taking:

**guaiFENesin-codeine** (ROBITUSSIN w Codeine)

**oseltamivir** (TAMIFLU)

Accurate as of January 11, 2020  3:50 PM.
**Review your updated medication list below.**



### Pick up these medications at CVS/pharmacy #1397 - MCLEAN, VA - 1452 CHAIN BRIDGE ROAD AT CHAIN BRIDGE CENTER

guaiFENesin-codeine • oseltamivir

Address:  1452 CHAIN BRIDGE ROAD, MCLEAN VA 22101
Phone:   703-883-0157

## Today's Visit

You saw Norina Cukon-Lyons, NP on Saturday January 11, 2020 for: Sinus Problem and Eye Pain. The following issues were addressed: Cough and Influenza B.

| | | | |
|---|---|---|---|
| ❤ Blood Pressure **145/98** | | 🧍 BMI **36.18** | |
| ⏲ Weight **245 lb** | | 📏 Height **5' 9"** | |
| 🌡 Temperature **98.1 °F** | | 💗 Pulse **120** | |
| 😤 Respiration **22** | | 🫁 Oxygen Saturation **98%** | |

### ⊕ Orders Placed Today

XR Chest 2 Views for Cough

Influenza A/B for Cough

## What's Next

| | | |
|---|---|---|
| JAN **23** 2020 | **NEURO OP NEW PATIENT with Sonalee Kulkarni, MD** Thursday January 23 2:20 PM | Inova Medical Group Neurology Fairfax 8505 Arlington Blvd Suite 450 Fairfax VA 22031-4630 703-280-1234 |
| JAN **29** 2020 | **Follow Up Appointment with Rahul H Dave, MD PhD** Wednesday January 29 1:00 PM | Inova Medical Group Neurology Fairfax 8505 Arlington Blvd Suite 450 Fairfax VA 22031-4630 703-280-1234 |

## Point of Care Results

### Influenza A/B

| Component | Value | Standard Range & Units |
|---|---|---|
| POCT Rapid Influenza A AG | Negative | Negative |
| POCT Rapid Influenza B AG | **Positive** | Negative |

# Allergies

No Known Allergies

No results for this visit

# MyChart Sign Up

 Status : **Active**

You currently have an active MyChart account which allows you to send secure messages to your doctor, view your test results, request prescription refills, request or schedule appointments, and more.

If you have not logged in to MyChart for a while and have forgotten your user name or password please use the "Forgot MyChart Username" or "Forgot MyChart Password" links located next to the logon boxes at  inova.org/mychart or valleyhealthlink.com/mychart

If you have any questions regarding your results please contact your Primary Care Physician (Doctor's Office).

*Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial 911.  For same-day concerns, please contact your primary health care provider.*

# Changes to Your Medication List

**ⓘ Accurate as of January 11, 2020  3:50 PM.**
If you have any questions, ask your nurse or doctor.

## START taking these medications


**START**

**guaiFENesin-codeine** 100-10 MG/5ML syrup
Commonly known as: ROBITUSSIN w Codeine
Started by: Norina Cukon-Lyons, NP

Take 5 mLs by mouth nightly as needed for Cough


**START**

**oseltamivir** 75 MG capsule
Commonly known as: TAMIFLU
Started by: Norina Cukon-Lyons, NP

Take 1 capsule (75 mg total) by mouth 2 (two) times
daily for 5 days

## CONTINUE taking these medications

**fluticasone-salmeterol** 115-21 MCG/ACT inhaler
Commonly known as: ADVAIR HFA

Inhale 2 puffs into the lungs 2 (two) times daily

**ibuprofen** 800 MG tablet
Commonly known as: ADVIL,MOTRIN

Take 1 tablet (800 mg total) by mouth every 8 (eight)
hours as needed for Pain

**rizatriptan** 10 MG tablet
Commonly known as: MAXALT

Take 1 tablet (10 mg total) by mouth once as needed
for Migraine.for up to 1 dose May repeat in 2 hours if
needed. Max 2/day

**\* Topiramate ER** 50 MG Cp24
Commonly known as: TROKENDI XR

Take 50 mg by mouth daily.

**\* Topiramate ER** 100 MG Cp24
Commonly known as: TROKENDI XR

Take 100 mg by mouth daily.

> ◆ \* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions
> carefully, and ask your doctor or other care provider to review them with you.

# Instructions from Norina Cukon-Lyons, NP

## Influenza (Adult)



Influenza is also called the flu. It is a viral illness that affects the air passages of your lungs. It is different from the common cold. The flu can easily be passed from one to person to another. It may be spread through the air by coughing and sneezing. Or it can be spread by touching the sick person and then touching your own eyes, nose, or mouth.

The flu starts 1 to 3 days after you are exposed to the flu virus. It may last for 1 to 2 weeks but sometimes people feel tired or fatigued for many weeks afterward. You usually don't need to take antibiotics unless you are at high risk for or have a complication. This might be an ear or sinus infection or pneumonia.

Symptoms of the flu may be mild or severe. They can include extreme tiredness (wanting to stay in bed all day), chills, fevers, muscle aches, soreness with eye movement, headache, and a dry, hacking cough.

Antiviral medicine treatment for the flu is available by prescription and may be effective in reducing the duration and severity of flu symptoms if started within 48 hours. Your provider may perform a diagnostic test to determine if you have influenza and which strain you have.

## Home care

Follow these guidelines when caring for yourself at home:

- Avoid being around cigarette smoke, whether yours or other people's.

- Acetaminophen or ibuprofen will help ease your fever, muscle aches, and headache. Don't give aspirin to anyone younger than 18 who has the flu. Use of aspirin younger than 18 can cause a serious condition called Reye syndrome.

- Nausea, loose stools, and loss of appetite are common with the flu. Eat light meals. Drink 6 to 8 glasses of liquids every day. Good choices are water, sport drinks, soft drinks without caffeine, juices, tea, and soup. Extra fluids will also help loosen secretions in your nose and lungs.

- Over-the-counter cold medicines will not make the flu go away faster. But the medicines may help with coughing, sore throat, and congestion in your nose and sinuses. Don't use a decongestant if you have high blood pressure.

- Stay home until your fever has been gone for at least 24 hours without using medicine to reduce fever.

## Follow-up care

Follow up with your healthcare provider, or as advised, if you are not getting better over the next week.

If you are age 65 or older, talk with your provider about getting a pneumococcal vaccine every 5 years. You should also get this vaccine if you have chronic asthma or COPD. All adults should get a flu vaccine every fall. Ask your provider about this.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- You have symptoms of the flu and are immune compromised (such as by cancer, transplant, or HIV) or you are taking medicines that can weaken the immune system (such as steroids and certain anti-inflammatory medicines).Cough with lots of colored mucus (sputum) or blood in your mucus

- Chest pain, shortness of breath, wheezing, or trouble breathing

- Severe headache, or face, neck, or ear pain

- New rash with fever

- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

- Confusion, behavior change, or seizure

- Severe weakness or dizziness

- You get a new fever or cough after getting better for a few days

**StayWell last reviewed this educational content on** 1/1/2017

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# MyChart Result Reminder

If you have had tests ordered by our office and have not heard from us about the results within 10 days from the time the test was done, please send us a secure message on MyChart and we will gladly discuss them with you. If the patient is between the ages of 12 and 17 please call the office.

**Notice of Non-Discrimination**

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability, or age in admission to, participation in, or receipt of the services or benefits under any of its programs or activities, whether carried out by Inova directly or through a contractor or any other entity with which Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act, and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at 45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Inova:
- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  o Qualified sign language interpreters
  o Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  o Qualified interpreters
  o Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

# Interpreter Services are available at no cost to you.

## Please let our staff know of your needs for effective communication.

| | |
|---|---|
| **Spanish** | Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva. |
| **Korean** | 알려드립니다: 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다. 효과적인 의사전달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다. |
| **Vietnamese** | Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn. |
| **Chinese** | 注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有 效溝通。 |
| **Arabic** | انتباه: إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. برجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة. |
| **Tagalog** | Atensyon: Kung nagsasalita ka ng Tagalog, mayroong magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon. |
| **Farsi** | توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت رایگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید. |
| **Amharic** | ትኩረት: አማርኛ የሚናገሩ ከሆነ ለአገልግሎ የቋንቋ ድጋፍ አገልግሎቶች ከክፍያ ነጻ ይቀርባሉዎታል:: መጠቀም የሚ ከሚያኔክቴን የሚፈልጉ ከሆነ ሰራተኞታን እንዲያውቁ ያድርጉ:: |
| **Urdu** | توجہ: اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، مفت میں، آپ کو دستیاب ہیں۔ موثر مواصلت کے لیے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتلا دیں۔ |
| **French** | Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace. |
| **Russian** | Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях. |
| **Hindi** | कृपया ध्यान दें : यदि आप हिन्दी बोलते हैं, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-संपर्क हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं। |
| **German** | Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit. |
| **Bengali** | দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার জন্য বিনামূল্যে ভাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের জন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান। |
| **Kru (Bassa)** | Tò Ɖùù Nìmɔ̀ Dyíín Cáo: Ɔ̀ jǔ ké m̀ dyi Ɓàsɔ́ɔ̀-wùɖù (Ɓǎsɔ́ɔ̀-wùɖù) po ní, nìí, à bédé gbo-kpá-kpá bó wuɖu-dù kò-kò po-nyɔ̀ bě bìì nɔ̀ à gbo bó pídyi. M̀ dyi dɛ̀ dò mɔ́ nɔ̀ à gbo ní, m̀ mɛ nyuɛ béà kǔà-nyɔ̀ běɔ̀ kéɛ̀ dyí dyuò, ké à kɛ̀ mɔ̀ kɛ̀ muɛ jɛ̀ cɛ̀ìn nɔ̀mɔ̀ dyíín. |
| **Ibo** | Nrubama: O buru na i na asu Igbo, oru enyemaka asusu, n'efu, diiri gi. Biko mee ka ndi oru anyi mara mkpa gi maka nkwukorita ga-aga nke oma. |
| **Yoruba** | Akiyesi: Bi o ba nso Yoruba, awon ise iranilowo ede wa l'ofe fun o. Jowo je ki ara ibise wa mo nipa awon aini re fun ibaraenisoro ti o munadoko. |

