# Exhibit 3B

## January 2, 2020 INOVA Admission Summary

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

# Appointment Details

Notes

## Notes From Your Visit

### Wendy E Thompson, FNP at 1/15/2020  2:00 PM

Status: Signed

**History of Present Illness**

Patient presents to clinic for post hospitalization for bilateral eye pain with associated left eye blurry vision. Information obtained from patient and medical record. "Patient presented to ED after seeing ophthalmology who noted left eye papilledema. Patient was seen by neurology and given 3 days of IV Solumedrol. MRI of cervical spine came back negative for acute issues. MRI of brain showed pansinusitis. His symptoms were improving after 3 doses of the IV Solumedrol. He was discharged with follow up to see Dr. Kulkarni and Dr. Dave."  The patient is a 24 year old male presenting by himself. Past medical history includes chronic migraines, left optic neuritis.Overall patient reports continued blurred vision from left eye on confrontation. He continues to have an ache if he looks all the way to left or right. He did receive 3 doses of IV solumedrol which did help significantly.  Last dose was on 1/4/2020. He tells me he was supposed to be given the last 2 doses on discharge, however this was discontinued due to improvement. Symptoms have improved, but continues.

**NO Procedures**

**I personally reviewed the Imaging/studies on this patient.**
**ROS Negative except as noted in HPI or BOLD:**

| | | |
|---|---|---|
| Weight loss gain | Heartburn Ulcer | Pain joint arm leg hand foot |
| Fever Tic bite | Swallowing problems | Left Right Weak arm leg hand foot all over |
| Night sweats | Hearing problems tinnitus | Left Right numbness and tingling arm leg hand foot |
| Rash | Arm leg face Weakness | Back Pain Neck Pain |
| Chest pain SOB Asthma | Fatigue Daytime sleepiness | LOC Altered consciousness |
| Stroke like spell | Headache Facial Pain | Seizure like spell |
| Abdominal pain | Diplopia Dizziness | Sleep problems OSA EDS |
| Change in Bowels | Eye pain **Vision Change** | Anxiety Stress Depression |
| Hematuria Incontinence | Hoarseness Speech change | Word finding difficulty |
| Nausea Vomit Diarrhea | Poor balance unsteady Falls close call | Memory loss Cognitive issues |

**The following portions of the patient's history were reviewed and updated as appropriate:**
Allergies: NKDA

Current meds reviewed and are correct in EPIC
Social history: nonsmoker

**EXAM:**

**Visit Vitals**

| | |
|---|---|
| BP | 130/80 (BP Site: Left arm, Patient Position: Sitting, Cuff Size: Large) |
| Pulse | 87 |
| Ht | 1.713 m (5' 7.44") |
| Wt | 110 kg (242 lb 9.6 oz) |
| BMI | 37.50 kg/m² |

**General appearance**: Well nourished, well developed male in NAD
**HEENT**: NC/AT. Facial symmetry. Anicteric sclera. Cornea is clear. Nose in the midline.
No Discharges. Tongue midline and able to move the tongue freely and with strength.
Uvula positioned in the mid line.
**Neck**: supple
**Cardiovascular:** No edema.
**Pulmonary**: Unlabored breathing. .
**Abdomen:** Nondistended, nontender
**Mental Status**: The patient was awake, alert and oriented X4. Normal affect.
Recent and remote memory appeared to be normal.
Attention span and concentration appear normal.
Fluent without aphasia.
**Cranial nerves**:
Cranial Nerves:
III, IV, VI: EOMI, No nystagmus, no palsies, no ptosis
V: Intact to LT V1-V3 distribution bilaterally.
VI: Symmetrical face and expression.
VIII: Hearing intact to conversation
IX, X: Palate/Uvula elevates symmetrically.
XII: Tongue is midline.
**Motor**: Muscle tone normal. No atrophy. No fasiculations. No pronator drift. Moving all
extremities equally.
**Coordination:** no truncal ataxia. No tremors
**Gait**: Stable. Good stride length, good initiation.

Assessment:
1. History of recent Left eye optic neuritis with continued symptoms
2. Left eye with blurred vision
3. Pain with moving eyes from left to right or right to left

Plan: **Spoke with Dr. Kurukumbi for POC**
1. Prescribed Medrol pak
2. Follow up as scheduled with Dr. Kulkarni and Dr. Dave
Medication Management
Expressive supportive care given

Sanders_026

**The patient is to contact me via MyChart if there is any question or new development or medication side effects and to check on testing results as they become available.**

Dr. Cochran was available in a supervisory capacity.

Wendy Thompson, FNP

MyChart® licensed from Epic Systems Corporation © 1999 - 2019.

Sanders_027

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

# Appointment Details

Notes

## Notes From Your Visit

### Rahul H Dave, MD PhD at 1/27/2020 12:30 PM

Status: Signed

**VISUAL EVOKED POTENTIAL STUDY**

*Visual evoked response testing was performed using the Guidelines of the American Clinical Neurophysiology Society. Copies of the recording are available upon request (see Media tab in EPIC)*

Uncorrected visual acuity:
OS 20/25        OD: 20/20

Waveforms were good.

The absolute P100 latencies and inter-ocular differenc**es** were:
OS: 121 msec        OD: 115 msec

**IMPRESSION:**
There was prolonged delay especially in the left eye compared to the right eye.  The inter-eye delay of 6 ms is significant given the patient's reported complaints.  The potentials suggest ongoing acute optic neuritis rather than chronic changes.

A MyChart message was sent to patient advising him to present to ER for additional IV steroids

Rahul Dave, MD PHD
IMG Neurology

MyChart® licensed from Epic Systems Corporation © 1999 - 2019.

Sanders_028

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

# Test Results

Be advised that most outpatient test results will not be available in MyChart until 3 business days after the result is finalized. However, some results do release at various intervals and can take up to 14 days to release unless your Provider releases them early. **Please see the chart for reference.**

**If you do not see your results listed, please contact the location where the testing was performed.**

Your Physician may not have reviewed the results of these tests in the context of your overall medical condition for **3-5 business days.**

Testing performed outside of Inova or Valley Health at another location will not be available in MyChart unless your Provider scans those results into your Electronic Health Record.

| Test | Ordered By | Date ▼ |
|------|-----------|--------|
| QUANTIFERON(R)-TB GOLD PLUS | Rahul H Dave, MD ... | Mar 5, 2020 |
| CBC WITH DIFFERENTIAL | Huy D Nguyen, MD | Jan 29, 2020 |
| MAGNESIUM | Huy D Nguyen, MD | Jan 29, 2020 |
| PT AND APTT | Huy D Nguyen, MD | Jan 29, 2020 |
| COMPREHENSIVE METABOLIC PANEL | Huy D Nguyen, MD | Jan 29, 2020 |
| GFR | Huy D Nguyen, MD | Jan 29, 2020 |
| MRI SPINE THORACIC W/WO CONTRAST | Benjamin E Wyllie, ... | Jan 28, 2020 |
| CT CHEST W CONTRAST | Benjamin E Wyllie, ... | Jan 28, 2020 |
| CBC WITH DIFFERENTIAL | Christopher Brian ... | Jan 28, 2020 |
| COMPREHENSIVE METABOLIC PANEL | Christopher Brian ... | Jan 28, 2020 |
| MAGNESIUM | Christopher Brian ... | Jan 28, 2020 |

Sanders_029

| | | |
|---|---|---|
| GFR | Christopher Brian ... | Jan 28, 2020 |
| ARBOVIRUS PANEL, IGM | Rahul H Dave, MD ... | Jan 28, 2020 |
| FUNGAL ANTIBODY PANEL, SERUM | Rahul H Dave, MD ... | Jan 28, 2020 |
| FUNGITELL (R) (1.3)-B-D GLUCAN ASSAY | Rahul H Dave, MD ... | Jan 28, 2020 |
| VARICELLA ZOSTER IGM | Rahul H Dave, MD ... | Jan 28, 2020 |
| EPSTEIN BARR VIRUS VCA IGM | Rahul H Dave, MD ... | Jan 28, 2020 |
| CYTOMEGALOVIRUS Ab IgM | Rahul H Dave, MD ... | Jan 28, 2020 |
| T4 | Rahul H Dave, MD ... | Jan 28, 2020 |
| TSH | Rahul H Dave, MD ... | Jan 28, 2020 |
| RHEUMATOID FACTOR | Rahul H Dave, MD ... | Jan 28, 2020 |
| PROTEINASE-3 AB | Rahul H Dave, MD ... | Jan 28, 2020 |
| HIV AG/AB 4TH GENERATION | Rahul H Dave, MD ... | Jan 28, 2020 |
| HEPATITIS C ANTIBODY | Rahul H Dave, MD ... | Jan 28, 2020 |
| HEPATITIS B SURFACE ANTIGEN | Rahul H Dave, MD ... | Jan 28, 2020 |
| HEPATITIS B SURFACE ANTIBODY QUA... | Rahul H Dave, MD ... | Jan 28, 2020 |
| HEP B CORE ANTIBODY, TOTAL | Rahul H Dave, MD ... | Jan 28, 2020 |
| SEDIMENTATION RATE | Rahul H Dave, MD ... | Jan 28, 2020 |
| MYELOPEROXIDASE ANTIBODY | Rahul H Dave, MD ... | Jan 28, 2020 |
| COPPER, SERUM | Rahul H Dave, MD ... | Jan 28, 2020 |

Sanders_030

| | | |
|---|---|---|
| C-REACTIVE PROTEIN | Rahul H Dave, MD … | Jan 28, 2020 |
| ZINC | Rahul H Dave, MD … | Jan 28, 2020 |
| CYCLIC CITRUL PEPTIDE AB, IGG | Rahul H Dave, MD … | Jan 28, 2020 |
| VISUAL EVOKED POTENTIAL TEST | Rahul H Dave, MD … | Jan 27, 2020 |
| XR CHEST 2 VIEWS | Norina Cukon-Lyo… | Jan 11, 2020 |
| POCT INFLUENZA A/B | Norina Cukon-Lyo… | Jan 11, 2020 |
| DRUG TEST, GENERAL TOXICOLOGY U… | Benjamin E Wyllie, … | Jan 3, 2020 |
| PT AND APTT | Huy D Nguyen, MD | Jan 3, 2020 |
| ANA PANEL | Benjamin E Wyllie, … | Jan 3, 2020 |
| ANGIOTENSIN CONVERTING ENZYME | Benjamin E Wyllie, … | Jan 3, 2020 |
| LYME AB, TOTAL,REFLEX TO WESTERN… | Benjamin E Wyllie, … | Jan 3, 2020 |
| VITAMIN B12 | Benjamin E Wyllie, … | Jan 3, 2020 |
| SYPHILIS SCREEN IGG AND IGM | Benjamin E Wyllie, … | Jan 3, 2020 |
| TSH | Benjamin E Wyllie, … | Jan 3, 2020 |
| COMPREHENSIVE METABOLIC PANEL | Huy D Nguyen, MD | Jan 3, 2020 |
| CBC WITH DIFFERENTIAL | Huy D Nguyen, MD | Jan 3, 2020 |
| MAGNESIUM | Huy D Nguyen, MD | Jan 3, 2020 |
| GFR | Huy D Nguyen, MD | Jan 3, 2020 |
| C-REACTIVE PROTEIN | Huy D Nguyen, MD | Jan 3, 2020 |

Sanders_031

| | | |
|---|---|---|
| MRI BRAIN W/WO CONTRAST | Benjamin E Wyllie, … | Jan 2, 2020 |
| MRI SPINE CERVICAL W/WO CONTRAST | Benjamin E Wyllie, … | Jan 2, 2020 |
| CT HEAD WO CONTRAST | Glenn G Druckenbr… | Jan 2, 2020 |
| CBC WITH DIFFERENTIAL | Trevor D Talbert, MD | Jan 2, 2020 |
| COMPREHENSIVE METABOLIC PANEL | Trevor D Talbert, MD | Jan 2, 2020 |
| GFR | Trevor D Talbert, MD | Jan 2, 2020 |
| POCT INFECTIOUS MONO ANTIBODY | Kathryn A O'Conne… | Dec 28, 2019 |
| **POCT INFLUENZA A/B** | **Kathryn A O'Conn…** | **Dec 28, 2019** |
| CT LUMBAR SPINE WO CONTRAST | Ashna Nayyar, PA | Nov 16, 2019 |
| MRI KNEE LEFT | Michael P Cassidy, … | Feb 19, 2019 |

MyChart® licensed from Epic Systems Corporation © 1999 - 2019.

Sanders_032

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

# Your Admission - 01/28/20

Admission Summary

## Discharge Instructions

## AVS - DISCHARGE INSTRUCTIONS 

**Zackary E. Sanders** MRN: 02378093

⊞ Optic neuritis, left  📅 1/28/2020 - 1/29/2020  📍 Inova Fairfax Hospital North Tower 3  📍 FAIRFAX
HOSPITAL  📞 703-776-4001

AFTER VISIT SUMMARY (AVS)

## Most Important
 About Your Stay

**Reason for your Hospital Admission:**
Optic neuritis

**Instructions for after your discharge:**
To have outpatient IV Solumedrol 1000 mg/day infusion at infusion center starting 1/30/20 for
total of 2 days, set up at infusion center.

## Things To Do

 Do

☐ Schedule an appointment with Rahul H Dave, MD PhD **as soon as** possible for a visit in **2 week(s)**
Inova Medical Group - Neurology II
703-280-1234

## Doctor in charge of your hospital stay

No att. providers found

Sanders_033

## What's next

### Follow up with PCP None, MD

### Schedule an appointment with Rahul H Dave, MD PhD as soon as possible for a visit in 2 week(s)

Inova Medical Group ·
Neurology II
8505 Arlington Blvd
450
Fairfax VA 22031-4630
703-280-1234

## You are allergic to the following

No active allergies

## Immunizations Administered for This Admission

No immunizations on file.

Sanders_034

# Discharge Medication List  as of January 29, 2020  5:31 PM

ⓘ Medication Lists help reduce medication errors and help prevent harmful drug interactions. Please maintain and update your medication list and share it with your health care providers at every visit.

| | Instructions | AM | Noon | PM | Bed | As Needed |
|---|---|---|---|---|---|---|
| **amoxicillin-clavulanate** 875-125 MG per tablet<br>Common Name: AUGMENTIN | Take 1 tablet by mouth 2 (two) times daily<br>Last given: January 29, 2020  9:39 AM | | | | | |
| **fluticasone-salmeterol** 115-21 MCG/ACT inhaler<br>Common Name: ADVAIR HFA | Inhale 2 puffs into the lungs 2 (two) times daily | | | | | |
| **ibuprofen** 800 MG tablet<br>Common Name: ADVIL,MOTRIN | Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for Pain | | | | | |
| **meloxicam** 15 MG tablet<br>Common Name: MOBIC | Take 15 mg by mouth daily | | | | | |
| **rizatriptan** 10 MG tablet<br>Common Name: Maxalt | Take 1 tablet (10 mg total) by mouth once as needed for Migraine.for up to 1 dose May repeat in 2 hours if needed. Max 2/day | | | | | |

Sanders_035

## Notice of Non-Discrimination

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability, or age in admission to, participation in, or receipt of the services or benefits under any of its programs or activities, whether carried out by Inova directly or through a contractor or any other entity with which Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act, and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at 45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Inova:
- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  o Qualified sign language interpreters
  o Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  o Qualified interpreters
  o Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

Sanders_036

# Interpreter Services are available at no cost to you.
## Please let our staff know of your needs for effective communication.

| | |
|---|---|
| **Spanish** | Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva. |
| **Korean** | 알려드립니다: 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다. 효과적인 의사건달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다. |
| **Vietnamese** | Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn. |
| **Chinese** | 注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有 效溝通。 |
| **Arabic** | انتباه: إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. يرجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة. |
| **Tagalog** | Atensyon: Kung nagsasalita ka ng Tagalog, mayroong magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon. |
| **Farsi** | توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت رایگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید |
| **Amharic** | ትኩረት፤ አማርኛ የሚናገሩ ከሆነ ለእርስዎ የቋንቋ ድጋፍ አገልግሎቶች ከክፍያ ነጻ ይቀርቡልዎታል። ውጤታማ የሆነ ኮሙኒኬሽን የሚያስፈልጉ ከሆነ ሰራተኞች እንዲያውቁ ያድርጉ። |
| **Urdu** | توجہ: اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، مفت میں، آپ کی دستیاب ہیں۔ موثر مواصلت کے لئے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتلا دیں۔ |
| **French** | Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace. |
| **Russian** | Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях. |
| **Hindi** | कृपया ध्यान दें: यदि आप हिन्दी बोलते हैं, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-संपर्क हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं। |
| **German** | Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit. |
| **Bengali** | দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার অন্য বিনামূল্যে ডাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের অন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান। |
| **Kru (Bassa)** | Tò Ɖùù Nɨ̀mɔ̀ Ɖyíín Cáo: Ɔ̀ jǔ ké m̀ ɖyi Ɓàsɔ́ɔ̀-wùɖù (Ɓǎsɔ́ɔ̀-wùɖù) po ní, nìí, à bɛ́ɖɛ́ gbo-kpá-kpá ɓó wuɖu-dù kò-kò po-nyɔ̀ ɓɛ́ ɓìì nɔ̀ à gbo ɓó pìɖyi. M̀ ɖyi ɖɛ ɖò mɔ́nɔ̀ à gbo ní, m̀ maɛnyus ɓɛ̀ à kǔà-nyɔ̀ ɓɛ̃̀ kɛ́s ɖyi ɖyuɔ̀, kɛ́ à kɛ̀ mɔ̀ kɛ̀ musjɛ̀ cĩ̀inn nɨ̀mɔ̀ ɖyíín. |
| **Ibo** | Nrubama: Ọ bụrụ na ị na asụ Igbo, ọrụ enyemaka asụsụ, n'efu, dịịrị gị. Biko mee ka ndị ọrụ anyị mara mkpa gị maka nkwukọrita ga-aga nke oma. |
| **Yoruba** | Akiyesi: Bi o ba nsọ Yoruba, awọn iṣe iranlọwọ ede wa l'ọfẹ fun ọ. Jọwọ jẹ ki ara ibiṣe wa mọ nipa awọn aini rẹ fun ibaraẹnisọrọ ti o munadoko. |



Sanders_037

4/10/2020, 2:12 PM

Case 1:20-cr-00143-TSE   Document 24-4   Filed 04/13/20   Page 15 of 25 PageID# 243

*Our patients are the reason for all we do: we want to improve and you can help! You may receive a survey asking about your visit – this will come from Inova through postal mail or via email from our survey vendor. Please take the time to complete it; your valuable input will be used to recognize exceptional members of the care team and improve the quality of our service. Thank you!*

Patient Signature: _____   Date and Time: _____

Responsible Adult: _____   Date and Time: _____

Nurse Signature: _____   Date: _____

# CDC Recommendations to Prepare for COVID-19

**Stay home if you are sick.** Stay home if you have symptoms of a fever, cough, or shortness of breath.   If a member of your household is sick, stay home from school and work to avoid spreading COVID-19 to others.

- If your children are in the care of others, urge caregivers to watch for COVID-19 symptoms.

**Continue practicing everyday preventive actions.** Cover coughs and sneezes with a tissue and wash your hands often with soap and water for at least 20 seconds. If soap and water are not available, use a hand sanitizer that contains 60% alcohol. Clean frequently touched surfaces and objects daily using a regular household detergent and water.

**Use the separate room and bathroom you prepared for sick household members (if possible).** Avoid sharing personal items like food and drinks. Provide your sick household member with clean disposable facemasks to wear at home, if available, to help prevent spreading COVID-19 to others. Clean the sick room and bathroom, as needed, to avoid unnecessary contact with the sick person.

- If surfaces are dirty, they should be cleaned using a detergent and water prior to disinfection. For disinfection, a list of products with EPA-approved emerging viral pathogens claims, maintained by the CDC (See CDC website for more information).  Always follow the manufacturer's instructions for all cleaning and disinfection products.

**Stay in touch with others by phone or email.** If you live alone and become sick during a COVID-19 outbreak, you may need help. If you have a chronic medical condition and live alone, ask family, friends, and health care providers to check on you during an outbreak. Stay in touch with family and friends with chronic medical conditions.

MyChart® licensed from Epic Systems Corporation © 1999 - 2019.

Sanders_038

4/10/2020, 2:12 PM

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

# Appointment Details

## AFTER VISIT SUMMARY



**Zackary E. Sanders** DoB: 2/16/1995

📅 1/30/2020  3:00 PM   📍 Fairfax Inova Schar Cancer Institute - Adult Infusion 571-472-4724

## What's Next
You currently have no upcoming appointments scheduled.

## Allergies
No Known Allergies

No results for this visit

## Today's Visit
You saw Leslie F Hunt-Reda, RN on Thursday January 30, 2020. The following issue was addressed: Optic neuritis, left.

 Blood Pressure
121/77

 Temperature (Oral)
98.4 °F

 Pulse
56

 Respiration
17

🔗 **Medications Given**
methylPREDNISolone sodium succinate (SOLU-Medrol) injection 1000 mg Stopped 1/30/2020 4:39 PM

Sanders_039

Case 1:20-cr-00143-TSE    Document 24-4    Filed 04/13/20    Page 17 of 25 PageID# 245

# Your Medication List as of January 30, 2020 11:59 PM

*(i)* Always use your most recent med list.

**amoxicillin-clavulanate** 875-125 MG per tablet
Commonly known as: AUGMENTIN

Take 1 tablet by mouth 2 (two) times daily

**fluticasone-salmeterol** 115-21 MCG/ACT inhaler
Commonly known as: ADVAIR HFA

Inhale **2** puffs into the lungs **2** (two) times daily

**ibuprofen** 800 MG tablet
Commonly known as: ADVIL,MOTRIN

Take 1 tablet (800 mg total) by mouth every 8
(eight) hours as needed for Pain

**meloxicam** 15 MG tablet
Commonly known as: MOBIC

Take 15 mg by mouth daily

**rizatriptan** 10 MG tablet
Commonly known as: Maxalt

Take 1 tablet (10 mg total) by mouth once as
needed for Migraine.for up to 1 dose May
repeat in 2 hours if needed. Max 2/day

## MyChart Result Reminder

If you have had tests ordered by our office and have not heard from us about the results within 10 days
from the time the test was done, please send us a secure message on MyChart and we will gladly discuss
them with you. If the patient is between the ages of 12 and 17 please call the office.

**Notice of Non-Discrimination**

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits
to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability,
or age in admission to, participation in, or receipt of the services or benefits under any of its programs or
activities, whether carried out by Inova directly or through a contractor or any other entity with which
Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the
Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act,
and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at
45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Sanders_040

Inova:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - o Qualified sign language interpreters
  - o Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - o Qualified interpreters
  - o Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

Sanders_041

# Interpreter Services are available at no cost to you.

## Please let our staff know of your needs for effective communication.

| Spanish | Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva. |
|---|---|
| Korean | 알려드립니다: 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다. 효과적인 의사전달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다. |
| Vietnamese | Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn. |
| Chinese | 注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有效溝通。 |
| Arabic | انتباه إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. يرجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة. |
| Tagalog | Atensyon: Kung nagsasalita ka ng Tagalog, mayroong magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon. |
| Farsi | توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت رایگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید. |
| Amharic | ትኩረት፡ አማርኛ የሚናገሩ ከሆነ ለፍጆታዎ የቋንቋ ድጋፍ አገልግሎቶች ከክፍያ ነጻ ይቀርብልዎታል፡፡ ውጤታማ የሆነ ኮሙኒኬሽን የሚያስፈልጉ ከሆነ ሰራተኞቻችን እንዲያውቁት ያድርጉ፡፡ |
| Urdu | توجہ: اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، مفت میں، آپ کی دستیاب ہیں۔ موثر مواصلات کے لیے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتلا دیں۔ |
| French | Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace. |
| Russian | Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях. |
| Hindi | कृपया ध्यान दें : यदि आप हिन्दी बोलते हैं, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-संपर्क हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं। |
| German | Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit. |
| Bengali | দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার জন্য বিনামূল্যে ভাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের জন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান। |
| Kru (Bassa) | Tò Ɖùù Nìmɔ̀ Dyíin Cáo: Ɔ jǔ ké m̀ dyi Ɓàsɔ́ɔ̀-wùɖù (Ɓìsɔ́ɔ̀-wùɖù) po ní, nìí, à ɓéɖé gbo-kpá-kpá ɓó wuɖu-dù kò-kò po-nyɔ̀ ɓɛ́ bìì nɔ̀ à gbo ɓó pídyi. M̀ dyi ɖɛ ɖò mɔ́ nɔ̀ à gbo ní, m̀ mɛ nyuɛ ɓɛ́ à kǔà-nyɔ̀ ɓɛ́ɛ̀ kéǎ dyi dyuǒ, ké à kɛ̀ mɔ́ kɛ̀ mɛ jɛ̀ ɛ̃fìn nɔ́mɔ̀ dyíin. |
| Ibo | Nrubama: O buru na i na asu Igbo, oru enyemaka asusu, n'efu, diiri gi. Biko mee ka ndi oru anyi mara mkpa gi maka nkwukorita ga-aga nke oma. |
| Yoruba | Akiyesi: Bi o ba nsọ Yoruba, awọn ise iranlọwọ ede wa l'ofe fun ọ. Jọwọ jẹ kí ara ibise wa mọ nipa awọn aini rẹ fun ibaraenisọrọ ti o munadoko. |



Case 1:20-cr-00143-TSE   Document 24-4   Filed 04/13/20   Page 20 of 25 PageID# 248

MyChart® licensed from Epic Systems Corporation © 1999 - 2019.

Sanders_043

Case 1:20-cr-00143-TSE    Document 24-4    Filed 04/13/20    Page 21 of 25 PageID# 249

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

# Appointment Details

## AFTER VISIT SUMMARY

**INOVA**
Schar Cancer Institute

**Zackary E. Sanders**  DoB: 2/16/1995
📅 1/31/2020  2:00 PM   📍 Fairfax Inova Schar Cancer Institute - Adult Infusion 571-472-4724

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You saw Sue E Rabil, RN on Friday January 31, 2020. The following issue was addressed: Blurred vision, left eye.

## Allergies

No Known Allergies

No results for this visit

 Blood Pressure **130/84**

 BMI **37.66**

 Weight **255 lb**

 Temperature (Oral) **97.9 °F**

 Pulse **71**

 Respiration **18**

 Oxygen Saturation **97%**

🕮 **Medications Given**
methylPREDNISolone sodium succinate (SOLU-Medrol) injection 1000 mg Stopped 1/31/2020 4:15 PM

Sanders_044

## Your Medication List as of January 31, 2020 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **amoxicillin-clavulanate** 875-125 MG per tablet<br>Commonly known as: AUGMENTIN | Take 1 tablet by mouth 2 (two) times daily |
| **fluticasone-salmeterol** 115-21 MCG/ACT inhaler<br>Commonly known as: ADVAIR HFA | Inhale 2 puffs into the lungs 2 (two) times daily |
| **ibuprofen** 800 MG tablet<br>Commonly known as: ADVIL,MOTRIN | Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for Pain |
| **meloxicam** 15 MG tablet<br>Commonly known as: MOBIC | Take 15 mg by mouth daily |
| **rizatriptan** 10 MG tablet<br>Commonly known as: Maxalt | Take 1 tablet (10 mg total) by mouth once as needed for Migraine.for up to 1 dose May repeat in 2 hours if needed. Max 2/day |

## MyChart Result Reminder

If you have had tests ordered by our office and have not heard from us about the results within 10 days from the time the test was done, please send us a secure message on MyChart and we will gladly discuss them with you. If the patient is between the ages of 12 and 17 please call the office.

**Notice of Non-Discrimination**

As a recipient of federal financial assistance, Inova Health System ("Inova") does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, sex, disability, or age in admission to, participation in, or receipt of the services or benefits under any of its programs or activities, whether carried out by Inova directly or through a contractor or any other entity with which Inova arranges to carry out its programs and activities.

This policy is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, Section 1557 of the Affordable Care Act, and regulations of the U.S. Department of Health and Human Services issued pursuant to these statutes at 45 C.F.R. Parts 80, 84, 91 and 92, respectively.

Sanders_045

Inova:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - o Qualified sign language interpreters
  - o Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - o Qualified interpreters
  - o Information written in other languages

If you need these services, please let our staff know of your needs for effective communication.

If you believe that Inova has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by calling 703.205.2175. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, the Patient Relations staff is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201 1-800-868-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

Sanders_046

# Interpreter Services are available at no cost to you.

## Please let our staff know of your needs for effective communication.

| | |
|---|---|
| **Spanish** | Atención: Si usted habla español, tiene a su disposición servicios gratuitos de asistencia con el idioma. Por favor infórmele a nuestro personal sobre sus necesidades para lograr una comunicación efectiva. |
| **Korean** | 알려드립니다: 귀하가 한국어를 구사한다면 무료 언어 도움 서비스가 가능합니다. 효과적인 의사전달을 위해 필요한 것이 있다면 저희 실무자에게 알려주시기 바랍니다. |
| **Vietnamese** | Chú ý: Nếu quý vị nói tiếng Việt, dịch vụ hỗ trợ ngôn ngữ có sẵn miễn phí cho quý vị sử dụng. Xin vui lòng thông báo cho nhân viên biết nhu cầu của quý vị để giao tiếp hiệu quả hơn. |
| **Chinese** | 注意：如果你說中文，可以向你提供免費語言協助服務。請讓我們的員工了解你的需求以進行有效溝通。 |
| **Arabic** | انتباه: إذا كنت تتحدث العربية، تتوافر الخدمات المجانية للمساعدة في اللغة. يرجى إعلام فريق العمل باحتياجاتك من أجل الحصول على عملية تواصل فعالة. |
| **Tagalog** | Atensyon: Kung nagsasalita ka ng Tagalog, maaaring magagamit na mga libreng serbisyong tulong sa wika para sa iyo. Mangyaring ipaalam sa aming mga kawani ang iyong mga pangangailangan para sa epektibong komunikasyon. |
| **Farsi** | توجه: اگر به زبان فارسی صحبت می کنید، تسهیلات زبانی به صورت رایگان برای شما فراهم خواهد بود. به منظور برقراری ارتباط موثر، کارکنان ما را از نیازهای خود مطلع کنید |
| **Amharic** | ትኩረት፡ አማርኛ የሚናገሩ ከሆነ ለፍርፍ ነፃ የቋንቋ እገዛ ሊያገኙ ይችላሉ፡፡ ውጤታማ የሆነ ኮሙኒኬሽን የሚፈልጉ ከሆነ ሰራተኞች ለ እንደሚሆን ያድርጉ፡፡ |
| **Urdu** | توجہ: اگر آپ اردو بولتے ہیں تو، زبان امداد خدمات، مفت میں، آپ کو دستیاب ہیں۔ موثر مواصلت کے لئے برائے مہربانی ہمارے عملہ کو اپنی ضروریات کے بارے میں بتلا دیں۔ |
| **French** | Attention: Si vous parlez Francais, des services d'aide linguistique vous sont proposés gratuitement. Veuillez informer notre personnel de vos besoins pour assurer une communication efficace. |
| **Russian** | Внимание: Если вы говорите на русском языке, для вас доступны бесплатные услуги помощи с языком. Для эффективной коммуникации, пожалуйста, дайте персоналу знать о ваших потребностях. |
| **Hindi** | कृपया ध्यान दें : यदि आप हिन्दी बोलते है, तो आपके लिए निःशुल्क भाषा सहायता सेवा उपलब्ध है। कृपया प्रभावी संचार-संपर्क हेतु अपनी आवश्यकताओं के बारे में हमारे कर्मचारियों को बताएं। |
| **German** | Achtung: Wenn Sie Deutsch sprechen, stehen kostenlose Service-Sprachdienstleistungen zu Ihrer Verfügung. Teilen Sie unserem Team bitte Ihre Wünsche für eine effektive Kommunikation mit. |
| **Bengali** | দৃষ্টি আকর্ষণ করুন : আপনি যদি বাংলা বলতে পারেন, তাহলে আপনার জন্য বিনামূল্যে ভাষা সহায়তা সেবা পাওয়া যাবে। অনুগ্রহ করে কার্যকরী যোগাযোগের জন্য আপনার প্রয়োজনীয়তার বিষয়ে আমাদের কর্মীদের জানান। |
| **Kru (Bassa)** | Tò Ɖùù Nìmɔ̀ Dyíin Cáo: Ɔ̀ jǔ ké m̀ dyi Ɖɛ́ɖɛ́sɔ̀-wùɖùʃ (Ɓàsɔ́ɔ̀-wùɖù) poní, nìí, à bídɛ́ gbo-kpá-kpá ɓó wuɖu-dù kò-kò po-nyɔ́ ɓéɓìì nɔ̀ à gbo ɓó pídyi. M̀ dyi ɖɛ ɖò mɔ̀ nɔ̀ à gbo ní, m̀ mɛ nyuɛ ɓɛ̀ à kũà-nyɔ̀ ɓɛ́ɔ̀ kéɛ dyí dyuɔ̀, ké à kɛ̀ mɔ̀ kɛ̀ muɛjɛ̀ cɛ̃in nɔ̀mɔ̀ dyíin. |
| **Ibo** | Nrubama: O buru na i na asu Igbo, oru enyemaka asusu, n'efu, diri gi. Biko mee ka ndi oru anyi mara mkpa gi maka nkwukorita ga-aga nke oma. |
| **Yoruba** | Akiyesi: Bi o ba nso Yoruba, awon ise iranlowo ede wa l'ofe fun o. Jowo je ki ara ibise wa mo nipa awon aini re fun ibaraenisoro ti o munadoko. |



Sanders_047

4/10/2020, 2:39 PM

Case 1:20-cr-00143-TSE   Document 24-4   Filed 04/13/20   Page 25 of 25 PageID# 253

MyChart® licensed from Epic Systems Corporation © 1999 - 2019.

Sanders_048