# Exhibit 4
## April 9, 2020 Letter from Dr. Rahul Dave, MD PhD

Name: Zackary E Sanders | DOB: 2/16/1995 | MRN: 02378093 | PCP: PCP None, MD

## Letter Details



**Inova Medical Group Neurology Fair Oaks**
3580 JOSEPH SIEWICK DRIVE SUITE 206
FAIRFAX VA 22033-1717

April 9, 2020

Zackary E Sanders
7850 Westmont Ln
Mclean VA 22102-1452

Dear Sir or Madam:

Zackary E Sanders has recurrent optic neuritis, and possible MS -- conditions that place him an a high risk category for COVID-19 infection (per the National MS Society). This individual must follow extra precautions compared to the general population of his age -- including isolation from others, wearing a mask at all times. I am concerned that time in jail is an environment that facilitates transmission of COVID, and I encourage recognition of his medical state in considering his legal issues and disposition.

Please contact me with any questions.

Sincerely,

Rahul Dave, MD PHD
Director, Neuroimmunology & MS Center
Inova Neurosciences Institute
VCU College of Medicine (Fairfax campus)

Voicemail (571) 472-4183
Main Line: (571) 472-4200
Fax (571) 472-4183

8081 Innovation Park Drive, Ste 900