# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**
- ☐ Under Seal
- City: McLean
- County: Fairfax
- Superseding Indictment: 
- Same Defendant: 
- Magistrate Judge Case No.: 1:20-MJ-114
- Search Warrant Case No.: 
- Judge Assigned: Ellis
- Criminal No.: 1:20-CR-143
- New Defendant: 
- Arraignment Date: 
- R. 20/R. 40 From: 

**Defendant Information:**
- Defendant Name: Zackary Ellis Sanders
- Alias(es): 
- ☐ Juvenile  FBI No.:
- Address: XXXX XXXXXXXX XXXX, McLean, Virginia 22102
- Employment: 
- Birth Date: XX/XX/1995
- SSN: XXX-XX-1189
- Sex: Male
- Race: 
- Nationality: 
- Place of Birth: 
- Height: 
- Weight: 
- Hair: 
- Eyes: 
- Scars/Tattoos: 
- ☐ Interpreter  Language/Dialect: 
- Auto Description: 

**Location/Status:**
- Arrest Date: Mar 20, 2020
- ☒ Already in Federal Custody as of: Mar 20, 2020  in: ADC
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name: Jonathan Stuart Jeffress
- ☐ Court Appointed
- Counsel Conflicts: 
- Address: 
- ☒ Retained
- Phone: 
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): William G. Clayman
- Phone: 703 299 3700
- Bar No.: 

**Complainant Agency - Address & Phone No. or Person & Title:**
FBI Special Agent Christopher Ford

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2251(a), (e) | Production of Child Pornography | 1-5 | Felony |
| Set 2: | 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | 6 - 11 | Felony |

Date: 6/22/2020   AUSA Signature: *Will Clay* — Digitally signed by WILLIAM CLAYMAN Date: 2020.06.22 17:50:41 -04'00'

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 2252(a)(4) | Possession of Child Pornography | 12 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form