# UNITED STATES DISTRICT COURT
## * Arraignment *

Date: 07/10/2020   Case No.: 1:20-cr-00143-TSE-1
Court Time: 09:44 a.m. – 09:54 a.m. (00:10)

---

### UNITED STATES OF AMERICA v. ZACKARY ELLIS SANDERS

PRESENT:   Honorable **T.S. Ellis, III**,  U. S. District Judge

|  |  |
|---|---|
| COURTROOM DEPUTY: | Tanya Randall |
| COURTROOM REPORTER: | Patricia Kaneshiro-Miller |
| ASST. U.S. ATTORNEY: | William Clayman, Raj Parekh |
| COUNSEL FOR DEFT: | Emily Voshell, Jade Chong Smith |
| SPANISH INTERPRETER: | N/A |

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[  ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS to be filed by **AUGUST 20, 2020**

ARGUMENT on **SEPTEMBER 11, 2020 @ 9:00 A.M.**

CASE CONTINUED TO **NOVEMBER 17, 2020 @ 10:00 A.M.** for **JURY TRIAL (approx. 4-5 days)**

- Defense advised the court that a Motion to Compel Discovery will be filled and request a hearing on the motion to be set for July 31, 2020 – GRANTED.

**Defendant**   [ X ] Remanded   [  ] Continued on Bond   [  ] Released on _____ Bond –
see Order Setting Conditions of Release