IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-CR-143 |
| | ) |
| | ) |
| | ) |
| ZACKARY ELLIS SANDERS | ) |

### ORDER

This matter comes before the Court on Defendant Zackary Ellis Sanders' consent motion for leave to file under seal. The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982). As the Fourth Circuit has held, "[t]he trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Here, it is necessary to seal portions of defendant's motion to compel, as well as the attached exhibits, which pertain to and refer to material that is under a protective order. Defendant has also filed a redacted version of his motion to compel on the public record.

Accordingly, for good cause shown,

It is hereby **ORDERED** that the consent motion for leave to file under seal (Dkt. 36) is **GRANTED**.

It is further **ORDERED** that the sealed motion to compel and exhibits 1-3 of the motion to compel shall remain **UNDER SEAL**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
July 14, 2020

/s/
T. S. Ellis, III
United States District Judge