IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on defendant's Consent Motion to Seal portions of defendant's reply brief in support of defendant's Motion to Compel Discovery and the exhibits thereto pursuant to Local Rule of Criminal Procedure 49(E). Because the reply brief contains material that relates to discovery that is subject to a protective order, defendant's reply brief and the exhibits thereto must remain under seal until further Order of the Court. The Court finds that the interest in keeping this material under seal outweighs any competing interest in the public's right of access. *See In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

Accordingly,

It is hereby **ORDERED** that defendant's Consent Motion to Seal (Dkt. 46) is **GRANTED**.

It is further **ORDERED** that defendant's reply brief in support of defendant's Motion to Compel Discovery and the exhibits thereto must remain **UNDER SEAL** until further Order of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 30, 2020

T. S. Ellis, III
United States District Judge

1