## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 07/31/2020                                 Before the Honorable: **T.S. ELLIS, III**

Time: 11:02 a.m. – 11:46 a.m. (00:44)            Case No.: 1:20-cr-00143-TSE-1

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS          X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Jonathan Jeffress |
| Tony Roberts | Jade Chong-Smith |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:**     [ 37 ]  Motion to Compel Discovery filed by Zackary Ellis Sanders

Argued and:

- Parties to file simultaneous pleadings of no more than 10 pages within 10 days.

[ ] Granted   [ ] Denied           [ ] Granted in part/Denied in part

[ X ] Taken Under Advisement      [ ] Continued to

[ ] Report and Recommendation to Follow

[ X ] Order to Follow

**Deft is:**
[ X ] Remanded   [ ] Self Surrender   [ ] Cont'd on same terms and conditions of release   [ ] Custody