# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

The Court understands from the Court Reporter that counsel for defendant has requested a transcript for the July 31, 2020 hearing on defendant's Motion to Compel Discovery. Because the hearing addressed matters subject to a protective order, the hearing transcript must not be disclosed to any unauthorized persons. Counsel for defendant may obtain a copy of the July 31, 2020 hearing transcript, but this transcript must remain under seal and is subject to the protective order entered in this case.

Accordingly,

It is hereby **ORDERED** that counsel for defendant may obtain a copy of the July 31, 2020 hearing transcript from the Court Reporter.

It is further **ORDERED** that the July 31, 2020 hearing transcript remains **UNDER SEAL** and is subject to the protective order entered in this case.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 6, 2020

/s/
T. S. Ellis, III
United States District Judge

1