# Exhibit 2

Comparison of ▇ and Government Statements

| Apr. 1, 2020 | | | | | Source |
|---|---|---|---|---|---|
| Gov't Opp'n to Mot. for Revocation | | | | | |
| US Attorney's Office | | | | | Author |
| "The defendant came to the government's attention after an investigation conducted by the Federal Bureau of Investigation . . . and other law enforcement entities revealed that **an individual accessed a website that advertises child pornography** using an IP address associated with the defendant's residence in McLean, Virginia." 1:20-MJ-114 ECF No. 15 at 2. | | | | | Claim |