# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:20-cr-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| Defendant. ) | |

### ORDER

Defendant has filed a Motion for Leave to File Response to Government's Supplemental Brief on Defendant's Motion to Compel Discovery. Defendant argues that the government has incorrectly represented one issue and added additional information on another issue. Defendant's motion will be granted, and defendant's Response to the Government's Supplemental Brief on Defendant's Motion to Compel Discovery will be considered. Because the defendant argues that the government has misrepresented an issue, the government will be afforded an opportunity to file a further response on or before Wednesday, August 19, 2020 at 5:00 p.m.

Accordingly,

It is hereby **ORDERED** that defendant's Motion for Leave to File Response to Government's Supplemental Brief on Defendant's Motion to Compel Discovery (Dkt. 60) is **GRANTED**.

It is further **ORDERED** that the government may file a response to defendant's Response to Government's Supplemental Brief on Defendant's Motion to Compel Discovery on or before Wednesday, August 19, 2020 at 5:00 p.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 12, 2020

/s/
T. S. Ellis, III
United States District Judge

1