IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

## ORDER TO SEAL

Upon motion of the United States, pursuant to Local Criminal Rule 49(C) and 49(E), the Court finds that sealing of the government's reply to the defendant's response to the government's supplemental brief in opposition to his motion to compel is necessary to prevent the disclosure of the sensitive information covered by the protective order in this matter. The Court also finds that it is necessary to seal portions of the government's reply brief, and that the interest in keeping this information under seal outweighs any competing interest in the public's right of access. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

It is hereby ORDERED that the government's reply to the defendant's response to the government's supplemental brief in opposition to his motion to compel be sealed until further order of the Court.

Date: 8/19/20
Alexandria, Virginia

Honorable T.S. Ellis, III
United States District Judge