IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:20-cr-143 |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's Motion for Extension of Briefing Schedule. The current pretrial motions deadline is Thursday, August 20, 2020 and the pretrial motions hearing is scheduled for Friday, September 11, 2020. Defendant requests that the pretrial motions deadline be extended until seven business days from the ruling on defendant's Motion to Compel and that the motions hearing be set for a date three weeks after the extended pretrial motions deadline. The government opposes this motion.

Defendant's motion will be granted in part. Specifically, the pretrial motions deadline will be extended until Thursday, August 27, 2020 at 5:00 p.m., the government's response brief will be due on Wednesday, September 9, 2020 at 5:00 p.m., and the pretrial motions hearing will be held on Friday, September 11, 2020 as previously scheduled. No further extension is necessary because defendant's Motion to Compel will be resolved promptly.

Accordingly,

It is hereby **ORDERED** that defendant's Motion for Extension of Briefing Schedule (Dkt. 66) is **GRANTED IN PART** insofar as defendant must file any pretrial motions on or before Thursday, August 27, 2020 at 5:00 p.m. and the government's response brief or briefs must be filed on or before Wednesday, September 9, 2020 at 5:00 p.m. Defendant's Motion for

1

Extension of Briefing Schedule is **DENIED** in all other respects.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 20, 2020

/s/

T. S. Ellis, III
United States District Judge

2