IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 1:20-cr-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant's Motion to Compel Discovery.

For the reasons stated in the Sealed Memorandum Opinion issued this same day,

It is hereby **ORDERED** that defendant's Motion to Compel Discovery (Dkts. 37 and 38) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 21, 2020

/s/
_____
T. S. Ellis, III
United States District Judge

1