IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br>Next Hearing Date: Sept. 11, 2020 |

## SEALING ORDER

This matter having come before the Court on the defendant's Consent Motion for Leave to File Under Seal pursuant to Local Criminal Rule 49(E). Accordingly, for good cause shown, the Motion for Leave to File Under Seal is granted.

It is so ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Date: 8/28/20

Alexandria, Virginia