**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

UNITED STATES OF AMERICA,

|                                        Plaintiff,

v.

ZACKARY ELLIS SANDERS,

|                                        Defendant.

Case No. 1:20-cr-00143
The Honorable Judge Ellis
Hearing: Sept. 11, 2020

## MR. ZACKARY ELLIS SANDERS'S MOTION TO SUPPRESS DUE TO LACK OF PROBABLE CAUSE (Motion to Suppress No. 1)

Zackary Ellis Sanders, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 41 and the Fourth Amendment, respectfully moves this Court to suppress all evidence and illegal fruits obtained pursuant to the invalid search warrant issued in this case because the warrant was not supported by probable cause.  A memorandum in support is attached.

Respectfully submitted,

*/s/ Jonathan Jeffress*

Jonathan Jeffress (#42884)
Emily Voshell (#92997)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: evoshell@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of September 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

<u>*/s/ Jonathan Jeffress*</u>
Jonathan Jeffress

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                       Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis |

## [PROPOSED] ORDER

This matter having come before the Court on Mr. Sanders's Motion to Suppress Due to Lack of Probable Cause (Motion to Suppress No. 1), and having reviewed the Government's Opposition thereto, it is, for good cause shown, **ORDERED** that the Motion to Suppress is **GRANTED**.

It is so ORDERED.

_____

THE HONORABLE T.S. ELLIS

Date: _____

Alexandria, Virginia