IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                            Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br>Hearing: Sept. 11, 2020 |

## MR. ZACKARY ELLIS SANDERS'S RENEWED MOTION TO COMPEL DISCOVERY OR IN THE ALTERNATIVE FOR RECONSIDERATION OF THE COURT'S ORDER DENYING HIS MOTION TO COMPEL

Zackary Ellis Sanders, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 16(d)(2)(A) and the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves this Court for an order compelling the Government to disclose certain discovery.  A memorandum in support is attached.

Respectfully submitted,

*/s/ Jonathan Jeffress*

Jonathan Jeffress (#42884)
Emily Voshell (#92997)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: evoshell@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com
*Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

### [PROPOSED] ORDER

This matter having come before the Court on Mr. Sanders's Renewed Motion to Compel Discovery or in the Alternative for Reconsideration of the Court's Order Denying his Motion to Compel, and having reviewed the Government's Opposition thereto, it is, for good cause shown, **ORDERED** that the Motion to Suppress is **GRANTED**.

It is so ORDERED.

_____
THE HONORABLE T.S. ELLIS

Date: _____

Alexandria, Virginia