IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-CR-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter comes before the Court on Defendant Zackary Ellis Sanders' Consent Motion to Seal. The Court has the inherent power to seal materials submitted to it. See *United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982). As the Fourth Circuit has held, "[t]he trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Here, it is necessary to seal portions of defendant's memoranda in support of his motions to suppress and renewed motion to compel, as well as the attached exhibits, which pertain to and refer to material that is under a protective order. Defendant has also filed a redacted version of his memoranda in support of his motions to suppress and renewed motion to compel on the public record (Dkt. 82, 84, 86, 89, 91).

Accordingly, for good cause shown,

It is hereby **ORDERED** that defendant's Consent Motion to Seal (Dkt. 87) is **GRANTED**.

It is further **ORDERED** that portions of defendant's memoranda in support of motions to

1

suppress and renewed motion to compel and attached exhibits shall be maintained **UNDER SEAL** by the Clerk until otherwise directed.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 2, 2020

/s/
_____
**T. S. Ellis, III**
**United States District Judge**