# EXHIBIT 1

**Responsive Records:**

| Search By | Search For | Max Results Limit (Optional) |
|---|---|---|
| ● IP Address | 98.169.118.39 | 5,000 |
| ○ CM MAC | **Start Date (Optional)*** | ☑ Search Archives (ALL data)**** |
| ○ CPE MAC* | 2019-05-23 02:06:48 (UTC) | ☐ CSV Output (Excel) |
| ○ Client ID** | **End Date (Optional)*** | ☐ Expand IPv6 Addresses |
|  |  | ☐ Real-time Query in [at ▼] RDC |
|  | Submit | Clear Dates |

DHCP leases are stored in GMT.

**1 DHCP lease record(s) found for 98.169.118.39 on 2019-05-23 02:06:48 GMT**

| IP Address | RDC | CM MAC***** | CPE MAC | Client ID | Host name | Starts (GMT) | Ends (GMT) |
|---|---|---|---|---|---|---|---|
| 98.169.118.39 | dc | 2C:95:69:5F:C3:E0 | 2C:95:69:5F:C3:E2 | FF695FC3E2000300012C95695FC3E2 |  | 2018-07-30 19:27:09 | 2020-02-16 13:14:01 |

| Subscriber info for 477042290101 | | Account Lookup | |
|---|---|---|---|
| Market | Northern VA | IP Address, Src Port |  |
| ICOMS ID | 477042290101 | Date/Time |  |
| Cox Email |  | CM MAC | 2C:95:69:5F:C3:E0 |
| Preferred Email |  | CM Serial |  |
| Alternate Email |  | ICOMS ID |  |
| Name | Risa Sanders | Cox Provisioned Email |  |
| Address | [redacted] Mclean, VA 22102-1452 | Preferred/Alternate Email |  |
| Home Phone | [redacted] | GUID |  |
| Work Phone | [redacted] | Phone Number |  |
| Other Phone | [redacted] | Property ID |  |
| Comment |  | AP MAC |  |
| Cust Type |  | Submit Query | |
| Cust Category |  | | |
| Cust Status | A (Active) | | |
| Node |  | | |
| Modem Cfg |  | | |
| VoIP |  | | |
| Cox Homelife |  | | |
| Language |  | | |
| Static IPs |  | | |

| Modem | Serial | MAC | Occ | VoIP? | Tools |
|---|---|---|---|---|---|
| ARRIS | 8492C26C2C37902 | 2C:95:69:5F:C3:E0 | 1 |  | DHCP  CMTS  Modem |





IP Logs:

### 3 DHCP lease record(s) found for 2C:95:69:5F:C3:E0

| IP Address | RDC | CM MAC***** | CPE MAC | Client ID | Hostname | Starts (GMT) | Ends (GMT) |
|---|---|---|---|---|---|---|---|
| 98.169.118.39 | dc | 2C:95:69:5F:C3:E0 | 2C:95:69:5F:C3:E2 | FF695FC3E2000300012C95695FC3E2 | | 2018-07-30 19:27:09 | 2020-02-16 13:14:01 |
| 2600:8806:6100:6bd:: - 2600:8806:6100:6bd:ffff:ffff:ffff:ffff | dc | 2C:95:69:5F:C3:E0 | 2C:95:69:5F:C3:E2 | 000300012C95695FC3E2 | | 2019-04-24 08:41:39 | 2020-02-16 09:09:48 |
| 2600:8806:7f07:100:e5ee:30d5:7ae:14e7 | dc | 2C:95:69:5F:C3:E0 | 2C:95:69:5F:C3:E2 | 000300012C95695FC3E2 | | 2019-04-24 08:41:39 | 2020-02-16 09:09:45 |