IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                           Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br>Next Hearing Date: Sept. 11, 2020 |

**CONSENT MOTION TO SEAL AND MEMORANDUM IN SUPPORT OF SAME**

Pursuant to Local Criminal Rule 49(E), defendant, Zackary Ellis Sanders, through counsel, moves for an order permitting the defense to file under seal portions of Mr. Sanders's Reply to the Government's Opposition to Motion to Suppress and Reply to the Government's Opposition to his Renewed Motion to Compel. A proposed order is attached for the consideration of the Court.[1] In support of this motion, the defense further states:

**I.    Item to be Filed Under Seal, and Necessity for Sealing**

A.    Mr. Sanders asks the Court to seal portions of his Reply to the Government Opposition to Motion to Suppress and Reply to the Government's Opposition to his Renewed Motion to Compel, which pertain to and refer to material that is under a protective order. *See* 1:20-MJ-114 ECT No. 28. The defense has endeavored to seal only the minimum necessary portion of

---

[1] The document to be filed under seal will be filed with the Court non-electronically pursuant to Local Criminal Rule 49(E) and the Electronic Case Filing Policies and Procedures (*see* p. 21). Pursuant to the Local Rules, the sealed document is to be treated as sealed pending the outcome of this motion.

its Reply to the Government Opposition to Motion to Suppress and Reply to the Government's Opposition to his Renewed Motion to Compel, and will file a redacted version on the public docket.

  B. Filing the motions partially under seal is necessary because the motions contain discussion of material that is under a protective order. *See* 1:20-MJ-114 ECT No. 28.

  C. Counsel for Mr. Sanders has considered procedures other than filing under seal and none will suffice to protect disclosure of this information subject to a protective order.

## II. Previous Court Decisions Which Concern Sealing Documents

The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

## III. Period of Time to Have the Document Under Seal

The materials to be filed under seal would need to remain sealed as long as the protective order remains in effect.

Accordingly, Mr. Sanders respectfully requests that this Court enter an order allowing the defense to file under seal portions of his Reply to the Government Opposition to Motion to Suppress and Reply to the Government's Opposition to his Renewed Motion to Compel.

Dated: September 10, 2020          Respectfully submitted,
                      */s/ Jonathan S. Jeffress*
                      Jonathan S. Jeffress (#42884)

                                        Emily Anne Voshell (#92997)
                                        Jade Chong-Smith (admitted *pro hac vice*)
                                        KaiserDillon PLLC
                                        1099 14th Street, NW
                                        8th Fl. West
                                        Washington, DC 20005
                                        Tel: (202) 640-4430
                                        Fax: (202) 280-1034
                                        jjeffress@kaiserdillon.com
                                        evoshell@kaiserdillon.com
                                        jchong-smith@kaiserdillon.com

                                        *Attorneys for Defendant*
                                        *Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

                                      */s/ Emily Voshell*
                                      Emily Voshell

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>ZACKARY ELLIS SANDERS,<br><br>       Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br>Next Hearing Date: Sept. 11, 2020 |

**[PROPOSED] SEALING ORDER**

This matter having come before the Court on the defendant's Consent Motion for Leave to File Under Seal pursuant to Local Criminal Rule 49(E).  Accordingly, for good cause shown, the Motion for Leave to File Under Seal is granted.

It is so ORDERED.

_____

UNITED STATES DISTRICT COURT JUDGE

Date: _____

  Alexandria, Virginia