IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court of defendant's Motions to Suppress.

For the reasons stated in the Sealed Memorandum Opinion issued this same day,

It is hereby **ORDERED** that defendant's Motions to Suppress (Dkt. 81, 83, 85, and 90) are **DENIED**.

It is **FURTHER ORDERED** that the Memorandum Opinion issued alongside this Order will be **UNSEALED** on <u>Thursday, October 29, 2020</u>, unless a party submits a motion establishing good cause to keep the Memorandum Opinion under seal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
October 26, 2020

/s/
T. S. Ellis, III
United States District Judge