IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is scheduled to come before the Court for a jury trial on Tuesday, November 17, 2020. It is therefore necessary to set deadlines for the submission of any motions *in limine* as well as proposed jury instructions, *voir dire*, witness lists, and exhibit lists.

Accordingly,

It is hereby **ORDERED** that any motions *in limine* must be submitted on or before **Friday, November 6, 2020 at 5:00 p.m.**

It is further **ORDERED** that each party **SHALL** submit (1) proposed jury instructions and (2) proposed *voir dire* no later than **Friday, November 6, 2020 at 5:00 p.m.**

It is further **ORDERED** that each party **SHALL** submit any objections to the opposing party's motions *in limine*, proposed jury instructions, and/or proposed *voir dire* no later than **Wednesday, November 11, 2020 at 5:00 p.m.**

It is further **ORDERED** that, on or before **Wednesday, November 11, 2020 at 5:00 p.m.**, the government **SHALL** submit the government's witness list and exhibit list and defendant **SHALL** submit a list of potential witnesses.

It is further **ORDERED** that a final pretrial conference is **SCHEDULED** for **Friday, November 13, 2020 at 11:00 a.m.**

1

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
October 26, 2020

_____
T. S. Ellis, III
United States District Judge