IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>ZACKARY ELLIS SANDERS,         )<br>)<br>         *Defendant.*          )<br>                                            ) | Case No. 1:20-CR-143<br><br>Honorable T.S. Ellis, III<br><br>**UNDER SEAL** |

**MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO SEAL, KEEP
MEMORANDUM OPINION UNDER SEAL, AND FILE REDACTED
MEMORANDUM OPINION**

# FILED UNDER SEAL