IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER TO SEAL

The UNITED STATES, having moved to seal the memorandum in support of its instant motion, to keep under seal the Court's sealed Memorandum Opinion (Dkt. No. 113), and to file on the docket a redacted version of the Memorandum Opinion attached to the government's motion as Exhibit 1; and

The COURT, having considered the government's submissions, including the facts presented by the government; having found that revealing the material sought to be sealed by the government would jeopardize ongoing and future criminal investigations; having considered the available alternatives that are less drastic than sealing the government's memorandum in support of its instant motion, continuing to seal the Court's Memorandum Opinion, and filing the government's redacted version of the Court's Memorandum Opinion, and finding none would suffice to protect the government's legitimate interest in protecting ongoing and future criminal investigations; having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; and having concluded that the United States has shown good cause for the continued sealing of the Court's Memorandum Opinion, it is hereby

ORDERED that the memorandum in support of the government's instant motion be sealed

until further order of the Court; and

It is further ORDERED that the Court's sealed Memorandum Opinion (Dkt. No. 113) be kept under seal until further Order of the Court; and

It is further ORDERED that the copy of the Court's sealed Memorandum Opinion with the government's proposed redactions, attached to the government's motion as Exhibit 1, be filed on the public docket and made part of the record in this matter.

Date: 10/29/20
Alexandria, Virginia

Hon. T.S. Ellis, III
United States District Judge