IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-CR-143 |
| ) | |
| ZACKARY ELLIS SANDERS ) | |

### ORDER

This matter comes before the Court on Defendant Zackary Ellis Sanders' renewed motion to continue trial. On October 28, 2020, defendant filed a consent motion to continue trial from November 17, 2020 to January or February 2021 on the basis that: (i) additional time is required for defense counsel to explore plea negotiations and advise defendant; and (ii) defense counsel has not prepared for trial because they wanted to avoid expense while defendant's motions to suppress were pending. An Order issued on October 29, 2020 denying defendant's first motion to continue, because defendant failed to take into account the public's interest in a speedy trial or to provide adequate grounds for a continuance. *See* Order, dated October 29, 2020 (Dkt. 119). Defendant has now filed a renewed motion for a continuance that sets forth reasons for a continuance not raised in and starkly different from the initial motion.

Accordingly,

It is hereby **ORDERED** that oral argument on the renewed motion to continue (Dkt. 124) is **SCHEDULED** for **Friday, November 6, 2020 at 1:00 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
October 30, 2020

/s/
_____
T. S. Ellis, III
United States District Judge