## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 11/06/2020

Time: 01:06 p.m. – 01:25 p.m. (00:20)
      01:32 p.m. – 01:36 p.m. (00:04)
      (00:24)

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00143-TSE-1

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Jonathan Jeffress |
| Jay Prabhu | Jade Chong-Smith |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:**     [ 124 ] Renewed Unopposed Motion to Continue Trial and Waiver of Speedy Trial Rights

Argued and:

- [ 124 ] -GRANTED.  Jury Trial continued to **Tuesday, February 9, 2021 at 10:00 a.m.** (1 week).

- Parties to collaborate on an order that case is a complex matter, delay resulted in parties given adequate opportunity to prepare for trial and that COVID-19 presented it difficult for defense to communicate with his client.

- Order to follow.

**Deft is:**
[ X ]  Remanded    [  ]  Self Surrender [  ]  Cont'd on same terms and conditions of release    [  ]  Custody