IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v.  ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## NOTICE OF FILING PROPOSED ORDER

On November 6, 2020, the United States and the defendant, Zackary Ellis Sanders, with counsel, appeared before the Court for a hearing on the defendant's unopposed motion to continue the trial date in this matter from November 17, 2020, to a later date, Dkt. No. 124. The Court granted the defendant's motion from the Bench and ordered the parties to confer and file a proposed order addressing the Speedy Trial findings. Accordingly, the government hereby files the attached proposed order with the consent of defense counsel.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: November 9, 2020          By:        /s/
                                William G. Clayman
                                Special Assistant United States Attorney (LT)
                                Jay V. Prabhu
                                Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:       /s/
          William G. Clayman
          Special Assistant United States Attorney (LT)
          U.S. Attorney's Office
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Tel: 703-299-3700
          Fax: 703-299-3981
          Email: William.G.Clayman@usdoj.gov