IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter came before the Court on Defendant Zackary Sanders' Renewed Unopposed Motion to Continue Trial (Dkt. 124). Defendant, who currently stands charged with Production, Receipt, and Possession of Child Pornography, in violation of 18 U.S.C. 2251(a) and (e), 18 U.S.C. 2252(a)(2) and (b)(1), and 18 U.S.C. 2252(a)(4)(B) and (b)(2), requests, through counsel, that his November 17, 2020 trial date be continued. It is therefore necessary to reset deadlines for the submission of any motions *in limine* as well as proposed jury instructions, *voir dire*, witness lists, and exhibit lists.

Accordingly, for good cause shown,

It is hereby **ORDERED** that defendant's Renewed Unopposed Motion to Continue Trial (Dkt. 124) is **GRANTED**. The trial currently set for November 17, 2020 is **CONTINUED** until **Tuesday, February 9, 2021 at 9:00 a.m.**

It is further **ORDERED** that any motions *in limine* must be submitted on or before **Friday, December 18, 2020 at 5:00 p.m.**

It is further **ORDERED** that each party **SHALL** submit (1) proposed jury instructions and (2) proposed *voir dire* no later than **Friday, December 18, 2020 at 5:00 p.m.**

It is further **ORDERED** that each party **SHALL** submit any objections to the opposing

1

party's motions *in limine*, proposed jury instructions, and/or proposed *voir dire* no later than Friday, January 8, 2021 at 5:00 p.m.

It is further **ORDERED** that, on or before Friday, January 8, 2021 at 5:00 p.m., the government **SHALL** submit the government's witness list and exhibit list and defendant **SHALL** submit a list of potential witnesses.

It is further **ORDERED** that a final pretrial conference is **SCHEDULED** for Friday, January 15, 2021 at 10:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 9, 2021

/s/

T. S. Ellis, III
United States District Judge