# Exhibit 3

**Subject:** RE: Brady and Rule 16 Trial Discovery
**Date:** Tuesday, November 17, 2020 at 4:19:30 PM Eastern Standard Time
**From:** Clayman, William G (USAVAE)
**To:** Jon Jeffress, Emily Voshell, Jade Chong-Smith
**CC:** Prabhu, Jay (USAVAE)

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Hi Jon,

We have reviewed your discovery request.  These issues have already been litigated and the Court has determined that your request is not material under any relevant discovery standard, and our notice under Federal Rule of Evidence 414 does not alter that determination.  In any event, we have now withdrawn our initial notice under Rule 414 and filed an amended notice explaining that we do not intend to introduce as evidence at trial background information related to the investigation that resulted in the search of your client's home.  We are also noticing our intent to introduce additional evidence related to the interview of your client during the search of his home.  Accordingly, your discovery request is not relevant and not material under any applicable discovery standard.

Best,
Bill
_____
**William Clayman**
Special Assistant U.S. Attorney (LT)
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3744
william.g.clayman@usdoj.gov

---

**From:** Jon Jeffress <jjeffress@kaiserdillon.com>
**Sent:** Monday, November 16, 2020 6:41 PM
**To:** Prabhu, Jay (USAVAE) <JPrabhu@usa.doj.gov>; Clayman, William G (USAVAE) <WClayman@usa.doj.gov>
**Cc:** Jade Chong-Smith <jchong-smith@kaiserdillon.com>; Emily Voshell <EVoshell@kaiserdillon.com>
**Subject:** Re: Brady and Rule 16 Trial Discovery

Hi Jay and Bill,

Please let us know by close of business tomorrow whether the government intends to produce the information requested in my letter so that we can decide whether to move to compel the production of that information.  Thank you.

Best,

Jonathan S. Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor – West

Washington, D.C.  20005
Office:   (202) 640-4430
Mobile: (202) 271-9018

---

**From:** Jon Jeffress <jjeffress@kaiserdillon.com>
**Date:** Friday, November 13, 2020 at 12:50 PM
**To:** "Prabhu, Jay (USAVAE)" <Jay.Prabhu@usdoj.gov>, "Clayman, William G (USAVAE)" <William.G.Clayman@usdoj.gov>
**Cc:** Jade Chong-Smith <jchong-smith@kaiserdillon.com>, Emily Voshell <EVoshell@kaiserdillon.com>
**Subject:** Brady and Rule 16 Trial Discovery

Hi Jay and Bill,

Please see the attached letter on this.  Thank you.

Best,

Jonathan S. Jeffress
KaiserDillon PLLC
1099 14th Street NW
8th Floor – West
Washington, D.C.  20005
Office:   (202) 640-4430
Mobile: (202) 271-9018