# Exhibit 6

   

      

## "Welcome to Video"

# THIS HIDDEN SITE HAS BEEN SEIZED

as part of a law enforcement operation by the United Kingdom, United States, Germany and the Republic of Korea.

한국· 미국·영국 법집행기관의 공조수사로
**이 사이트는 폐쇄되었습니다**

With cooperation from our international partners, arrests have taken place in:



Australia   Brazil   Canada   Czechia   Finland   France   Hungary
Ireland   Italy   Poland   Saudi Arabia   Spain   Sweden   United Arab Emirates