Exhibit 9

| | | |
|---|---|---|
| **From:** | [redacted] | b6 –1,3 |
| **Sent:** | Wednesday, January 20, 2016 1:27 PM | b7C –1,3 |
| **To:** | [redacted] | b7E –7 |
| **Subject:** | FW: Pacifier - Possible [redacted] Disclosures --- UNCLASSIFIED | |

```
Classification: UNCLASSIFIED
====================================================
```

Also [redacted] is out of the office today so he asked that I also forward this along....FYSA.

b6 –1
b7C –1

[redacted]

| | |
|---|---|
| **From:** [redacted] | b6 –1,3 |
| **Sent:** Thursday, January 14, 2016 8:30 AM | b7C –1,3 |
| **To:** [redacted] | b7E –7 |
| **Subject:** Pacifier - Possible [redacted] Disclosures --- UNCLASSIFIED | |

```
Classification: UNCLASSIFIED
====================================================
```

As a follow-up to my email last night, these are the following stats that could become public after the hearing on January 22 if the judge unseals the filings in the case:

b7E –2,3,7

The fact that we had mitigation procedures in place but no specifics on what those procedures were or whether or not they were activated.
The reason the site was shut down [redacted]

Things that have not been disclosed in any filings that we want to continue to protect to the best of our ability (I have made [redacted] aware of these items):
The scope of the international aspect of the investigation
The fact that we located/arrested administrators [redacted]

b6 –1,3
b7C –1,3
b7E –10

1

18-CV-1488(FBI)-1875

The only item from the above list that defense is already aware of is the fact that we arrested the main admin in Florida. That information is not reflected in any filings at this point but nothing is stopping them from putting it on paper in a future filing. The fact that two administrators of a _____ child porn website were arrested during the time of our operation is also reflected in local news stories that as of yet, nobody has tied to our case.

b6 -4
b7C -4
b7E -3

SA

b6 -1
b7C -1
b7E -8

```
==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED
```

18-CV-1488(FBI)-1876