# Exhibit 10

# Operation Pacifier




**Criminal Investigative Division**
**Violent Crimes Against Children Section**



# History



## Late 1990's



### US Naval Research Laboratory

## Today



### Tor Project Incorporated



■ Open source

■ US-based non-profit organization

b7E -3



# Activity



- Secure Communications
- Freedom of Speech
- Political Activism
- Internet Security
- Internet Privacy



Tor User

- Child Exploitation
  - Child pornography
  - Child sex tourism
- Drug and weapon trafficking
- Money laundering
- Computer intrusions
- Assassinations
- Terrorism





# p2p vs. Tor

| p2p | Tor |
|-----|-----|



b7E -3

b7E -3




# Hidden Services





Tor Network

Rendezvous Point

Guard Node

Tor User

Guard Node

Hidden
Service

Hides physical location of hidden service by using a rendezvous point.

UNCLASSIFIED//LES
UNCLASSIFIED//LES





# Operation Pacifier

- **August 2014**
  - PlayPen Opens

    b7D -1
    b7E -10

- **January 2015**
  - Operation Pacifier Initiated
  - Administrator Identified

  - Administrator Arrested

    b3 -1
    b7E -2,3

    b7E -2,3

  Targeting Packages Sent to Field

    b7E -2,3





# Operation Pacifier

| Organization | Leads Sent | Search Warrants | Arrest Warrants | Knock & Talk | Cases Opened | Children Recovered | Position of Trust |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b7E -2,3,10

**Outcome:**



b6 -3
b7C -3
b7E -2,3



# Case Comparison





b7E 1,2,3



# Activity Comparison

b7E -1,2,3