IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Case No. 1:20-CR-143 |
| ) | |
| ZACKARY ELLIS SANDERS,    ) | |
| ) | |
| *Defendant.*   ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION TO COMPEL**

The United States of America, by and through its attorneys, G. Zachary Terwilliger, U.S. Attorney for the Eastern District of Virginia, William G. Clayman, Special Assistant United States Attorney (LT), and Jay V. Prabhu, Assistant United States Attorney, respectfully moves the Court to permit the government to file a response to the defendant's motion to compel [Dkt. No. 137] and supplement to his motion to compel [Dkt. No. 140] on or before December 18, 2020. In support thereof, the government states as follows:

1. On November 27, 2020, the defendant filed a motion to compel. Dkt. No. 137. Pursuant to Local Criminal Rule 47(F)(1), the government's response to this motion is due on or before December 11, 2020.

2. On December 5, 2020, the defendant filed a supplement to his motion, elaborating on the arguments contained in his motion to compel and attaching as exhibits to this filing 12 documents. Dkt. No. 140.

3. In order to fully respond to the defendant's original motion as well as the additional information and documents included in his supplemental filing, the government respectfully requests that the Court permit the government to file its response on or before December 18, 2020.

WHEREFORE, the United States respectfully requests that the government be permitted to file a response to the defendant's motion to compel [Dkt. No. 137] and supplement to his motion to compel [Dkt. No. 140] on or before December 18, 2020.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____
William G. Clayman
Special Assistant United States Attorney (LT)
Jay V. Prabhu
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By: /s/
William G. Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Email: william.g.clayman@usdoj.gov