IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:20-CR-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.*   ) | |

## ORDER

Upon the motion of the United States, by and through its attorneys, and for good cause shown, it is hereby,

ORDERED that the government shall file its response to the defendant's motion to compel [Dkt. No. 137] and supplement to his motion [Dkt. No. 140] on or before December 18, 2020.

The Honorable T.S. Ellis, III
United States District Judge

Date: 12/11/20
Alexandria, Virginia