IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

## ORDER

The UNITED STATES, having moved to maintain under seal the Court's sealed Memorandum Opinion (Dkt. No. 73) and sealed Order (Dkt. No. 107) and to file on the docket a redacted version of the Memorandum Opinion, attached to the government's motion as Exhibit 1, and a redacted version of the Order, attached to the government's motion as Exhibit 2; and

The COURT, having considered the government's submissions, including the facts presented by the government; having found that revealing the material sought to be sealed by the government would jeopardize ongoing and future criminal investigations; having considered the available alternatives that are less drastic than maintaining the Court's Memorandum Opinion (Dkt. No. 73) and Order (Dkt. No. 107) under seal and filing the government's redacted versions of the Court's Memorandum Opinion and Order, and finding none would suffice to safeguard the government's legitimate interest in protecting ongoing and future criminal investigations; having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; and having concluded that the United States has shown good cause for the continued sealing of the Court's Memorandum Opinion and Order, it is hereby

ORDERED that the Court's sealed Memorandum Opinion (Dkt. No. 73) and Order (Dkt.

No. 107) be maintained under seal until further Order of the Court; and

It is further ORDERED that the versions of the Court's sealed Memorandum Opinion with the government's proposed redactions, attached to the government's motion as Exhibit 1, and the Court's sealed Order with the government's proposed redactions, attached to the government's motion as Exhibit 2, be filed on the public docket and made part of the record in this matter.

Date: 12/17/20
Alexandria, Virginia

Hon. T.S. Ellis, III
United States District Judge