IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant Zackary Sanders' Unopposed Motion to Extend Deadlines (Dkt. 145). Citing delays due to COVID-19 and the holidays, defendant seeks to extend the motion *in limine* deadline for additional defense motions arising from review of seized devices and forensic examinations of seized items. It is appropriate to grant an extension, but the indefinite deadline suggested by defendant of "five (5) days from when the defense experts complete their forensic examination" is too uncertain to promote expeditious preparation for trial on February 9, 2021. A more definite deadline is required.

Accordingly,

It is hereby **ORDERED** that defendant's Motion to Extend Deadlines (Dkt. 145) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted insofar as the motion *in limine* deadline for defense motions related to issues raised by forensic examination of evidence by defense experts and continued in-person review of evidence from seized devices is **EXTENDED** to **Friday, January 8, 2021 at 5:00 p.m.** The motion is denied in all other respects.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
December 17, 2020

/s/
T. S. Ellis, III
United States District Judge