# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>    v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                            Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: January 15, 2021<br>Trial Date: February 9, 2021<br><br>**EVIDENTIARY HEARING REQUESTED** |

## MOTION TO SUPPRESS STATEMENTS

Zackary Ellis Sanders, by and through undersigned counsel, respectfully moves the Court to suppress any statements taken from him by law enforcement in violation of the United States Constitution. The motion to suppress is made pursuant to Fed. R. Crim. P. 12(b)(3) and is supported by the Memorandum in Support of Motion to Suppress Statements. An evidentiary hearing on this motion is respectfully requested.

                                                        Respectfully submitted,

                                                        */s/ Jonathan Jeffress*

                                                        Jonathan Jeffress (#42884)
                                                        Emily Voshell (#92997)
                                                         Jade Chong-Smith (admitted *pro hac vice*)
                                                         KaiserDillon PLLC
                                                         1099 Fourteenth St., N.W.; 8th Floor—West
                                                         Washington, D.C.  20005
                                                         Telephone: (202) 683-6150
                                                         Facsimile: (202) 280-1034
                                                         Email: jjeffress@kaiserdillon.com
                                                         Email: evoshell@kaiserdillon.com
                                                         Email: jchong-smith@kaiserdillon.com

                                                         *Counsel for Defendant Zackary Ellis Sanders*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Emily Voshell*
Emily Voshell

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

## [PROPOSED] ORDER

This matter having come before the Court on Mr. Sanders's Motion to Suppress Statements, and having reviewed the Government's Opposition thereto, it is, for good cause shown, **ORDERED** that the Motion to Suppress is **GRANTED**.

It is so ORDERED.

_____
THE HONORABLE T.S. ELLIS

Date: _____

Alexandria, Virginia