# Exhibit 1

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   02/14/2020

A search warrant, issued by United States Magistrate Judge John F. Anderson on 02/10/2020, was executed at ███████████████, McLean VA 22102 on 02/12/2020. The search warrant was issued subsequent to a violation of 18 U.S.C. 2252(a)(2), Distribution of Child Pornography.

The search warrant was executed at approximately 6:05 a.m. by members of FBI Washington Field Office as well as Task Force Officers assigned to the FBI.

The following people were inside of the residence, ███████████████, McLean VA 22102, at the time the search warrant was executed:

Name:   ZACHARY SANDERS

DOB:    02/16/1995

Name:   RISA SANDERS

DOB:    ███/1957

Name:   JAY SANDERS

DOB:    ███/1937

The following personnel participated in the execution of the search warrant:

**UNCLASSIFIED//FOUO**

Investigation on  02/12/2020  at  Washington, District Of Columbia, United States (In Person)

File #  305I-WF-3222401                                         Date drafted  02/14/2020

by  FORD CHRISTOPHER A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

305I-WF-3222401

Continuation of FD-302 of (U) Execution of search at ▌▌▌▌▌ Lane, McLean VA , On 02/12/2020 , Page 2 of 3

| Name |
|---|
| SA Christopher Ford |
| SA Jeremy Obie |
| SA Atraue Brown |
| SA Nicole Ewing |
| TFO Thomas Sullivan |
| TFO Chris Rekas |
| TFO John Spata |
| OST David Mizrahi |
| SA Lisa Franklin |
| SA Danielle Schnur |
| SA Alix Skelton |
| SA Tonya Griffith |
| TFO Blake Allbritton |
| SA Ed Moschella |
| SA Victoria Marsh |
| SA Danielle Lockridge |
| SA Emily Eckert |
| SA Brian Kaiser |
| SA Sean Clark |
| SA Laura Calvillo |
| SA Clark Burns |
| SA Brian Costella |
| SA Dylan Spinks |
| TFO Nelson Rhone |
| TFO Tim Palchak |
| SA Nash Graham |
|  |
|  |
|  |

A copy of the warrant and a property receipt were left on the basement table with a copy of the FD-597 (Property Receipt). The evidence items were seized by SA Tonya Griffith. Investigating agents left the search location

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

305I-WF-3222401

Continuation of FD-302 of (U) Execution of search at ▮▮▮ Lane, McLean VA , On 02/12/2020 , Page 3 of 3

at approximately 7:45 A.M.

Digital 1-As contains the following:

Search Warrant, FD-597 property receipt documenting seized items, sketch, and photo logs (both cards) for ▮▮▮▮▮▮▮, McLean VA 22102.

Physical 1-As contain the following:

All of the above to include copies of both search warrant photos and consent to search for ZACHARY SANDERS' work vehicle,.

**UNCLASSIFIED//FOUO**