# Exhibit 3



# Transcript of Zackary Ellis Sanders

**Date:** February 12, 2020
**Case:** United States -v- Sanders

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1                   P R O C E E D I N G S

2          S.A. FORD:  [inaudible]

3          MR. SANDERS:  Okay.

4          S.A. FORD:  So, like I said, my name is Chris

5   Ford. Special Agent with the FBI. This is Jeremy Obie,

6   also Special Agent with the FBI. Do you have any idea

7   why we're here?

8          MR. SANDERS:  No.

9          S.A. OBIE:  No idea whatsoever. Okay. First

10  off of this -- make sure got the right person before we

11  get going. Like I said, you don't have to -- you don't

12  have to talk to us. You're not under arrest.

13          We just want to get some questions from you

14  and we have just -- just some questions we just want to

15  talk to you and if you don't want to talk to us, that's

16  -- that's on you, but the quicker we get stuff done,

17  the quicker we can get out of your house and out your

18  way. But just want to start with just your name.

19          MR. SANDERS:  I -- I don't think I want to

20  talk. I mean, you guys just barged into my house.

21          S.A. FORD:  Well, we have a -- we have -- we

22  have a search warrant for your residence, so it was not
```

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    4

1  like we just came here and -- oh, that's a nice house -

2  - we're just going to come in and walk in. So --

3          MR. SANDERS:  Yeah.

4          S.A. OBIE:  Signed off by a federal judge.

5          MR. SANDERS:  But I mean, I think you -- you

6  know what I'm saying. Like, you just barged in. I mean,

7  should I have a -- like a -- don't I need like a lawyer

8  or something before I answer?

9          S.A. OBIE:  Well, you're not -- you're not

10 under arrest. You're not -- anything like that; right?

11 We're just here to sit down and talk to you. You can do

12 whatever you want to do, but we're not here to give you

13 legal advice either way -- but you're not under arrest.

14         MR. SANDERS:  If I'm not under arrest why

15 would you --

16         S.A. OBIE:  Because we have a -- we have a

17 search warrant. That's --

18         MR. SANDERS:  What does that mean?

19         S.A. OBIE:  So a search warrant means that we

20 -- we're given the legal right by a federal judge,

21 which was approved through many au- -- many

22 prosecutors, supervisors, etc. They had to read all

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                                 5

1    through the, you know, probable cause of why we're

2    here.

3            And then at the end all be all is the federal

4    judge. And that federal judge basically says, yes, I

5    agree with everything and every other stamp of approval

6    that's been on this -- I'm going to sign this.

7            Therefore, that gives us reason to come in

8    here and look in your house for a certain contraband,

9    etc. And in that, so there's -- there's multiple ways

10   to be able to conduct a search warrant.

11           Given that we are who we are, we try to do it

12   with a little bit more respect; right? When it comes to

13   -- we didn't knock down your door, we knocked, we rung

14   your -- rang the doorbell.

15           We have knocked down doors in the past because

16   people wouldn't cooperate -- they wouldn't come to the

17   door; right?

18           The only reason why at the top of the steps

19   you were yelling through the door; right? Our training;

20   right? We don't know what's on the other side of that

21   door. So --

22           MR. SANDERS:  Yeah. I -- I mean, I -- I

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    6

1   understand -- I watch the tv shows. Yeah. I know you're

2   --

3          S.A. OBIE:  Right. Right. So -- so it's no ill

4   intent. No --

5          MR. SANDERS:  Yeah. Well, I mean, the guy with

6   the cop shows already outside filming out of the room

7   when he was shouting -- don't fucking move --

8          S.A. FORD:  Right.

9          MR. SANDERS:  Might've been a little --

10         S.A. FORD:  Yeah.

11         MR. SANDERS:  A little power hungry.

12         S.A. OBIE:  That's --

13         MR. SANDERS:  With his gun out.

14         S.A. OBIE:  I -- I --

15         MR. SANDERS:  That really freaked me out.

16         S.A. OBIE:  Think that is probably is

17  [inaudible] with that. Yeah. But as you saw, I came up

18  right behind him.

19         MR. SANDERS:  Yes. The rest of you were

20  censored.

21         S.A. FORD:  [laughing]

22         S.A. OBIE:  Came up right behind him, you

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    7

1    know, we went and found your pants. You were open with

2    us and there was a knife in your pants, etc.; right? So

3    we checked, it, went through it, got you off your

4    knees, sat you down, calmed you down; right?

5             MR. SANDERS:  Yes.

6             S.A. OBIE:  So basically all we're trying to

7    do right now is just talk.

8             S.A. FORD:  Yeah.

9             S.A. OBIE:  Right? So the faster we can talk,

10   the faster we can get to the -- the bottom of the

11   truth, the sooner we get out.

12            S.A. FORD:  Right. And then like, they're

13   going to -- everybody's -- people are going to talk to

14   your parents as well. So your mom and your father --

15   and your father and your mother as well. So not just

16   you, that's going to be, you know, people going to talk

17   to you. So other people are going to be talking to as

18   well, but --

19            MR. SANDERS:  Okay. I can't have my mom in

20   here with me?

21            S.A. FORD:  Nah, nah, no. Because we want it -

22   - because we want to get like your story. We don't want

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                               8

1    her to have like an influence on your story and vice

2    versa.

3            S.A. OBIE:  Right.

4            S.A. FORD:  But that's, you know, so -- oh,

5    man.

6            MR. SANDERS:  Careful.

7            S.A. FORD:  Yeah. That was about to be really

8    bad. About to be really bad.

9            MR. SANDERS:  Um, yeah. I mean, I feel,

10   though, if any of these questions are like leading to

11   like incriminating to any thorough -- any like law

12   breaking, I should have --

13           S.A. OBIE:  Right.

14           MR. SANDERS:  A lawyer with me.

15           S.A. OBIE:  And that's -- that's completely

16   your choice; right. So --

17           MR. SANDERS:  I mean, I don't know what the

18   questions are, but like, if any of it like is related

19   to doing anything wrong. Obviously, I feel like I

20   should have the advice of a lawyer.

21           S.A. FORD:  That's -- we -- we can't give you

22   legal advice.

1          MR. SANDERS:  Depending on what the questions

2     are.

3          S.A. OBIE:  Yeah. We can't give you legal

4     advice, but if you feel like at some point you just

5     want to stop and that's fine; right? We're -- we're not

6     here to, you know, force you to do what -- anything;

7     right? This is just us having a conversation.

8          S.A. FORD:  Mm-hmm.

9          S.A. OBIE:  At the end of the day; right? So -

10    -

11         MR. SANDERS:  Yeah. But you understand my

12    concern.

13         S.A. OBIE:  I -- I understand. I'd be in the

14    exact same situation if --

15         MR. SANDERS:  Yeah.

16         S.A. OBIE:  You know, I was on the outside.

17         S.A. FORD:  And -- and our purpose here is --

18    is not to make you uncomfortable or anything. We just

19    want -- we just have questions and I mean, this is

20    something that we do all the time.

21         MR. SANDERS:  Mm-hmm.

22         S.A. FORD:  And we've had people in your

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    10

1   position where they are completely oblivious to what's

2   going on. And after conversations, it makes sense to

3   them. And then clear -- everything's clear and then we

4   -- we roll out.

5            MR. SANDERS:  I mean, I really don't know if

6   I'm answering any of this, but can I see a list of

7   questions or --

8            S.A. FORD:  No. It's just --

9            MR. SANDERS:  Stuff you're going to --

10           S.A. OBIE:  [inaudible]

11           MR. SANDERS:  Okay.

12           S.A. FORD:  Unless you want to open my brain

13  and take my brain out and it projected on here

14  [laughing] other than -- I don't think -- I don't think

15  you want to do that.

16           MR. SANDERS:  I mean, if -- if there's

17  something that I'm just going to, you know, if I feel

18  like any of it relates to -- I'm very uncomfortable

19  with probably answering anything --

20           S.A. FORD:  Okay.

21           MR. SANDERS:  But if you want to try asking

22  something or two, well --

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                              16

1            MR. SANDERS:  I mean, still occasionally, but
2     I also like just got out of the hospital for a vision
3     issue.
4            S.A. FORD:  Oh.
5            MR. SANDERS:  So that was a little hard, but -
6     - been out for a bit.
7            S.A. FORD:  Sorry about that.
8            MR. SANDERS:  Thanks. But I have a food and
9     beverage business down here, which is something I
10    actually started technically in elementary school with
11    like a red flash, you guys saw that; right?
12           S.A. FORD:  Yeah. It's taking a picture.
13           MR. SANDERS:  I just wanted to make sure it's
14    not -- it's my eye just one of the bright flash --
15           S.A. FORD:  Oh, okay.
16           MR. SANDERS:  Dust in my eye --
17           S.A. FORD:  Dust. Yeah.
18           MR. SANDERS:  But, you know, I started
19    actually the -- yeah, I started really young with the
20    lemonade stand, but then I turned it into like a --
21    like a snow cone machine -- snow cones -- and then went
22    from there and bought some more equipment.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    23

1          MR. SANDERS:  Yeah.

2          S.A. FORD:  I gave you the estimate you were

3    talking about proposals and all this --

4          MR. SANDERS:  Yeah.

5          S.A. FORD:  I used to be -- I used to do IT

6    work --

7          MR. SANDERS:  Okay.

8          S.A. FORD:  And I just remember writing

9    proposals and just my little piece was so many

10   different pages and that just can't imagine all the

11   other stuff that you had to do. So congrats. That's --

12   that's good stuff.

13         MR. SANDERS:  Thank you.

14         S.A. FORD:  Now are you -- are you busy now?

15   Like how's it?

16         MR. SANDERS:  I mean, right now I'm getting

17   ready for the season -- so the season start in March --

18         S.A. FORD:  Okay.

19         MR. SANDERS:  So like right now, like I just

20   finished posting, like hiring ads, you know, couple

21   hours before you guys got here.

22         S.A. FORD:  Oh, man, early bird.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                              24

1            MR. SANDERS:  And then Facebook. Yeah. I was

2     just going to sleep so --

3            S.A. OBIE:  Sounds like a true entrepreneur.

4            S.A. FORD:  Yeah. Right. Yeah. That's true. It

5     is true.

6            MR. SANDERS:  Go upstairs at like 4:00 a.m. So

7     yeah, so doing -- doing all that and then, you know,

8     getting -- getting everything ready just to go for new

9     buildings. So right now I'm getting all the equipment

10    in there and getting all the plumbing an electrical

11    done.

12           S.A. FORD:  Wow. Man.

13           S.A. OBIE:  So what -- what are you doing with

14    that building or whatever the building is?

15           MR. SANDERS:  That one it's going to be a

16    concession stand. So, you know, I just finished getting

17    all the equipment, but now I've got to do all the water

18    connections, all the, you know, electrical connections,

19    all the --

20           S.A. OBIE:  Seems like you see employees.

21           S.A. FORD:  Yeah.

22           S.A. OBIE:  That's what it seems like.

1    something pound refrigerator --

2            S.A. FORD:  Oof.

3            MR. SANDERS:  By myself and I hurt my back.

4    And then like, I was in a lot of pain from that. So

5    hurt my back, but, you know, survived, even though I've

6    got like a couple like bulging discs that --

7            S.A. FORD:  Ugh.

8            MR. SANDERS:  I still need to see a specialist

9    about, but so there's that then I had to go out of town

10   for an annual conference and trade show. Then when I

11   got back, I got sick like end of November -- it was

12   kind of like a cold at first. But then it got worse --

13           S.A. FORD:  Hmm.

14           MR. SANDERS:  And then they said it was a

15   sinus infection, started taking some medicine for that,

16   and then there's very rare eye condition -- which they

17   still haven't figured out.

18           So then that was going on now through the

19   beginning of January. And then I was in the hospital

20   for like a week. Well, three days at first and then

21   took more tests.

22           And then was back in the hospital for a few

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                 68

1   days, then getting an IV and then just trying to get

2   back into getting all the old work caught up on. So

3   it's been -- it's been -- it's been rough.

4           S.A. OBIE:  Okay.

5           S.A. FORD:  Hey, real quick, Zack, we -- the

6   keys for your Jeep -- where are they at?

7           MR. SANDERS:  They were on my pants. On my

8   keychain.

9           S.A. OBIE:  Yeah. So they should be in that

10  room.

11          S.A. FORD:  In his room?

12          S.A. OBIE:  His -- his room.

13          S.A. FORD:  Okay.

14          S.A. OBIE:  I think somebody took them off the

15  pants -- if I remember.

16          S.A. FORD:  Okay. The pants that you have on?

17          MR. SANDERS:  Yeah.

18          S.A. FORD:  Okay.

19          MR. SANDERS:  It was on the -- on the belt

20  there's a key ring with like 3,000 keys on it.

21          S.A. FORD:  With bunch of keys. Okay.

22          S.A. OBIE:  Should be like on the floor or on

1   going to basically go through everything in your house.

2   And we don't want to go through every single piece of

3   media. So hard drives, thumb drives, computers,

4   laptops, phones -- we don't want to do all that.

5              MR. SANDERS:  Yeah.

6              S.A. FORD:  So we just want to eliminate stuff

7   so we don't have to take -- we don't want to take all

8   your stuff.

9              MR. SANDERS:  Sure.

10             S.A. FORD:  So -- but if you're not truthful

11  with us, we're going to have to take all your stuff and

12  then that's potentially going to affect your business.

13             S.A. OBIE:  W- -- he's -- he's --

14             S.A. FORD:  Let me talk to him. So that's the

15  hypothetic -- so I'm asking you, I'm going to ask you

16  if you can give me -- so they found a laptop and a -- a

17  tablet under your bed.

18             MR. SANDERS:  Okay.

19             S.A. FORD:  Are you willing to give us the

20  password so we can just eliminate that so we don't take

21  it? Because they said there's one -- an iPad with like

22  six -- like a six digit password on there.

1        MR. SANDERS:  I mean, you're making me kind of

2   --

3        S.A. FORD:  No. You -- you can say -- you

4   don't have to say, yeah. If you say no, we're going to

5   take it. So we -- I'm just trying to give you the

6   opportunity -- same with your phone.

7        If you just give me the log into your phone, I

8   can go in, I can clear it and s- -- you can keep your

9   phone, but if not, we're taking your phone, we're

10  taking all the devices in your house, unless you can be

11  like, nope, here's the password to this so we can keep

12  it here.

13       So it's up -- that completely up to you, but

14  it's -- we're going to take it regardless. Not

15  regardless, but if we'd be clear it, we're not going to

16  take it. Like, we don't want to take your parents'

17  stuff, we don't want to take your stuff, but that's on

18  you.

19       MR. SANDERS:  What -- I mean, I guess -- I --

20  I just still wondering why you guys are here.

21       S.A. FORD:  Okay. You have no -- you have

22  absolutely no idea? Because even -- even a couple of

```
 1    times I caught you saying, I have s- -- ah, never mind,

 2    but you would stop saying certain things. So --

 3              MR. SANDERS:  What -- all right.

 4              S.A. FORD:  So I can -- just listen -- just

 5    listen to me. I just want --

 6              MR. SANDERS:  I'm just trying to phrase, s- --

 7              S.A. FORD:  No. I don't want you to phrase.

 8    There's no -- I want you to be honest with me, because

 9    I'm being honest with you. I -- and I don't need you to

10    like, try to -- I just want you to just be straight up

11    with me.

12              S.A. OBIE:  True. Yeah.

13              S.A. FORD:  Because they've already talked to

14    your parents, so your parents know what's going on, and

15    I'm trying to give you opportunity to clear your name,

16    because I'll be honest with you -- and like, we tried

17    to give you time to talk --

18              MR. SANDERS:  Yeah.

19              S.A. FORD:  And there's certain things I can

20    tell that you are keeping from us, but we're going to

21    find that end of the day. So --

22              MR. SANDERS:  I --
```

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    78

1          S.A. FORD:  Listen, listen, listen, listen

2   Zack, listen. So like I said, we went in your room and

3   the per- -- the person that knows the best about your

4   room is you.

5          MR. SANDERS:  Yeah.

6          S.A. FORD:  So is there a reason why you're

7   kind of thinking about your computer or your tablet? Is

8   there a reason? Is there a reason why we shouldn't go

9   in there?

10          MR. SANDERS:  I mean, there's -- I guess the

11   main reason is like, there's some like nude photos of

12   myself.

13          S.A. FORD:  Okay.

14          MR. SANDERS:  Of some, you know, guys I've

15   been with.

16          S.A. FORD:  Okay.

17          MR. SANDERS:  I --

18          S.A. FORD:  But do you realize that we're all

19   -- we're all adults here; right? We don't care about

20   that. That's not going to -- that's not a reason for

21   you not to give us your passwords.

22          MR. SANDERS:  Okay.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    79

```
1                S.A. FORD:  I know -- I know it -- it can be
2      uncomfortable, but we're trying to clear your name.
3                MR. SANDERS:  I guess -- and I don't
4      understand like what it is you're like look- -- like I
5      don't -- I don't know why you guys are here.
6                S.A. FORD:  Okay.
7                MR. SANDERS:  So I'm like nervous about like
8      the whole situation.
9                S.A. FORD:  Okay.
10               MR. SANDERS:  Like, I don't -- I --
11               S.A. FORD:  So -- let me -- okay.
12               MR. SANDERS:  I'm --
13               S.A. FORD:  I'm going to ask you one question.
14               MR. SANDERS:  Let me just say one thing.
15               S.A. FORD:  Okay.
16               MR. SANDERS:  Because I just want to explain.
17               S.A. FORD:  Okay.
18               MR. SANDERS:  Like -- I'm -- I'd say like
19      pretty guarded with information --
20               S.A. FORD:  Okay.
21               MR. SANDERS:  Because people have tried to
22      like use things against me in the past --
```

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    86

1          MR. SANDERS:  Okay.

2          S.A. FORD:  Dark net, Tor investigations. And

3    we have your Cox IP address came back to a Tor website

4    that we know fac- -- facilitates child pornography.

5          So before you -- before you even say anything,

6    think before you -- think, before you speak; okay? So

7    your IP address came back to a website that was

8    advertising child pornography.

9          And I asked you -- we just asked you have you

10   been -- I mean, you've been on -- you said you've been

11   on Tor.

12         MR. SANDERS:  Mm-hmm.

13         S.A. FORD:  You haven't been on there for

14   drugs. You haven't been on there for fake IDs. You were

15   just browsing. So where -- where else would you have

16   gone on Tor?

17         S.A. OBIE:  Be honest.

18         MR. SANDERS:  I don't really --

19         S.A. FORD:  Okay.

20         MR. SANDERS:  I -- every time you make a noise

21   or give me like a look like that  --

22         S.A. FORD:  Yeah. Because I don't  --

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    87

```
1            MR. SANDERS:  Make me very uncomfortable.

2            S.A. FORD:  No, that's fine. Because you know

3   what? Because I feel like the wheel -- I could see the

4   wheels spinning. Like I said, we've been doing this for

5   a while. I can see the wheels spinning in your head and

6   you know -- you know why we're here. Because I even

7   asked you -- I can -- I saw that.

8            Why would we find a thumb drive with child

9   porn in your room? And -- before you speak, this is the

10  opportunity for you to be just completely honest with

11  us, because once we walk out those doors and if -- like

12  --

13           S.A. OBIE:  Just get done.

14           S.A. FORD:  We take all your stuff before you

15  speak --

16           MR. SANDERS:  Sure.

17           S.A. FORD:  We take all your stuff and you're

18  not being truthful with us, it's going to be -- it's --

19  it's an issue.

20           MR. SANDERS:  Okay.

21           S.A. FORD:  So I want to give you the

22  opportunity now --
```

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    88

1            MR. SANDERS:  Yep.

2            S.A. FORD:  To kind of clear your name so we

3    can get in and get out and then we can work -- and work

4    with you and, you know, do all that.

5            MR. SANDERS:  You make me a little bit

6    nervous. Can I have -- can I speak to my mother for one

7    moment or have her in here just as a witness?

8            S.A. OBIE:  Witness to what? We have -- it's -

9    - it's right here.

10           S.A. FORD:  Yeah.

11           S.A. OBIE:  There's -- there's no need --

12   you're an adult; correct?

13           S.A. FORD:  Yeah.

14           S.A. OBIE:  Right. She's busy in her own

15   interview right now. So all we're asking from you is

16   the truth.

17           MR. SANDERS:  Well --

18           S.A. OBIE:  We're not asking --

19           MR. SANDERS:  I mean, you're making claims and

20   you -- you just said that you said me answering these

21   questions would be -- would help me.

22           S.A. FORD:  It -- it very well could help. It

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    89

1    can help you a lot. Actually. If you be -- if you're

2    truthful with us --

3             MR. SANDERS:  You -- you couldn't just tell me

4    how so because it would make me feel --

5             S.A. FORD:  Because this -- this is --

6             MR. SANDERS:  I don't know how this --

7             S.A. FORD:  Okay. I'm going to tell you, Zack

8    --

9             MR. SANDERS:  This is kind of scary.

10            S.A. FORD:  This is what is going to happen.

11   So we have a search warrant for your residence.

12            MR. SANDERS:  Okay.

13            S.A. FORD:  So for the search warrant -- and

14   that can show you this -- the search warrant, it covers

15   all of the electronic devices. So if I wanted to, I can

16   take whatever -- this router, I can take anything in

17   his house. That's what I'm talking about.

18            MR. SANDERS:  I -- I -- I understand that.

19            S.A. FORD:  And that would completely disturb

20   everything in the house and not do not want to do that.

21   That's not my intention. So after we do the search

22   warrant, we go back and we do a -- a forensic check.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                                    90

1          So basically we look and see what's on the

2   devices. And if you're like truthful with us and help

3   us and say, hey, yeah, this stuff in my room -- we can

4   just focus on your room so we don't have to take your

5   routers. We don't have to take all your stuff.

6          So -- and after that, we talked to our

7   prosecutor and say, hey, this is -- you know, this guy

8   has been truthful with us. He's been willing to work

9   with us. He's answering our questions. Can we help him

10  out?

11         But if not, and if you with information from

12  us, then that's when we're like, well, he wasn't really

13  cooperative and I'm not going to say like, it's going

14  to help your -- this is going to help or not help, but

15  the more information we have, the better we can focus

16  on stuff so we can get in and get out and then get your

17  life going and be done with it.

18         But if you withhold information, we're taking

19  everything and I don't want to take everything.

20         S.A. OBIE:  And also just -- just to be

21  perfectly clear; right? So it is a crime to lie to a

22  federal agent like -- that -- that is actual crime.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    91

1          MR. SANDERS:  I haven't -- I haven't lied

2    about anything.

3          S.A. FORD:  Well --

4          S.A. OBIE:  Like I said, it is a crime. So

5    we're asking you to be honest; right?

6          MR. SANDERS:  Yeah.

7          S.A. OBIE:  Crime can give jail time if needed

8    -- if need be; right? This is why we're saying honesty

9    is key because you don't want that on top of

10   everything.

11         MR. SANDERS:  So I -- I haven't lied about --

12         S.A. OBIE:  I mean, we -- we realize that.

13         MR. SANDERS:  Okay. Because he said he thought

14   I was --

15         S.A. FORD:  No. No. I -- no, no, I was --

16         MR. SANDERS:  Not being truthful.

17         S.A. OBIE:  So --

18         S.A. FORD:  No.

19         S.A. OBIE:  So we're giving you the stage

20   right now. We're giving you the stage. We have -- we

21   have the thumb drive; right? We already had a dumb

22   drive and you know which thumb drive that is. So the

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                          92

1   stage is yours.

2           MR. SANDERS:  Could I just speak to my mom for

3   one moment?

4           S.A. OBIE:  Your mom is an interview right

5   now.

6           MR. SANDERS:  Okay. Okay. I need -- can't they

7   pause for --

8           S.A. OBIE:  Why -- why do you -- why do you

9   need to speak to your mom right now.

10          MR. SANDERS:  I -- we're just -- we're just --

11          S.A. OBIE:  She's -- she's the one doing it?

12  Like does she go on Tor and do all the?

13          S.A. FORD:  And --

14          MR. SANDERS:  I don't think she knows how to

15  use, to be honest.

16          S.A. FORD:  Right. So do you -- do you want

17  your parents to know to the extent -- I mean, they're

18  going to know why -- they're probably asking, why are

19  you guys in my house?

20          MR. SANDERS:  Mm-hmm.

21          S.A. FORD:  So they're going to know to an

22  extent, but once again, you're an adult, so you don't

1    have to tell them everything. That's --

2          MR. SANDERS:  And just like we're close and I

3    usually like talk to her before, like --

4          S.A. OBIE:  Before what?

5          MR. SANDERS:  Like making the decisions about

6    --

7          S.A. OBIE:  About truth? About honesty?

8          MR. SANDERS:  I have not, not been honest,

9    like I've been fully honest with every single thing

10   I've said.

11         S.A. OBIE:  Right. And we're asking you a

12   question and we're putting it to you.

13         MR. SANDERS:  But you're -- well, I guess what

14   I'm -- what I'm saying here is you are making a claim

15   that you found something.

16         S.A. FORD:  No this --

17         S.A. OBIE:  There's no claim --

18         S.A. FORD:  There's no claim. It's fact.

19         MR. SANDERS:  Okay. Yeah, but I mean, like,

20   you're saying you f- -- you're saying you found

21   something.

22         S.A. FORD:  We found something. We found a

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                          95

1            MR. SANDERS:  Okay.

2            S.A. FORD:  Because I don't want to, like I

3    said --

4            MR. SANDERS:  I -- yeah, you're right.

5            S.A. FORD:  I don't want to take all your

6    stuff. And at this point I feel like I'm thinking this

7    is going to go with me unless --

8            MR. SANDERS:  What I -- what I -- what I --

9    what I mean by help you is like, make this go faster.

10   But that helps me by keeping this -- like, I fully

11   understand that you're trying to help me as well. Like,

12   I appreciate --

13           S.A. FORD:  Do you want to give me -- do you

14   want to give me the passwords to your -- to your laptop

15   and your iPad so I can just clear that so you can have

16   that and your phone or you want me to just take it?

17           MR. SANDERS:  That's what I'd like to -- can I

18   just --

19           S.A. FORD:  N- -- it's your priv- -- it's your

20   stuff.

21           MR. SANDERS:  I understand. But I'm very

22   stressed right now and I haven't even slept since

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    96

1    yesterday.

2              S.A. FORD:  I -- I can't --

3              MR. SANDERS:  As I was trying to explain -- I

4    was, like, woken up like this.

5              S.A. OBIE:  Right.

6              S.A. FORD:  It would just --

7              MR. SANDERS:  Could I -- could I please --

8    could I just --

9              S.A. OBIE:  Let me go get her real quick.

10             MR. SANDERS:  Thank you.

11             S.A. OBIE:  All right?

12             MR. SANDERS:  Thank you. I -- just like, I

13   usually like -- like take like a good amount of time to

14   make decisions.

15             S.A. FORD:  Okay.

16             MR. SANDERS:  So this is just really --

17             S.A. FORD:  This is --

18             MR. SANDERS:  For me.

19             S.A. FORD:  This is -- I -- I get it and this

20   is the golden opportunity for you while we're here

21   because when that -- when we leave, that's --

22             MR. SANDERS:  I understand. I really -- like,

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    97

1    I really --

2              S.A. FORD:  Okay.

3              MR. SANDERS:  I want to be honest and open,

4    but also --

5              S.A. FORD:  I want you to be honest and open.

6              MR. SANDERS:  F- -- and I haven't lied about

7    anything.

8              S.A. FORD:  Okay.

9              MR. SANDERS:  Everything I said's been a

10   hundred percent truthful.

11             S.A. FORD:  Okay.

12             MR. SANDERS:  It's just -- you're scaring me a

13   little.

14             I don't -- and my intention is not to scare

15   you. My intention is have a conversation and I don't

16   want to -- like, we gave you an opportunity just to

17   talk to us. And I don't -- like I said, I don't think

18   you lied to me, I hope you didn't lie to me.

19             MR. SANDERS:  Okay.

20             S.A. FORD:  I don't like to be lied to, and I

21   don't want to lie to you. I don't want --

22             MR. SANDERS:  Well, you said that it seemed

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    106

```
1              S.A. FORD:  Mm-hmm.

2              MRS. SANDERS:  On the premises.

3              S.A. FORD:  Yep.

4              MRS. SANDERS:  And if you can leave it because

5    I explained, I'm a psychologist --

6              S.A. FORD:  Yeah.

7              MRS. SANDERS:  I -- all my stuff that I need

8    for my office --

9              S.A. FORD:  Yeah. And that is not our

10   intention to take everything out of your house.

11             MRS. SANDERS:  Yeah.

12             S.A. FORD:  Do not want to do that.

13             MRS. SANDERS:  But if they can preview and

14   clear things they leave it and if they can't, then they

15   take it with them.

16             MR. SANDERS:  So -- yeah.

17             MRS. SANDERS:  So I think -- I said to dad, I

18   mean, they -- maybe -- maybe I watch too much TV, but

19   that maybe we should get a lawyer rather than

20   continuing to -- because if they're saying they found

21   something bad, then probably we should get a lawyer

22   because that's just bizarre.
```

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    107

```
1              MR. SANDERS:  But I just don't know -- could I
2    speak to her in -- in private?
3              MRS. SANDERS:  Yeah.
4              S.A. FORD:  Hmm-mm.
5              MRS. SANDERS:  Really? I was allowed to speak
6    to my husband.
7              S.A. FORD:  Yeah. But --
8              MRS. SANDERS:  I can talk to him.
9              S.A. FORD:  Yeah. But we were talking to him.
10             MR. SANDERS:  Okay. Can you just be right
11   outside the door? I mean, I'm -- I can't go anywhere.
12   Like what -- seriously like is -- what --
13             S.A. FORD:  You want to --
14             MR. SANDERS:  What difference does it possibly
15   make?
16             MRS. SANDERS:  We've both had medical issues.
17             S.A. FORD:  I understand.
18             MRS. SANDERS:  We've both been hospitalized in
19   the last couple of months.
20             S.A. FORD:  I -- yeah.
21             MRS. SANDERS:  So this is --
22             S.A. OBIE:  I guess, ma'am --
```

1          MRS. SANDERS:  Very --

2          S.A. OBIE:  What -- so see it from our

3   perspective is -- so if we have something -- child

4   pornography, for instance, they're real victims on the

5   other side.

6          MRS. SANDERS:  Mm-hmm. Of course.

7          S.A. OBIE:  Right. And our job is to save

8   those victims --

9          MRS. SANDERS:  Mm-hmm.

10          S.A. OBIE:  First by identifying those

11   victims; you know? So that's what we do day in, day

12   out, we save kids.

13          MRS. SANDERS:  Right.

14          S.A. OBIE:  And so that is why we're here.

15   That is why we're trying to be as cordial and open as

16   possible.

17          MRS. SANDERS:  Yeah. I totally get that.

18          S.A. OBIE:  And why also, we're not trying to

19   take everything because that's just a burden on

20   everybody, especially because both of you have your

21   businesses here.

22          MRS. SANDERS:  Mm-hmm.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                          109

1            S.A. OBIE:  So it's -- all three of you

2       really.

3            MRS. SANDERS:  Well, I mean, I have -- I have

4       my own office.

5            S.A. OBIE:  Okay.

6            MRS. SANDERS:  But I know what you're saying.

7            S.A. OBIE:  But, so basically from that that's

8       -- so all we asked for it was if he doesn't want us to

9       take the laptop and the tablet that was tucked

10      underneath his bed, just to provide a passcode so we

11      can clear it, go through it, or whatever. Up until this

12      point he's been, you know, we -- we talked about --

13           MRS. SANDERS:  Mm-hmm.

14           S.A. OBIE:  We talked about his history, his

15      concession stand --

16           MRS. SANDERS:  Mm-hmm.

17           S.A. OBIE:  Lemonade stand back in the day --

18           S.A. FORD:  Mm-hmm.

19           S.A. OBIE:  All that stuff; right? And he's

20      been up front and we asked him to, you know, just talk

21      about where he went on Tor.

22           Because he already said that he had Tor on his

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                              110

1   laptop, which is -- I don't know if you know what Tor

2   is -- so -- so Tor is -- is like a anonymous browsing

3   software, etc. However, with certain technologies, we

4   traced it back to this residence. You don't know what

5   Tor is?

6          MRS. SANDERS:  I --

7          S.A. OBIE:  Pretty sure your husband doesn't

8   know what Tor is. And he said that to Tor was on his

9   laptop. So all we're asking is where he navigated from.

10  And then what -- and then we'll kind of go from there.

11         So, I mean, the decision is yours, but I'm

12  just trying to give you our perspective on -- on where

13  we're coming from.

14         MRS. SANDERS:  Yeah. No. I totally -- I

15  totally empathize and I understand that. But if you're

16  saying that you found something, then I feel like the

17  prudent thing to do is to probably --

18         MR. SANDERS:  Can I just talk to --

19         MRS. SANDERS:  Yeah. Okay.

20         MR. SANDERS:  Maybe like five -- like --

21         MRS. SANDERS:  Maybe we can work this out and

22  make it easier.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    115

1           MRS. SANDERS:  [whispering, inaudible]

2           MR. SANDERS:  So you think that -- I mean,

3    that's reasonable; right?

4           MRS. SANDERS:  Yes.

5           MR. SANDERS:  That's so simple. [whispering,

6    inaudible] okay. Okay. Okay.

7           MRS. SANDERS:  Yeah.

8           MR. SANDERS:  Okay.

9           MRS. SANDERS:  Because -- because --

10          MR. SANDERS:  Yeah. Okay. Tell him I'll see

11   him. Could I -- can I have a Coke? Can I ask him if I

12   can get a Coke?

13          MRS. SANDERS:  Can you bring him a soda and do

14   you want --

15          MR. SANDERS:  Yeah. So I'll -- I'll give you

16   it. I'll tell you what -- what you want.

17          S.A. FORD:  Okay.

18          MR. SANDERS:  Can I grab a Coke from the

19   fridge?

20          S.A. FORD:  What kind do you want?

21          MR. SANDERS:  Because I'm -- I'm very thirsty.

22          S.A. FORD:  [inaudible]

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    116

```
1              MRS. SANDERS:  Yeah.

2              S.A. FORD:  A Coke. Okay. I didn't know if you

3    guys had any like a different kind --

4              MRS. SANDERS:  No. Is it in a bottle, Zack?

5              MR. SANDERS:  You know the glass bottles?

6              MRS. SANDERS:  Yeah.

7              MR. SANDERS:  If that's okay with them.

8              S.A. OBIE:  Yeah. We'll get it for you.

9              MR. SANDERS:  Okay.

10             S.A. OBIE:  Be right back.

11             MR. SANDERS:  Thank you.

12             MRS. SANDERS:  You're welcome.

13             MR. SANDERS:  Okay. Thanks.

14             MRS. SANDERS:  Okay.

15             MR. SANDERS:  Do you want me to finish showing

16   you on the --

17             S.A. FORD:  Oh

18             MR. SANDERS:  Telegram -- sorry, I don't --

19             S.A. FORD:  Yeah.

20             MR. SANDERS:  You're not which -- who was I

21   talking to you.

22             S.A. FORD:  You're talking to me. Yeah. About
```

1    ago, like middle school, early high school, very long

2    time ago.

3              S.A. FORD:  Hey, Zack -- Zack --

4              MR. SANDERS:  At some point.

5              S.A. FORD:  Let me pause you real quick,

6              MR. SANDERS:  Okay.

7              S.A. FORD:  Remember --

8              MR. SANDERS:  Because I was getting onto the

9    Tor stuff, but okay.

10             S.A. FORD:  No. That's -- that's fine. And I

11   appreciate it. But let's go back to being honest; okay?

12             MR. SANDERS:  Back to being?

13             S.A. FORD:  Yes.

14             MR. SANDERS:  I haven't been hon-

15             S.A. FORD:  Yeah. So you told us you were on

16   Kik when you were 14?

17             MR. SANDERS:  Yeah.

18             S.A. FORD:  Okay. I just saw on there that you

19   were active on -- so unless you had a different

20   account. Did you have a different account or if you --

21   have you always had this acc- --

22             MR. SANDERS:  As I just said, it might have

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    145

1   stuff at?

2            MR. SANDERS:  I believe it all will be on that

3   flash drive.

4            S.A. OBIE:  What about the --

5            S.A. FORD:  Okay.

6            MR. SANDERS:  To -- to the -- to my best

7   recollection.

8            S.A. FORD:  Okay.

9            S.A. OBIE:  Password?

10           MR. SANDERS:  Can --

11           S.A. OBIE:  I can't let you type it in because

12   don't know if you're going to manipulate. So that's

13   just from stuff we did in the past.

14           S.A. FORD:  We try --

15           S.A. OBIE:  We're just trying to cover our

16   asses. So --

17           MR. SANDERS:  Okay. And just -- just a

18   question.

19           S.A. OBIE:  Yes.

20           MR. SANDERS:  Not saying I'm going to try --

21   I'm just curious. If I refuse to give like a password

22   to get into any of this --

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    146

1              S.A. OBIE:  Mm-hmm.

2              MR. SANDERS:  What -- what happens?

3              S.A. FORD:  We take it.

4              S.A. OBIE:  Take it.

5              MR. SANDERS:  So you take it --

6              S.A. FORD:  And it -- you might not see it for

7     a -- a long time.

8              MR. SANDERS:  Okay. And then --

9              S.A. FORD:  Even -- just so even if we take it

10    and we clear it -- like there's nothing on there, you

11    still won't get it for --

12             MR. SANDERS:  But like -- I have -- my

13    question is if you take it and there's like a password.

14    Do you -- do you got like --

15             S.A. OBIE:  We have tech- --

16             S.A. FORD:  Oh, so you -- you want to know

17    about the FBI secrets; huh?

18             MR. SANDERS:  I was just curious.

19             S.A. FORD:  Just so you know --

20             MR. SANDERS:  This is my chance. At least give

21    me -- give me something. I'm being honest with you,

22    give me something.

1    You're going to clear it manually.

2          But if there's a lot of content -- a lot of

3    years, a lot of time put into that phone, we have to

4    actually look into the architecture of the phone in

5    order to be able to extract the true information from

6    it.

7          We're not going to be able to do that

8    manually. It takes devices, which also takes hours in

9    order to like process. It's almost like the internet;

10   right?

11         MR. SANDERS:  And then --

12         S.A. OBIE:  Something occasionally --

13         MR. SANDERS:  Aren't you guys probably like a

14   little backed up with stuff to do because --

15         S.A. OBIE:  Not actually, because every single

16   person -- every single person here, they have their

17   sets of cases; right? And so this is priority right

18   now, this is the focus right now. That's just a general

19   explanation of --

20         MR. SANDERS:  I just need my phone.

21         S.A. OBIE:  Why? Which is why I was surprised

22   you didn't have your business backed up on anything.

Transcript of Zackary Ellis Sanders
Conducted on February 12, 2020                    253

1                  CERTIFICATE OF TRANSCRIBER

2          I, Chris Naaden, a transcriber, hereby declare

3    under penalty of perjury that to the best of my ability

4    from the audio recordings and supporting information;

5    and that I am neither counsel for, related to, nor

6    employed by any of the parties to this case and have no

7    interest, financial or otherwise, in its outcome, the

8    above 252 pages contain a full, true and correct

9    transcription of the tape-recording that I received

10   regarding the event listed on the caption on page 1.

11

12          I further declare that I have no interest in

13   the event of the action.

14

15          December 7, 2020

16

17   _____

18          Chris Naaden

19

20   (339280, Statement in re: USA v. Sanders, 2-12-20)

21

22