IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant Zackary Sanders' Motion to Suppress and Memorandum in Support to his motion (Dkt. 149, 150). The pre-trial motion deadline in this case was originally set for August 20, 2020. Minute Entry, July 10, 2020, Dkt. 34. On defendant's motion, the motion deadline was extended to August 27, 2020. *United States v. Sanders*, No. 1:20-cv-143 (E.D. Va. Aug. 20, 2020) (Order). On August 27, 2020, defendant filed a seventy-nine (79) page brief in support of his motion to suppress (Dkt. 75), which was later refiled as four separate motions to suppress, totaling ninety-one (91) pages of briefing (Dkt. 81, 83, 85, 90). Defendant's motions to suppress were denied on October 26, 2020.

On October 30, 2020, defendant filed a consent motion to continue trial. At a hearing on the motion, defense counsel agreed that they would be prepared to go to trial on February 9, 2021, and trial was continued to that date. On December 17, 2020, one hundred and twelve (112) days after the extended pre-trial motion deadline in this case, defendant filed his fifth motion to suppress, in which he requested an evidentiary hearing.

Given the substantial delay in defendant's filing, it is appropriate for defendant to show cause as to why defendant failed to file this motion to suppress—his fifth—within the pre-trial motion deadline.

Accordingly,

It is hereby **ORDERED** that defendant shall **SHOW CAUSE** by <u>**5:00 p.m. on Monday, December 28, 2020**</u> as to why defendant filed a Motion to Suppress on December 17, 2020, one hundred and twelve (112) days after the deadline for pretrial motions.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
December 18, 2020

/s/
T. S. Ellis, III
United States District Judge