**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>        v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                                Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: January 15, 2021<br>Trial Date: February 9, 2021 |

**MOTION IN LIMINE IN OPPOSITION TO
GOVERNMENT'S AMENDED NOTICE OF INTENT
TO PRESENT EVIDENCE UNDER FEDERAL RULE OF EVIDENCE 414**

Zackary Ellis Sanders, by and through undersigned counsel, respectfully requests that the

Court exclude any evidence the Government intends to introduce under Federal Rule of Evidence

414, as outlined in the Government's Amended Notice of Intent to Present Evidence Under Federal

Rule of Evidence 414 (ECF No. 133).  The motion is supported by the Memorandum in Support

of Motion in Limine in Opposition to Government's Amended Notice of Intent to Present Evidence

Under Federal Rule of Evidence 414.

Respectfully submitted,

_____/s/_____

Jonathan Jeffress (#42884)
Emily Voshell (#92997)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: evoshell@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Emily Voshell*
Emily Voshell

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| | The Honorable Judge Ellis |
| v. | |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

**[PROPOSED] ORDER**

This matter having come before the Court on Mr. Sanders's Motion in Limine in

Opposition to Government's Amended Notice of Intent to Present Evidence Under Federal Rule

of Evidence 414, and having reviewed any opposition thereto, it is, for good cause shown,

**ORDERED** that the Motion in Limine in Opposition to Government's Amended Notice of

Intent to Present Evidence Under Federal Rule of Evidence 414, is **GRANTED**.

It is so ORDERED.

_____

THE HONORABLE T.S. ELLIS

Date: _____

Alexandria, Virginia