IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## UNITED STATES' MOTION FOR ORDER TO SHOW CAUSE AND TO SEAL

The United States of America, by and through undersigned counsel, hereby files this motion for the Court to issue an Order to show cause and to seal. For the reasons set forth in the memorandum in support accompanying this motion, the United States respectfully requests that the Court: (1) order counsel for the defendant to show cause why they should not be held in contempt for violating the Court's Protective Order; (2) seal Dkt. Nos. 135-4, 138-1, 138-2, 138-3, 138-8, and 138-11; and (3) order the defendant to file a motion to seal in case no. 1:20-cv-3672 in the U.S. District Court of the District of Columbia. The United States also respectfully requests that the memorandum in support of this motion and Exhibit 1 attached thereto be filed under seal until further Oder of the Court.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:   \_\_/s/_____
William G. Clayman
Special Assistant United States Attorney (LT)
Jay V. Prabhu
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue

                                                Alexandria, Virginia 22314
                                                (703) 299-3700
                                                william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, and I emailed copies of the government's memorandum in support and Exhibit 1 to all counsel of record and will file the foregoing with the Clerk of Court.

> By:         /s/
> William G. Clayman
> Special Assistant United States Attorney (LT)
> Office of the United States Attorney
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> (703) 299-3700
> william.g.clayman@usdoj.gov