IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>ZACKARY ELLIS SANDERS,    )<br>)<br>          *Defendant.*    )<br>             ) | Case No. 1:20-CR-143 |

## **ORDER**

The UNITED STATES, having moved for an order to show cause and to seal (Dkt. No. 170); and

The COURT, having considered the government's submissions, including the facts presented by the government; having found that revealing the material sought to be sealed by the government would jeopardize ongoing and future criminal investigations; having considered the available alternatives that are less drastic than sealing the government's memorandum in support of its instant motion and Exhibit 1, and finding none would suffice to protect the government's legitimate interest in protecting ongoing and future criminal investigations; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material, it is hereby

ORDERED that the memorandum in support of the government's instant motion and Exhibit 1 be sealed until further Order of the Court; and

It is further ORDERED that counsel for the defendant shall show cause why they should not be held in contempt for violating the Court's Protective Order (Dkt. No. 28) by _____; and

It is further ORDERED that Dkt. Nos. 135-4, 138-1, 138-2, 138-3, 138-8, and 138-11 be sealed until further Order of the Court; and

It is further ORDERED that the defendant shall file a motion to seal in case no. 1:20-cv-3672 in the U.S. District Court of the District of Columbia.

Date: _____   _____
      Alexandria, Virginia   Hon. T.S. Ellis, III
                                                    United States District Judge