IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the government's Motion for Order to Show Cause and to Seal (Dkt. 170) and Defendant Zackary Sanders' Consent Motion to Seal (Dkt. 171). Parties agree to the necessity of sealing several exhibits pursuant to the Protective Order in this case (Dkt. 28). Consideration of the government's request for an order requiring defendant to show cause and an order requiring defendant to file a motion to seal in *Sanders v. Federal Bureau of Investigation*, No. 1:20-cv-3672 (D.D.C. Dec. 14, 2020) will await full briefing.

Accordingly, in consideration of the parties' submissions; having found that revealing the material sought to be sealed by the government would jeopardize ongoing and future criminal investigations; having considered the available alternatives that are less drastic than sealing the government's memorandum in support of its instant motion and Exhibit 1, and finding none would suffice to protect the government's legitimate interest in protecting ongoing and future criminal investigations; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material.

It is hereby **ORDERED** that the memorandum in support of the government's instant motion (Dkt. 170) and Exhibit 1 be **SEALED** until further Order of the Court.

It is further **ORDERED** that Dkt. 135-4, 138-1, 138-2, 138-3, 138-8, and 138-11 be **SEALED** until further Order of the Court.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
December 21, 2020

/s/
T. S. Ellis, III
United States District Judge