# Exhibit 9

**Subject:** Re: U.S. v. Zackary Sanders - Discovery
**Date:** Monday, July 27, 2020 at 5:00:21 PM Eastern Daylight Time
**From:** Emily Voshell
**To:** Clayman, William G (USAVAE), Jon Jeffress, Jade Chong-Smith
**CC:** Prabhu, Jay (USAVAE)

Hi Bill,

Thank you so much. I was able to download the material without any problems.

Will the government be filing a response to our Motion to Compel today? If so, do you mind providing us a courtesy copy by email today (if you plan to file under seal)?

Thank you!

Best,

Emily

--
Emily Voshell

KaiserDillon PLLC
1099 14th Street N.W.
8th Floor West
Washington, DC 20005
(202) 996-3030 (direct)
(202) 640-2850 (main)
evoshell@kaiserdillon.com

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 202 640-2850.

---

**From:** "Clayman, William G (USAVAE)" <William.G.Clayman@usdoj.gov>
**Date:** Monday, July 27, 2020 at 4:11 PM
**To:** Jon Jeffress <jjeffress@kaiserdillon.com>, Emily Voshell <EVoshell@kaiserdillon.com>, Jade Chong-Smith <jchong-smith@kaiserdillon.com>
**Cc:** "Prabhu, Jay (USAVAE)" <Jay.Prabhu@usdoj.gov>
**Subject:** U.S. v. Zackary Sanders - Discovery

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Jon, Emily, and Jade,

I am writing to let you know that I uploaded some additional materials to the USAFx shared drive I set up for

this case. These materials include a report from the FLA that ████████████████████████████████ and that the FBI received on or around October 25, 2019, as well as four non-contraband screen shots of that Tor site taken by law enforcement.

Please let me know if you have any trouble accessing the shared drive or these materials. I will prepare a Bates-stamped production of these materials to provide to you shortly.

Thanks,
Bill
_____
**William Clayman**
Special Assistant U.S. Attorney (LT)
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3744
william.g.clayman@usdoj.gov