# Exhibit 1

| | |
|---|---|
| **From:** | Andrea Diaz |
| **To:** | Diana Castillo |
| **Subject:** | RE: WebEx Video |
| **Date:** | Monday, December 21, 2020 10:25:52 AM |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

I tried calling you back. The visit are cancelled until further notice and yes that includes ALL upcoming visits.

**From:** Diana Castillo <dcastillo@kaiserdillon.com>
**Sent:** Monday, December 21, 2020 10:07 AM
**To:** Andrea Diaz <Andrea.Diaz@alexandriava.gov>
**Subject:** RE: WebEx Video

Good morning Sergeant Diaz,

I received your call and email. Thank you for reaching out! Can you confirm whether the cancellation of all visitation includes all currently scheduled legal calls, and how long this is anticipated to last?

Thank you,

Diana

**From:** Andrea Diaz <Andrea.Diaz@alexandriava.gov>
**Sent:** Monday, December 21, 2020 9:41 AM
**To:** Diana Castillo <dcastillo@kaiserdillon.com>
**Subject:** WebEx Video
**Importance:** High

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Good morning,
I tried to reach you by phone and left a voice message that **ALL** visitation has been cancelled until further notice. Sorry for the inconvenience. Thanks.

*Andrea F. Diaz, Sergeant*
*Alexandria Sheriff's Office*
*Special Management*
*Main (703) 746-4099*
*Office (703) 746-5155*
*Cell (571) 429-2918*