# Exhibit 2

| | |
|---|---|
| **From:** | Andrea Diaz |
| **To:** | Diana Castillo |
| **Subject:** | RE: [EXTERNAL]Call Cancellations |
| **Date:** | Monday, December 28, 2020 1:19:17 PM |

---

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Good afternoon,

Yes, my holiday was good hope yours was as well. Calls are still suspended until further notice. Try back the 2nd week in January to see if they have resumed. Thanks.

*Andrea F. Diaz, Sergeant*
*Alexandria Sheriff's Office*
*Special Management*
*Main (703) 746-4099*
*Office (703) 746-5155*
*Cell (571) 429-2918*

---

**From:** Diana Castillo <dcastillo@kaiserdillon.com>
**Sent:** Monday, December 28, 2020 11:02 AM
**To:** Andrea Diaz <Andrea.Diaz@alexandriava.gov>
**Subject:** [EXTERNAL]Call Cancellations

Good morning Sergeant Diaz,

I hope you had a wonderful a wonderful holiday! I wanted to check in to see if calls are still being suspended until January? When should we start resuming the scheduling of calls?

Best,
Diana Castillo
**KaiserDillon PLLC**
1099 14th Street, NW
8th Floor West
Washington, DC 20005
dcastillo@kaiserdillon.com

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 202-640-2850.

---

DISCLAIMER: This message was sent from outside the City of Alexandria email system.