# Exhibit 3

| | |
|---|---|
| **From:** | Andrea Diaz |
| **To:** | Diana Castillo |
| **Subject:** | Video Visitation |
| **Date:** | Tuesday, December 29, 2020 12:15:34 PM |
| **Importance:** | High |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Good afternoon.

Just FYI,

All video visitation has been cancelled during the week of January 1, 2021 – January 7, 2021. If anything changes I will let you know. Sorry for the inconvenience.

*Andrea F. Diaz, Sergeant*
*Alexandria Sheriff's Office*
*Special Management*
*Main (703) 746-4099*
*Office (703) 746-5155*
*Cell (571) 429-2918*