IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:20-CR-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon the motion of the United States, by and through its attorneys, and for good cause shown, it is hereby,

ORDERED that, if the Court determines that the defendant has shown good cause for his untimely motion to suppress [Dkt. No. 149] under Fed. R. Crim. P. 12(c)(3), the government shall file its response to the defendant's motion on or before ___1/14/21___.

Date: ___12/30/20___
Alexandria, Virginia

_____
Hon. T.S. Ellis, III
United States District Judge