IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders' Consent Motions to Seal (Dkt. 183, 187). Defendant has filed redacted public versions of both his Opposition to the Government's Motion for an Order to Show Cause and to Seal (Dkt. 181) and his Reply to Government's Position on Order to Show Cause (Dkt. 186).

Accordingly,

It is hereby **ORDERED** that defendant's motions are **GRANTED** insofar as the portions of defendant's Opposition to the Government's Motion for an Order to Show Cause and to Seal (Dkt. 181) and defendant's Reply to Government's Position on Order to Show Cause (Dkt. 186) that refer to or disclose matters that are protected by the Protective Order in this case (Dkt. 28) shall be **FILED UNDER SEAL**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 4, 2021

/s/
T. S. Ellis, III
United States District Judge