# Exhibit 1

COVID-19 Resources and Changes in City Services
*Updated 2:54 p.m. Fri, Sep 25*

# Inmates Test Positive for COVID-19

*Page updated on* *Jan 4, 2021 at 2:29 PM*



## RELATED CONTENT

- Sheriff's Office

- Administrative Services Bureau

- Alexandria Criminal Justice Services

- Become a Deputy Sheriff

- Community Outreach

- Depositing Funds to Inmate

**Update as of January 4, 2021, 2 p.m.**

Sheriff Lawhorne wants the community to know that 14 states had the courage  to place corrections staff in category 1A. "I commend these states for recognizing the seriousness of this situation and the critical role staff play in maintaining the well being of those incarcerated. Unfortunately, Virginia doesn't feel the same way." Today the Sheriff continued to press those in leadership roles to do something since the Governor's team has gone silent.

Accounts

- Detention Center Bureau

- Frequently Asked Questions

- History of the Sheriff's Office

- In Memoriam

- In the News

- Information for Attorneys

- Inmate Programs

- Inmate Visitation Guidelines for Family and Friends

- Inmate Work Detail

- Judicial and Special Operations Bureau

- Message from the Sheriff

### Which vaccination phase each state assigned to incarcerated people and corrections staff

| | Incarcerated People | Corrections Staff |
|---|---|---|
| Specifically listed in Phase 1 (or a Phase 1 subdivision) | 7 states: Conn., Del., Mass., Md., Neb., N.M., Pa. | 14 states: Ark., Conn., Del., La., Maine, Mass., Md., Mo., Neb., Nev., N.M., N.C., Pa., W.Va. |
| Not specifically listed, but from the context might belong to Phase 1 | No states | 12 states: Ala., Ariz., Calif., Idaho, Ill., Iowa, Kan., Mont., N.J., N.D., S.C., Va. |
| Specifically listed in Phase 1 or Phase 2, depending on age and comorbidities | 1 state: N.C. | No states |
| Plan was unclear, but from the context likely belong to Phase 1 or Phase 2 | 2 states: ⓘ Calif., Ky. | 2 states: Ky., Wyo. |
| Specifically listed in Phase 2 | 19 states: Ala., Ariz., Ga., Idaho, Ill., Ind., Iowa, La., Maine, Miss., N.H., N.D., Ohio, Okla., R.I., Tenn., Utah, Vt., Wash. | 12 states: Colo., Ga., Ind., Miss., N.H., Ohio, Okla., R.I., Tenn., Utah, Vt., Wash. |
| Not specifically listed, but from the context might belong to Phase 2 | 4 states: N.J., Va., W.Va., Wyo. | No states |
| Not specifically listed, but might belong to Phase 3 (Note: Phase 3 also includes all general populations) | 1 state: Mo. | No states |
| Difficult to categorize (because the state did not follow the CDC's 3 Phases) | 4 states: ⓘ Hawaii, Mont., Nev., N.Y. | 2 states: ⓘ Hawaii, N.Y. |
| Not included in any Phase (neither specifically nor implied through additional context) | 11 states: Alaska, Ark., Colo., Fla., Kan., Mich., Ore., S.C., S.D., Texas, Wisc. | 7 states: Alaska, Fla., Mich., Ore., S.D., Texas., Wisc. |

*We examined 49 state vaccine distribution proposals to see how the states directly or indirectly mentioned incarcerated people and corrections staff. For some states, the answer was obvious. Other states were not specific, but used references and terms that we concluded "probably" or "might" have been meant to include incarcerated people or staff. Of course, if our value judgements are incorrect for some of these states, that would mean that the states are not planning to prioritize incarcerated people or staff at all. Readers should use caution in comparing the different phase numbers between states for two reasons: Not all states used the federal government's suggested three phases, and whether a later phase implies a longer wait for a vaccine is dependent upon how many people are in the earlier phases. ⓘ The most important decision is whether incarcerated people and staff are mentioned at all. For the details from each state and a link to the original plan, see the appendix.*

## Update as of January 4, 2021, 11:45 a.m.

All inmates continue to be asymptomatic.

## Update as of January 2, 2021, 1 p.m.

Sheriff Dana Lawhorne and his executive team continue to monitor the covid situation at the Alexandria Adult Detention Center. He has conducted daily meetings with his staff, medical team, and the Alexandria Health Department in order to evaluate the health and well-being of the inmates and our staff. These meetings are continuous throughout each day including every holiday. Twice a day, the on-duty medical staff visit each inmate who has tested positive, and they all

- [Mission and Core Values](#)

- [Organizational Chart](#)

- [PREA](#)

- [Project Lifesaver](#)

- [Sheriff Dana Lawhorne](#)

- [Sheriff News Releases](#)

- [Sheriff's Office Statement on Immigration Concerns](#)

- [Sheriff's Community Academy](#)

- [Specialized Teams](#)

- [Support Services Bureau](#)

- [Volunteer at the Sheriff's Office](#)

continue to be asymptomatic. Inmates are quarantined but are still allowed to maintain a break schedule. The break schedule is hindered by staffing levels.

Sheriff Lawhorne wants to express his frustration with Governor Northam's refusal to intervene and include jail staff in category 1A of the vaccine distribution list. Sheriff Lawhorne had requested that jail staff be included on the highest priority category because they work in a congregate setting and provide care to inmates 24 hours a day. They are the key to the mental and social well-being of our inmates. They are the ones who keep the housing units open so the inmates can have some sense of liberty and self-worth. Sheriff Lawhorne explains, "We need the vaccination now so we can do our jobs to maintain the safety and well-being of inmates entrusted to our care. The Commonwealth of Virginia has distributed over 388,000 doses so far. I only want 130."

Sheriff Lawhorne wants his community to know that he is also concerned about a vaccination for inmates and has not received any answers on that either. He feels his only immediate chance for any progress is to make the case for his staff who are caring for the inmates.

The Alexandria Health Department will retest each inmate next week.

Sheriff Lawhorne would like to take this opportunity to praise the Alexandria Health Department for the 24/7 assistance they have provided to the Sheriff's Office since March 2020. According to Sheriff Lawhorne, "Like our own employees, the Health Department team has and continues to always go above and beyond the call of duty!"

**As of December 31, 2020, 2 p.m**

## @AlexVASheriff

Congrats to Master Deputy George Wooden! American Legion Post 24 named him 2020 Law Enforcement Officer of the Year in recognition of his outstanding service, teamwork & community interaction. (Due to social distancing and his recent retirement, formal award ceremony is delayed.)

pic.twitter.com/Z9j Wb1diKo

10:22 AM Monday, Jan 4

---

**RT @AlexandriaVATES**: Starting Mon. Jan.

On December 18, staff at the Alexandria Sheriff's Office received reports from two inmates in the same housing unit that they had covid-like symptoms. They were immediately seen by medical staff, monitored, and after testing, were found to be positive for COVID-19. They, along with 57 other inmates in the same housing unit, were placed on strict quarantine. The entire detention center was placed on restricted movement and the Sheriff ordered that all inmates be tested.

Per advice from the Alexandria Health Department, the testing was scheduled for December 29. This time frame was based on established CDC guidelines.

On December 29, in cooperation with the Alexandria Health Department, the Sheriff's Office tested 278 inmates for covid. On December 31, the Sheriff's Office received the results of those tests, and 78 inmates tested positive with 80% of those positive cases coming from the same housing unit. The other cases are contained in two other units. There has been no additional spread.

Our medical team has been and continues to monitor each infected inmate throughout the day. As of today, all infected inmates are asymptomatic. The medical team has also been monitoring the health of all the inmates throughout the facility.

All ASO staff were also tested and the results are pending. COVID-19 has had a detrimental effect on the staffing at the Adult Detention Center and has impeded operations. This limits staff's ability to give inmates reasonable amounts of time out of their cells.

Sheriff Dana Lawhorne and Sheriff Stacey Kincaid of Fairfax County continue to press the Governor to release approximately 400 vaccine doses to their agencies so that jail staff who care for inmates can be protected. On December 29, the Governor refused their request. As of

4 and continuing all
month, the City will
be collecting
Christmas Trees
from the curbside.
Please remove the
tree stand and set
trees at the curb.
Also ensure no
tinsel and do NOT
bag the trees.
#EcoCityALX
#TreeMulch
#AlexandriaVA
https://t.co/0yq18K
8Ii7

9:47 AM Saturday, Jan
2

---

**RT @WRAP_org:**
Offered as a "safety
net" during a
holiday when nearly
4-out-of-10 U.S.
traffic deaths
involve drunk
drivers, WRAP
tonight offering

December 31, the Commonwealth of Virginia has distributed more
than 388,000 doses, but refused the Sheriffs' request. Both Sheriff
Lawhorne and Sheriff Kincaid are now in contact with their members
of the General Assembly in an attempt to obtain vaccine for their jail
staff.

Family members of inmates who have questions may contact Chief
Deputy Candra Callicott at 703.746.5115.

Inmates Test Positive for COVID-19 | City of Alexandria, VA                                                1/6/21, 4:29 PM

free New Year's Eve @lyft ride credits to prevent DUI.  #StayAtHome #SoberRide https://t.co/6cAYM RtXzy https://t.co/4VKtut efJ3

2:56 PM Thursday, Dec 31

---

*SHARE*



FOIA Requests

Privacy & Legal

Public Meetings

Contact Us

Follow Us

Visitor Information

VisitAlexandriaVA.com

© 1995–2021 City of Alexandria, VA and others