IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |

### ORDER TO SEAL

Upon motion of the United States, the Court finds that sealing of the government's reply to the defendant's response to the government's motion for an order to show cause and to seal is necessary to prevent the disclosure of the sensitive information covered by the Protective Order in this matter. The government has filed a redacted version of its reply. Dkt. No. 190. The Court finds that the interest in keeping this redacted information under seal outweighs any competing interest in the public's right of access. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

Accordingly,

It is hereby ORDERED that the government's motion to seal is GRANTED and its reply to the defendant's response to the government's motion for an order to show cause and to seal shall be FILED UNDER SEAL until further Order of the Court.

Date: 1/7/21
Alexandria, Virginia

Honorable T.S. Ellis, III
United States District Judge