# EXHIBIT 1

1   address that first.

2           SPECIAL AGENT FORD:  Okay.

3           MR. SANDERS:  There was a time, like, when I was
4   younger, that I was like, sent some child pornography.

5           SPECIAL AGENT FORD:  That you were sent?

6           MR. SANDERS:  Someone like, sent to, to me.

7           SPECIAL AGENT FORD:  Who -- who's someone?

8           MR. SANDERS:  It was -- I, I don't know.

9           SPECIAL AGENT FORD:  Okay.

10          MR. SANDERS:  It was like on a Kik group many
11  years ago on a --

12          SPECIAL AGENT OBIE:  When were you on Kik?  When
13  was the last time you were on Kik?

14          MR. SANDERS:  I opened the Kik app yesterday
15  because someone messaged me on there who I --

16          SPECIAL AGENT OBIE:  What's your Kik name?

17          MR. SANDERS:  Can I -- I'll -- can I check on the
18  phone?

19          SPECIAL AGENT OBIE:  Okay.  Here, can I see that?

20          SPECIAL AGENT FORD:  [Inaudible.]

21          MR. SANDERS:  Come on.  Will they -- hit "Your
22  Account."  Right there.  DJZS, yes.

23          SPECIAL AGENT FORD:  D-J-Z-S.

24          MR. SANDERS:  Is the username.

25          SPECIAL AGENT OBIE:  Z-S.

```
 1              SPECIAL AGENT FORD:  Yeah.
 2              SPECIAL AGENT OBIE:  Oh, is that Zack --
 3              MR. SANDERS:  Yeah, for Zack Sanders.
 4              SPECIAL AGENT OBIE:  Oh, that DJ or --
 5              MR. SANDERS:  DJZS.  I used to DJ when I was
 6   younger, yeah.
 7              SPECIAL AGENT FORD:  I can see that.  On the ones
 8   and twos.
 9              MR. SANDERS:  Okay.
10              SPECIAL AGENT FORD:  Cool.
11              MR. SANDERS:  So anyway --
12              SPECIAL AGENT FORD:  Ouch.
13              SPECIAL AGENT OBIE:  And so when, when was that
14   received; the, the child pornography?
15              MR. SANDERS:  I mean, it, it was years, years ago
16   [inaudible].
17              SPECIAL AGENT OBIE:  Okay.
18              MR. SANDERS:  I was, I don't know, 14, 13 --
19              SPECIAL AGENT OBIE:  What kind of child
20   pornography was it?
21              MR. SANDERS:  I don't really -- at first, it was
22   just like some nude photos.
23              SPECIAL AGENT OBIE:  Mm-hmm.
24              MR. SANDERS:  And then later on to a point, I
25   think there was like some more, more sexual things
```

1   happening.

2              SPECIAL AGENT OBIE:  So like, boys, girls,
3   babies, adult --

4              MR. SANDERS:  Boys.

5              SPECIAL AGENT OBIE:  Boys, okay.  How young?

6              MR. SANDERS:  I don't, I don't really recall.

7              SPECIAL AGENT OBIE:  Do you remember what form it
8   was sent to you in?  Like, was it a link, was it just a
9   picture?  Was it --

10             MR. SANDERS:  It was a mixture of just photos
11  like, sent through Kik.  And then there's a -- some Dropbox
12  things.

13             SPECIAL AGENT OBIE:  Dropbox things?

14             MR. SANDERS:  Yeah.

15             SPECIAL AGENT OBIE:  And it was to the same Kik
16  account?

17             MR. SANDERS:  I think so.  But this was years
18  ago, like, middle school or like high school.  Like a very
19  long time ago.

20             SPECIAL AGENT FORD:  Hey, Zack, Zack, Zack --

21             MR. SANDERS:  At some point --

22             SPECIAL AGENT FORD:  Let me pause you real quick.

23             MR. SANDERS:  Okay.

24             SPECIAL AGENT FORD:  Remember --

25             MR. SANDERS:  Because I was getting onto the Tor