# EXHIBIT 2

1  what, what, what did that say, because I --
2              SPECIAL AGENT FORD:  Said you were 18 years old.
3              MR. SANDERS:  No.
4              SPECIAL AGENT FORD:  Okay.
5              MR. SANDERS:  There must have been an account
6  before it.
7              SPECIAL AGENT FORD:  So what would the other
8  account be?
9              MR. SANDERS:  I, I truly don't know.
10             SPECIAL AGENT FORD:  Okay.
11             MR. SANDERS:  I mean, I didn't even remember what
12 this one was.
13             SPECIAL AGENT FORD:  Okay.
14             MR. SANDERS:  I, I don't know.
15             SPECIAL AGENT OBIE:  So is that where -- how
16 many, how many files or devices do you think are on the --
17 that flash drive?  Estimate.
18             MR. SANDERS:  [Pause] I'm, I'm not sure.  Let me
19 -- can I, I just get to the Tor stuff, is that --
20             SPECIAL AGENT FORD:  Yeah.  We'll go back to it.
21             MR. SANDERS:  It paints a clearer picture.
22             SPECIAL AGENT FORD:  Gotcha.
23             MR. SANDERS:  So like I saw some of that and I
24 guess didn't really know what to make of it, but then at
25 some point was kind of -- I don't know how to explain it.

1    SPECIAL AGENT OBIE: Just explain it. We've
2    heard everything, we've seen everything.
3    MR. SANDERS: No, but I guess I -- I'm trying to
4    figure out how even I felt.
5    SPECIAL AGENT FORD: So let's go back, let's go
6    back to, let's go back to the Wiki page, the Tor Wiki page.
7    MR. SANDERS: Okay. So --
8    SPECIAL AGENT OBIE: Where'd you go from there?
9    What did you click on?
10   MR. SANDERS: There was a point in which I looked
11   at -- I was, you know, clicking around links. And then
12   kind of one took me to like a site that had like some child
13   pornography on it.
14   SPECIAL AGENT OBIE: What site was that? Do you
15   remember?
16   MR. SANDERS: [Pause] Well first it was like a
17   pop up of some like, just random pictures that I didn't
18   click on. Like, it just kind of popped up while I was on a
19   different site on Tor. Because I was, I was literally just
20   like -- the first time I was on there, I was just like,
21   "What is this site?" Like a -- I've seen a -- you know,
22   and then some things popped up.
23   And then I kind of, I think, ended up clicking on
24   something. And then it took me to like, to some child
25   pornography. I think the site was called -- it was like,

1   something like, "Boy Videos."  It was like, "Boy Vids 4" I
2   think --
3              SPECIAL AGENT OBIE:  Okay.
4              MR. SANDERS:  -- is what it was.  And kind of
5   looked around a bit.  And then a while ago I think I --
6   when I clicked on a link there it downloaded some to like,
7   my computer.
8              SPECIAL AGENT FORD:  Go back to that.
9              SPECIAL AGENT OBIE:  What do you mean you think
10  it --
11             SPECIAL AGENT FORD:  Yeah.  Did you -- you didn't
12  download it, it just happened --
13             MR. SANDERS:  If I -- there was like a title of
14  something and I clicked on it, and it's like -- and then
15  when you, when you clicked on it, it like popped up with a
16  -- like a download box.
17             SPECIAL AGENT FORD:  Right. And then you have
18  to, you have to do another action.  You have to save it.
19  You can do either save or cancel.  So you, you hit save --
20             MR. SANDERS:  I think I hit just enter on the
21  keyboard.
22             SPECIAL AGENT FORD:  Okay.
23             MR. SANDERS:  So like it, it downloaded --
24             SPECIAL AGENT FORD:  Mm-hmm.
25             MR. SANDERS:  -- you know, like a -- it was like

1   a file that had like, multiple files in it.

2           SPECIAL AGENT FORD:  When, when, when did this
3   happen?

4           MR. SANDERS:  I don't really, I don't know.  I
5   mean, there's --

6           SPECIAL AGENT FORD:  Yesterday?  Two days ago?
7   Last week?

8           MR. SANDERS:  I haven't downloaded anything in a
9   long time.

10          SPECIAL AGENT FORD:  Okay.  Give us --

11          SPECIAL AGENT OBIE:  What does that mean?

12          SPECIAL AGENT FORD:  Yeah.

13          MR. SANDERS:  [Pause] I mean, I, I really think
14  it's been --

15          SPECIAL AGENT OBIE:  Truth is key.  Huh?

16          MR. SANDERS:  I'm being --

17          SPECIAL AGENT OBIE:  I'm just --

18          MR. SANDERS:  I've been honest with everything
19  I've said to you --

20          SPECIAL AGENT FORD:  Okay.  All right, all right,
21  Zack.  When's --

22          MR. SANDERS:  -- like I'm, I'm trying to be --

23          SPECIAL AGENT FORD:  Okay.  When's the last time,
24  when's the last time you think you downloaded something?

25          MR. SANDERS:  The most recent thing I downloaded,