# EXHIBIT 3

1          SPECIAL AGENT FORD:  -- or I do a bookmark so I
2    know how to get to where I need to go.
3          MR. SANDERS:  Yeah, there's, there's none of
4    that.
5          SPECIAL AGENT FORD:  So you just did Wiki and
6    then it would take you --
7          SPECIAL AGENT OBIE:  Do you go through Wiki every
8    single time?  Like what, what site would you click on Wiki?
9          MR. SANDERS:  Any of like -- you want me to show
10   you?
11         SPECIAL AGENT OBIE:  I mean, it's coming up.  I'm
12   just going to -- so --
13         SPECIAL AGENT FORD:  All right, so we can keep,
14   keep the thing moving.  All right.  Is there anything
15   anywhere else you would go to get child porn or was that
16   the -- it just -- Tor?  So even in like, Telegram, Kik --
17   oop, God -- Telegram, Kik -- sorry, if I fall it is what it
18   is.  So Telegram, Kik, and like, none of those sites you
19   would get in groups where they're sending child porn?
20         MR. SANDERS:  So at that -- as I said, like when
21   I was younger there was a group or somebody sent on --
22         SPECIAL AGENT FORD:  Talking about -- I'm talking
23   about today.
24         MR. SANDERS:  -- on Kik, many years ago.
25         SPECIAL AGENT FORD:  Talking about right now.  If

1    I -- now if -- when I go into your phone --

2              MR. SANDERS:  I have not seen any today.  I have

3    not seen any yesterday.

4              SPECIAL AGENT FORD:  Okay.

5              MR. SANDERS:  I -- you know --

6              SPECIAL AGENT OBIE:  So you mentioned that you,

7    you went into your -- that flash drive.

8              MR. SANDERS:  Well I moved everything on there,

9    like a -- for like a --

10             SPECIAL AGENT OBIE:  Right.  Like, so the last

11   time you went in there to --

12             MR. SANDERS:  Weeks -- yeah.

13             SPECIAL AGENT OBIE:  -- look at it was within

14   this month.

15             MR. SANDERS:  No.

16             SPECIAL AGENT OBIE:  Or within a month's

17   timeframe.

18             MR. SANDERS:  It might have been a little before.

19   But some -- somewhat around there is when I --

20             SPECIAL AGENT OBIE:  Okay.

21             MR. SANDERS:  -- pulled everything that was left

22   on the laptop off, to my knowledge, and put it onto the

23   flash drive.

24             SPECIAL AGENT OBIE:  And what type of -- so when

25   Boy Vids went down, what type of other sites would you kind