# EXHIBIT 4

```
 1   prosecutor like, "I have no reason to believe that this guy
 2   is a hands-on abuser."  That's, that's the people that
 3   we're, you know, we're trying to go after.
 4              MR. SANDERS:  Yeah.
 5              SPECIAL AGENT FORD:  But I don't think that's
 6   you.
 7              MR. SANDERS:  Yeah.
 8              SPECIAL AGENT FORD:  Is that, is that you?
 9              MR. SANDERS:  No.
10              SPECIAL AGENT FORD:  Okay.  All right, I just
11   wanted to -- I don't want to --
12              MR. SANDERS:  In fact, like, I mean I -- since
13   you have that flash drive, I mean --
14              SPECIAL AGENT FORD:  Yeah, I --
15              MR. SANDERS:  -- I guess you're going to see
16   what's on it.  The -- I'm just going to say like, I don't
17   like some of things that are on there.
18              SPECIAL AGENT FORD:  Okay.
19              MR. SANDERS:  Some files that are on there, it's
20   like, when I downloaded something it came in like a, like a
21   package almost.
22              SPECIAL AGENT FORD:  Mm-hmm.  Like a zip file?
23              MR. SANDERS:  Yeah.
24              SPECIAL AGENT FORD:  Got it.
25              MR. SANDERS:  So there's some things there that
```

1   like, are really like, disgusting to me.
2           SPECIAL AGENT FORD:  Yeah.
3           MR. SANDERS:  I mean, all -- okay.
4           SPECIAL AGENT OBIE:  Just speak.
5           MR. SANDERS:  Some -- okay.  I don't want this to
6   sound bad on the, on the recording.  But like, if someone's
7   like, 16 or something, I mean, that's the age of consent in
8   several states, like --
9           SPECIAL AGENT FORD:  Mm-hmm.  It's still a kid,
10  but go ahead.
11          SPECIAL AGENT OBIE:  Just speak freely.
12          SPECIAL AGENT FORD:  Yeah.
13          SPECIAL AGENT OBIE:  Right?
14          SPECIAL AGENT FORD:  Mm-hmm.
15          MR. SANDERS:  You know, like in many states it
16  would be legal to do something with -- not saying it's
17  right or wrong --
18          SPECIAL AGENT OBIE:  Right.
19          MR. SANDERS:  -- I'm just saying like, that's
20  very different to a degree in my mind than like --
21          SPECIAL AGENT FORD:  Like tiny tots.
22          MR. SANDERS:  Like a tiny -- yeah.
23          SPECIAL AGENT FORD:  Yes.  Yeah.
24          MR. SANDERS:  I think that, that like in some of
25  those like, zip files, there may have been some like,

1  younger, so -- which I really don't like and --
2              SPECIAL AGENT FORD:  Yeah.
3              MR. SANDERS:  -- like don't want.  But it like,
4  it's part of the zip files.
5              SPECIAL AGENT FORD:  It's part of the, the --
6  that's not what you were looking for, but it's part of the
7  package.
8              MR. SANDERS:  Exactly.
9              SPECIAL AGENT FORD:  Makes sense.
10             MR. SANDERS:  So it's like, not what I'd ever go
11 after.
12             SPECIAL AGENT FORD:  Got it.
13             MR. SANDERS:  But like, it just came with it and
14 like, wouldn't necessarily know it was part of that until
15 it downloaded.
16             SPECIAL AGENT OBIE:  So when you like, extracted
17 the zip file --
18             MR. SANDERS:  Mm-hmm.
19             SPECIAL AGENT OBIE:  -- to get the actual -- get
20 to the actual content, would you download that to your
21 laptop and then put it to that -- your speed drive or what?
22             MR. SANDERS:  Download and unzip.
23             SPECIAL AGENT OBIE:  Like what, what -- where,
24 where would the content go?  Would it be on this computer
25 and then you put it in your --

```
1                MR. SANDERS:  For a little while it was on here.
2                SPECIAL AGENT OBIE:  Okay.
3                MR. SANDERS:  And then I wanted to kind of just
4    be done with all of it --
5                SPECIAL AGENT FORD:  Mm-hmm.
6                MR. SANDERS:  -- after a while.  And then I just
7    put it on a flash drive, moved it all onto there, wiped it
8    off the computer, kind of deleted everything -- files.
9    Sanitized the computer and --
10               SPECIAL AGENT FORD:  Did you, did you go on Tor
11   to get this -- the child porn?  Like it's kind of hard for
12   me to believe that somebody stumbles upon this stuff on Tor
13   because it's very -- I wouldn't say it's very
14   sophisticated, but people go on Tor because they don't want
15   to be found.
16               MR. SANDERS:  Mm-hmm.
17               SPECIAL AGENT FORD:  And, and I know -- and I
18   know through years of doing this --
19               MR. SANDERS:  Yeah.
20               SPECIAL AGENT FORD:  -- that maybe in some
21   groups, they're like, they'll say, "Hey, go to this site on
22   Tor because it has fresh content," or "It has this."  It's
23   -- it's very hard for me to believe -- and I want to
24   believe you.
25               MR. SANDERS:  Okay.
```

```
 1                SPECIAL AGENT FORD:  But it's very hard for me to
 2    believe that you just stumbled upon this.
 3                SPECIAL AGENT OBIE:  Particularly because you
 4    said you previously got child porn on Kik.
 5                MR. SANDERS:  Yeah.  So like when I was younger,
 6    like I was sent something on, on Kik and like, saw things
 7    on Kik.  And then -- I don't want to use the word like
 8    interest, but like --
 9                SPECIAL AGENT FORD:  Curious?
10                MR. SANDERS:  -- you know, so then I like went to
11    Tor to like, look at it.
12                SPECIAL AGENT FORD:  Mm-hmm.
13                SPECIAL AGENT OBIE:  Okay.
14                MR. SANDERS:  I mean, the first time I was on Tor
15    I was just -- the very first time I was on Tor I was just
16    like, looking just around Tor, like what Tor did.  Then
17    like, a little later, I was like, you know, "Well I wonder
18    if this is there?"  And kind -- and after I'd seen it, I
19    kind of went, you know, looked at something.
20                SPECIAL AGENT FORD:  Yeah.
21                MR. SANDERS:  And then, you know, like generally
22    stay off of it.  But like, every like, occasional so often,
23    kind --
24                SPECIAL AGENT FORD:  You'd go on there.
25                MR. SANDERS:  -- of just like, see what is -- was
```

1  going on.

2           SPECIAL AGENT FORD:  That's, that's fine.

3           MR. SANDERS:  But like I don't --

4           SPECIAL AGENT FORD:  Have you ever, have you ever
5  uploaded anything to --

6           MR. SANDERS:  Never.

7           SPECIAL AGENT FORD:  So I know there's certain
8  sites on Topic Links that you have to --

9           SPECIAL AGENT OBIE:  You have to --

10          SPECIAL AGENT FORD:  -- in order to get access to
11 the group to the --

12          MR. SANDERS:  Never.

13          SPECIAL AGENT FORD:  -- closed content --

14          MR. SANDERS:  I would never look -- I'd go -- if
15 I click on one of those sites and I saw that, I'd be like,
16 "No."  Because I never wanted this to happen.

17          SPECIAL AGENT FORD:  Yeah, but why -- but before
18 I, before I joined the FBI --

19          MR. SANDERS:  Yeah.

20          SPECIAL AGENT FORD:  -- I knew nothing about
21 like, if I upload something this could happen.  So --

22          MR. SANDERS:  Well because I saw like, on one of
23 the sites, like, people were talking about like, I guess
24 like, protecting your computer, whatever.

25          SPECIAL AGENT FORD:  Mm-hmm.

1          MR. SANDERS:  I don't -- I didn't really do
2  anything, but I guess -- you know, I just didn't want to
3  upload anything, because it's like, I didn't want to be
4  part of it, but like I was curious to see some of it.
5          SPECIAL AGENT FORD:  Mm-hmm, mm-hmm.  So --
6          MR. SANDERS:  So like, anything I had, you know,
7  I, you know, might like, look at.  But I'd never --
8          SPECIAL AGENT FORD:  So you --
9          MR. SANDERS:  -- I had never sent anything to
10 anyone.
11         SPECIAL AGENT FORD:  Okay.
12         MR. SANDERS:  I've never --
13         SPECIAL AGENT FORD:  So I, I can --
14         MR. SANDERS:  -- uploaded anything.
15         SPECIAL AGENT FORD:  -- I can go on your phone
16 and I can look at everything and I would never see not one
17 instance of you --
18         MR. SANDERS:  You can look at every message I
19 have sent to every person and you will never see me send --
20         SPECIAL AGENT FORD:  Okay.
21         MR. SANDERS:  -- absolutely anything.
22         SPECIAL AGENT OBIE:  Is that because you cleared
23 it and you wiped it --
24         MR. SANDERS:  No.
25         SPECIAL AGENT OBIE:  -- and you were --