IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | Trial: February 9, 2021 |
| *Defendant.* ) | |
| ) | |

## GOVERNMENT'S WITNESS LIST

The United States may call the following witnesses at trial:

1. FBI Special Agent Eric Bailey

2. FBI Special Agent Brian Costella

3. FBI Special Agent Christopher Ford

4. FBI Special Agent Tonya Griffith

5. Former FBI Forensic Examiner Daniel Iannotti

6. FBI Special Agent Andrew Kochy

7. FBI Special Agent Danielle Lockridge

8. MINOR VICTIM 5 (G.M.)

9. MINOR VICTIM 1 (C.M.)

10. FBI Special Agent Jeremy Obie

11. FBI TFO Tim Palchak

12. FBI Special Agent Jeffrey Ross

13. FBI TFO Thomas Sullivan

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
William G. Clayman
Special Assistant United States Attorney (LT)
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov