IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:20-CR-143 |
| v. | ) | |
| | ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | Trial: February 9, 2021 |
| *Defendant.* | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
| --- | --- | --- | --- |
| 1-1 | Audio recording, interview of the defendant - Bulk | | |
| 1-1A | Clip 1, audio recording, interview of the defendant | | |
| 1-1B | Clip 2, audio recording, interview of the defendant | | |
| 1-1C | Clip 3, audio recording, interview of the defendant | | |
| 1-1D | Clip 4, audio recording, interview of the defendant | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
| --- | --- | --- | --- |
| 2-1 | Search Warrant Photo: the defendant's bedroom | | |
| 2-2 | Search Warrant Photo: the defendant's bedroom | | |

|  |  |  |  |
|---|---|---|---|
| 2-3 | Search Warrant Photo: the defendant's bedroom |  |  |
| 2-4 | Search Warrant Photo: the defendant's bedroom |  |  |
| 2-5 | Search Warrant Photo: the defendant's desk |  |  |
| 2-6 | Search Warrant Photo: Apple iPad (1B22) |  |  |
| 2-7 | Search Warrant Photo: Apple iPad (1B19) and HP Elite Book 755 laptop (1B2) under mattress |  |  |
| 2-8 | Search Warrant Photo: the defendant's bedside table |  |  |
| 2-9 | Search Warrant Photo : Sandisk Cruzer Edge thumb drive (1B1) |  |  |
| 2-10 | Search Warrant Photo: Lexar thumb drive (1B3) |  |  |
| 2-11 | Search Warrant Photo: HP laptop (1B5) in closet |  |  |

| **EXHIBIT NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 3-1 | Birth Certificate of MINOR VICTIM 1 |  |  |
| 3-2 | Birth Certificate of MINOR VICTIM 3 |  |  |
| 3-3 | Birth Certificate of MINOR VICTIM 4 |  |  |
| 3-4 | Birth Certificate of MINOR VICTIM 5 |  |  |

| **EXHIBIT NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 4-1 | Apple iPad (S/N: DMPBGGCPHDDV) (1B19) – Bulk | | |
| 4-2 | Chain of Custody Form | | |
| 4-3 | Full file system extraction of Apple iPad (1B19) - Bulk | | |
| 4-4 | Apple iPhone (S/N: C39VJ0XDJCL6) (1B27) – Bulk | | |
| 4-5 | Chain of Custody form | | |
| 4-6 | Full file system extraction of Apple iPhone (1B27) – Bulk | | |
| 4-7 | 902(14) certification for Apple iPad (1B19) and Apple iPhone (1B27) | | |

| **EXHIBIT NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 5-1 | Apple iPad (S/N: DMPHM3K7DVGF) (1B22) – Bulk | | |
| 5-2 | Chain of Custody form | | |
| 5-3 | Full file system extraction of Apple iPad (1B22) - Bulk | | |
| 5-4 | 902(14) certification for Apple iPad (1B22) | | |

| **EXHIBIT NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 6-1 | iMessage chat between the defendant and MINOR VICTIM 5 | | |

|  | | | |
|---|---|---|---|
|  | from Apple iPhone (1B27) **(Obscene)** | | |
| 6-1A | Excerpt of iMessage chat between the defendant and MINOR VICTIM 5 | | |
| 6-1B | Excerpt of iMessage chat between the defendant and MINOR VICTIM 5 | | |
| 6-1C | IMG_8872.jpeg | | |
| 6-1D | Excerpt of iMessage chat between the defendant and MINOR VICTIM 5 **(Obscene)** | | |
| 6-1E | 52851593447__5083B650-4D97-4C3D-92A9-D9770E9DD635.MOV.mov **(Obscene)** | | |
| 6-1F | Storyboard of 52851593447__5083B650-4D97-4C3D-92A9-D9770E9DD635.MOV.mov **(Obscene)** | | |
| 6-1G | Screenshot of 52851593447__5083B650-4D97-4C3D-92A9-D9770E9DD635.MOV.mov **(Obscene)** | | |
| 6-2 | Images and metadata from Apple iPhone (S/N: C39VJ0XDJCL6) (1B27) | | |
| 6-3 | iMessage chat between the defendant and MINOR VICTIM 3 from Apple iPhone (1B27) **(Obscene)** | | |
| 6-3A | Excerpt of iMessage chat between the defendant and MINOR VICTIM 3 **(Obscene)** | | |

| | | | |
|---|---|---|---|
| 6-3B | 52744582335_CB13D965-986D-40A1-904D-28CB090A7B09.JPG | | |
| 6-3C | 52745533752__6385C049-5B1D-49D3-905D-099A4F1C066D.JPG **(Obscene)** | | |
| 6-3D | 52745652768__B36E1911-41C1-45E6-9ACE-C322142BD83B.MOV **(Obscene)** | | |
| 6-3E | Storyboard of 52745652768__B36E1911-41C1-45E6-9ACE-C322142BD83B.MOV **(Obscene)** | | |
| 6-3F | 52747940016__5D3B67CA-148A-4A62-9056-EDE761A93D6B.MOV **(Obscene)** | | |
| 6-3G | Storyboard of 52747940016__5D3B67CA-148A-4A62-9056-EDE761A93D6B.MOV **(Obscene)** | | |
| 6-3H | Excerpt of iMessage chat between the defendant and MINOR VICTIM 3 | | |
| 6-3I | 54026732320__AF64280C-0AC4-4295-8B28-94EED87B6B17.JPG | | |
| 6-3J | 54033199242__C0AB5CB3-C1E7-4748-A403-6B3FDB902C00.JPG | | |
| 6-3K | Excerpt of iMessage chat between the defendant and MINOR VICTIM 3 | | |
| 6-3L | Excerpt of iMessage chat between the defendant and MINOR VICTIM 3 | | |

5

| | | | |
|---|---|---|---|
| 6-4 | Image and metadata from Apple iPhone (S/N: C39VJ0XDJCL6) (1B27) | | |
| 6-5 | Telegram chat between the defendant and MINOR VICTIM 1 from Apple iPhone **(Obscene)** | | |
| 6-5A | Excerpt of Telegram chat between the defendant and MINOR VICTIM 1 | | |
| 6-5B | Excerpt of Telegram chat between the defendant and MINOR VICTIM 1 **(Obscene)** | | |
| 6-5C | IMG_9514.MOV **(Obscene)** | | |
| 6-5D | Storyboard of IMG_9514.MOV **(Obscene)** | | |
| 6-6 | Image and metadata from Apple iPhone (S/N: C39VJ0XDJCL6) (1B27) | | |
| 6-7 | Telegram chat between the defendant and MINOR VICTIM 6 from Apple iPhone (1B27) **(Obscene)** | | |
| 6-7A | Excerpt of Telegram chat between the defendant and MINOR VICTIM 6 from Apple iPhone (1B27) | | |
| 6-7B | Excerpt of Telegram chat between the defendant and MINOR VICTIM 6 from Apple iPhone (1B27) | | |
| 6-7C | Excerpt of Telegram chat between the defendant and MINOR VICTIM 6 | | |
| 6-7D | telegram-cloud-photo-size-1-4974457012746299609-m.jpg | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 6-7E | Excerpt of Telegram chat between the defendant and MINOR VICTIM 6 from Apple iPhone (1B27) **(Obscene)** | | |
| 6-7F | IMG_7104.mov **(Obscene)** | | |
| 6-7G | Storyboard of IMG_7104.mov **(Obscene)** | | |
| 6-7H | IMG_9316.mov **(Obscene)** | | |
| 6-7I | Storyboard of IMG_9316.mov **(Obscene)** | | |
| 6-8 | Image and metadata from Apple iPhone (1B27) | | |
| 6-9 | Image and metadata from Apple iPhone (1B27) | | |
| 6-10 | Image and metadata from Apple iPhone (1B27) | | |

| **EXHIBIT NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 7-1 | Kik chat between the defendant and MINOR VICTIM 4 from Apple iPad (1B22) **(Obscene)** | | |
| 7-1A | 55630bdd-9ec8-4701-81cd-5ba2f448b741.jpg | | |
| 7-1B | f6261d32-41cb-43ff-9eda-545348a3399a.jpg **(Obscene)** | | |
| 7-1C | bc0e8cf8-0f0c-4e9f-bd54-8af38e84e323.mp4 **(Obscene)** | | |
| 7-1D | Storyboard of bc0e8cf8-0f0c-4e9f-bd54-8af38e84e323.mp4 **(Obscene)** | | |

7

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 8-1 | Kik chat between the defendant and MINOR VICTIM 2 from Apple iPad (1B19) **(Obscene)** | | |
| 8-1A | 6036a16b-dda8-4497-ae22-e3e95a32cb7a.mp4 **(Obscene)** | | |
| 8-1B | Storyboard of 6036a16b-dda8-4497-ae22-e3e95a32cb7a.mp4 **(Obscene)** | | |
| 8-1C | 3361ac45-8c3a-4976-8e13-ab8209b94523.mp4 **(Obscene)** | | |
| 8-1D | Storyboard of 3361ac45-8c3a-4976-8e13-ab8209b94523.mp4 **(Obscene)** | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 9-1 | Sandisk Cruzer Edge thumb drive (1B1) | | |
| 9-1A | Photo of inscription on Sandisk Cruzer Edge thumb drive (1B1) | | |
| 9-2 | Chain of Custody Form | | |
| 9-3 | Forensic image of Sandisk Cruzer Edge Thumb Drive (1B1) | | |
| 9-4 | 10yr_12yr_boys.wmv **(Obscene)** | | |
| 9-4A | Storyboard of 10yr_12yr_boys.wmv **(Obscene)** | | |
| 9-5 | File information for 10yr_12yr_boys.wmv | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 9-6 | 902(14) certification for Sandisk Cruzer Edge thumb drive (1B1), HP Elite Book 755 laptop (1B2), Lexar thumb drive (1B3), and HP laptop (S/N: 5CH1262Y5Y) (1B5) | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 10-1 | HP Elite Book 755 laptop (1B2) | | |
| 10-1A | Photo of inscription on HP Elite Book 755 laptop (1B2) | | |
| 10-2 | Chain of Custody Form | | |
| 10-3 | Forensic image of HP Elite Book 755 laptop (1B2) | | |
| 10-4 | mikael and his first bycicle.mpg **(Obscene)** | | |
| 10-4A | Storyboard of mikael and his first bycicle.mpg **(Obscene)** | | |
| 10-5 | Little_Boy_Bondage_11Y0_And_Men.wmv **(Obscene)** | | |
| 10-5A | Storyboard of Little_Boy_Bondage_11Y0_And_Men.wmv **(Obscene)** | | |
| 10-6 | File information for mikael and his first bycicle.mpg and Little_Boy_Bondage_11Y0_And_Men.wmv | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 11-1 | Lexar thumb drive (1B3) | | |
| 11-1A | Photo of inscription on Lexar thumb drive (1B3) | | |

| | | | |
|---|---|---|---|
| 11-2 | Chain of Custody Form | | |
| 11-3 | Forensic image of Lexar thumb drive (1B3) | | |
| 11-4 | young boy forced to suck.wmv **(Obscene)** | | |
| 11-4A | Storyboard of young boy forced to suck.wmv **(Obscene)** | | |
| 11-5 | US+Boy+Delights+Daddy.m4v **(Obscene)** | | |
| 11-5A | Storyboard of US+Boy+Delights+Daddy.m4v **(Obscene)** | | |
| 11-6 | File information for young boy forced to suck.wmv and US+Boy+Delights+Daddy.m4v | | |

| **EXHIBIT NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 12-1 | HP laptop (S/N: 5CH1262Y5Y) (1B5) | | |
| 12-1A | Photo of inscription on HP laptop (S/N: 5CH1262Y5Y) (1B5) | | |
| 12-2 | Chain of Custody form for HP laptop | | |
| 12-3 | Forensic image of HP laptop (S/N: 5CH1262Y5Y) (1B5) | | |
| 12-4 | [boy+man] young 9yo boy sucks dads cock he cums in his mouth.flv **(Obscene)** | | |
| 12-4A | Storyboard of [boy+man] young 9yo boy sucks dads cock he cums in his mouth.flv **(Obscene)** | | |

| 12-5 | File information for [boy+man] young 9yo boy sucks dads cock he cums in his mouth.flv | | |
|---|---|---|---|

                              Respectfully submitted,

                              G. Zachary Terwilliger
                              United States Attorney

By:       /s/
                              Jay V. Prabhu
                              Assistant United States Attorney

                              William Clayman
                              Special Assistant United States Attorney (LT)

                              Attorneys for the United States
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              (703) 299-3700
                              (703) 299-3981 (facsimile)
                              Jay.Prabhu@usdoj.gov
                              William.G.Clayman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
William Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Email: jay.prabhu@usdoj.gov