IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                    Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: April 9, 2021<br>Trial Date: April 26, 2021 |

## DEFENSE POTENTIAL WITNESS LIST

1. Zackary Ellis Sanders

2. Risa Sanders

3. Jay Sanders

4. Philip dePue

5. Michael Maschke

                                      Respectfully submitted,

                                              /s/

                                      Jonathan Jeffress (#42884)
                                      Emily Voshell (#92997)
                                      Jade Chong-Smith (admitted *pro hac vice*)
                                      KaiserDillon PLLC
                                      1099 Fourteenth St., N.W.; 8th Floor—West
                                      Washington, D.C. 20005
                                      Telephone: (202) 683-6150
                                      Facsimile: (202) 280-1034
                                      Email: jjeffress@kaiserdillon.com
                                      Email: evoshell@kaiserdillon.com
                                      Email: jchong-smith@kaiserdillon.com

                                      *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Emily Voshell*
Emily Voshell