IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's renewed motion for the Court to consider his previously filed motion to suppress statements as timely filed (Dkt. 213). Although defendant still fails to provide a persuasive reason for the failure to file his fifth motion to suppress in a timely manner, defendant's motion raises additional grounds alleging that good cause has been shown to consider his untimely motion.

Accordingly, to assist the Court in its consideration of defendant's motion,

It is hereby **ORDERED** that the government is **DIRECTED** to file a response brief on or before Friday, January 22, 2021 at 5:00 p.m.

It is further **ORDERED** that defendant may file a reply in support of his motion on or before Friday, January 29, 2021 at 5:00 p.m.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
January 14, 2021

/s/
T. S. Ellis, III
United States District Judge