# Exhibit 1

1 identification.

2 THE COURT: Well, I think that not all of the chats
3 were directed to "identification." My understanding is there
4 were chats beyond the Gigatribe and the Yahoo Messenger chats
5 that were the subject of the Motion in Limine. And if I'm
6 not mistaken, that those chats dealt with conversations about
7 exchanging child pornography.

8 MS. BECKER: Your Honor, you are correct about the
9 content of the chats; however, these are Gigatribe and Yahoo
10 Messenger chats as well. They're just different chats. But
11 yes.

12 THE COURT: Okay. So when we talked about your
13 Motion in Limine, we were focused on the specific chats
14 that -- and I forget what name was used -- was referring to
15 having sexual conduct with his children. And I think that's
16 out. But information that would tend to identify that user
17 as Mr. Manning could stay in. I think there was one instance
18 where there's a reference to "Mike from Missouri," and I'm
19 not sure what else there was that would tend to identify.
20 That's not out.

21 MR. SCHWARTZ: I understand.

22 THE COURT: All right.

23 MR. SCHWARTZ: But in terms of this instruction, it
24 doesn't even mention "identification" as to the purpose of
25 the instruction.