# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                      Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: April 9, 2021<br>Trial Date: April 26, 2021 |

## REVISED DEFENSE POTENTIAL WITNESS LIST

Mr. Sanders, by and through undersigned counsel, in light of the Government's witness list (ECF No. 205) and the Fourth Circuit's recent opinion in *United States v. McCauley*, No. 19-4318, 2020 WL 7414398 (4th Cir. Dec. 18, 2020), submits a revised potential witness list:[1]

1. Zackary Ellis Sanders
2. Risa Sanders
3. Jay Sanders
4. Philip dePue
5. Michael Maschke
6. Dr. Fred Berlin
7. Alleged minor victim 2
8. Alleged minor victim 3
9. Alleged minor victim 4
10. Alleged minor victim 6

---

[1] Mr. Sanders reserves the right to call any witness on the Government's witness list.

2

Respectfully submitted,

_____/s/_____

Jonathan Jeffress (#42884)
Emily Voshell (#92997)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: evoshell@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress