IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 1:20-cr-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Consent Motion to Seal (Dkt. 231) portions of his Memorandum in Support of his Motion for Protective Order Modification. Defendant has filed a redacted public version of his memorandum.

Accordingly,

It is hereby **ORDERED** that defendant's motion to seal is **GRANTED** insofar as the portions of defendant's Memorandum in Support of his Motion for Protective Order Modification (Dkt. 230) that refer to or disclose matters that are protected by the Protective Order in this case (Dkt. 28) shall be **FILED UNDER SEAL**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 21, 2021

/s/
T. S. Ellis, III
United States District Judge