IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Supplement to defendant's Renewed Motion to Reconsider his Motion to Compel and his Consent Motion to Seal that supplement (Dkt. 239). Defendant has filed a redacted version of the supplement on the public record (Dkt. 238). Defendant's supplemental briefing was filed one minute after the Order was entered denying defendant's Renewed Motion to Reconsider his Motion to Compel. *See United States v. Sanders*, Case No. 1:20-cr-143 (E.D. Va, January 26, 2021) (Order) (Dkt. 236, 237). Defendant's supplemental briefing is unpersuasive and does not alter the conclusion reached in the Order denying defendant's renewed motion to reconsider his motion to compel.

Accordingly,

It is hereby **ORDERED** that defendant's motion to seal (Dkt. 239) is **GRANTED** insofar as the portions of defendant's Supplement to his Motion to Compel that refer to or disclose matters that are protected by the Protective Order in this case (Dkt. 28) shall be **FILED UNDER SEAL**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 26, 2021

/s/
T. S. Ellis, III
United States District Judge