AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cr-00143-TSE |
| ZACKARY ELLIS SANDERS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Zackary Ellis Sanders.

Date: 02/08/2021

/s/ Zachary A. Deubler
*Attorney's signature*

Zachary A. Deubler/VSB No. 90669
*Printed name and bar number*

DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
*Address*

zdeubler@dimuro.com
*E-mail address*

(703) 684-4333
*Telephone number*

(703) 548-3181
*FAX number*