IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Reply to Government Opposition to Motion to Modify Protective Order and his Consent Motion to Seal his Reply. Defendant has filed a redacted version of the Reply on the public record (Dkt. 248).

Accordingly,

It is hereby **ORDERED** that defendant's motion to seal (Dkt. 249) is **GRANTED** insofar as the portions of defendant's Reply to Government Opposition to Motion to Modify Protective Order that refer to or disclose matters that are protected by the Protective Order in this case (Dkt. 28) shall be **FILED UNDER SEAL**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
February 9, 2021

/s/
T. S. Ellis, III
United States District Judge