IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Motion to Modify Protective Order (Dkt. 229). Defendant moves to modify the Protective Order (i) to allow defense counsel to share copies of discovery material with other defense teams that are representing clients who have been charged as a result of the investigation at issue in this case and (ii) to reduce the ambit of the Protective Order to apply only to information and material obtained directly from discovery in this case.[1] There being no good cause to modify the Protective Order, defendant's motion is denied.

Accordingly,

It is hereby **ORDERED** that defendant's Motion to Modify Protective Order (Dkt. 229) is **DENIED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
February 16, 2021

/s/
T. S. Ellis, III
United States District Judge

---

[1] Defendant originally also moved to modify the Protective order to allow defendant to share copies of discovery material with public interest organizations which intended to file amicus briefs or expert affidavits. Defendant has since withdrawn this request.