# Exhibit A
# July 31, 2020 Hearing Transcript
**Filed Under Seal**