# Exhibit B

# September 11, 2020 Hearing Transcript

**Filed Under Seal**