# Exhibit C

## Exhibits to Memorandum in Support of Motion to Suppress No. 1

**Filed Under Seal**