# Exhibit D

## Exhibits to Memorandum in Support of Motion to Suppress No. 2

**Filed Under Seal**