# Exhibit E

## Exhibits to Memorandum in Support of Motion to Suppress No. 3

**Filed Under Seal**