# Exhibit F

## Exhibits to Memorandum in Support of Motion to Suppress No. 4

**Filed Under Seal**