# Exhibit G

## Exhibits to Memorandum in Support of Renewed Motion to Compel

**Filed Under Seal**