**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:20-cr-00143 <br> The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: April 9, 2021 <br> Trial: April 26, 2021 |
| Defendant. | |

**CORRECTED MOTION TO PARTIALLY SEAL MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49 for entry of an Order permitting his Memorandum in Support of His Motion to Continue Jury Trial to be filed partially under seal. The grounds for the requested relief are set forth in the non-confidential memorandum filed contemporaneously with this motion.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

                                                 */s/*
                                     Jonathan Jeffress (#42884)
                                     Jade Chong-Smith (admitted *pro hac vice*)
                                     KaiserDillon PLLC
                                     1099 Fourteenth St., N.W.; 8th Floor—West
                                     Washington, D.C.  20005
                                     Telephone: (202) 683-6150
                                     Facsimile: (202) 280-1034
                                     Email: jjeffress@kaiserdillon.com
                                     Email: jchong-smith@kaiserdillon.com

                                     *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 24th day of March 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                     */s/ Nina J. Ginsberg*
                                     Nina J. Ginsberg