IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: April 9, 2021 |
| Defendant. | Trial: April 26, 2021 |

**[PROPOSED] ORDER**

This comes before the Court on the Defendant's Motion to Partially Seal Memorandum in Support of Motion to Continue Trial Date ("Motion"), filed pursuant to Local Criminal Rule 49(E). Defendant has filed a redacted version of the Memorandum on the public record. For good cause shown, pursuant to Local Criminal Rule 49(E), the Motion is granted.

It is so ORDERED.

_____        _____
Date                                                     T.S. Ellis, III
                                                              United States District Judge