# EXHIBIT 2

**Zachary Deubler**

| | |
|---|---|
| **From:** | Nina Ginsberg |
| **Sent:** | Monday, February 15, 2021 4:32 PM |
| **To:** | Jay.Prabhu@usdoj.gov; William.G.Clayman@usdoj.gov |
| **Cc:** | Jonathan Jeffress (jjeffress@kaiserdillon.com); Jade Chong-Smith; Zachary Deubler; Nina Ginsberg |
| **Subject:** | US v. Sanders |
| **Attachments:** | DIscovery letter to the G1612.PDF |

Dear Jay and Bill,

I've attached our discovery request to examine forensic copies of the hard drives of the seized devices and the related Cellebrite extraction reports with active links.  The request is to examine these devices with Mr. Sanders present.  I understand that the government was previously unable to provide a computer with sufficient speed and memory to view forensic copies of the hard drives at the U.S. Attorney's Office.  I also understand the problem of transporting Mr. Sanders to a different government location where these computers are normally available. Please let me know a good time for you to discuss these logistical issues.  Jon and I will make ourselves available.
Best,
Nina



OUR EXPERIENCE.
YOUR EDGE.

*Nina J. Ginsberg*

***DiMuroGinsberg*, *PC***
*1101 King Street, Suite 610*
*Alexandria, VA  22314-2956*
*703-684-4333 (telephone)*
*703-548-3181 (facsimile)*
*703-623-6975 (cellular)*
*nginsberg@dimuro.com*



**CONFIDENTIALITY NOTICE: This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient.  Information contained in this electronic transmission may be privileged, confidential, and exempt from disclosure  If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents is prohibited.**