## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: April 9, 2021 |
| Defendant. | Trial: April 26, 2021 |
| | **HEARING REQUESTED** |

## NOTICE OF HEARING

A Hearing on the underlying motion is requested, and Mr. Sanders asks that it be set on the pre-existing status conference date on April 9, 2021. Mr. Sanders agrees to a waiver of his right to a speedy trial up to and including his new trial date.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

                                                     /s/
                                Jonathan Jeffress (#42884)
                                Jade Chong-Smith (admitted *pro hac vice*)
                                KaiserDillon PLLC
                                1099 Fourteenth St., N.W.; 8th Floor—West
                                Washington, D.C.  20005
                                Telephone: (202) 683-6150
                                Facsimile: (202) 280-1034
                                Email: jjeffress@kaiserdillon.com
                                Email: jchong-smith@kaiserdillon.com

                                *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of March 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                                */s/ Nina J. Ginsberg*
                                                Nina J. Ginsberg