IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Motion to Continue Trial Date. A hearing has been noticed for this matter for April 9, 2021. In order to expedite resolution of this matter, the hearing with be moved to April 2, 2021 at 11:00 a.m.

Accordingly,

It is hereby **ORDERED** that the hearing on defendant's Motion to Continue Trial (Dkt. 265) is **RESCHEDULED** for Friday, April 2, 2021 at 11:00 a.m.

It is further **ORDERED** that the government shall file any opposition to defendant's motion by Wednesday, March 31 at 5:00 p.m.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
March 24, 2021

/s/
T. S. Ellis, III
United States District Judge