# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: April 9, 2021 |
| Defendant. | Trial: April 26, 2021 |
| | **HEARING REQUESTED** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **Friday, April 9, 2021**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant, Zackary Ellis Sanders, by and through his undersigned counsel, will move this Court to hear his Motions in Limine (Docket Nos. 153, 155, 160); Responses In Opposition to Government's Motions in Limine (Docket Nos. 202, 203, 207, 209, 225); Proposed *Voir Dire* (Docket Nos. 157, 210); and Proposed Jury Instructions (Docket Nos. 166, 211).

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

             */s/*
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

1

            /s/
            Jonathan Jeffress (#42884)
            Jade Chong-Smith (admitted *pro hac vice*)
            KaiserDillon PLLC
            1099 Fourteenth St., N.W.; 8th Floor—West
            Washington, D.C.  20005
            Telephone: (202) 683-6150
            Facsimile: (202) 280-1034
            Email: jjeffress@kaiserdillon.com
            Email: jchong-smith@kaiserdillon.com

            *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 24th day of March 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

            */s/ Nina J. Ginsberg*
            Nina J. Ginsberg