IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on Defendant Zackary Sanders's Corrected Motion to Seal Partially (Dkt. 262) his Memorandum in Support of his Corrected Motion to Continue Trial Date. Defendant has filed a redacted public version of his memorandum.

Accordingly,

It is hereby **ORDERED** that defendant's motion to seal partially (Dkt. 262) is **GRANTED** insofar as the portion of defendant's Memorandum in Support of his Corrected Motion to Continue Trial (Dkt. 265) that contains private medical information shall be **FILED UNDER SEAL**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
March 24, 2021

/s/
T. S. Ellis, III
United States District Judge