**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:20-cr-00143 |
| | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: April 9, 2021 |
| | Trial: April 26, 2021 |
| Defendant. | |

**MOTION TO SEAL DEFENDANT'S SUPPLEMENT TO CORRECTED MOTION TO CONTINUE TRIAL, AND WAIVER OF SPEEDY TRIAL RIGHTS**

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49 for entry of an Order permitting his Supplement to Corrected Motion to Continue Trial, and Waiver of Speedy Trial Rights and exhibits thereto to be filed under seal. The grounds for the requested relief are set forth in the non-confidential memorandum filed contemporaneously with this motion.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

                                          /s/
                            Jonathan Jeffress (#42884)
                            Jade Chong-Smith (admitted *pro hac vice*)
                            KaiserDillon PLLC
                            1099 Fourteenth St., N.W.; 8th Floor—West
                            Washington, D.C.  20005
                            Telephone: (202) 683-6150
                            Facsimile: (202) 280-1034
                            Email: jjeffress@kaiserdillon.com
                            Email: jchong-smith@kaiserdillon.com

                            *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

       I hereby certify on this 31st day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                            */s/ Nina J. Ginsberg*
                            Nina J. Ginsberg