IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br> Defendant. | Case No. 1:20-cr-00143 <br> The Honorable Judge Ellis <br><br> Pretrial Conference: April 9, 2021 <br> Trial: April 26, 2021 |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Seal Defendant's Supplement to Corrected Motion to Continue Trial, and Waiver of Speedy Trial Rights and exhibits thereto ("Defendant's Motion").

It appearing to the Court that Defendant's Motion and exhibits contains confidential medical information necessary to support certain arguments on disputed guideline issues and to answer allegations made by the government which prohibit Defendant from disclosing such information to the general public;

Therefore, based upon the filings of Defendant and the Court finding good cause have been shown, the Court FINDS and ORDERS that less drastic alternatives to sealing the Motion is not feasible and, therefore, orders Defendant's Motion and exhibits be filed under seal and remain under seal until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this 1st day of April, 2021.

_____
T.S. Ellis, III, Judge