## \*\* UNITED STATES DISTRICT COURT CRIMINAL MINUTES \*\*

Date: 04/02/2021

Time: 12:08 p.m. – 01:32 p.m. (01:24)
       03:08 p.m. – 03:21 p.m. (00:13)
       03:27 p.m. – 03:44 p.m. (00:17)
       (01: 54)

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00143-TSE-1

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Nina Ginsburg |
| Jay Prabhu | Jonathan Jeffress |
|  | Jade Chong-Smith |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:**     [ 264 ]  Corrected Motion to Continue Trial, and Waiver of Speedy Trial Rights

Argued and:

- Motion [ 264 ]  -GRANTED and DENIED in all other respects.
- **JURY TRIAL CONTINUED TO MONDAY, JULY 12, 2021 AT 10:00 A.M.**
- Court to issue an order that facilitates defendant's treatment.
- Order to follow.
- Defendant remanded.