**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: April 9, 2021 |
| Defendant. | Trial: July 12, 2021 |

**CONSENT MOTION TO CONTINUE**
**PRETRIAL CONFERENCE AND MOTIONS HEARING**

The defendant, Zackary Ellis Sanders, by counsel, and with consent of the government, moves this Honorable Court for entry of an Order continuing the pretrial conference and motions hearing presently scheduled to commence on April 9, 2021, at 10:00 a.m. until May 7, May 21, or May 28, 2021.[1]  Mr. Sanders relies on the accompanying Memorandum as grounds for this motion.  A proposed order is attached.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,
           /s/           
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

---

[1] The defense requests May 7, May 21, or May 28, 2021.  The Government is also available on these dates and would be available other dates in April and May that the defense is unavailable.

                       */s/*
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Nina J. Ginsberg*
Nina J. Ginsberg