IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: April 9, 2021<br>Trial: July 12, 2021 |

**[PROPOSED] ORDER**

This matter comes before the Court on a Consent Motion to Continue Pretrial Conference and Motions Hearing ("Consent Motion"). Mr. Sanders, who currently stands charged with Production, Receipt, and Possession of Child Pornography; in violation of 18 U.S.C. § 2251(a) and (e), 18 U.S.C. § 2252 (a)(2) and (b)(1), and 18 U.S.C. 2252 (a)(4)(B) and (b)(2), requests, through counsel, and with the consent of the government, a continuance of his April 9, 2021 pretrial conference and motions hearing date. For the reasons stated below, the Consent Motion will be granted.

Because of the defendant's need for medical treatment, including on April 9, 2021, the Court **FINDS** that the ends of justice are served by continuing the pretrial conference and motions hearing date in this matter from April 9, 2020, at 10:00 a.m. to _____, 2021 at 10:00 a.m.

1

Accordingly, it is hereby **ORDERED** that defendant's Consent Motion is **GRANTED**. The pretrial conference and motions hearing in this matter is **CONTINUED** from April 9, 2021, at 10:00 a.m. to _____, 2021 at 10:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____  
Date

_____  
T.S. Ellis, III  
United States District Judge