IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:20-CR-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO FILE REDACTED VERSIONS OF TRANSCRIPTS AND EXHIBITS ON THE PUBLIC DOCKET**

The United States of America, by and through undersigned counsel, respectfully moves the Court to permit the government to file a response to the defendant's motion to file redacted versions of transcripts and exhibits on the public docket, [Dkt. No. 258], on or before April 20, 2021. In support thereof, the government states as follows:

1. On March 23, 2021, the defendant filed a motion to file redacted versions of various sealed documents on the public docket. Dkt. No. 258. Pursuant to Local Criminal Rule 47(F)(1), the government's response to this motion is due on or before April 6, 2021.

2. In his motion, the defendant seeks to file on the public docket in this case redacted versions of several hundred pages of transcripts and exhibits.

3. In order to thoroughly review the documents and the defendant's proposed redactions and ensure that all sensitive information is adequately redacted, the government respectfully requests that the Court permit the government to file any response to the defendant's motion on or before April 20, 2021.

4. Counsel for the government asked counsel for the defendant if they consented to an extension of the government's deadline to respond to the defendant's motion, and defense counsel advised that they did.

WHEREFORE, the United States respectfully requests that the government be permitted to file a response to the defendant's motion to file redacted versions of transcripts and exhibits on the public docket, [Dkt. No. 258], on or before April 20, 2021.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

_____/s/_____
William G. Clayman
Special Assistant United States Attorney (LT)
Jay V. Prabhu
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:    /s/
William G. Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Email: william.g.clayman@usdoj.gov