IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-CR-143 |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**ORDER**

Upon the consent motion of the United States, by and through its attorneys, and for good cause shown, it is hereby,

ORDERED that the government shall file its response to the defendant's motion to file redacted versions of transcripts and exhibits on the public docket [Dkt. No. 258] on or before April 20, 2021.

 

_____
The Honorable T.S. Ellis, III
United States District Judge

Date: _____
Alexandria, Virginia