IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ZACKARY ELLIS SANDERS, )<br>)<br>*Defendant.* )<br>) | Case No. 1:20-CR-143<br><br>Honorable T.S. Ellis, III |

## ORDER TO SEAL

Upon motion of the United States, the Court finds that the sealing of exhibits 1 through 6 to the government's response to the defendant's motion to file redacted versions of transcripts and exhibits on the public docket, filed on the docket as Dkt. No. 294, is necessary to prevent the disclosure of the sensitive information covered by the Protective Order in this matter.  The Court finds that the interest in keeping these exhibits under seal outweighs any competing interest in the public's right of access.  *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

Accordingly,

It is hereby ORDERED that the government's motion to seal is GRANTED and exhibits 1 through 6 to the government's response to the defendant's motion to file redacted versions of transcripts and exhibits shall be FILED UNDER SEAL until further Order of the Court.

Date: _____          _____
      Alexandria, Virginia                  Honorable T.S. Ellis, III
                                            United States District Judge