AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-CR-143 |
| Zackary Ellis Sanders | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/21/2021

/s/ Seth Schlessinger
*Attorney's signature*

Seth Schlessinger, Florida Bar No. 64065
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Seth.Schlessinger@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*