IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Motions Hearing: May 7, 2021<br>Trial: July 12, 2021 |

**MOTION FOR LEAVE TO FILE RULE 12.2(B) NOTICE OF
EXPERT EVIDENCE OF A MENTAL CONDITION BEARING ON LACK OF GUILT**

The defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court for leave to file a notice, pursuant to Fed. R. Crim. P. 12.2(b), of expert evidence of a mental condition bearing on his lack of guilt. Mr. Sanders relies on the accompanying Memorandum as grounds for this motion.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

　　　　　　/s/　　　　　　　　
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com


　　　　　　/s/　　　　　　　　
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*


## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/　　　　　　　　　　　
Nina J. Ginsberg