**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Motions Hearing: May 7, 2021 |
| Defendant. | Trial: July 12, 2021 |

## [PROPOSED] ORDER

THIS MATTER comes before the Court on Defendant's Motion to Seal Defendant's Memorandum in Support of his Motion for Leave to File Rule 12.2(B) Notice of Expert Evidence of a Mental Condition Bearing on Lack of Guilt ("Defendant's Motion").

It appearing to the Court that there is good cause for Mr. Sanders to file a Rule 12.2(b) notice pursuant to the Federal Rules of Criminal Procedure, the Court ORDERS that Defendant's Motion is GRANTED. The CLERK is DIRECTED to file the notice, attached as Exhibit 1 to Defendant's motion, on the docket, and to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge