# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Motions Hearing: May 7, 2021 |
| Defendant. | Trial: July 12, 2021 |

## NOTICE OF INTENT TO RELY ON EXPERT EVIDENCE OF DEFENDANT'S MENTAL CONDITION BEARING ON LACK OF GUILT

The defendant, Zackary Ellis Sanders, by counsel, submits this Notice of Intent to Rely on Expert Evidence of his Mental Condition Bearing on Lack of Guilt, pursuant to Rule 12.2(b) of the Federal Rules of Criminal Procedure.  Mr. Sanders intends to rely on such evidence, including through testimony presented by Dr. Tyler Whitney, PSY.D.  Dr. Whitney's curriculum vitae was previously provided to the government and this Court.  ECF No. 282-1 (Exhibit 1 to Second Supplement to Motion to Continue).

Respectfully submitted,


_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler #90669
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com


_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*


## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.


/s/_____
Nina J. Ginsberg