**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br> Defendant. | Case No. 1:20-cr-00143 <br> The Honorable Judge Ellis <br><br> Motions Hearing: May 7, 2021 <br> Trial: July 12, 2021 |

**MOTION TO SEAL DEFENDANT'S MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR LEAVE TO FILE RULE 12.2(B) NOTICE OF EXPERT
EVIDENCE OF A MENTAL CONDITION BEARING ON LACK OF GUILT**

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49 for entry of an Order permitting Defendant's Memorandum in Support of his Motion for Leave to File 12.2(B) Notice of Expert Evidence of a Mental Condition Bearing on Lack of Guilt to be filed under seal. The grounds for the requested relief are set forth in the non-confidential memorandum filed contemporaneously with this motion.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

                                          /s/
                                 Jonathan Jeffress (#42884)
                                 Jade Chong-Smith (admitted *pro hac vice*)
                                 KaiserDillon PLLC
                                 1099 Fourteenth St., N.W.; 8th Floor—West
                                 Washington, D.C. 20005
                                 Telephone: (202) 683-6150
                                 Facsimile: (202) 280-1034
                                 Email: jjeffress@kaiserdillon.com
                                 Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

      I hereby certify on this 26th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                          /s/
                                 Nina J. Ginsberg