IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Motions Hearing: May 7, 2021<br>Trial: July 12, 2021 |

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Seal Memorandum in Support of Defendant's Motion for Leave to File Rule 12.2(B) Notice of Expert Evidence of a Mental Condition Bearing on Lack of Guilt ("Defendant's Memorandum").

It appearing to the Court that Defendant's Memorandum contains confidential medical information necessary to support certain arguments on disputed guideline issues and to answer allegations made by the government which prohibit Defendant from disclosing such information to the general public;

Therefore, based upon the filings of Defendant and the Court finding good cause have been shown, the Court FINDS and ORDERS that less drastic alternatives to sealing the Memorandum is not feasible and, therefore, orders Defendant's Memorandum be filed under seal and remain under seal until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge