# Exhibit 1

| | |
|---|---|
| **Subject:** | U.S. Sanders |
| **Date:** | Wednesday, April 7, 2021 at 6:07:34 PM Eastern Daylight Time |
| **From:** | Nina Ginsberg |
| **To:** | Jay.Prabhu@usdoj.gov, William Clayman |
| **CC:** | Jon Jeffress, Jade Chong-Smith, Zachary Deubler, Nina Ginsberg |
| **Attachments:** | Sanders 2021.04.07 Letter re discovery review.pdf |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Jay and Bill,

I've attached a letter recapping the information presented to the Court at the hearing last week and a proposed procedure for making discovery available to Mr. Sanders. I've also attached a proposed order that tracks the letter. Please review them and let me know what you think. I think we've made a reasonable proposal.

Thanks again for supporting our efforts to arrange Mr. Sanders' treatment.

Nina


*Nina J. Ginsberg* | **Principal**

**DiMuroGinsberg, P.C.**
**1101 King St., Suite 610**
**Alexandria, VA 22314**
**703-684-4333 (telephone)**
**703-623-6975 (mobile)**
**nginsberg@dimuro.com**