# Exhibit 3

| | |
|---|---|
| **Subject:** | Sanders Discovery |
| **Date:** | Monday, April 12, 2021 at 10:51:45 AM Eastern Daylight Time |
| **From:** | Nina Ginsberg |
| **To:** | Jay Prabhu, William Clayman |
| **CC:** | Jade Chong-Smith, Jon Jeffress, Nina Ginsberg |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Jay and Bill,
Mr. Sanders has completed the five days of infusions that required him to be taken outside the jail. Have arrangements been made at the courthouse or your office for him to begin reviewing discovery? We also need to know whether you've considered our suggestion regarding placing sanitized, redacted chats on an iPad with no internet connection that Mr. Sanders can review at the jail. I'll try reaching you later today.
Nina


***Nina J. Ginsberg* | Principal**

**DiMuroGinsberg, P.C.**
**1101 King St., Suite 610**
**Alexandria, VA 22314**
**703-684-4333 (telephone)**
**703-623-6975 (mobile)**
**nginsberg@dimuro.com**