# Exhibit 4



**COVID-19 Resources and Changes in City Services**

*Updated 1:39 p.m. Mon, Mar 29*

# Information for Attorneys

The Alexandria Sheriff's Office provides this information to assist attorneys in gaining access to Alexandria Sheriff's Office facilities, coordinating services to clients held within these facilities and obtaining records held by this Office.

*Page updated on Apr 16, 2021 at 12:14 PM*

  Translate

## ON THIS PAGE

- Detention Center Client Visits
- Interpreters and Other Professional Visitors (including those accompanying Attorneys)
- Attorney Telephone Contact Procedures
- Clothing for Clients for Circuit Court Appearance

The Office welcomes any suggestions or comments regarding its policies governing attorney access and coordination of inmate services. All comments should be directed to Sheriff Dana Lawhorne, Alexandria Sheriff's Office, 2003 Mill Road, Alexandria, Virginia 22314 or 703.746.4114.

**Special announcement:**

**Beginning May 1, 2021, the Sheriff's Office will expand in person attorney-client visits, in 45-minute blocks, for non-urgent matters by appointment only. Attorney-client video visitation will continue by appointment only as well.**

**Please note the following guidelines:**

- **The Sheriff's Office requests that all attorneys who are choosing to visit their clients in person for routine, non-urgent manners be fully vaccinated. The Sheriff's Office will not conduct any type of verification of vaccination; it is simply a request to keep our inmates and staff as safe as possible.**

Case 1:20-cr-00143-TSE   Document 303-4   Filed 04/26/21   Page 3 of 6 PageID# 5394

- [Courthouse Visitation](#)
- [Information Concerning Alternative Programs](#)
- [Furloughs](#)
- [Request for Records](#)
- [PREA](#)

## RELATED CONTENT

- [Sheriff's Office](#)
- [Administrative Services Bureau](#)
- [Become a Deputy Sheriff](#)
- [Community Outreach](#)
- [Depositing Funds to Inmate Accounts](#)
- Detention Center Bureau

- All attorneys who visit their clients in person must wear a K-95 mask with a surgical mask on top, a face shield, and latex gloves. The Sheriff's Office will provide the latex gloves, but all other items must be provided by the attorney.

- Attorneys should remain six feet away from their client at all times, unless absolutely necessary.

- No more than two attorneys are permitted to visit with their client at a time. If more individuals are required for the visit, please provide an explanation and your request will be forwarded to the Chief of Security.

Attorney-Client visitation rooms will be cleaned after each visit by Sheriff's Office staff.

If you would like to schedule an in-person or video visit, please contact Sergeant Andrea Diaz at 703.746.5155. If you have an urgent matter regarding your client and are unable to reach Sergeant Diaz, please call 703.746.4099 and ask to speak to the watch commander on duty.

Schedule:

**Monday:**
In Person Visits: 8 a.m. to 11:45 a.m. and 7 p.m. to 10:45 p.m.
Video Visits: 1 p.m. to 4:45 p.m.

**Tuesday through Friday:**
In Person Visits: 7 p.m. to 10:45 p.m.
Video Visits: 8 a.m. to 4:45 p.m.

**Saturday and Sunday**
In Person Visits: 8 a.m. to 11:45 a.m. and 7 p.m. to 10:45 p.m.

*Please note this is subject to change based on security and health priorities.*

## Detention Center Client Visits

The William G. Truesdale Adult Detention Center is located at 2001 Mill Road in Alexandria. [If driving, please pay close attention to the signs on](#)

- Frequently Asked Questions

- History of the Sheriff's Office

- In Memoriam

- In the News

- Inmate Programs

- Inmate Visitation Guidelines for Family and Friends

- Inmate Work Detail

- Judicial and Special Operations Bureau

- Mission and Core Values

- Organizational Chart

- PREA

- Project Lifesaver

- Sheriff Dana Lawhorne

- Sheriff News Releases

- Sheriff's Office Statement on

Mill Road and stay to the right. Visitor parking is available under the interstate ramp.

**See special announcement above.** Attorneys arriving at the Detention Center will be screened through the visitation center. Upon entering the main building, you should proceed to the door marked "8" and sign in at the Control Center window. The Deputy will require two forms of identification, one of the which must be a current Bar Association Membership card and one which must contain your name and photograph.

The Detention Center is equipped with three Attorney/Client meeting rooms providing privacy and direct contact. If these rooms are occupied, your visit may take place in a visitation booth which provides visual and telephone contact with your client through glass partition. During your visit with your client, it is essential that you not give you client anything other than legal papers. Items such as money, jewelry, matches, cigarette lighters, cigarettes, chewing gums, and other food items are strictly prohibited. Items from a client's family cannot be exchanged during the visit. In case of an emergency in the Detention Center, please follow the directions of staff.

**If you are bringing an interpreter or other professional visitor with you, please see the section below.**

## Interpreters and Other Professional Visitors (including those accompanying Attorneys)

Attorneys wishing to bring in an interpreter or other professional visitor must email the Special Management Sergeant 72 hours prior to the date of the visit. Such requests can only be made by the attorney; professional visitors may not make the request themselves. In the email, provide the name, sex, date of birth, race and social security number of the interpreter or professional visitor. Relatives or social acquaintances of the inmate may not be used as interpreters nor will be approved as professional visitors. The interpreter/special visitor must provide proper identification upon arrival at the Detention Center.

## Attorney Telephone Contact Procedures

- Immigration Concerns

- Sheriff's Community Academy

- Specialized Teams

- Support Services Bureau

- Volunteer at the Sheriff's Office

**SHARE**

  

Attorneys wishing to contact their clients held in the Detention Center on the attorney/client phone line should call the Visitation Deputy at 703.746.5044 to obtain the attorney/client phone number. This telephone number is for attorney/client use only and are not to be provided to the public or family members of the client.

When contacting the Visitation Deputy, attorneys should provide their name, current Bar Association Membership card number, office telephone number, and name of client. After verifying this information, the Deputy will provide the number or transfer the call to the client's housing unit. If the inmate is in an area that does not have an Attorney telephone, the Deputy will give a message to the inmate who will then return the call on a collect-only telephone.

## Clothing for Clients for Circuit Court Appearance

Sometimes clients may not have in their possession clothing which is suitable for appearance before a jury in Circuit Court. You are strongly encouraged to determine, at least one week before scheduled trial, whether you client needs clothing. You, or the client's family, may call 703.746.5043 to arrange delivery of clothing for jury trials only. Clothing is accepted only at the Detention Center, during specified hours. Clothing will not be accepted at the Courthouse. The Detention Center does not provide clothing, other than prisoner clothing, for court appearances.

## Courthouse Visitation

Deputies will attempt to provide attorneys with time to briefly confer with clients as they enter or leave the courtroom. Courtroom security concerns, however, may not always make this possible. Your cooperation in following the direction of the Deputies is always appreciated.

## Information Concerning Alternative Programs

Attorneys interested in determining their client's eligibility for Work Release, Modified Work Release, and Incremental Sentencing, should contact the Alternative Programs staff. Deputy Brian Bell can be reached

at 703.746.5110 and Deputy Todd Stubblefield can be reached at 703.746.5134.

## Furloughs

The Alexandria Sheriff's Office accommodates all court-ordered furloughs. Attorneys seeking such for their clients should petition the court directly.

## Request for Records

Attorneys requesting records held by this agency should obtain a subpoena duces tecum issued to the Custodian of Records for the Alexandria Sheriff's Office, 2003 Mill Road, Alexandria, Virginia 22314.

## PREA

In accordance with the Prison Rape Elimination Act (PREA), the Alexandria Sheriff's Office has a zero-tolerance policy for sexual misconduct against persons in our custody and within all facilities and operations under the control of the Sheriff. Inmates who have been sexually abused or harassed are encouraged to report it and attorneys who learn of any sexual victimization are also urged to report it to the Special Investigations Deputy at 703.746.5008.



FOIA Requests

Privacy & Legal

Public Meetings

Contact Us

Follow Us

Visitor Information

VisitAlexandriaVA.com

© 1995–2021 City of Alexandria, VA and others