# Exhibit 5

| | |
|---|---|
| **Subject:** | Scheduling Sanders' Discovery Review |
| **Date:** | Monday, April 19, 2021 at 12:10:42 PM Eastern Daylight Time |
| **From:** | Nina Ginsberg |
| **To:** | Prabhu, Jay (USAVAE), Clayman, William G (USAVAE) |
| **CC:** | Jade Chong-Smith, Jon Jeffress, Nina Ginsberg |
| **Priority:** | High |
| **Attachments:** | image001.jpg, image004.jpg |

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Jay and Bill,

At Judge Ellis' direction, Bill and I met with the Supervisor of the Marshal's Service on April 14, 2021 to look at rooms on the basement level of the courthouse where Mr. Sanders can review discovery with us.  We identified two witness interview rooms and the second grand jury room that the Marshals can make available on days when the grand jury is not meeting.  We were informed that the grand jury meets every Tuesday, Wednesday, and Thursday.  We were also informed that there are some Tuesdays, Wednesdays and Thursdays when the grand jury only meet for half a day.  Therefore, the Marshals can make those rooms available for discovery review on Mondays and Fridays and for half days when the grand jury does not meet for a full day. The Marshals have agreed to transport Mr. Sanders from the jail.  We were told that two FBI agents will have to remain outside the room where the discovery review takes place as is usually the case when an inmate is brought to the U.S. Attorney's Office.

We need to begin this process immediately in order to give the defense adequate time to prepare in advance of the July trial date.  Please let me know as soon as you have made arrangements with the FBI and the Marshals to transport Mr. Sanders and can provide computer that is powerful enough to review the information on the iPhone.  We will need some notice so that the lawyers who will be present with Mr. Sanders can plan their schedules.

Thank you,
Nina





*Nina J. Ginsberg*
*DiMuroGinsberg, PC*
*1101 King Street, Suite 610*
*Alexandria, VA  22314-2956*
*703-684-4333 (telephone)*
*703-548-3181 (facsimile)*
*703-623-6975 (cellular)*
*nginsberg@dimuro.com*



**CONFIDENTIALITY NOTICE: This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient. Information contained in this electronic transmission may be privileged, confidential, and exempt from disclosure  If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents is prohibited.**