# Exhibit 6

| | |
|---|---|
| **Subject:** | RE: Scheduling Sanders' Discovery Review |
| **Date:** | Wednesday, April 21, 2021 at 12:44:17 PM Eastern Daylight Time |
| **From:** | Clayman, William G (USAVAE) |
| **To:** | Nina Ginsberg, Prabhu, Jay (USAVAE), Schlessinger, Seth (USAVAE) |
| **CC:** | Jade Chong-Smith, Jon Jeffress |
| **Attachments:** | image001.jpg, image002.jpg |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Hi Nina,

Based on our meeting with Supervisory Deputy Nazaire, we would propose conducting the evidence review at the U.S. Attorney's Office in the defense evidence room that Jon and Jade have previously used. If we hold the review at our office, the government will be able make available: the computer your examiners have used at the FBI's office to review the evidence in this case; the Cellebrite reports for 1B19, 1B22, and 1B27 that you have requested; and a larger monitor for you to use during the review. Holding the review at the U.S. Attorney's Office will also allow us to avoid the grand jury, which will provide more flexibility. As was the case during your client's three previous evidence reviews at our office, FBI agents will be outside the room while you review the material privately. Based on Judge Ellis's instructions at the last hearing, as well as the fact that in-person meetings at ADC are resuming every day of the week beginning on May 1, we will accommodate this review at our office up to three times. The in-person meetings at ADC will resolve the issues you said you have been having with reviewing material over videoconference. We can plan for the review to last from approximately 9:00am to 4:00pm, depending on what arrangements can be made with the USMS and ADC for your client's transportation.

Please let me know If the above works for you. If so, we can schedule an evidence review as soon as May 3 or May 4 (or both days, if you would like). You will need to comply with all the COVID-related safety protocols followed in the Courthouse while at the U.S. Attorney's Office.

I'm copying on this email AUSA Seth Schlessinger, who will be joining the case. Please copy him on all future correspondence.

Best,
Bill

_____
William G. Clayman
Special Assistant United States Attorney (LT)
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Desk: (703) 299-3744
Cell: (703) 380-9684

---

**From:** Nina Ginsberg <nginsberg@dimuro.com>
**Sent:** Monday, April 19, 2021 12:11 PM
**To:** Prabhu, Jay (USAVAE) <JPrabhu@usa.doj.gov>; Clayman, William G (USAVAE) <WClayman@usa.doj.gov>
**Cc:** Jade Chong-Smith <jchong-smith@kaiserdillon.com>; Jon Jeffress <jjeffress@kaiserdillon.com>; Nina Ginsberg <nginsberg@dimuro.com>

**Subject:** Scheduling Sanders' Discovery Review
**Importance:** High

Jay and Bill,

At Judge Ellis' direction, Bill and I met with the Supervisor of the Marshal's Service on April 14, 2021 to look at rooms on the basement level of the courthouse where Mr. Sanders can review discovery with us.  We identified two witness interview rooms and the second grand jury room that the Marshals can make available on days when the grand jury is not meeting.  We were informed that the grand jury meets every Tuesday, Wednesday, and Thursday.  We were also informed that there are some Tuesdays, Wednesdays and Thursdays when the grand jury only meet for half a day.  Therefore, the Marshals can make those rooms available for discovery review on Mondays and Fridays and for half days when the grand jury does not meet for a full day. The Marshals have agreed to transport Mr. Sanders from the jail.  We were told that two FBI agents will have to remain outside the room where the discovery review takes place as is usually the case when an inmate is brought to the U.S. Attorney's Office.

We need to begin this process immediately in order to give the defense adequate time to prepare in advance of the July trial date.  Please let me know as soon as you have made arrangements with the FBI and the Marshals to transport Mr. Sanders and can provide computer that is powerful enough to review the information on the iPhone.  We will need some notice so that the lawyers who will be present with Mr. Sanders can plan their schedules.

Thank you,
Nina



**Nina J. Ginsberg**
**DiMuroGinsberg, PC**
**1101 King Street, Suite 610**
**Alexandria, VA  22314-2956**
*703-684-4333 (telephone)*
*703-548-3181 (facsimile)*
*703-623-6975 (cellular)*
*nginsberg@dimuro.com*



**CONFIDENTIALITY NOTICE: This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient.  Information contained in this electronic transmission may be privileged, confidential, and exempt from disclosure  If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents is prohibited.**