# Exhibit 8

| | |
|---|---|
| **Subject:** | RE: Discovery Letter |
| **Date:** | Friday, April 23, 2021 at 12:47:16 PM Eastern Daylight Time |
| **From:** | Clayman, William G (USAVAE) |
| **To:** | Nina Ginsberg, Prabhu, Jay (USAVAE), Schlessinger, Seth (USAVAE) |
| **CC:** | Jon Jeffress, Jade Chong-Smith, Zachary Deubler |
| **Attachments:** | image001.jpg, image002.jpg |

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Hi Nina,

[REDACTED]

Regarding the evidence reviews, we have arranged for the FBI's stand-alone desktop computer to be made available for you and your client to use to review the contraband evidence again at our office (including the non-sanitized chats with the six minor victims) based on Judge Ellis's instructions and are still waiting to hear back about your availability on May 3 and/or May 4. Members of the defense team can continue to use ADC's videoconferencing system and can reserve time for in-person visits at ADC to begin on May 1 to review the sanitized chats and other non-contraband evidence with him. Giving your client copies of the chats to review on his own would violate the Protective Order, which follows the requirements of 18 U.S.C. § 3509 and the CVRA. If you would like to schedule time to review the non-sanitized chats (or any other contraband evidence) again before the May 3 and/or May 4 review with your client, please let me know.

Please also copy Seth Schlessinger on all future communications.

Hope you have a nice weekend.

Bill

---

William G. Clayman
Special Assistant United States Attorney (LT)
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Desk: (703) 299-3744
Cell: (703) 380-9684

---

**From:** Nina Ginsberg <nginsberg@dimuro.com>
**Sent:** Friday, April 23, 2021 9:36 AM
**To:** Prabhu, Jay (USAVAE) <JPrabhu@usa.doj.gov>; Clayman, William G (USAVAE) <WClayman@usa.doj.gov>
**Cc:** Jon Jeffress <jjeffress@kaiserdillon.com>; Jade Chong-Smith <jchong-smith@kaiserdillon.com>; Zachary Deubler <zdeubler@dimuro.com>; Nina Ginsberg <nginsberg@dimuro.com>
**Subject:** Discovery Letter

Dear Jay and Bill,
Please see our discovery letter, attached. We are still waiting to hear from you regarding Adam Walsh

issues and discovery.
Nina



**Nina J. Ginsberg**
**DiMuroGinsberg, PC**
**1101 King Street, Suite 610**
**Alexandria, VA  22314-2956**
**703-684-4333 (telephone)**
**703-548-3181 (facsimile)**
**703-623-6975 (cellular)**
**nginsberg@dimuro.com**



**CONFIDENTIALITY NOTICE:** This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient.  Information contained in this electronic transmission may be privileged, confidential, and exempt from disclosure  If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents is prohibited.