**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　v.<br><br>ZACKARY ELLIS SANDERS,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Motions Hearing: May 7, 2021<br>Trial: July 12, 2021<br><br>**HEARING REQUESTED** |

## NOTICE OF HEARING

A hearing on the underlying motion is requested, and Mr. Sanders asks that it be set on the pre-existing motions hearing date on May 7, 2021, at 10:00AM. The government has consented to this expedited schedule.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ZACKARY ELLIS SANDERS
　　　　　　　　　　　　　　　　By Counsel

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　Nina J. Ginsberg (#19472)
　　　　　　　　　　　　　　　　Zachary Deubler (#90669)
　　　　　　　　　　　　　　　　DiMuroGinsberg, P.C.
　　　　　　　　　　　　　　　　1101 King Street, Suite 610
　　　　　　　　　　　　　　　　Alexandria, VA  22314
　　　　　　　　　　　　　　　　Telephone: (703) 684-4333
　　　　　　　　　　　　　　　　Facsimile: (703) 548-3181
　　　　　　　　　　　　　　　　Email: nginsberg@dimuro.com
　　　　　　　　　　　　　　　　Email: zdeubler@dimuro.com

                               */s/*
                               Jonathan Jeffress (#42884)
                               Jade Chong-Smith (admitted *pro hac vice*)
                               KaiserDillon PLLC
                               1099 Fourteenth St., N.W.; 8th Floor—West
                               Washington, D.C.  20005
                               Telephone: (202) 683-6150
                               Facsimile: (202) 280-1034
                               Email: jjeffress@kaiserdillon.com
                               Email: jchong-smith@kaiserdillon.com

                               *Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of April 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                               */s/ Jonathan Jeffress*
                               Jonathan Jeffress