IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 20-cr-143 |
| | ) | |
| ZACKARY ELLIS SANDERS | ) | |

### ORDER

This matter is currently scheduled to come before the Court on May 7, 2021 at 10:00 a.m. for a Final Pretrial Conference and Motion Hearing. Because the Court's docket is full at that time, the Final Pretrial Conference and Motion Hearing must be rescheduled to May 7, 2021 at 2:00 p.m.

Accordingly,

It is hereby **ORDERED** that the Final Pretrial Conference and Motion Hearing is **RESCHEDULED** to May 7, 2021 at 2:00 p.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 30, 2021

/s/
T. S. Ellis, III
United States District Judge

1