**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Pretrial Conference: May 7, 2021 |
| Defendant. | Trial: July 12, 2021 |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Seal portions of Defendant's Motion to File Redacted Versions of Transcripts and Exhibits on the Public Record and the entirety of exhibits thereto ("Defendant's Reply").

It appearing to the Court that portions of Defendant's Reply and the entirety of exhibits thereto contain information subject to the protective order (ECF No. 28) which prohibits Defendant from disclosing such information to the general public;

Therefore, based upon the filings of Defendant and the Court finding good cause have been shown, the Court FINDS and ORDERS that less drastic alternatives to sealing portions of the Reply and the entirety of exhibits is not feasible and, therefore, orders portions of Defendant's Reply and the entirety of exhibits be filed under seal and remain under seal until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge