IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>ZACKARY ELLIS SANDERS,    )<br>)<br>*Defendant.*  )<br>) | Case No. 1:20-CR-143<br><br>Honorable T.S. Ellis, III |

## MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE RULE 12.2(B) NOTICE

The United States of America, by and through its undersigned counsel and pursuant to Local Criminal Rule 49(C) and 49(E), moves to file under seal an un-redacted version of the government's response to the defendant's motion for leave to file rule 12.2(b) notice (Dkt. 312) and exhibit 1 attached to that response (Dkt. 312-1). The un-redacted copy will be delivered to the clerk's office with a copy of this motion and provided to opposing counsel. A proposed Order is attached for the consideration of the Court.

The defendant's motion raises, and the government's filing responds to, concerns regarding the defendant's mental health, including evaluations made by a psychologist. Sealing is necessary to safeguard the privacy of the defendant and his medical information. Counsel for the government has considered procedures other than sealing and none will suffice to protect this information from disclosure.

The Court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests. *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Such sealing is within the discretion of this Court and

may be granted for "any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

Accordingly, the United States requests that the un-redacted version of the government's response to the defendant's motion for leave to file rule 12.2(b) notice and exhibit 1 attached to that response remain under seal until further order of the Court.

                                      Respectfully submitted,

                                      Raj Parkeh
                                      Acting United States Attorney

Date: May 5, 2021            By:       /s/
                                      William G. Clayman
                                      Special Assistant United States Attorney (LT)
                                      United States Attorney's Office
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      Phone: 703-299-3700
                                      Fax: 703-299-3981
                                      Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

      By:     /s/
            William G. Clayman
            Special Assistant United States Attorney (LT)
            United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Phone: 703-299-3700
            Fax: 703-299-3981
            Email: william.g.clayman@usdoj.gov