# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                          Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: May 7, 2021<br>Trial: July 12, 2021 |

## [PROPOSED] ORDER

This matter having come before the Court on Mr. Sanders's Motion to Compel the Government to Produce Material, or, in the Alternative, to Submit Material for *In Camera* Inspection, and having reviewed any Government's Opposition thereto, it is, for good cause shown, **ORDERED** that the Motion is **GRANTED**. [The Government is **ORDERED** to produce the requested material, the Title III warrant and Pen Register/Trap and Trace Order(s) it obtained in connection with its investigation of IP addresses that were alleged to have visited the target website, including the Sanders family's IP address, to [Zackary Ellis Sanders]/[this Court] for *in camera* inspection.]

It is so ORDERED.

_____
THE HONORABLE T.S. ELLIS

Date: _____

Alexandria, Virginia