**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br>                    Defendant. | Case No. 1:20-cr-00143 <br> The Honorable Judge Ellis <br><br> Pretrial Conference: May 7, 2021 <br> Trial: July 12, 2021 <br><br> **HEARING REQUESTED** |

## NOTICE OF HEARING

A Hearing on the underlying motion is requested, and Mr. Sanders asks that it be set on May 28, 2021.

        Respectfully submitted,

        ZACKARY ELLIS SANDERS
        By Counsel

        Respectfully submitted,

        _____/s/_____
        Nina J. Ginsberg (#19472)
        Zachary Deubler (#90669)
        DiMuroGinsberg, P.C.
        1101 King Street, Suite 610
        Alexandria, VA  22314
        Telephone: (703) 684-4333
        Facsimile: (703) 548-3181
        Email: nginsberg@dimuro.com
        Email: zdeubler@dimuro.com

        _____/s/_____
        Jonathan Jeffress (#42884)
        Jade Chong-Smith (admitted *pro hac vice*)
        KaiserDillon PLLC
        1099 Fourteenth St., N.W.; 8th Floor—West
        Washington, D.C.  20005
        Telephone: (202) 683-6150

2

Facsimile: (202) 280-1034  
Email: jjeffress@kaiserdillon.com  
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of May 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                */s/ Jonathan Jeffress*  
                                Jonathan Jeffress