IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.* ) | |

## SEALING ORDER

Upon motion of the United States, pursuant to Local Criminal Rule 49(C) and 49(E), the Court finds that sealing of the government's response to the defendant's motion for leave to file rule 12.2(b) notice (Dkt. 312) and exhibit 1 attached to that response (Dkt. 312-1) is necessary to prevent disclosure of private information. The Court finds that the defendant's privacy interests outweigh any competing interest in the public's right of access. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

It is hereby ORDERED that the government's response to the defendant's motion for leave to file rule 12.2(b) notice and exhibit 1 attached to that response be sealed until further order of the Court.

_____
Honorable T.S. Ellis, III
United States District Judge

Date: 5/6/21
Alexandria, Virginia