IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                    Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial conference: May 7, 2021<br>Trial: July 12, 2021 |

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

**I.     INTRODUCTION**

Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49, for entry of an Order permitting his Motion to Defendant's Supplemental Authorities In Support of Defendant's Response In Opposition to Government's Motion In Limine to Exclude and Limit Certain Arguments, Lines of Questioning, and Evidence at Trial and Exhibits 1 and 2 under seal.  Sealing is necessary because it contains private medical information.

**II.    ARGUMENT**

The Motion for an Order to Seal Defendant's Supplemental Authorities In Support of Defendant's Response In Opposition to Government's Motion In Limine to Exclude and Limit Certain Arguments, Lines of Questioning, and Evidence at Trial and Exhibits 1 and 2 should be sealed because it contains confidential and medical information that the public would not, under any other circumstances, be entitled to see.  It is true that judicial proceedings are generally open to the public and that there exists, while not a First Amendment right, a common law right of public access to judicial records and documents.  *Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429 (4th Cir. 2005) (citing *Balt. Sun Co. v. Goetz*, 886 F.2d 60, 64-65 (4th Cir. 1989)).  The

presumption of the right of access can be rebutted if countervailing interests heavily outweigh the public interests in access. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 575 (4th Cir. 2004). The party seeking to overcome the presumption bears the burden of showing some significant interest that outweighs the presumption. *Id*. at 575. Ultimately the decision to seal is a matter best left to the sound discretion of the district court. *Washington Post*, 386 F.3d at 575. With respect to medical records in particular, the Eastern District of Virginia has previously held that such records are entitled to privacy protection and may be filed under seal. *James v. Service Source, Inc.*, 2007 U.S. Dist. LEXIS 86169 at *12 (Nov. 21, 2007 E.D. Va.).

Finally, sealing, as opposed to redaction, is necessary to protect the confidential information contained throughout the entirety of the document, there is no readability available way to redact this information without revealing confidential information. As such the entire pleading ought to be placed under seal.

### III. CONCLUSION

Defendant respectfully requests that the Court enter an Order providing that Defendant's Supplemental Authorities In Support of Defendant's Response In Opposition to Government's Motion In Limine to Exclude and Limit Certain Arguments, Lines of Questioning, and Evidence at Trial and Exhibits 1 and 2 shall be permanently filed under seal.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

      /s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.

        1101 King Street, Suite 610
        Alexandria, VA  22314
        Telephone: (703) 684-4333
        Facsimile: (703) 548-3181
        Email: nginsberg@dimuro.com
        Email: zdeubler@dimuro.com

        _____/s/_____
        Jonathan Jeffress (#42884)
        Jade Chong-Smith (admitted *pro hac vice*)
        KaiserDillon PLLC
        1099 Fourteenth St., N.W.; 8th Floor—West
        Washington, D.C.  20005
        Telephone: (202) 683-6150
        Facsimile: (202) 280-1034
        Email: jjeffress@kaiserdillon.com
        Email: jchong-smith@kaiserdillon.com

        *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

        _____/s/_____
        Nina Ginsberg