**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| | The Honorable Judge Ellis |
| v. | |
| | Pretrial Conference: May 7, 2021 |
| ZACKARY ELLIS SANDERS, | Trial: July 12, 2021 |
| Defendant. | |

**DEFENDANT'S SUPPLEMENT TO
MOTION FOR LEAVE TO FILE RULE 12.2(B) NOTICE OF EXPERT EVIDENCE OF
A MENTAL CONDITION BEARING ON LACK OF GUILT (ECF 299)**

Zackary Ellis Sanders, through undersigned counsel, respectfully submits the attached

supplemental authority in further support for his Motion For Leave To File Rule 12.2(B) Notice

Of Expert Evidence Of A Mental Condition Bearing On Lack Of Guilt (ECF 299).


Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

_____ /s/ _____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

_/s/_____
Nina Ginsberg