IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                         Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial Conference: May 7, 2021<br>Trial: June 12, 2021 |

## SEALING ORDER

This matter having come before the Court on the defendant's Memorandum in Support of Motion to Compel, or, in the alternative, to Submit Material for *in camera* Inspection and Exhibits (the entirety of Exhibits 1-3, and portions of Exhibits 4-6) pursuant to Local Criminal Rule 49(E). Accordingly, for good cause shown, the defendant's Consent Motion To Seal And Memorandum In Support of Same is GRANTED. As such defendant may file under seal portions of his Memorandum in Support of Motion to Motion to Compel, and accompanying exhibits.

It is so ORDERED.

_____5/6/21_____　　　_____/s/ T.S. Ellis, III_____
Date　　　　　　　　　　　　　　T.S. Ellis, III
　　　　　　　　　　　　　　　　United States District Judge