## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 05/07/2021

Time: 02:16 p.m. – 03:06 p.m. (00:50)
       03:44 p.m. – 04:22 p.m. (00:38)
       04:46 p.m. - 05:29 p.m. (00:43)
       (02:11)

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00143-TSE-1

Official Court Reporter: Tonia Harris
Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Nina Ginsburg |
| Jay Prabhu | Jonathan Jeffress |
| Seth Schlessinger | Jade Chong-Smith |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:**     Pretrial Conference
[ 153 ] Motion in Limine in Opposition to Government's Amended Notice of Intent to Present Evidence Under Federal Rule of Evidence 414 filed by defendant
[ 155 ] Zackary Ellis Sanders's Motion *in Limine* to Exclude Chat Transcripts and Related Testimony from Non-Testifying Persons
[ 160 ] Zackary Ellis Sanders's Motion *in Limine* to Preclude Lay Opinion Testimony about Forensic Examinations
[ 162] Government's Motion *in Limine* to Permit Presentation of Child Pornography Evidence
[ 163 ] Government's Motion *in Limine* to Exclude and Limit Certain Arguments, Lines of Questioning, *and Evidence at Trial*
[ 164 ] Government's Motion *in Limine* to Admit Certain Records and Evidence
[ 165 ] Government's Motion *in Limine* to Introduce Certain Evidence Pursuant to Federal Rules of Evidence 404(b) and 414
[ 258 ] Motion to File Redacted Versions of Transcripts and Exhibits on the Public Docket and Memorandum in Support of Same filed by the defendant
[ 299 ] Motion for Leave to File rule 12.2(B) Notice of Expert Evidence of a Mental Condition Bearing on Lack of Guilt filed by the defendant
[ 302 ] Defendant's Motion for Entry of Discovery Order and Modification of Protective Order

Argued and:
[ X ]  Granted - [ 163 ], [ 164 ]

[ X ]  Granted in Part and Denied in Part - [ 153 ]

[ X ]   Denied - [ 155 ], [ 160 ], [ 302 ]

[ X ]   Denied Without Prejudice with leave to renew [ 299 ]

[ X ]  [ 258 ] will not be addressed at this time.

[ X ]  Order to Follow

- **STATUS CONFERENCE** set for **FRIDAY, MAY 21, 2021** at **9:00 A.M.**

- **JURY TRIAL** remain set for **MONDAY, JULY 12, 2021** at **10:00 A.M.**

**Deft is:**
[ X ]  Remanded   [   ]  Self Surrender [    ]  Cont'd on same terms and conditions of release    [    ]  Custody