IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Pretrial conference: May 7, 2021<br>Trial: July 12, 2021 |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Seal Exhibit 1 of his Supplement To Motion For Leave To File Rule 12.2(B) Notice Of Expert Evidence Of A Mental Condition Bearing On Lack Of Guilt (ECF 299) ("Defendant's Motion").

It appearing to the Court that Defendant's Exhibit contains confidential medical information necessary to support certain arguments to answer allegations made by the government which prohibit Defendant from disclosing such information to the general public;

Therefore, based upon the filings of Defendant and the Court finding good cause have been shown, the Court FINDS and ORDERS that less drastic alternatives to sealing the Motion is not feasible and, therefore, orders Exhibit 1 of Defendant's Supplement To Motion For Leave To File Rule 12.2(B) Notice Of Expert Evidence Of A Mental Condition Bearing On Lack Of Guilt (ECF 299) be filed under seal and remain under seal until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this 7th day of May, 2021.

_____
T.S. Ellis, III, Judge