IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:20-CR-143  , Case Name  United States v. Zackary Ellis Sanders
Party Represented by Applicant:  Zackary Ellis Sanders

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Mark John Mahoney
Bar Identification Number  1619071          State  New York
Firm Name  Harrington & Mahoney
Firm Phone #  716-853-3700          Direct Dial #  716-853-3710          FAX #  716-853-3710
E-Mail Address  mjm@harringtonmahoney.com
Office Mailing Address  70 Niagara Street, 3rd Floor, Buffalo, New York 14202

Name(s) of federal court(s) in which I have been admitted  Supreme Court; US Court of Appeals 2d Circuit; WDNY, EDNY, SDNY, NDNY

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Nina J. Ginsberg
(Typed or Printed Name)

5/11/2021
(Date)
19472
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid  XKmg  or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)

5/12/21
(Date)