# Exhibit 2

FD-302 (Rev. 5-8-10)

-1 of 1-



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/21/2012

On November 26, 2012, Management and Program Analyst (MPA) Maria E Jackson generated both the original and attested copy of the U.S. Department of Justice/FBI Administrative Subpoena number 80636. MPA Jackson submitted both copies to SSA J. Brooke Donahue for review and approval.

On November 26, 2012 at 6:35 PM EST, MPA Jackson served the attested copy upon Cox Communication, 404-269-1898 via facsimile. Cox was requested to provide subscriber information on the following IP address: 72.193.129.98 on 11/25/2012 at 11:15 AM UTC (Port 53157). This IP was utilized by a user accessing PedoBook.

Pursuant to the Administrative Subpoena, on December 12, 2012, Cox via facsimile provided the following subscriber information:

| | |
|---|---|
| Name: | Tom Spencer |
| Account Address: | 245 E Centennial Pkwy Apt 1028 |
| | North Las Vegas, NV 89084-1356 |
| Telephone Number: | 702-443-3576 |
| Install Date: | 9/12/2012 |
| Account Status: | Active |
| CM Mac Address: | 20:e5:2a:b1:23:fc |
| CPE Mac Address: | 20:e5:2a:b1:23:fd |

A secondary subpoena will be issued requesting subscriber information on the telephone number.

---

Investigation on  12/12/2012  at  Linthicum, Maryland, United States (Fax)

File #  305A-HQ-1681046-302, 305A-OM-54353-SBP                    Date drafted  12/21/2012

by  Maria E Jackson
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.