# Exhibit 8

| | Assistant Director's Case of Interest | Violent Crimes Against Children Section<br>August 17, 2015 |
|---|---|---|

**Operation Pacifier; Violent Crimes Against Children**  b7E -11

| Subjects/Victim: | Operation Pacifier |
|---|---|
| Statutory Violations: | Title 18 §2252 |
| Field POCs: | Charlotte Field Office – SSA |
| CID POCs: | UC<br>SSA<br>SSA |
| DOJ/USAO: | Western District of North Carolina, DOJ/CEOS Trial Attorney |
| Intel Coverage: | VCACIU |
| Ops Coverage: | CID/VCACS/Major Case Coordination Unit (MCCU) |
| Legal Process: | Pen Register/Trap and Trace (PRTT), Title III, Administrative Subpoena, Search Warrant |

b6 -1,2
b7C -1,2
b7E -1

**CID Threat: Violent Crimes Against Children**

b6 -3
b7C -3

**Significant Activity:**
- On 8/19/2015, _____ will be indicted in the Western District of North Carolina as part of the enterprise prosecution.

**Predication/Background:**
- 
- _____ Steven Chase, the main administrator and operator of PlayPen, was indicted in the Western District of North Carolina.
- _____ MCCU personnel began _____ schedule.
- 

b3 -1
b5 -1,2
b7E -2,3,5,7

**Upcoming Week(s):**
- Field offices will obtain search warrants for U.S. users and action as appropriate.

**Strategy:**
- PlayPen administrators and site moderators will be charged in the Western District of North Carolina as an enterprise prosecution.
- 
- Field offices will initiate investigations on U.S. users and prosecute them through their local USAO.
- 
- The Legat network will be used to disseminate packages

b5 -1,2
b7E -10

18-CV-1488(FBI)-98

UNCLASSIFIED//FOR OFFICIAL USE ONLY