# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>　　　　　　　Defendant. | Case No. 1:20-cr-00143<br><br>The Honorable Judge Ellis<br><br>Status Conference: May 21, 2021<br><br>Trial: July 12, 2021 |

## **DEFENDANT'S STATUS UPDATE**

Zackary Ellis Sanders, by and through counsel, respectfully submits the attached letter regarding his proffered expert testimony on the issue of guilt and the status of Dr. Whitney's preparation of his full report. *See* Under Seal Letter from Dr. Tyler Whitney, attached as Exhibit 1.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　Nina J. Ginsberg (#19472)
　　　　　　　　　　　　　　　　　　DiMuroGinsberg, P.C.
　　　　　　　　　　　　　　　　　　1101 King Street, Suite 610
　　　　　　　　　　　　　　　　　　Alexandria, VA  22314
　　　　　　　　　　　　　　　　　　Telephone: (703) 684-4333
　　　　　　　　　　　　　　　　　　Facsimile: (703) 548-3181
　　　　　　　　　　　　　　　　　　Email: nginsberg@dimuro.com
　　　　　　　　　　　　　　　　　　Email: zdeubler@dimuro.com

                          */s/*
                          Jonathan Jeffress (#42884)
                          Jade Chong-Smith (admitted *pro hac vice*)
                          KaiserDillon PLLC
                          1099 Fourteenth St., N.W.; 8th Floor—West
                          Washington, D.C.  20005
                          Telephone: (202) 683-6150
                          Facsimile: (202) 280-1034
                          Email: jjeffress@kaiserdillon.com
                          Email: jchong-smith@kaiserdillon.com

                                         */s/*
                          Mark John Mahoney (admitted *pro hac vice*)
                          Harrington & Mahoney
                          70 Nigagara Street, 3rd Floor
                          Buffalo, NY 14202
                          Telephone: 716-853-3700
                          Facsimile: 716-853-3710
                          Email: mjm@harringtonmahoney.com

                          *Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 20th day of May, 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                          */s/*
                          Nina Ginsberg