# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Status Conference: May 21, 2021 |
| Defendant. | Trial: July 12, 2021 |

## [PROPOSED] ORDER

THIS MATTER comes before the Court on Defendant's Motion to Seal Exhibit 1 to his Status Update ("Defendant's Motion").

It appearing to the Court that Exhibit 1 contains confidential medical information necessary to support certain arguments to answer allegations made by the government which prohibit Defendant from disclosing such information to the general public;

Therefore, based upon the filings of Defendant and the Court finding good cause have been shown, the Court FINDS and ORDERS that less drastic alternatives to sealing the Motion is not feasible and, therefore, orders Exhibit 1 to Defendant's Status Update be filed under seal and remain under seal until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge