## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 05/21/2021

Time: 09:36 a.m. – 09:45 a.m. (00:09)
      11:07 a.m. – 11:17 a.m. (00:10)
      (00:19)

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00143-TSE-1

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Nina Ginsburg |
| Seth Schlessinger | Jonathan Jeffress |
|  | Jade Chong-Smith |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:**   Status Conference

Argued and:

- Court rules defendant will be allowed to be given a device that is not connected to the internet with chats that do not include personal information such as school information etc.  The defendant will not have the device overnight but instead will hand the device to the detention center personnel.  The defendant can review the information by himself or with counsel.  No other things other than the chats should be on the device.

[  ] Granted   [  ] Denied        [  ] Granted in part/Denied in part

[  ] Taken Under Advisement        [  ] Continued to

[  ]   Report and Recommendation to Follow

[ X ] Order to Follow


**Deft is:**
[ X ] Remanded   [  ] Self Surrender [  ] Cont'd on same terms and conditions of release    [  ] Custody