IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                         Defendant. | Case No. 1:20-cr-00143<br><br>The Honorable Judge Ellis<br><br>Hearing on Motion to Compel: May 28, 2021<br><br>Trial: July 12, 2021 |

## SEALING ORDER

This matter having come before the Court on the defendant's Consent Motion for Leave to File Under Seal pursuant to Local Criminal Rule 49(E). Accordingly, for good cause shown, the Motion for Leave to File Under Seal is granted. Portions of the defendant's Reply to the Government's Opposition to his Motion to Compel, as well as the entirety of exhibits 1 and 9 shall be filed under seal.

It is so ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Date: 5/27/21

Alexandria, Virginia