# Exhibit 3

Registration is open for APA's annual convention, APA 2021. Sign up now»



# AMERICAN PSYCHOLOGICAL ASSOCIATION

MEMBERSTOPICSPUBLICATIONS & DATABASESPSYCHOLOGY HELP CENTERNEWS & EVENTSSCIENCEEDUCATIONCAREERSABOUT APA



# Ethical Principles of Psychologists and Code of Conduct

Ethics (https://www.apa.org/search?query=ethics)

 (javascript:toggleCit

 (#)

 (javascript: openSocialShare('https://twitter.com/share?url=https%3a%2f%2fwww.apa.org%2fethics

 (javascript: openSocialShare('https://www
mini=true&url=https%3a%2f%2fwww.apa.org%2fethics%2fcode&title=Ethical+principles+of+psychologists+and+code+of+conduct&summary=The+American+Psychological+Association%2527s+Ethical+Principles+of+Psychologists+and+Code

 (javascript:openEr

 (javascript:printTh

## Including 2010 and 2016 Amendments

Effective date June 1, 2003 with amendments effective June 1, 2010 and January 1, 2017. Copyright © 2017 American Psychological Association. All rights reserved.

▶ **Introduction and Applicability**

▶ **Preamble**

▶ **General Principles**

▶ **Section 1: Resolving Ethical Issues**

▶ **Section 2: Competence**

▶ **Section 3: Human Relations**

▶ **Section 4: Privacy and Confidentiality**

▶ **Section 5: Advertising and Other Public Statements**

▶ **Section 6: Record Keeping and Fees**

▶ **Section 7: Education and Training**

▶ **Section 8: Research and Publication**

▼ **Section 9: Assessment**

**9.01 Bases for Assessments**
(a) Psychologists base the opinions contained in their recommendations, reports, and diagnostic or evaluative statements, including forensic testimony, on information and techniques sufficient to substantiate their findings. (See also Standard 2.04, Bases for Scientific and Professional Judgments (?item=5#204) .)

(b) Except as noted in 9.01c (#901c) , psychologists provide opinions of the psychological characteristics of individuals only after they have conducted an examination of the individuals adequate to support their statements or conclusions. When, despite reasonable efforts, such an examination is not practical, psychologists document the efforts they made and the result of those efforts, clarify the probable impact of their limited information on the reliability and validity of their opinions, and appropriately limit the nature and extent of their conclusions or recommendations. (See also Standards 2.01, Boundaries of Competence (?item=5#201) , and 9.06, Interpreting Assessment Results (#906) .)

(c) When psychologists conduct a record review or provide consultation or supervision and an individual examination is not warranted or necessary for the opinion, psychologists explain this and the sources of information on which they based their conclusions and recommendations.

**9.02 Use of Assessments**
(a) Psychologists administer, adapt, score, interpret, or use assessment techniques, interviews, tests, or instruments in a manner and for purposes that are appropriate in light of the research on or evidence of the usefulness and proper application of the techniques.

(b) Psychologists use assessment instruments whose validity and reliability have been established for use with members of the population tested. When such validity or reliability has not been established, psychologists describe the strengths and limitations of test results and interpretation.

(c) Psychologists use assessment methods that are appropriate to an individual's language preference and competence, unless the use of an alternative language is relevant to the assessment issues.

**9.03 Informed Consent in Assessments**
(a) Psychologists obtain informed consent for assessments, evaluations, or diagnostic services, as described in Standard 3.10, Informed Consent, except when (1) testing is mandated by law or governmental regulations; (2) informed consent is implied because testing is conducted as a routine educational, institutional, or organizational activity (e.g., when participants voluntarily agree to assessment when applying for a job); or (3) one purpose of the testing is to evaluate decisional capacity. Informed consent includes an explanation of the nature and purpose of the assessment, fees, involvement of third parties, and limits of confidentiality and sufficient opportunity for the client/patient to ask questions and receive answers.

(b) Psychologists inform persons with questionable capacity to consent or for whom testing is mandated by law or governmental regulations about the nature and purpose of the proposed assessment services, using language that is reasonably understandable to the person being assessed.

(c) Psychologists using the services of an interpreter obtain informed consent from the client/patient to use that interpreter, ensure that confidentiality of test results and test security are maintained, and include in their recommendations, reports, and diagnostic or evaluative statements, including forensic testimony, discussion of any limitations on the data obtained. (See also Standards 2.05, Delegation of Work to Others (?item=5#205) ; 4.01, Maintaining Confidentiality (?item=7#401) ; 9.01, Bases for Assessments (#901) ; 9.06, Interpreting Assessment Results (#906) ; and 9.07, Assessment by Unqualified Persons (#907) .)

**9.04 Release of Test Data**
(a) The term *test data* refers to raw and scaled scores, client/patient responses to test questions or stimuli, and psychologists'

notes and recordings concerning client/patient statements and behavior during an examination. Those portions of test materials that include client/patient responses are included in the definition of *test data* . Pursuant to a client/patient release, psychologists provide test data to the client/patient or other persons identified in the release. Psychologists may refrain from releasing test data to protect a client/patient or others from substantial harm or misuse or misrepresentation of the data or the test, recognizing that in many instances release of confidential information under these circumstances is regulated by law. (See also Standard 9.11, Maintaining Test Security (#911) .)

(b) In the absence of a client/patient release, psychologists provide test data only as required by law or court order.

### 9.05 Test Construction
Psychologists who develop tests and other assessment techniques use appropriate psychometric procedures and current scientific or professional knowledge for test design, standardization, validation, reduction or elimination of bias, and recommendations for use.

### 9.06 Interpreting Assessment Results
When interpreting assessment results, including automated interpretations, psychologists take into account the purpose of the assessment as well as the various test factors, test-taking abilities, and other characteristics of the person being assessed, such as situational, personal, linguistic, and cultural differences, that might affect psychologists' judgments or reduce the accuracy of their interpretations. They indicate any significant limitations of their interpretations. (See also Standards 2.01b and c, Boundaries of Competence (?item=5#201b) , and 3.01, Unfair Discrimination (?item=6#301) .)

### 9.07 Assessment by Unqualified Persons
Psychologists do not promote the use of psychological assessment techniques by unqualified persons, except when such use is conducted for training purposes with appropriate supervision. (See also Standard 2.05, Delegation of Work to Others (?item=5#205) .)

### 9.08 Obsolete Tests and Outdated Test Results
(a) Psychologists do not base their assessment or intervention decisions or recommendations on data or test results that are outdated for the current purpose.

(b) Psychologists do not base such decisions or recommendations on tests and measures that are obsolete and not useful for the current purpose.

### 9.09 Test Scoring and Interpretation Services
(a) Psychologists who offer assessment or scoring services to other professionals accurately describe the purpose, norms, validity, reliability, and applications of the procedures and any special qualifications applicable to their use.

(b) Psychologists select scoring and interpretation services (including automated services) on the basis of evidence of the validity of the program and procedures as well as on other appropriate considerations. (See also Standard 2.01b and c, Boundaries of Competence (?item=5#201b) .)

(c) Psychologists retain responsibility for the appropriate application, interpretation, and use of assessment instruments, whether they score and interpret such tests themselves or use automated or other services.

### 9.10 Explaining Assessment Results
Regardless of whether the scoring and interpretation are done by psychologists, by employees or assistants, or by automated or other outside services, psychologists take reasonable steps to ensure that explanations of results are given to the individual or designated representative unless the nature of the relationship precludes provision of an explanation of results (such as in some organizational consulting, preemployment or security screenings, and forensic evaluations), and this fact has been clearly explained to the person being assessed in advance.

**9.11 Maintaining Test Security**

The term *test materials* refers to manuals, instruments, protocols, and test questions or stimuli and does not include *test data* as defined in Standard 9.04, Release of Test Data (#904) . Psychologists make reasonable efforts to maintain the integrity and security of test materials and other assessment techniques consistent with law and contractual obligations, and in a manner that permits adherence to this Ethics Code.

▶ **Section 10: Therapy**

▶ **History and Effective Date**

▶ **Amendments to the 2002 "Ethical Principles of Psychologists and Code of Conduct" in 2010 and 2016**

Date created: March 2017

(javascript:toggleCitation();)

(#)

(javascript: openSocialShare('https://twitter.com/share?url=https%3a%2f%2fwww.apa.org%2fethics%2fcode&via=APA&text=Ethical+principles+of+psychologists+and+code+of+conduct'))

### Additional Resources

- 2018 APA Ethics Committee Rules and Procedures (PDF, 197KB)
- Revision of Ethics Code Standard 3.04 (Avoiding Harm)
- APA Ethical Principles of Psychologists and Code of Conduct (2017) (PDF, 272KB)
- 2016 APA Ethics Committee Rules and Procedures
- Revision of Ethical Standard 3.04 of the "Ethical Principles of Psychologists and Code of Conduct" (2002, as Amended 2010) (PDF, 26KB)
- 2010 Amendments to the 2002 "Ethical Principles of Psychologists and Code of Conduct" (PDF, 39KB)
- Compare the 1992 and 2002 Ethics Codes

CONTACT THE APA ETHICS OFFICE

CONTACT APA ETHICS OFFICE

Advancing psychology to benefit society and improve lives





| PSYCHOLOGISTS | STUDENTS | PUBLICATIONS & DATABASES | ABOUT APA |
|---|---|---|---|
| Standards & Guidelines | Careers in Psychology | APA Style | Governance |
| PsycCareers | Accredited Psychology Programs | Journals | Directorates and Programs |
| Divisions of APA | More for Students | Books | Press Room |
| Ethics | | Magination Press | Advertise with Us |
| Early Career Psychologists | **ABOUT PSYCHOLOGY** | Videos | Corporate Supporters |
| Continuing Education | Science of Psychology | APA PsycInfo | Work at APA |
| Renew Membership | Psychology Topics | APA PsycArticles | Contact Us |
| | | More Publications & Databases | |

**MORE APA WEBSITES**

- ACT Raising Safe Kids Program
- American Psychological Foundation
- APA Annual Convention
- APA Services, Inc.
- APA Merch Store

- APA PsycNet®
- APA Style
- Online Psychology Laboratory
- Psychology: Science in Action

**GET INVOLVED**

Advocate    Participate    Donate    Join APA

Privacy Statement  |  Terms of Use  |  Accessibility  |  Website Feedback  |  Sitemap

FOLLOW APA        more

© **2021 American Psychological Association**
750 First St. NE, Washington, DC 20002-4242  |  Contact Support
Telephone: (800) 374-2721; (202) 336-5500 | TDD/TTY: (202) 336-6123

