IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:20-cr-00143 |
| | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Hearing: June 11, 2021 |
| Defendant. | |

**MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION TO EXCLUDE EVIDENCE AT TRIAL AND CONSENT TO GOVERNMENT'S MOTION TO CONTINUE TRIAL**

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49 for entry of an Order permitting portions of his Opposition to Government's Motion to Exclude Evidence at Trial and Consent to Government's Motion to Continue Trial be filed under seal. The grounds for the requested relief are set forth in the non-confidential memorandum filed contemporaneously with this motion.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

1

           /s/
           Jonathan Jeffress (#42884)
           Jade Chong-Smith (admitted *pro hac vice*)
           KaiserDillon PLLC
           1099 Fourteenth St., N.W.; 8th Floor—West
           Washington, D.C. 20005
           Telephone: (202) 683-6150
           Facsimile: (202) 280-1034
           Email: jjeffress@kaiserdillon.com
           Email: jchong-smith@kaiserdillon.com

           *Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 9th day of June, 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

           /s/
           Nina Ginsberg