IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**MOTION TO SEAL GOVERNMENT'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO EXCLUDE EVIDENCE AT TRIAL OR, IN THE ALTERNATIVE, TO CONTINUE THE TRIAL**

The United States of America, by and through its undersigned counsel and pursuant to Local Criminal Rule 49(C) and 49(E), moves to file under seal an un-redacted version of its reply to the defendant's opposition to the government's motion to exclude evidence at trial or, in the alternative, to continue the trial, a redacted version of which has been publicly filed as Dkt. No. 383. An un-redacted version will be delivered to the clerk's office with a copy of this motion and provided to opposing counsel. A proposed Order is attached for the consideration of the Court.

The government's filing addresses concerns regarding the defendant's medical information, as well as sensitive material covered by the Protective Orders in this matter. Redactions are therefore necessary to safeguard the privacy of the defendant and his medical information, as well as this sensitive discovery material. Counsel for the government has considered procedures other than redacting the public version of its reply and sealing the unredacted version of this filing, and none will suffice to protect this information from disclosure.

The Court has supervisory power over its own records and may, in its discretion, seal

documents if the public's right of access is outweighed by competing interests. *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Such sealing is within the discretion of this Court and may be granted for "any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

Accordingly, the United States requests that the un-redacted version of its reply to the defendant's opposition to the government's motion to exclude evidence at trial or, in the alternative, to continue the trial—a redacted version of which has been filed as Dkt. No. 383—remain under seal until further order of the Court.

Respectfully submitted,

Raj Parkeh
Acting United States Attorney

Date: June 10, 2021     By:      /s/
William G. Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
William G. Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov