# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | Hearing: June 11, 2021 |
| Defendant. | |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion To Seal Portions of Defendant's Opposition to Government's Motion to Exclude Evidence at Trial and Consent to Government's Motion to Continue Trial thereto ("Defendant's Motion").

It appearing to the Court that portions of Defendant's Opposition contain confidential medical information necessary to support certain arguments on disputed issues and to answer allegations made by the government. Moreover, given nature of the information, the Defendant should not be required to disclose such information to the general public;

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court FINDS and ORDERS that the defendant be allowed to file a redacted version of his opposition on the public docket, and that an unredacted versions shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this 10th day of JUNE, 2021.

_____
T.S. Ellis, III, Judge