IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Hearing: June 11, 2021<br>Trial: July 12, 2021 |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion To Seal Memorandum in Support of his Motion for an Order Requiring Alexandria Adult Detention Center to Provide Medical Treatment Prescribed by Treating Neurologist ("Defendant's Memorandum").

It appears to the Court that the entirety of the Defendant's Memorandum contains confidential medical information. Moreover, given nature of the information, the Defendant should not be required to disclose such information to the general public.

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court FINDS and ORDERS that the defendant be allowed to file his memorandum under seal, and that an unredacted versions shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge