**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                     Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br>Hearing: June 11, 2021<br>Trial: July 12, 2021 |

**MOTION FOR AN ORDER REQUIRING
ALEXANDRIA ADULT DETENTION CENTER TO PROVIDE MEDICAL
<u>TREATMENT PRESCRIBED BY TREATING NEUROLOGIST</u>**

The defendant, Zackary Ellis Sanders, by counsel, files a Motion for an Order Requiring Alexandria Adult Detention Center ("ADC") to Provide Medical Treatment Prescribed by Treating Neurologist. The grounds for the requested relief are set forth in the accompanying memorandum and attached exhibits, which are filed under seal in their entirety because of their discussion of confidential medical information.

1

Respectfully submitted,
ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

_____/s/_____
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Tel.: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 10th day of June 2021, on all counsel of record.

*/s/ Jonathan Jeffress*
Jonathan Jeffress