**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br> Defendant. | Case No. 1:20-cr-00143 <br> Judge T.S. Ellis, III |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Zackary Sanders's Motion for an Order Requiring Alexandria Adult Detention Center ("ADC") to Provide Medical Treatment Prescribed by Treating Neurologist.  On June 8, 2021, Mr. Sanders was sent to Inova Medical Group and diagnosed with a chronic illness for which he requires immediate treatment.  Accordingly, based upon the immediate medical treatment prescribed by the neurologist at Inova Medical Group as necessary to treat Mr. Sanders's chronic illness and described in the June 8, 2021 medical records and the June 10, 2021 letter from Dr. Rahul Dave, and the Court finding that good cause has been shown,

It is hereby **ORDERED** that Defendant Zackary Sanders **SHALL** receive prompt treatment in accordance with the June 8, 2021 sealed medical records, Ex. 1, and the June 10, 2021 sealed letter from Dr. Rahul Dave, Ex. 2.

To this end, ADC is **DIRECTED** to take prompt steps to obtain the required follow-up appointments and treatment for defendant at facilities prescribed by Inova Medical Group for him to receive the necessary follow-up evaluation and treatment.  ADC is further **DIRECTED** to ensure that Mr. Sanders receives the required medications and opportunities for him to change

positions and exercise. ADC or the United States Marshals Service **SHALL** transport defendant to and from his appointments, thus avoiding the necessity of quarantining defendant upon his return to ADC.

    The Clerk of Court is directed to provide a copy of this Order and the attached sealed exhibits 1 and 2 to all counsel of record as well as representatives of the U.S. Marshals Service and ADC.

Date: _____

Alexandria VA

_____

T.S. Ellis, III

United States District Judge