# MEMORANDUM IN SUPPORT FILED UNDER SEAL