**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Hearing: June 11, 2021 |
| Defendant. | Trial: July 12, 2021 |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion To Seal Portions of his Response ("Defendant's Response").

It appears to the Court that portions of the Defendant's Response contain confidential medical information. Moreover, given nature of the information, the Defendant should not be required to disclose such information to the general public.

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court FINDS and ORDERS that the defendant be allowed to file portions of his Response under seal, and that an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge