**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Hearing: June 11, 2021 |
| Defendant. | Trial: July 12, 2021 |

**MOTION TO SEAL DOCUMENT NO. 394**

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49 for entry of an Order permitting Document No. 394 (Response to Government's Reply to Defendant's Opposition) to be sealed because the confidential medical information that was supposed to be redacted from the pleading was inadvertently left in the publicly filed pleading. A correct redacted version of the Response to Government's Reply to Defendant's Opposition will be re-filed.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,

        /s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

1

                                       */s/*
                                       Jonathan Jeffress (#42884)
                                       Jade Chong-Smith (admitted *pro hac vice*)
                                       KaiserDillon PLLC
                                       1099 Fourteenth St., N.W.; 8th Floor—West
                                       Washington, D.C. 20005
                                       Telephone: (202) 683-6150
                                       Facsimile: (202) 280-1034
                                       Email: jjeffress@kaiserdillon.com
                                       Email: jchong-smith@kaiserdillon.com

                                       *Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 11th day of June, 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                       */s/*
                                       Nina Ginsberg