**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br>                    Defendant. | Case No. 1:20-cr-00143 <br> The Honorable Judge Ellis <br><br> Hearing: June 11, 2021 <br> Trial: July 12, 2021 |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion To Seal Document No. 394 ("Defendant's Motion").

It appearing to the Court that portions of Defendant's Response to the Government Reply To Defendant's Opposition, (Doc. No. 394), contain confidential medical information necessary to support certain arguments on disputed issues and to answer allegations made by the government. Moreover, it appearing that Defendant inadvertently publicly filed an unredacted version of his Response. See Doc. No. 394.  Given the nature of the information, the Defendant should not be required to disclose such information to the general public.

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court FINDS and ORDERS that Defendant's Response to the Government's Reply To Defendant's Opposition, (Doc. No. 394), be placed under seal. Moreover, the defendant is ORDERED to file a redacted version of his Response on the public docket, and that

an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge