IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:20-cr-143 |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's oral motion, by counsel, to modify the protective order. After engaging in discussions with staff at the Alexandria Adult Detention Center ("ADC"), defendant informed the Court that ADC would not allow defendant to review materials on an iPad in his cell, as permitted under the May 24, 2021 Order, but would allow defendant to review the chats on an iPad in the law library. Defendant orally moved to amend the May 24, 2021 Order to allow defendant to review the materials in the law library at ADC. The government does not oppose the motion. It is appropriate to amend the May 24, 2021 Order—and the Protective Order—to allow defendant to review chats in the law library.

Accordingly, for good cause found,

It is hereby **ORDERED** that the May 24, 2021 Order and the Protective Order are **AMENDED** to allow defendant to review his chats with the alleged minor victims on a password-protected iPad furnished by defense counsel that is not and cannot be connected to the internet when defendant is in the law library. The iPad will be collected by ADC staff at all other times and will ultimately be returned to defense counsel. The chats on the iPad must be redacted to remove any of the alleged minor victims' identifying information. A separate device may be prepared for defendant to review non-chat discovery, which must be similarly redacted.

2

The Clerk is directed to provide a copy of this Order to ADC and to all counsel of record.

Alexandria, Virginia
June 11, 2021

/s/

T. S. Ellis, III
**United States District Judge**