IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**MOTION TO SEAL GOVERNMENT'S MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE THE TRIAL**

The United States of America, by and through its undersigned counsel and pursuant to Local Criminal Rule 49(C) and 49(E), moves to file under seal an un-redacted version of the government's motion to extend briefing schedule and continue the trial. An un-redacted copy will be delivered to the clerk's office with a copy of this motion and provided to opposing counsel. A proposed Order is attached for the consideration of the Court.

The government's filing addresses medical information provided by and related to the defendant, as well as material covered by the defendant's Protective Order in this matter. Sealing is necessary to safeguard the privacy of the defendant and his medical information, as well as this sensitive discovery material. Counsel for the government has considered procedures other than sealing and none will suffice to protect this information from disclosure.

The Court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests. *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Such sealing is within the discretion of this Court and may be granted for "any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317,

321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

      Accordingly, the United States requests that the un-redacted version of the government's motion to extend briefing schedule and continue the trial remain under seal until further order of the Court.

Respectfully submitted,

Raj Parkeh
Acting United States Attorney

Date: June 18, 2021        By:      /s/
William G. Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
        William G. Clayman
        Special Assistant United States Attorney (LT)
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: 703-299-3700
        Fax: 703-299-3981
        Email: william.g.clayman@usdoj.gov