IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br> Defendant. | Case No. 1:20-cr-00143 <br> Honorable T.S. Ellis, III |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Seal Portions of Memorandum in Support of Admissibility of Rule 12.2(b) Evidence ("Defendant's Memorandum").

It appears to the Court that portions of the Defendant's Memorandum contain confidential medical information. Moreover, given nature of the information, the Defendant should not be required to disclose such information to the general public.

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court FINDS and ORDERS that the defendant be allowed to file his memorandum partially under seal, and that an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this 21 day of June, 2021.

_____
T.S. Ellis, III, Judge