IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RECEIVED and Issued by
2021 JUN 23 P 1:3 NKN
and AH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                              Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis<br><br>Trial: July 12, 2021 |

### PRAECIPE

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 12th day of July, 2021, then and there to testify on behalf of the defendant:

20 sets (40 blanks) Subpoenas

This 23rd day of June, 2021.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

*/s/ Nina J. Ginsberg*
Nina J. Ginsberg, Esquire
*Counsel for Defendant*
Virginia Bar No. 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Phone: (703) 684-4333
Fax: (703) 548-3181
nginsberg@dimuro.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ZACKARY ELLIS SANDERS<br>*Defendant* | )<br>)<br>) Case No. 1:20-cr-00143<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: | 900/Judge T.S. Ellis, III |
|---|---|---|---|
| | | Date and Time: | 07/12/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*COPY*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Zackary Ellis Sanders** , who requests this subpoena, are:

Nina J. Ginsberg, Esquire
VSB No. 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Phone: 703-684-4333
Fax: 703-548-3181
Email: nginsberg@dimuro.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:20-cr-00143

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: