IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Motions to Seal his Memorandum in Support of his Motion for an Order Requiring Alexandria Adult Detention Center to Provide Medical Treatment Prescribed by Treating Neurologist (Dkt. 388) and his Response to the government's Reply to his Opposition to the Government's Motion to Exclude Evidence at Trial (Dkt. 392), as well as defendant's Motion to Seal a Redacted Version of his Response to Government's Reply to Defendant's Opposition because the redacted version left defendant's medical information in the publicly filed briefing (Dkt. 395). It is appropriate to grant defendant's motions to seal in order to protect defendant's confidential medical information.

Accordingly,

It is hereby **ORDERED** that defendant's motions to seal (Dkt. 388, 392, 395) are **GRANTED** insofar as defendant's Memorandum in Support of his Motion for an Order Requiring Alexandria Adult Detention Center to Provide Medical Treatment Prescribed by Treating Neurologist shall be **FILED UNDER SEAL**, and the portions of defendant's Response to the government's Reply to his Opposition to the Government's Motion to Exclude Evidence at Trial that contain confidential medical information shall be **FILED UNDER SEAL**.

It is further **ORDERED** that defendant is **DIRECTED** to file a properly redacted version of his Response to the government's Reply on the public docket.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
June 23, 2021

/s/
T. S. Ellis, III
United States District Judge