IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZACKARY ELLIS SANDERS, <br><br> Defendant. | Case No. 1:20-cr-00143 <br> The Honorable Judge Ellis <br><br> Trial: October 19, 2021 <br><br> HEARING REQUESTED |

## NOTICE

Zackary Ellis Sanders, by counsel, hereby requests the Court to remove Document No. 423 (Defendant's Memorandum in Support of Motion to Supplement the Record and Renew His Motion to Compel Exculpatory Material or, in the Alternative, to Submit Exculpatory Material For *In Camera* Review) and accompanying exhibits from the docket. Document No. 423 contains errors in the Memorandum and the Exhibits. Document No. 423, and its attached exhibits, will be corrected and re-filed this date.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

Respectfully submitted,
    /s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

1

>Jonathan Jeffress (#42884)
>Jade Chong-Smith (admitted *pro hac vice*)
>KaiserDillon PLLC
>1099 Fourteenth St., N.W.; 8th Floor—West
>Washington, D.C.  20005
>Telephone: (202) 683-6150
>Facsimile: (202) 280-1034
>Email: jjeffress@kaiserdillon.com
>Email: jchong-smith@kaiserdillon.com
>
>Mark J. Mahoney (admitted *pro hac vice*)
>Harrington & Mahoney
>70 Niagara Street, 3rd Floor
>Buffalo, New York 14202-3407
>Tel.: 716-853-3700
>Facsimile: 716-853-3710
>Email: mjm@harringtonmahoney.com
>
>*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2021, the foregoing was served electronically on counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

>/s/_____
>Nina Ginsberg