# Exhibit 2

| | |
|---|---|
| **Subject:** | Follow-up Discovery Requests |
| **Date:** | Monday, March 15, 2021 at 7:43:59 PM Eastern Daylight Time |
| **From:** | Nina Ginsberg |
| **To:** | Prabhu, Jay (USAVAE), Clayman, William G (USAVAE) |
| **CC:** | Jon Jeffress, Jade Chong-Smith, Zachary Deubler, Nina Ginsberg |
| **Attachments:** | image001.jpg, image004.jpg, 2021.03.15 Discovery Letter - US v. Sanders.pdf |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Jay and Bill,
In keeping with our call last week, attached is our letter detailing the additional discovery we are requesting the government produce in this case.  There are several exhibits attached to the discovery letter, including a declaration prepared by Anthony Ferrante who had significant experience working at the FBI and 25 years of top-level cybersecurity experience.  I hope that you will take these requests seriously, including not falling back on Judge Ellis' suppression ruling as a basis for claiming that the government has satisfied it's *Brady* obligations. We look forward to hearing from you.
Nina





**Nina J. Ginsberg**
**DiMuroGinsberg, PC**
**1101 King Street, Suite 610**
**Alexandria, VA  22314-2956**
**703-684-4333 (telephone)**
**703-548-3181 (facsimile)**
**703-623-6975 (cellular)**
**nginsberg@dimuro.com**



CONFIDENTIALITY NOTICE: This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient.  Information contained in this electronic transmission may be privileged, confidential, and exempt from disclosure  If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents is prohibited.