# Exhibit 4

| | |
|---|---|
| **Subject:** | Discovery Letter |
| **Date:** | Wednesday, April 21, 2021 at 2:54:33 PM Eastern Daylight Time |
| **From:** | Nina Ginsberg |
| **To:** | Prabhu, Jay (USAVAE), Clayman, William G (USAVAE) |
| **CC:** | Jon Jeffress, Jade Chong-Smith, Nina Ginsberg |
| **Attachments:** | image001.jpg, image003.jpg, 2021.04.21 Discovery letter.pdf |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

Dear Jay and Bill,

I've attached our new discovery request which is based on the information provided in the Cox subpoena returns which you recently provided. Please feel free to call if you have questions.

Best,
Nina



**Nina J. Ginsberg**
***DiMuroGinsberg*, PC**
**1101 King Street, Suite 610**
**Alexandria, VA  22314-2956**
**703-684-4333 (telephone)**
**703-548-3181 (facsimile)**
**703-623-6975 (cellular)**
**nginsberg@dimuro.com**



**CONFIDENTIALITY NOTICE: This electronic message (and any attachment) is intended to be viewed only by the individual or entity who is the intended recipient.  Information contained in this electronic transmission may be privileged, confidential, and exempt from disclosure  If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents is prohibited.**