**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

<table>
<tr>
<td>

**UNITED STATES OF AMERICA,**

                             **Plaintiff,**

    **v.**

**ZACKARY ELLIS SANDERS,**

                           **Defendant.**

</td>
<td>

**Case No. 1:20-cr-00143**

**The Honorable Judge Ellis**

**Trial: October 19, 2021**

**HEARING REQUESTED**

</td>
</tr>
</table>

## NOTICE OF HEARING

A hearing on Mr. Sanders's Motion to Supplement the Record and Renewed Motion to Compel or, in the Alternative, for *In Camera* Review (Dkt. 422) is requested. Mr. Sanders requests that it be set on August 27, 2021.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress