**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| | Honorable T.S. Ellis, III |
| v. | Trial: October 19, 2021 |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

**[PROPOSED] ORDER**

This matter is before the Court on Mr. Sanders's renewed motion to suppress statements taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) (Dkt. 149, 150). Based on the reasons stated therein, any Opposition thereto, and for good cause shown, the Motion is **GRANTED**; it is further **ORDERED** that Mr. Sanders's Motion to Suppress Statements (Dkt. No. 149) will be considered by this Court.

_____

THE HONORABLE JUDGE ELLIS

UNITED STATES DISTRICT COURT JUDGE

Date: _____