# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>        Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: October 19, 2021<br><br>**EVIDENTIARY HEARING REQUESTED** |

## NOTICE OF HEARING

An evidentiary hearing is requested on Mr. Sanders's renewed motion to suppress statements taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) (Dkt. 149, 150). Mr. Sanders requests that it be set on September 10, 2021.

              Respectfully submitted,
              ZACKARY ELLIS SANDERS
              By Counsel

              Respectfully submitted,

                 /s/
              Jonathan Jeffress (#42884)
              Jade Chong-Smith (admitted *pro hac vice*)
              KaiserDillon PLLC
              1099 Fourteenth St., N.W.; 8th Floor—West
              Washington, D.C.  20005
              Telephone: (202) 683-6150
              Facsimile: (202) 280-1034
              Email: jjeffress@kaiserdillon.com
              Email: jchong-smith@kaiserdillon.com

        /s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

        /s/
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

        /s/
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served this 19th day of August 2021, on all counsel of record.

*/s/ Jonathan Jeffress*
Jonathan Jeffress