# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ZACKARY ELLIS SANDERS,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: October 19, 2021<br><br>**EVIDENTIARY HEARING REQUESTED** |

### ZACKARY ELLIS SANDERS'S RENEWED MOTION TO SUPPRESS STATEMENTS TAKEN IN VIOLATION OF *MIRANDA V. ARIZONA*

　　Mr. Zackary Ellis Sanders, by and through counsel, respectfully submits this renewed motion to suppress statements taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) (Dkt. 149, 150).  This Motion is supported by a Memorandum in Support.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　ZACKARY ELLIS SANDERS
　　　　　　　　　　　　　　　　　　By Counsel

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Jonathan Jeffress (#42884)
　　　　　　　　　　　　　　　　　　Jade Chong-Smith (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　KaiserDillon PLLC
　　　　　　　　　　　　　　　　　　1099 Fourteenth St., N.W.; 8th Floor—West
　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 683-6150
　　　　　　　　　　　　　　　　　　Facsimile: (202) 280-1034
　　　　　　　　　　　　　　　　　　Email: jjeffress@kaiserdillon.com
　　　　　　　　　　　　　　　　　　Email: jchong-smith@kaiserdillon.com

                         */s/*
                         Nina J. Ginsberg (#19472)
                         Zachary Deubler (#90669)
                         DiMuroGinsberg, P.C.
                         1101 King Street, Suite 610
                         Alexandria, VA 22314
                         Telephone: (703) 684-4333
                         Facsimile: (703) 548-3181
                         Email: nginsberg@dimuro.com
                         Email: zdeubler@dimuro.com

                         */s/*
                         Mark J. Mahoney (admitted *pro hac vice*)
                         Harrington & Mahoney
                         70 Niagara Street, 3rd Floor
                         Buffalo, New York 14202-3407
                         Telephone: 716-853-3700
                         Facsimile: 716-853-3710
                         Email: mjm@harringtonmahoney.com

                         */s/*
                         H. Louis Sirkin (*pro hac vice* pending)
                         600 Vine Street, Suite 2700
                         Cincinnati, OH 45202
                         Telephone: (513) 721-4450
                         Facsimile: (513) 721-0109
                         Email: hls@santenhughes.com

                         *Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing was served this 19th day of August 2021, on all counsel of record.

                         */s/ Jonathan Jeffress*
                         Jonathan Jeffress