**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Consent Motion to Seal Portions of and Replace Exhibit on the Docket ("Consent Motion").

It appears to the Court that additional portions of Dkt. 426-5 contain information that should be filed under seal.

Therefore, based upon the filing of the Consent Motion and the Court finding good cause has been shown, the Court FINDS and ORDERS that the additional portions of the exhibit previously filed on the docket at Dkt. 426-5 be filed under seal. The CLERK is DIRECTED to replace Dkt. 426-5 with Ex. I, attached to the memorandum in support of the recently filed motion to seal.

The CLERK is DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge