IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant Zackary Sanders's Motion to Seal portions of Mr. Sanders's Memorandum in support of this Motion to Supplement the Record and Renew his Motion to Compel Exculpatory Material or, in the Alternative, to Submit Exculpatory Material for In Camera Review and Exhibits in Support of the Same (Dkt. 424). Defendant has filed a properly redacted version of the memorandum in support on the public docket. It is appropriate to grant defendant's motions to seal in order to protect material that is under a Protective Order.

Accordingly,

It is hereby **ORDERED** that defendant's motion to seal (Dkt. 424) are **GRANTED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 20, 2021

/s/
T. S. Ellis, III
United States District Judge