# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Hearing: August 27, 2021 |
| Defendant. | Trial: October 19, 2021 |

## MOTION TO SEAL PORTIONS OF REPLY TO GOVERNMENT OPPOSITION

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim. R. 49 for entry of an Order sealing portions of his Reply to the Government's Opposition to his Motion to Supplement the Record and Renew his Motion to Compel Exculpatory Material or, in the Alternative, to Submit Exculpatory Material for *In Camera* Review. The grounds for the requested relief are set forth in the non-confidential memorandum filed contemporaneously with this motion.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

                                                                     */s/*
                                  Nina J. Ginsberg (#19472)
                                  Zachary Deubler (#90669)
                                  DiMuroGinsberg, P.C.
                                  1101 King Street, Suite 610
                                  Alexandria, VA  22314
                                  Telephone: (703) 684-4333
                                  Facsimile: (703) 548-3181
                                  Email: nginsberg@dimuro.com
                                  Email: zdeubler@dimuro.com

                                                                   */s/*
                                  Mark J. Mahoney (admitted *pro hac vice*)
                                  Harrington & Mahoney
                                  70 Niagara Street, 3rd Floor
                                  Buffalo, New York 14202-3407
                                  Telephone: 716-853-3700
                                  Facsimile: 716-853-3710
                                  Email: mjm@harringtonmahoney.com

                                                  */s/*
                                  H. Louis Sirkin (*pro hac vice* pending)
                                  600 Vine Street, Suite 2700
                                  Cincinnati, OH 45202
                                  Telephone: (513) 721-4450
                                  Facsimile: (513) 721-0109
                                  Email: hls@santenhughes.com

                                  *Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing was served this 23rd day of August 2021, on all counsel of record.

                                  */s/ Jonathan Jeffress*
                                  Jonathan Jeffress