IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Seal Portions of Reply to Government Opposition ("Motion").

It appears to the Court that portions of the Reply contain information that should be filed under seal.

Therefore, based upon the filing of Mr. Sanders's Motion and the Court finding good cause has been shown, the Court FINDS and ORDERS that Mr. Sanders be allowed to file his Reply partially under seal, and that an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

The CLERK is DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge