IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on Defendant Zackary Sanders's motion to seal portions of defendant's reply to the government's opposition to defendant's second renewed motion to reconsider his motion to compel (Dkt. 438). Defendant has filed a properly redacted version of the memorandum in support on the public docket. It is appropriate to grant defendant's motions to seal in order to protect material that is under a Protective Order.

Accordingly,

It is hereby **ORDERED** that defendant's motion to seal (Dkt. 438) are **GRANTED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 24, 2021

T. S. Ellis, III
United States District Judge