IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## MOTION TO SEAL GOVERNMENT'S EXPERT REPORT

The United States of America, by and through its undersigned counsel and pursuant to Local Criminal Rule 49(C) and 49(E), moves to file under seal the government's expert report. An un-redacted copy of the report will be delivered to the clerk's office with a copy of this motion and provided to opposing counsel. A proposed Order is attached for the consideration of the Court.

The government's expert report contains information regarding the defendant's health, as well as material covered by the Protective Order in this matter. Sealing is necessary to safeguard the privacy of the defendant and his medical information, as well as this sensitive discovery material. Counsel for the government has considered procedures other than sealing and none will suffice to protect this information from disclosure.

The Court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests. *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Such sealing is within the discretion of this Court and may be granted for "any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

Accordingly, the United States requests that the government's expert report remains under

seal until further order of the Court.

                              Respectfully submitted,

                              Raj Parkeh
                              Acting United States Attorney

Date: August 27, 2021         By:        /s/
                              William G. Clayman
                              Special Assistant United States Attorney (LT)
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              Phone: 703-299-3700
                              Fax: 703-299-3981
                              Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
William G. Clayman
Special Assistant United States Attorney (LT)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov