IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| Defendant. ) | |

## SEALING ORDER

Upon motion of the United States, pursuant to Local Criminal Rule 49(C) and 49(E), the Court finds that sealing of the government's expert report regarding the defendant's mental health is necessary to prevent disclosure of private medical and protected information. The Court finds that the defendant's privacy interests and the interest in protecting this sensitive information outweigh any competing interest in the public's right of access. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

It is hereby ORDERED that the government's expert report be sealed until further order of the Court.

Date: 8/30/21
Alexandria, Virginia

Honorable T.S. Ellis, III
United States District Judge