IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                    Defendant. | Case No. 1:20-cr-00143<br><br>Honorable T.S. Ellis, III |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Seal Memorandum ("Motion"). It appears to the Court that the entirety of the Defendant's Memorandum contains confidential medical information. Moreover, given nature of the information, the Defendant should not be required to disclose such information to the general public.

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court **FINDS** and **ORDERS** that the defendant be allowed to file his Memorandum in Support of his Motion for Leave to File Response, Request for Appointment of Independent Expert to Conduct Independent Evaluation and Determine Whether Dr. Montalbano's Methodology Comports with Accepted Psychological Practice, and for Oral Argument under seal, and that an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this ____ day of _____, 2021.

_____
T.S. Ellis, III, United States District Judge