**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>ZACKARY ELLIS SANDERS,<br><br>       Defendant. | Case No. 1:20-cr-00143<br><br>Honorable T.S. Ellis, III |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Zackary Sanders's Motion for Leave to File Response, Request for Appointment of Independent Expert to Conduct Independent Evaluation and Determine Whether Dr. Montalbano's Methodology Comports with Accepted Psychological Practice, and for Oral Argument ("Motion"). Based on that Motion and any opposition thereto, and good cause shown, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.**

It is further **ORDERED that** Defendant is **GRANTED** leave to respond to the government's opposition to the defense's expert testimony.

It is further **ORDERED** that the defense's response **SHALL** be filed no later than _____, 2021.

It is further **ORDERED** that an appropriate expert be appointed to evaluate Mr. Sanders and determine whether Dr. Montalbano's methodology comports with accepted psychological practice.

It is further **ORDERED** that a hearing is scheduled for _____, 2021.

2

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Date: _____

Alexandria, VA


_____

T.S. Ellis, III
United States District Judge