**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>      Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: October 19, 2021<br><br>**HEARING REQUESTED** |

**MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE RESPONSE, REQUEST FOR APPOINTMENT OF
INDEPENDENT EXPERT TO CONDUCT AN INDEPENDENT EVALUATION AND
DETERMINE WHETHER DR. MONTALBANO'S METHODOLOGY COMPORTS
WITH ACCEPTED PSYCHOLOGICAL PRACTICE, AND FOR ORAL ARGUMENT**

# FILED UNDER SEAL

Respectfully submitted,

           */s/*
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

           */s/*
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

           */s/*
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

           */s/*
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2021, the foregoing was served electronically on the counsel of record.

>                                    */s/ Jonathan Jeffress*
>                                    Jonathan Jeffress