IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ZACKARY ELLIS SANDERS, )<br>)<br>*Defendant.* )<br>) | Case No. 1:20-CR-143<br><br>Trial: October 19, 2021 |

**UNITED STATES' MOTION TO SEAL RESPONSE IN OPPOSITION TO
DEFENDANT'S MEMORANDUM ON ADMISSIBILITY OF EVIDENCE**

The United States of America, by and through undersigned counsel, pursuant to Local Rule of Criminal Procedure 49, hereby files this motion to seal its response in opposition to defendant's memorandum on admissibility of evidence.

The Court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests. In re Knight Pub. Co., 743 F.2d 231, 235 (4th Cir. 1984). Such sealing is within the discretion of this Court and may be granted for "any legitimate prosecutorial need." United States v. Ramey, 791 F.2d 317, 321 (4th Cir. 1986); see also Baltimore Sun Co. v. Goetz, 886 F.2d 60, 65 (4th Cir. 1989).

The government's response includes references to personal medical information pertaining to the defendant, public disclosure of which would be inappropriate. Accordingly, the government requests that the Court order that the response be sealed, and remain under seal until

further order of the Court.   A proposed order is attached.

          Respectfully submitted,

          Raj Parekh
          Acting United States Attorney

          _____/s/_____
          Seth M. Schlessinger
          Jay V. Prabhu
          Assistant United States Attorneys
          William G. Clayman
          Special Assistant United States Attorney (LT)
          United States Attorney's Office
          Eastern District of Virginia
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          (703) 299-3700
          Email: seth.schlessinger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2021, I filed the foregoing document with the Clerk of Court, and caused a copy to be served upon all counsel of record, via CM/ECF.

By:    /s/
Seth M. Schlessinger
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Email: seth.schlessinger@usdoj.gov