IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Trial: October 19, 2021 |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**ORDER GRANTING UNITED STATES' MOTION TO SEAL
RESPONSE IN OPPOSITION TO DEFENDANT'S
MEMORANDUM ON ADMISSIBILITY OF EVIDENCE**

Upon consideration of the government's motion to seal its response in opposition to the defendant's memorandum on admissibility of evidence, and pursuant to Local Rule of Criminal Procedure 49, it is hereby ORDERED and ADJUDGED that the government's motion is GRANTED, and the government's response shall be SEALED, and remain under seal pending further Order of this Court.

_____
HON. T. S. ELLIS III
UNITED STATES DISTRICT JUDGE