IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 20-cr-143** |
| | ) | |
| ZACKARY ELLIS SANDERS | ) | |

**ORDER**

This criminal matter is before the Court on the government's Motion to Seal its Response in Opposition to the Defendant's Memorandum on Admissibility of Evidence. References to Defendant's confidential medical information appear throughout the government's Response. Additionally, given the nature of the information, there is no reason that Defendant should be required to disclose this information to the general public. Based on the government's filing, good cause has been shown for placing the Response under seal pursuant to L. Crim. R. 49.

Accordingly,

It is hereby **ORDERED** that the government's Motion to Seal its Response in Opposition to the Defendant's Memorandum is **GRANTED**. An unredacted version of the Response shall be provided to the counsel of record.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 3, 2021

                                                                        /s/
                                                          T. S. Ellis, III
                                                  United States District Judge

1