IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**FILED**

Alexandria Division

2021 SEP -7  A 10: 26

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Trial: October 19, 2021 |
| ZACKARY ELLIS SANDERS, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## ORDER GRANTING UNITED STATES' MOTION TO SEAL
## RESPONSE IN OPPOSITION TO DEFENDANT'S
## MEMORANDUM ON ADMISSIBILITY OF EVIDENCE

Upon consideration of the government's motion to seal its response in opposition to the

defendant's memorandum on admissibility of evidence, and pursuant to Local Rule of Criminal

Procedure 49, it is hereby ORDERED and ADJUDGED that the government's motion is

GRANTED, and the government's response shall be SEALED, and remain under seal pending

further Order of this Court.

_____
HON. T. S. ELLIS III
UNITED STATES DISTRICT JUDGE