IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ZACKARY ELLIS SANDERS, )<br>)<br>*Defendant.* )<br>) | Case No. 1:20-CR-143<br><br>Honorable T.S. Ellis, III |

## SEALING ORDER

Upon motion of the United States, pursuant to Local Criminal Rule 49(C) and 49(E), the Court finds that sealing of the government's Response in Opposition to the Defendant's Motion is necessary to prevent disclosure of private medical and sensitive information. The Court finds that the defendant's privacy interests and the interest in protecting this sensitive information outweigh any competing interest in the public's right of access. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Accordingly,

It is hereby ORDERED that the government's Motion to Seal its Response in Opposition to the Defendant's Motion is GRANTED. An unredacted version of the Response shall be provided to the counsel of record.

The Clerk is directed to send a copy of this Order to all counsel of record.

_____
Honorable T.S. Ellis, III
United States District Judge

Date: _____
Alexandria, Virginia