**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Trial: October 19, 2021 |
| Defendant. | |

**[PROPOSED] SEALING ORDER**

This matter having come before the Court on the defendant's Motion to Seal filed pursuant to Local Criminal Rule 49(E). Accordingly, for good cause shown, the Motion to Seal is granted. Portions of the defendant's Memorandum in Support of his Renewed Motion to Suppress Based on Lack of Probable Cause and False and Misleading Statements and for a *Franks* Hearing, and portions of Exhibit 2 shall be filed under seal.

It is so ORDERED.

_____

UNITED STATES DISTRICT COURT JUDGE

Date: _____

Alexandria, Virginia