# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>       Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: October 19, 2021<br><br>HEARING REQUESTED |

## RENEWED MOTION TO SUPPRESS BASED ON LACK OF PROBABLE CAUSE AND FALSE AND MISLEADING STATEMENTS AND FOR A *FRANKS* HEARING

  Zackary Ellis Sanders, by and through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 41 and the Fourth Amendment, respectfully renews his motion to suppress all evidence obtained pursuant to the invalid search warrant issued in this case because it was not supported by probable cause and was based on an affidavit containing numerous false and misleading statements.[1]  The instant motion renews Mr. Sanders's earlier motions to suppress evidence on the bases articulated in his original motions as well as additional grounds that have emerged from newly discovered evidence.  This motion is supported by a memorandum in support.

---

[1] This motion renews and supplements Mr. Sanders's Motion to Suppress Due to Lack of Probable Cause (Motion to Suppress No. 1) (Dkt. 81-82), Motion to Suppress Based on False and Misleading Material Information in Affidavit Paragraph 23 (Motion to Suppress No. 2) (Dkt. 85-86), and Motion to Suppress Based on Materially Misleading Statements and Omissions Regarding Tor, the Target Website, and the Subject Premises (Motion to Suppress No. 3) (Dkt. 83-84).  Mr. Sanders also incorporates by reference the following prior pleadings and related exhibits: Dkt. 93, 109, 112, 137, 140, 176, 241, 335, and 426.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

_____/s/_____
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

_____/s/_____
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress
