# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZACKARY ELLIS SANDERS,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: October 19, 2021<br><br>**HEARING REQUESTED** |

### RENEWED MOTION TO SUPPRESS BASED ON WARRANTLESS USE OF A NETWORK INVESTIGATIVE TECHNIQUE AND FALSE MATERIAL INFORMATION IN AFFIDAVIT PARAGRAPH 25

　　Zackary Ellis Sanders, by and through counsel, respectfully supplements the record and renews his motion to suppress all evidence obtained during the search of his family's home.[1] This motion is based on substantial evidence now available regarding the United States' integral role in the purportedly "independent" foreign law enforcement investigation that led to the search warrant in this case. As a result of the joint nature of that investigation, there are two related but independent grounds requiring suppression here: (1) that a Network Investigative Technique, CIPAV, or other form of code (collectively referred to as an "NIT") was deployed to an Internet user's computer without a US warrant as part of the joint operation, in violation of Mr. Sanders's Fourth Amendment rights; and (2) that the FBI knowingly misled the Magistrate regarding the nature of this operation in seeking its warrant. This motion incorporates new

---

[1] This motion renews and supplements Mr. Sanders Motion to Suppress Based on False and Misleading Material Information in Affidavit Paragraph 25 (Motion to Suppress No. 4) (Dkt. 90-91). Mr. Sanders also incorporates by reference the following prior pleadings and related exhibits: Dkt. 109, 112, 137, 138, 140, 176, 241, 252, 253, 255, 256, 335, 354, 427, and 467.

evidence uncovered after the filing of Mr. Sanders's motions to suppress, such that the Court should consider the issues on a more complete record, "correct a clear error of law," and "prevent manifest injustice." *Zinkand v. Brown*, 478 F.3d 634, 637 (4th Cir. 2007).

    This Motion is supported by a Memorandum in Support.

Respectfully submitted,

        */s/*  
Jonathan Jeffress (#42884)  
Jade Chong-Smith (admitted *pro hac vice*)  
KaiserDillon PLLC  
1099 Fourteenth St., N.W.; 8th Floor—West  
Washington, D.C.  20005  
Telephone: (202) 683-6150  
Facsimile: (202) 280-1034  
Email: jjeffress@kaiserdillon.com  
Email: jchong-smith@kaiserdillon.com

        */s/*  
Nina J. Ginsberg (#19472)  
Zachary Deubler (#90669)  
DiMuroGinsberg, P.C.  
1101 King Street, Suite 610  
Alexandria, VA  22314  
Telephone: (703) 684-4333  
Facsimile: (703) 548-3181  
Email: nginsberg@dimuro.com  
Email: zdeubler@dimuro.com

        */s/*  
Mark J. Mahoney (admitted *pro hac vice*)  
Harrington & Mahoney  
70 Niagara Street, 3rd Floor  
Buffalo, New York 14202-3407  
Telephone: 716-853-3700  
Facsimile: 716-853-3710  
Email: mjm@harringtonmahoney.com

                                                                                /s/
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                                        */s/ Jonathan Jeffress*
Jonathan Jeffress