# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Trial: October 19, 2021 |
| Defendant. | |

## PROPOSED ORDER

This matter having come before the Court on the defendant's Renewed Motion to Suppress Based on Warrantless Use of a Network Investigative Technique and False Material Information in Affidavit Paragraph 25. Accordingly, for good cause shown, and considering any Opposition thereto, the Renewed Motion is **GRANTED**. A *Franks* hearing shall be held on _____, 2021.

It is so ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE


Date: _____

Alexandria, Virginia