# Exhibit 9

Case 2:01-cr-00148-RSL Document # 47-19 Filed 03/17/21 Page 2 of 3 PageID #: 86425
Case 201-cr-00148-RSL Document # 47-19 Filed 03/17/21 Page 2 of 3 PageID #: 86425

- 1 of 3 -

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION


OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

Date of entry ___03/13/2020___

     On March 09, 2020, writer participated in a conference call with Assistant United States Attorney Andrew Erskine and Supervisory Special Agent (SSA) Brooke Donahue regarding Operation Downfall 2.

     SSA Donahue has been assigned to the Child Exploitation Operations Unit (CEOU) for ten years. CEOU has two SSAs and ten Special Agents assigned to the unit. The unit was responsible for investigating dark web user sites, which included "The Love Zone" (TLZ). SSA Donahue was personally involved in the investigation into TLZ.

     Utilizing investigative methods, CEOU was able to determine the true hosting location for TLZ, which was in the Netherlands. CEOU passed this information on to the Dutch authorities to investigate further and determine who was paying for the service site for TLZ. The FBI did not direct the Dutch authorities on this investigation.

     The FBI and other governmental law enforcement agencies share information specifically regarding child exploitation investigations because it is a crime that crosses borders, and requires the cooperation between the FBI and other countries.

     This was not a joint operation and information regarding the investigation was being shared verbally between the FBI and Dutch authorities. The Dutch authorities notified the FBI that the IP addresses for the administrators of TLZ came back to Australia.

     Communication with other governmental law enforcement agencies regarding this investigation was done through CEOU.

     At this point in the investigation into TLZ, it was an operation between the Dutch, Australian, and New Zealand authorities. The FBI were not a part of this investigation. Australia worked with the Dutch authorities to get a copy of the server for TLZ. The Australian authorities were then able to put

Investigation on   03/09/2020   at   Chicago, Illinois, United States (Phone)

File #   305D-CG-6232109                      Date drafted   03/13/2020

by   Anthony J. Stack

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Case: 1:18-cr-00743 Document #: 47 Filed: 03/24/21 Page 3 of 4 PageID #:426

305D-CG-6232109

Continuation of FD-302 of  (U) Conference Call _____ , On  03/09/2020 , Page  2 of 3

the server back online in Australia, which is lawful under Australian law. At this point, the Australian authorities were able to see back and forth traffic of users to TLZ site, as well as new content that users were adding to the site.

The Australian authorities then used a technique that allowed them to capture real world IP addresses of users. SSA Donahue does not know minute details of this technique, but provided the following explanation, based on his communications with foreign counterparts.

The Australian authorities posted a video link to TLZ. When users of TLZ clicked on the link, it advised them it would be taking them outside of TOR (darkweb). Once they were outside of TOR, and on the clear web, the video would play and the user's IP address was captured.

This technique does not involve hacking, using/inserting malware, or using escalated privileges on a user's computer. There was no information collected from inside the user's computers.

In order for this technique to work, it took the actions of the subject, who clicked on the link. The mere use of TOR did not preclude this technique from working.

The Australian authorities used this technique without advice from the FBI, or advance notice to the FBI. The Australian authorities informed the FBI of their use of this technique after the fact.

The Australian authorities advised other governmental law enforcement agencies for deconfliction purposes, as it could effect other ongoing undercover operations.

One of TLZ users the Australian authorities identified through this technique was a user identified as "Cyberguy." The Australian authorities determined "Cyberguy" was located in the United States, and passed this information on to the FBI. Once it was determined where "Cyberguy" was specifically located, the information was then forwarded to FBI Chicago.

Besides sending the initial information to the Dutch authorities regarding TLZ hosting location, and verbally communication with both the Dutch and Australian authorities throughout the investigation, the FBI only

Case 1:20-cr-00140-TSE Document 472 Filed 03/24/21 Page 4 of 4 PageID# 8427

FD-302a (Rev. 5-8-10)

305D-CG-6232109

Continuation of FD-302 of  (U) Conference Call _____ , On  03/09/2020  , Page  3 of 3


received lead packets for users of TLZ who were identified as residing in the United States.

The FBI did not have access to the foreign authorities' investigative files, and vice versa. The FBI did not advise other governmental law enforcement agencies on what to investigate. It was an arm length relationship between the FBI and foreign law enforcement authorities that involved deconfliction and lead sharing.