IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's motion to seal his memorandum in support of his motion for leave (Dkt. 449) and pursuant to Local Rule of Criminal Procedure 49, it is hereby ORDERED that defendant's motion (Dkt. 449) is GRANTED, and the defendant's memorandum shall be FILED UNDER SEAL, and remain under seal pending further Order of this Court.

The Clerk is directed to provide a copy of this Order to all counsel of record

Alexandria, Virginia
September 24, 2021

/s/
T. S. Ellis, III
United States District Judge