**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| Plaintiff, | |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Trial: October 19, 2021 |
| Defendant. | |

**ZACKARY SANDERS'S RULE 16(B)(1)(C) NOTICE REGARDING PHILIP DEPUE**

Zackary Ellis Sanders, by and through counsel, notices his intent under Federal Rule of Criminal Procedure 16(b)(1)(C) to introduce expert testimony in the trial to commence on October 19, 2021.

Mr. Sanders may call as a witness at trial Philip DePue, Assistant Director of Digital Forensics, at Sensei Enterprises, Inc. The defense anticipates that Mr. DePue would testify regarding his specialized knowledge of the imaging and forensic examination of computers and digital media. Generally, Mr. DePue would be asked to explain his training and background, the nature of the forensic reviews he conducted in this case, and the methods and tools he used to assist in his reviews. The defense submits that Mr. DePue will testify in the nature of a fact witness, explaining how he located, examined, and/or extracted certain evidence from forensic images, forensic reports, and related discovery, which were provided by the government. Nevertheless, out of an abundance of caution, the defense notices Mr. DePue as an expert. Mr. DePue's qualifications, along with his examination of the evidence, are described more fully in the Mr. DePue's expert disclosure, attached as Ex. 1.

Respectfully submitted,

      /s/
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

      /s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

      /s/
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

      /s/
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress