IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZACKARY ELLIS SANDERS,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cr-00143<br><br>Honorable T.S. Ellis, III<br><br>Trial: October 19, 2021 |

## ZACKARY SANDERS'S RULE 16(b)(1)(C) NOTICE REGARDING DR. TYLER WHITNEY

Zackary Ellis Sanders, by and through counsel, notices his intent under Federal Rule of Criminal Procedure 16(b)(1)(C) to introduce expert testimony in the trial to commence on October 19, 2021.

Mr. Sanders may call as a witness at trial Dr. Tyler Whitney, licensed clinical psychologist. If called, Dr. Whitney will testify as an expert witness about his evaluation of Mr. Sanders and his findings as set forth in his final evaluation report, which explains his opinions regarding his evaluation of Mr. Sanders and the bases and reasons for those opinions. Given the nature of the information discussed by Dr. Whitney, that report was filed under seal. Dkt. 414. A copy of Dr. Whitney's *curriculum vitae*, which outlines his qualification as an expert witness, has likewise been provided to the government and the Court. Dkt. 282-1.

Respectfully submitted,

      */s/*
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

      */s/*
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

      */s/*
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

      */s/*
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress