## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Attorneys: Jonathan Jeffress, Nina Ginsberg, Jade Chong-Smith

Mark Mahoney, Louis Sirkin

Paralegals: Diana Castillo, Leanna Feinleib

**Electronic Device(s):** Laptops

**Purpose and Location Of Use:** Jury trial

**Case No.:** 20-cr-000143-TSE

**Date(s) Authorized:** 10/19/2021-10/29/2021

**IT Clearance Waived:** ____ (Yes)   __✓__ (No)

APPROVED BY:

Date: 10/6/21

_____
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

**IT Clearance:** _____    _____
                    IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**