# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | AUSAs Jay Prabhu & Seth Schlessinger |
| | SAUSA William Clayman |
| | Paralegal Loraine McNeil |
| Electronic Device(s): | Laptop |
| Purpose and Location Of Use: | Jury Trial |
| Case No.: | 1:20-CR-000143-TSE |
| Date(s) Authorized: | 10/19/2021 to 10/26/2021 |
| IT Clearance Waived: | ____(Yes)  __X__(No) |

APPROVED BY: _[signature]_
United States/District/Magistrate/Bankruptcy Judge

Date: 10/6/21

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
                IT Staff Member            Date(s)

**IT clearance must be completed, unless waived, before court appearance.**