IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court for trial on Tuesday, October 19, 2021. To ensure that the presentation of evidence at trial is clear and comprehensible, the parties must appear for a final pretrial conference on Friday, October 15, 2021 at 11:30 a.m. The parties previously submitted voir dire and jury instructions on December 18, 2020. The parties will be permitted to submit amended proposed voir dire and jury instructions if they have any additions or subtractions based on how the case has developed since December. Any amended proposed voir dire and jury instructions should be submitted by 12:00 pm on Thursday, October 14, 2021. Any unresolved motions currently pending in this matter will be resolved before the final pretrial conference.

Accordingly, for good cause,

It is hereby **ORDERED** that the parties must appear for a final pretrial conference on Friday, October 15, 2021 at 11:30 a.m. It is further **ORDERED** that any amended proposed voir dire and jury instructions should be submitted no later than 12:00pm on Thursday, October 14, 2021.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
October 8, 2021

/s/
T. S. Ellis, III
United States District Judge