IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

FILED

2021 OCT 12 P 2: 50

UNITED STATES OF AMERICA,  )  Criminal No. **1:20CR143**
)
)
v.  )
)
)
ZACKARY E. SANDERS  )
)

TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) **101** - **1001** were received on **10/12/21**.

_____
Signature of person receiving exhibits

-----------------------------------------------------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits