IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Seal Portions of Defendant's Opposition ("Opposition").

It appears to the Court that portions of Defendant's Opposition to the Government's Motion *In Limine* to Exclude the Testimony of Dr. Frederick S. Berlin contain confidential medical information. Moreover, given nature of the information, the Defendant should not be required to disclose such information to the general public.

Therefore, based upon the filings of Defendant and the Court finding good cause has been shown, the Court FINDS and ORDERS that the defendant be allowed to file portions of his Opposition to the Government's Motion In Limine to Exclude the Testimony of Dr. Frederick S. Berlin under seal, and that an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2021.

_____
T.S. Ellis, III, Judge