**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>               Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: Oct. 19, 2021 |

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL**
**PORTIONS OF DEFENDANT'S OPPOSITION**

**I.       INTRODUCTION**

Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Local Crim.

R. 49, for entry of an Order permitting portions of his Opposition to the Government's Motion *In*

*Limine* to Exclude the Testimony of Dr. Frederick S. Berlin to be filed under seal.  Sealing is

necessary because portions discuss confidential medical information.

**II.      ARGUMENT**

Portions of the opposition should be filed under seal because it contains confidential

medical information that the public would not, under any other circumstances, be entitled to see.

It is true that judicial proceedings are generally open to the public and that there exists, while not

a First Amendment right, a common law right of public access to judicial records and documents.

*Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429 (4th Cir. 2005) (citing *Balt. Sun Co.*

*v. Goetz*, 886 F.2d 60, 64-65 (4th Cir. 1989)).  The presumption of the right of access can be

rebutted if countervailing interests heavily outweigh the public interests in access.  *Virginia Dep't*

*of State Police v. Washington Post*, 386 F.3d 567, 575 (4th Cir. 2004).  The party seeking to

overcome the presumption bears the burden of showing some significant interest that outweighs

the presumption. *Id*. at 575. Ultimately the decision to seal is a matter best left to the sound discretion of the district court. *Washington Post*, 386 F.3d at 575. With respect to medical records in particular, the Eastern District of Virginia has previously held that such records are entitled to privacy protection and may be filed under seal. *James v. Service Source, Inc.*, 2007 U.S. Dist. LEXIS 86169 at *12 (Nov. 21, 2007 E.D. Va.).

Counsel will provide the government and this Court separate unredacted versions of Defendant's opposition.

## III.    CONCLUSION

Defendant respectfully requests that the Court enter an Order providing that portions of his Opposition to the Government's Motion *In Limine* to Exclude the Testimony of Dr. Frederick S. Berlin to be filed under seal.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com


_____/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

_/s/_
Mark J. Mahoney (admitted _pro hac vice_)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

_/s/_
H. Louis Sirkin (_pro hac vice_ pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

_Counsel for Defendant Zackary Ellis Sanders_

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

_/s/ Jonathan Jeffress_
Jonathan Jeffress

3