IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's motion to seal portions of defendant's memorandum and exhibits three to six (Dkt. 469) and pursuant to Local Rule of Criminal Procedure 49, it is hereby **ORDERED** that defendant's motion (Dkt. 469) is **GRANTED**, and defendant's memorandum shall be **FILED UNDER SEAL**, and remain under seal pending further Order of this Court.

The Clerk is directed to provide a copy of this Order to all counsel of record

Alexandria, Virginia
October 14, 2021

/s/
T. S. Ellis, III
United States District Judge