## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 10/15/2021

Time: 11:25 a.m. – 12:08 p.m. (00:43)
12:25 p.m. – 01:19 p.m. (00:54)
(01:37)

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00143-TSE-1

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS        X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Jonathan Jeffress |
| Jay Prabhu | Jade Chong-Smith |
| Seth Schlessinger | Nina Ginsberg |
|  | Henry Sirkin |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:   FINAL PRETRIAL CONFERENCE**

- Trial procedures discussed.

- Court advised the parties 14 jurors will be selected with the alternates identified.

- Jury Selection will begin at 9:00 a.m. on Tuesday, October 19, 2021.

- Government will have 7 strikes and defendant will have 11 strikes.

- Court heard argument on [498] Sealed Motion in Limine to Exclude Testimony by USA.

- Order to follow.

- Defendant remanded.