RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2021 OCT 14  P 12: 10

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:20-CR-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 19th day of October, 2021, then and there to testify on behalf of the United States:

15 sets (30 blanks)

This 14th day of October, 2021.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Seth M. Schlessinger
Jay V. Prabhu
Assistant United States Attorneys
William G. Clayman
Special Assistant United States Attorney (LT)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:20-CR-143 |
| ZACKARY ELLIS SANDERS, ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Hon. T.S. Ellis, III – Room 900 |
|---|---|
| | Date and Time: October 19th, 2021 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 10/14/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
United States of America _____ , who requests this subpoena, are:

Seth M. Schlessinger
Jay V. Prabhu
Assistant United States Attorneys
William G. Clayman
Special Assistant United States Attorney (LT)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700