## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 1)

| | | |
|---|---|---|
| Date: 10/19/2021 | Case No: 1:20-cr-00143-TSE-1 | Time: 09:10 a.m. – 09:21 a.m. (00:11) |
| | | 09:36 a.m. – 09:38 a.m. (00:02) |
| Before the Honorable: T.S. ELLIS, III | | 09:58 a.m. – 11:47 a.m. (01:49) |
| | | 01:11 p.m. – 01:33 p.m. (01:33) |
| Court Reporter: Rebecca Stonestreet | | 03:05 p.m. – 04:26 p.m. (01:21) |
| | | (04:56) |
| Courtroom Deputy: Tanya Randall | | |

### PARTIES

### COUNSEL

UNITED STATES OF AMERICA

Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal)

vs.

ZACKARY ELLIS SANDERS

Nina Ginsberg, Jade Chong-Smith, Jonathan Jeffress, Henry Sirkin, Leanna Feinleib (Paralegal)

Preliminary matters discussed.
THIS MATTER CAME ON FOR A TRIAL BY JURY. The jurors appeared as summoned and were examined on voir dire. 14 jurors were selected and sworn to try the issues. Jury List provided to jury clerk.

Rule on Witnesses [   ]     Opening Statements [ X ]

Government Adduced Evidence and Rests [   ] Motions: _____

Defendant(s) Adduced Evidence and Rests [   ] Motions: _____

Rebuttal Evidence Adduced [   ]    Sur-Rebuttal Evidence Adduced [   ]    Evidence Concluded [   ]

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]      Jury Charged [   ]      Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [   ]              Jury Discharged [   ]      Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [ X ]   Deft(s) Continued on Present Bond [   ]
PSIR Ordered [   ]          Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **04:24 P.M.** and Case Continued To: **WEDNESDAY, OCTOBER 20, 2021 AT 9:30 A.M.**