# CRIMINAL JURY TRIAL PROCEEDINGS (DAY 2)

| | | |
|---|---|---|
| Date: 10/20/2021 | Case No: 1:20-cr-00143-TSE-1 | Time: 09:36 a.m. – 10:32 a.m. (00:56) |
| | | 11:05 a.m. – 12:00 p.m. (00:55) |
| Before the Honorable: T.S. ELLIS, III | | 12:12 p.m. – 01:05 p.m. (00:53) |
| | | 02:05 p.m. – 03:48 p.m. (01:43) |
| Court Reporter: Rebecca Stonestreet | | 04:08 p.m. – 04:25 p.m. (00:17) |
| | | 04:34 p.m. – 04:51 p.m. (00:17) |
| Courtroom Deputy: Tanya Randall | | (05:01) |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal) |
| vs. | |
| ZACKARY ELLIS SANDERS | Nina Ginsberg, Jade Chong-Smith, Jonathan Jeffress, Henry Sirkin, Leanna Feinleib (Paralegal) |

This matter came on for a Trial by Jury (Day 2).  Preliminary matters discussed. Jury Roll Call. Rule on witnesses.

Rule on Witnesses [ X ]     Opening Statements [  ]

Government Adduced Evidence [ X ] and Rests [  ] Motions: _____

Defendant(s) Adduced Evidence and Rests [  ] Motions: _____

Rebuttal Evidence Adduced [  ]     Sur-Rebuttal Evidence Adduced [  ]     Evidence Concluded [  ]

Jury Instruction Conference held with counsel [  ]

Closing Arguments [  ]     Jury Charged [  ]     Jury Retired to Deliberate [  ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [  ]     Jury Discharged [  ]     Jury Verdict Filed in Open Court [  ]
Deft(s) Remanded [ X ]     Deft(s) Continued on Present Bond [  ]
PSIR Ordered [  ]     Deft(s) Directed to Report to P.O. [  ]

Jurors excused at **04:48 P.M.** and Case Continued To:  **THURSDAY, OCTOBER 21, 2021 AT 9:30 A.M.**