## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 3)

Date: 10/21/2021     Case No: 1:20-cr-00143-TSE-1     Time: 09:43 a.m. – 11:15 a.m. (01:32)
                                                                                                                          11:36 a.m. – 12:40 p.m.(01:04)

Before the Honorable: T.S. ELLIS, III     01:44 p.m. – 03:21 p.m. (01:37)
                                                                                                                          03:47 p.m. – 04:53 p.m. (01:06)

Court Reporter: Rebecca Stonestreet     (05:19)

Courtroom Deputy: Tanya Randall

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal) |
| vs. | |
| ZACKARY ELLIS SANDERS | Nina Ginsberg, Jade Chong-Smith, Jonathan Jeffress, Henry Sirkin, Leanna Feinleib (Paralegal), Diana Castillo (Paralegal), Katie Ehrenfeld (Paralegal) |

This matter came on for a Trial by Jury (Day 3). Jury Roll Call.

---

Rule on Witnesses [   ]       Opening Statements [   ]

Government Adduced Evidence [ X ] and Rests [   ] Motions: _____

Defendant(s) Adduced Evidence and Rests [   ] Motions: _____

Rebuttal Evidence Adduced [   ]     Sur-Rebuttal Evidence Adduced [   ]     Evidence Concluded [   ]

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]     Jury Charged [   ]     Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [   ]     Jury Discharged [   ]     Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [ X ]     Deft(s) Continued on Present Bond [   ]
PSIR Ordered [   ]     Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **04:45 P.M.** and Case Continued To: **FRIDAY, OCTOBER 22, 2021 AT 9:30 A.M.**