IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ZACKARY ELLIS SANDERS,<br><br>                Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Trial: Oct. 19, 2021 |

## DEFENDANT'S NOTICE OF FILING

Defendant, Zackary Ellis Sanders, by counsel, submits the attached notice of filing of portions of chats from what has been previously identified by Special Agent Christopher Ford as government exhibit 501. The defense proposes to question Special Agent Ford regarding the portions below.

**GX 501 at 18 – NOT YET ADMITTED**

**4/28/17** 7:18PM-7:29PM

**GX 501 at 21 – NOT YET ADMITTED**

**4/29/17** 3:50PM-3:53PM

**GX 501 at 22 – NOT YET ADMITTED**

4/29/17 4:03 PM-4:13PM

**GX 501 at 32 – NOT YET ADMITTED**

4/29/17 10:44 PM-10:48PM

**GX 501 at 35 – NOT YET ADMITTED**

4/29/17 11:55 PM to 4/30/17 12:07AM

**GX 501 at 40 – NOT YET ADMITTED**

4/30/17 5:09 PM-5:14PM

**GX 501 at 99 – NOT YET ADMITTED**

5/9/17 1:11 PM-1:28PM

**GX 501 at 100 – NOT YET ADMITTED**

5/9/17 1:46 PM

Evidence regarding portions of these chats between Mr. Sanders and alleged minor victim 5 should be permitted under the rule of completeness and in order to demonstrate that Mr. Sanders's predominant, significant, or motivating purpose in employing, using, persuading, inducing, enticing, or coercing any of the alleged minor victims to engage in sexually explicit conduct was not to produce a visual depiction of that conduct.

        Respectfully submitted,

        /s/
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

        /s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

/s/
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710
Email: mjm@harringtonmahoney.com

/s/
H. Louis Sirkin (admitted *pro hac vice*)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress