## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Attorneys: Jonathan Jeffress, Nina Ginsberg, Jade Chong-Smith, Mark Mahoney, Louis Sirkin

Paralegals: Diana Castillo, Leanna Feinleib, Sarah Ehrenfeld

Electronic Device(s): Laptops

Purpose and Location Of Use: Jury trial

Case No.: 20-cr-000143-TSE

Date(s) Authorized: 10/19/2021-10/29/2021

IT Clearance Waived: _____ (Yes)  __X__ (No)

APPROVED BY: _[signature]_

Date: 10/22/21

United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____

IT Staff Member          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**