## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 4)

| | | |
|---|---|---|
| Date: 10/22/2021 | Case No: 1:20-cr-00143-TSE-1 | Time: 09:51 a.m. – 11:14 a.m. (01:23) |
| | | 11:43 a.m. – 11:51 a.m. (00:08) |
| Before the Honorable: T.S. ELLIS, III | | 12:01 p.m. – 12:27 p.m. (00:26) |
| | | 01:52 p.m. – 04:04 p.m. (02:12) |
| Court Reporter: Rebecca Stonestreet | | 04:30 p.m. – 05:33 p.m. (01:03) |
| | | (05:12) |
| Courtroom Deputy: Tanya Randall | | |

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal) |
| vs. | |
| ZACKARY ELLIS SANDERS | Nina Ginsberg, Jade Chong-Smith, Jonathan Jeffress, Henry Sirkin, Leanna Feinleib (Paralegal), Diana Castillo (Paralegal), Katie Ehrenfeld (Paralegal) |

This matter came on for a Trial by Jury (Day 4). Jury Roll Call.

Rule on Witnesses [ ]     Opening Statements [ ]

Government continued to adduce evidence [ X ] and Rests [ ] Motions: _____

Defendant(s) Adduced Evidence and Rests [ ] Motions: _____

Rebuttal Evidence Adduced [ ]     Sur-Rebuttal Evidence Adduced [ ]     Evidence Concluded [ ]

Jury Instruction Conference held with counsel [ ]

Closing Arguments [ ]     Jury Charged [ ]     Jury Retired to Deliberate [ ]

The Jury Returned to the Courtroom With a Verdict of: _____

Jury Polled [ ]             Jury Discharged [ ]         Jury Verdict Filed in Open Court [ ]
Deft(s) Remanded [ X ]      Deft(s) Continued on Present Bond [ ]
PSIR Ordered [ ]            Deft(s) Directed to Report to P.O. [ ]

Jurors excused at **05:30 P.M.** and Case Continued To: **MONDAY, OCTOBER 25, 2021 AT 9:30 A.M.**