IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.  1:20-CR-143 |
| v. | Trial Date:  October 19, 2021 |
| ZACKARY ELLIS SANDERS, | Hon. T. S. Ellis III |
| Defendant. | |

GOVERNMENT'S PROPOSED VERDICT FORM

The government respectfully requests that the Court use the attached verdict form at trial in the above captioned matter.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:   s/Seth Schlessinger
Seth Schlessinger
Jay Prabhu
Assistant United States Attorneys
William Clayman
Special Assistant United States Attorney (LT)
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3981

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:20-CR-143 |
| v. | Trial Date: October 19, 2021 |
| ZACKARY ELLIS SANDERS, | Hon. T. S. Ellis III |
| Defendant. | |

## VERDICT FORM

### COUNT ONE

With respect to Count One, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

### COUNT TWO

With respect to Count Two, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

### COUNT THREE

With respect to Count Three, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT FOUR

With respect to Count Four, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT FIVE

With respect to Count Five, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT SIX

With respect to Count Six, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT SEVEN

With respect to Count Seven, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT EIGHT

With respect to Count Eight, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT NINE

With respect to Count Nine, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT TEN

With respect to Count Ten, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT ELEVEN

With respect to Count Eleven, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

## COUNT TWELVE

With respect to Count Twelve, possession of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: _____

*If your verdict is not guilty as to Count Twelve, please do not answer the following question. If your verdict is guilty as to Count Twelve, please answer the following question*:

Did a visual depiction involved in the offense charged in Count Twelve involve a prepubescent minor or a minor who had not attained 12 years of age?

No: _____          Yes: _____

So say we all this ___ day of _____, 2021.

_____
Foreperson

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By: _____/s/_____
Seth Schlessinger
Jay Prabhu
Assistant United States Attorneys
William Clayman
Special Assistant United States Attorney (LT)
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3981