# CRIMINAL JURY TRIAL PROCEEDINGS (DAY 5)

| | | |
|---|---|---|
| Date: 10/25/2021 | Case No: 1:20-cr-00143-TSE-1 | Time: 09:35 a.m. – 10:53 a.m. (01:18) |
| | | 11:23 a.m. – 12:26 p.m. (01:03) |
| Before the Honorable: T.S. ELLIS, III | | 01:45 p.m. – 02:18 p.m. (00:33) |
| | | 02:25 p.m. – 02:54 p.m. (00:29) |
| Court Reporter: Rebecca Stonestreet | | 03:09 p.m. – 04:52 p.m. (01:43) |
| | | 05:21 p.m. – 05:43 p.m. (00:22) |
| Courtroom Deputy: Tanya Randall | | (05:28) |

PARTIES                                                                 COUNSEL

UNITED STATES OF AMERICA                  Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal)

vs.

ZACKARY ELLIS SANDERS                       Nina Ginsberg, Jade Chong-Smith, Jonathan Jeffress, Henry Sirkin, Diana Castillo (Paralegal), Katie Ehrenfeld (Paralegal)

- This matter came on for a Trial by Jury (Day 5).
- Jury Roll Call.
- Court heard oral arguments on Defendant's Rule 29 Judgment of Acquittal on All Counts - DENIED.

---

Rule on Witnesses [   ]        Opening Statements [   ]

Government continued to adduce evidence [ X ] and Rests [ X ]

Defendant(s) Adduced Evidence [ X ] and Rests [   ] Motions: _____

Rebuttal Evidence Adduced [   ]    Sur-Rebuttal Evidence Adduced [   ]    Evidence Concluded [   ]

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]        Jury Charged [   ]        Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____
Jury Polled [   ]              Jury Discharged [   ]       Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [ X ]         Deft(s) Continued on Present Bond [   ]
PSIR Ordered [   ]             Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **04:50 P.M.** and Case Continued To:  **TUESDAY, OCTOBER 26, 2021 AT 9:30 A.M.**