# CRIMINAL JURY TRIAL PROCEEDINGS (DAY 6)

Date: 10/26/2021          Case No: 1:20-cr-00143-TSE-1          Time: 09:38 a.m. – 09:43 a.m. (00:05)
                                                                       09:47 a.m. – 11:12 a.m. (01:25)
Before the Honorable: T.S. ELLIS, III                                  11:44 a.m. – 12:47 p.m. (01:03)
                                                                       02:11 p.m. – 02:57 p.m. (00:46)
Court Reporter: Rebecca Stonestreet                                    03:15 p.m. – 05:27 p.m. (02:12)
                                                                       05:45 p.m. – 06:32 p.m. (00:47)
Courtroom Deputy: Tanya Randall                                        (06:18)

|  PARTIES  |  COUNSEL  |
|---|---|
| UNITED STATES OF AMERICA | Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal) |
| vs. | |
| ZACKARY ELLIS SANDERS | Nina Ginsberg, Jade Chong-Smith, Jonathan Jeffress, Henry Sirkin, Diana Castillo (Paralegal), Katie Ehrenfeld (Paralegal) |

- This matter came on for a Trial by Jury (Day 6).
- Jury Roll Call.

---

Rule on Witnesses [   ]          Opening Statements [   ]

Government continued to adduce evidence [   ] and Rests [   ]

Defendant(s) Adduced Evidence [ X ] and Rests [ X ] Motions:  Defendant's Renewed Motion for Rule 29 -DENIED.

Rebuttal Evidence Adduced [   ]     Sur-Rebuttal Evidence Adduced [   ]     Evidence Concluded [   ]

Jury Instruction Conference held [ X ]

Closing Arguments made by both parties [ X ]

Jury Charged [   ]

Jury Retired to Deliberate [   ]

The Jury Returned to the Courtroom With a Verdict of: _____
Jury Polled [   ]                    Jury Discharged [   ]          Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [ X ]               Deft(s) Continued on Present Bond [   ]
PSIR Ordered [   ]                   Deft(s) Directed to Report to P.O. [   ]

Jurors excused at **06:28 P.M.** and Case Continued To:  **WEDNESDAY, OCTOBER 27, 2021 AT 9:30 A.M.**