## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 7)

Date: 10/27/2021   Case No: 1:20-cr-00143-TSE-1   Time: 09:36 a.m. – 11:08 a.m. (01:32)
01:05 p.m. – 01:26 p.m. (00:21)
Before the Honorable: T.S. ELLIS, III   (01:53)

Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Seth Schlessinger, Jay Prabhu, William Clayman, Christopher Ford (Special Agent), Loraine McNeill (Paralegal) |
| vs. | |
| ZACKARY ELLIS SANDERS | Nina Ginsberg, Jonathan Jeffress, Henry Sirkin, |

- This matter came on for a Trial by Jury (Day 7).
- Jury Roll Call.

---

Rule on Witnesses [ ]   Opening Statements [ ]

Government continued to adduce evidence [ ] and Rests [ ]

Defendant(s) Adduced Evidence [ ] and Rests [ ] Motions: _____

Rebuttal Evidence Adduced [ ]   Sur-Rebuttal Evidence Adduced [ ]   Evidence Concluded [ ]

Jury Instruction Conference held [ ]

Closing Arguments made by both parties [ ]

Jury Charged [ X ]

- Alternate jurors released.

Jury Retired to Deliberate at 11:05 a.m. [ X ]

The Jury Returned to the Courtroom With a Verdict of: GUILTY on Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12
Jury Polled [ X ]   Jury Discharged [ X ]   Jury Verdict Filed in Open Court [ X ]
Deft(s) Remanded [ X ]   Deft(s) Continued on Present Bond [ ]
PSIR Ordered [ X ]   Deft(s) Directed to Report to P.O. [ X ]

- Defendant's request to have the defendant retained at Alexandria Detention Center for ongoing medical issues -GRANTED.

Jurors excused at **01:20 P.M.** and **SENTENCING** set for **FRIDAY, MARCH, 4, 2022 AT 9:00 A.M.**