IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-CR-143 |
| v. | ) |
| | ) Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) |
| | ) Trial: October 19, 2021 |
| Defendant. | ) |

## GOVERNMENT'S REVISED WITNESS LIST

The United States may call the following witnesses at trial:

8. ✓1.   FBI Special Agent Eric Bailey  10/25/21
2. ✓2.   FBI Special Agent Laura Calvillo  10/20/21
6. ✓3.   FBI Special Agent Christopher Ford  10/21/21
4. ✓4.   Former FBI Forensic Examiner Daniel Iannotti  10/20/21
3. ✓5.   FBI Special Agent Andrew Kochy  10/20/21
7. ✓6.   MINOR VICTIM 5 (G.M.)  10/22/21
1. ✓7.   MINOR VICTIM 1 (C.M.)  10/20/21
9. ✓8.   FBI Special Agent Jeremy Obie  10/25/21
5. ✓9.   FBI Special Agent Jeffrey Ross  10/20/21

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By: /s/
William G. Clayman
Special Assistant United States Attorney (LT)
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov