IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:20-CR-143 |
| v. | ) | |
| | ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | Trial: October 19, 2021 |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S REVISED TRIAL EXHIBIT LIST

| GX | Description | Offered | Admitted |
|---|---|---|---|
| **100 Series** | | | |
| 101 | Interview of the defendant (**BULK**) | ✓ | ✓ |
| 102 | Clip 1 | ✓ | ✓ |
| 102A | Transcript of Clip 1 | ✓ | ✓ |
| 103 | Clip 2 | ✓ | ✓ |
| 103A | Transcript of Clip 2 | ✓ | ✓ |
| 104 | Clip 3 | ✓ | ✓ |
| 104A | Transcript of Clip 3  E. Bailey 10/25/21 | ✓ | ✓ |
| 105 | Clip 4 | ✓ | ✓ |
| 105A | Transcript of Clip 4 | ✓ | ✓ |
| 106 | Clip 5 | ✓ | ✓ |
| 106A | Transcript of Clip 5 | ✓ | ✓ |
| **200 Series** | | | |

| | | | | |
|---|---|---|---|---|
| 201 | Search warrant photo | | ✓ | ✓ |
| 202 | Search warrant photo | | ✓ | ✓ |
| 203 | Search warrant photo | | ✓ | ✓ |
| 204 | Search warrant photo | | ✓ | ✓ |
| 205 | Search warrant photo | | ✓ | ✓ |
| 206 | Search warrant photo | | ✓ | ✓ |
| 207 | Search warrant photo | | ✓ | ✓ |
| 208 | Search warrant photo | | ✓ | ✓ |
| 209 | Search warrant photo | | ✓ | ✓ |
| 210 | Search warrant photo | | ✓ | ✓ |
| 211 | Search warrant photo | L. Cahillo, 10/20/21 | ✓ | ✓ |
| 212 | Search warrant photo | | ✓ | ✓ |
| 213 | Search warrant photo | | ✓ | ✓ |
| 214 | Search warrant photo | | ✓ | ✓ |
| 215 | Search warrant photo | | ✓ | ✓ |
| 216 | Search warrant photo | | ✓ | ✓ |
| 217 | Search warrant photo | | ✓ | ✓ |
| 218 | Search warrant photo | | ✓ | ✓ |
| 219 | Search warrant photo | | ✓ | ✓ |
| 220 | Search warrant photo | | ✓ | ✓ |
| 221 | Search warrant photo | | ✓ | ✓ |
| 222 | Search warrant photo | | ✓ | ✓ |
| 223 | Search warrant photo | | ✓ | ✓ |
| 224 | Search warrant photo | | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| 225 | Search warrant photo | | ✓ | ✓ |
| 226 | Search warrant photo | | ✓ | ✓ |
| 227 | Search warrant photo | | ✓ | ✓ |
| 228 | Search warrant photo | | ✓ | ✓ |
| 229 | Search warrant photo | | ✓ | ✓ |
| 230 | Search warrant photo | | ✓ | ✓ |
| 231 | Search warrant photo | | ✓ | ✓ |
| 232 | Search warrant photo | L. Cabillo, 10/20/21 | ✓ | ✓ |
| 233 | Search warrant photo | | ✓ | ✓ |
| 234 | Search warrant photo | | ✓ | ✓ |
| 235 | Search warrant photo | | ✓ | ✓ |
| 236 | Search warrant photo | | | |
| 237 | Search warrant photo | | | |
| 238 | Search warrant photo | | | |
| 239 | Search warrant photo | | | |
| 240 | Search warrant photo | | | |
| 241 | Search warrant photo | | | |
| 242 | Search warrant photo | | | |
| 243 | Search warrant photo | | | |
| 244 | Search warrant photo | | | |
| 245 | Search warrant photo | | | |
| **300 Series** | | | | |
| 301 | Birth Certificate of MINOR VICTIM 1 | C.M. 10/20/21  C. Ford 10/21/21 | ✓ | ✓ |
| 302 | Birth Certificate of MINOR VICTIM 3 | | | |
| 301 A | Birth Certificate of Minor Victim I - Original | | ✓ | ✓ C. Ford 10/21/21 |
| 302 A | Original Birth Certificate | | ✓ | ✓ C. Ford 10/21/21  E. Bailey 10/25/21 |

3

| | | | | |
|---|---|---|---|---|
| 303A | Birth Certificate of MINOR VICTIM 4 (Original) | | ✓ | ✓ C.Ford 10/21/21 |
| 303 | Birth Certificate of MINOR VICTIM 4  J.Ross, 10/20/21 C.Ford, 10/21/21 | | ✓ | ✓ |
| 304 | Birth Certificate of MINOR VICTIM 5 | | | |
| 304A | Original Birth Certificate | | ✓ | ✓ C.Ford 10/21/21 |
| **400 Series** | | | | |
| 401 | Defendant's Apple iPad (S/N: DMPBGGCPHDDV) (1B19) **(BULK)** L.Calvillo, 10/20/21; C.Ford, 10/21/21 | | ✓ | ✓ |
| 402 | Defendant's Apple iPad (S/N: DMPHM3K7DVGF) (1B22) **(BULK)** L.Calvillo, 10/20/21; C.Ford 10/21/21 | | ✓ | ✓ |
| 403 | Defendant's Apple iPhone (S/N: C39VJ0XDJCL6) (1B27) **(BULK)** D.Iannotti, 10/20/21; C.Ford 10/21/21 | | ✓ | ✓ |
| **500 Series** | | | | |
| 501 | iMessage chat from iPhone with MINOR VICTIM 5 | | | |
| 501A | Excerpt of chat with MINOR VICTIM 5  C.Ford 10/21/21 | | ✓ | ✓ |
| 501B | Images of MINOR VICTIM 5  C.Ford, 10/21/21 | | ✓ | ✓ |
| 501C | Images of the defendant  C.Ford, 10/21/21 | | ✓ | ✓ |
| 501D | Excerpt of chat with MINOR VICTIM 5  C.Ford, 10/21/21 | | ✓ | ✓ |
| 501E | Excerpt of chat with MINOR VICTIM 5  C.Ford 10/21/21 | | ✓ | ✓ |
| 501F | Excerpt of chat with MINOR VICTIM 5  C.Ford 10/21/21 | | ✓ | ✓ |
| 501G | 52714754045__73AB732B-BAA0-45C8-A787-C77261CDE4EF.JPG.jpeg **(OBSCENE)**  C.Ford 10/21/21 | | ✓ | ✓ |
| 501H | 52714781881__75E5A438-B179-407B-91BD-315FD9746ADE.JPG.jpeg  C.Ford 10/21/21 | | ✓ | ✓ |
| 501I | 52714789384__3E3E42BF-01ED-4C0C-84BB-9945CC0C2A36.JPG.jpeg **(OBSCENE)**  C.Ford 10/21/21 | | ✓ | ✓ |
| 501J | Images from chat with MINOR VICTIM 5 | | | |
| 501K | Images from chat with MINOR VICTIM 5 | | | |
| 501L | 52714938940__FB053126-E4FA-41B6-9D7C-E6024B261AD4.JPG.jpeg | | | |

501 at 99 — 5/9/17 1:11PM–1:28PM  ✓  ✓ C.Ford 10/22/21
501 at 32 — 4/29/17 3:50PM–3:53PM  ✓  ✓ C.Ford 10/22/21
501 at 35 — 4/29/17 11:55PM to 4/30/17 12:07AM  ✓  ✓

| | | | | |
|---|---|---|---|---|
| 501M | 52714958292__B17F08D4-CF52-4467-A54D-797686587F68.JPG.jpeg | | | |
| 501N | IMG_7808.PNG | | | |
| 501O | IMG_7809.PNG | | | |
| 501P | Excerpt of chat with MINOR VICTIM 5  C. Ford 10/21/21 | | ✓ | ✓ |
| 501Q | 52851573385__4F3586FD-30F3-42AA-8F5C-5499D519680D.JPG.jpeg (**OBSCENE**)  C. Ford 10/21/21 | | ✓ | ✓ |
| 501R | 52851593447__5083B650-4D97-4C3D-92A9-D9770E9DD635.MOV.mov (**OBSCENE**)  C. Ford 10/21/21 | | ✓ | ✓ |
| 501S | Storyboard of 52851593447__5083B650-4D97-4C3D-92A9-D9770E9DD635.MOV.mov (**OBSCENE**) | | ✓ | ✓ |
| 501T | Excerpt of chat with MINOR VICTIM 5  C. Ford 10/21/21 | | ✓ | ✓ |
| 501U | 53014104853__513FE191-4D59-4030-BFBF-EE68718E718F.jpeg (**OBSCENE**)  C. Ford 10/21/21 | | ✓ | ✓ |
| 501V | IMG_5592.mov (**OBSCENE**) | | ✓ | ✓ |
| 501W | Storyboard of IMG_5592.mov (**OBSCENE**)  C. Ford 10/21/21 | | ✓ | ✓ |
| 501X | IMG_5593.mov (**OBSCENE**) | | ✓ | ✓ |
| 501Y | Storyboard of IMG_5593.mov (**OBSCENE**) | | ✓ | ✓ |
| 502 | Image and metadata from Apple iPhone  C. Ford 10/21/21 | | ✓ | ✓ |
| 502A | Print screen  C. Ford 10/21/21 | | ✓ | ✓ |
| 503 | iMessage chat from iPhone with MINOR VICTIM 3 | | | |
| 503A | Excerpt of chat with MINOR VICTIM 3  C. Ford 10/21/21 | | ✓ | ✓ |
| 503B | Images from chat with MINOR VICTIM 3  C. Ford 10/21/21 | | ✓ | ✓ |
| 503C | 52744582335__CB13D965-986D-40A1-904D-28CB090A7B09.jpg  C. Ford 10/21/21 | | ✓ | ✓ |
| 503D | 52745533752__6385C049-5B1D-49D3-905D-099A4F1C066D.jpg (**OBSCENE**)  C. Ford 10/21/21  E. Bailey 10/25/21 | | ✓ | ✓ |

503 - Pg. 65 Only - iMessage chat  ✓  ✓ C. Ford

5

| | | | |
|---|---|---|---|
| 503E | 52745652768__B36E1911-41C1-45E6-9ACE-C322142BD83B.mov (**OBSCENE**) | ✓ C.Ford 10/21/21 | ✓ |
| 503F | Storyboard of 52745652768__B36E1911-41C1-45E6-9ACE-C322142BD83B.mov (**OBSCENE**) | ✓ | ✓ |
| 503G | 52747940016__5D3B67CA-148A-4A62-9056-EDE761A93D6B.mov (**OBSCENE**) | ✓ | ✓ |
| 503H | Storyboard of 52747940016__5D3B67CA-148A-4A62-9056-EDE761A93D6B.mov (**OBSCENE**) | C.Ford 10/21/21 ✓ | ✓ |
| 503I | Excerpt of chat with MINOR VICTIM 3  C.Ford 10/21/21 | ✓ | ✓ |
| 503J | 52763388824__3D70D1A9-EE94-46BD-958F-1610D9D966A5.mov (**OBSCENE**) | ✓ | ✓ |
| 503K | Storyboard of 52763388824__3D70D1A9-EE94-46BD-958F-1610D9D966A5.mov (**OBSCENE**) | C.Ford 10/21/21  E.Bailey 10/25/21 ✓ | ✓ |
| 503L | Excerpt of chat with MINOR VICTIM 3 | | |
| 503M | Excerpt of chat with MINOR VICTIM 3  C.Ford 10/21/21 | ✓ | ✓ |
| 503N | IMG_7481.jpg  C.Ford 10/21/21 | ✓ | ✓ |
| 503O | IMG_7483.jpg  C.Ford 10/21/21 | ✓ | ✓ |
| 503P | IMG_7484.mov (**OBSCENE**) | ✓ | ✓ |
| 503Q | Storyboard of IMG_7484.mov (**OBSCENE**)  C.Ford 10/21/21 | ✓ | ✓ |
| 503R | 54026732320__AF64280C-0AC4-4295-8B28-94EED87B6B17.jpg  C.Ford 10/21/21 ; E.Bailey 10/25/21 | ✓ | ✓ |
| 503S | Excerpt of chat with MINOR VICTIM 3 | | |
| 503T | Images from chat with MINOR VICTIM 3 | | |
| 504 | Images and metadata from Apple iPhone  C.Ford 10/21/21 | ✓ | ✓ |
| 504A | Print screen  C.Ford, 10/21/21 | ✓ | ✓ |
| 505 | Telegram chat from iPhone with MINOR VICTIM 1 | C.M. 10/20/21, C.Ford 10/21/21 | ✓ |
| 505A | Excerpt of chat with MINOR VICTIM 1 | ✓ | ✓ |

6

| | | | | |
|---|---|---|---|---|
| 505B | IMG_9514.MOV (OBSCENE) | C.Ford 10/21/21 | ✓ | ✓ |
| 505C | Storyboard of IMG_9514.MOV (OBSCENE) | | ✓ | ✓ |
| 505D | telegram-cloud-photo-size-1-5039871056881494294-m.jpg (OBSCENE) | | | |
| 506 | Image and metadata from Apple iPhone C.Ford 10/21/21 | | ✓ | ✓ |
| 506A | Print screen C.Ford 10/21/21 | | ✓ | ✓ |
| 507 | Telegram chat from iPhone with MINOR VICTIM 6 | | | |
| 507A | Excerpt of chat with MINOR VICTIM 6  C.Ford 10/21/21 | | ✓ | ✓ |
| 507B | Excerpt of chat with MINOR VICTIM 6  C.Ford 10/21/21 | | ✓ | ✓ |
| 507C | Excerpt of chat with MINOR VICTIM 6  C.Ford 10/21/21 | | ✓ | ✓ |
| 507D | Excerpt of chat with MINOR VICTIM 6  C.Ford 10/21/21 | | ✓ | ✓ |
| 507E | Excerpt of chat with MINOR VICTIM 6  C.Ford 10/21/21 | | ✓ | ✓ |
| 507F | telegram-cloud-photo-size-1-4974457012746299609-m.jpg | | | |
| 507G | telegram-cloud-photo-size-1-4974457012746299610-m.jpg  C.Ford 10/21/21 | | ✓ | ✓ |
| 507H | IMG_7104.mov (OBSCENE) | | ✓ | ✓ |
| 507I | Storyboard of IMG_7104.mov (OBSCENE) | C.Ford 10/21/21 | ✓ | ✓ |
| 507J | IMG_9316.mov (OBSCENE) | | ✓ | ✓ |
| 507K | Storyboard of IMG_9316.mov (OBSCENE) | | ✓ | ✓ |
| 507L | Excerpt of chat with MINOR VICTIM 6 | | | |
| 507M | telegram-cloud-photo-size-1-4996812197262895185-m.jpg | | | |
| 507N | telegram-cloud-photo-size-1-5039821875210987612-m.jpg | | | |
| 507O | Images from chat with MINOR VICTIM 6 | | | |

| | | | |
|---|---|---|---|
| 508 | Image and metadata from iPhone C. Ford 10/21/21 | ✓ | ✓ |
| 508A | Print screen C. Ford 10/21/21 | ✓ | ✓ |
| 509 | Kik chat from iPad with MINOR VICTIM 4 C. Ford 10/21/21 | ✓ | ✓ |
| 509A | 55630bdd-9ec8-4701-81cd-5ba2f44b8741.jpg C. Ford 10/21/21 | ✓ | ✓ |
| 509B | f6261d32-41cb-43ff-9eda-5453483399a.jpg C. Ford 10/21/21 (OBSCENE) | ✓ | ✓ |
| 509C | 4e533786-6454-45cb-9ecd-8e5da6b3a891.mp4 | ✓ | ✓ |
| 509D | a72eedfc-adb6-42ce-93f0-2a2ebe63a75d.mp4 C. Ford 10/21/21 | ✓ | ✓ |
| 509E | 2bab8085-b3af-415e-9f16-68ef0595d18c.mp4 10/21/21 | ✓ | ✓ |
| 509F | 7b848199-f59c-4404-bb67-378dc7986306.mp4 | ✓ | ✓ |
| 509G | bc0e8cf8-0f0c-4e9f-bd54-8af38e84e323.mp4 (OBSCENE) C. Ford 10/21/21 | ✓ | ✓ |
| 509H | Storyboard of bc0e8cf8-0f0c-4e9f-bd54-8af38e84e323.mp4 (OBSCENE) | ✓ | ✓ |
| 509I | 632cf5fb-1575-48bb-8fcb-78c2b67251fb.mp4 | | |
| 509J | 2836f1a4-ce04-49ae-a311-db3fbb504d6a.mp4 | | |
| 510 | Image and metadata from iPhone C. Ford 10/21/21 | ✓ | ✓ |
| 510A | Print screen C. Ford 10/21/21 | ✓ | ✓ |
| 511 | Kik chat from iPad with MINOR VICTIM 2 C. Ford 10/21/21 | ✓ | ✓ |
| 511A | c7fa2221-abdc-4d0e-a240-d2cc0aaac416.jpg C. Ford 10/21/21 (OBSCENE) | ✓ | ✓ |
| 511B | ddbca105-8150-4492-95d3-6465bbea0fed.mp4 (OBSCENE) C. Ford 10/21/21 | ✓ | ✓ |
| 511C | Storyboard of ddbca105-8150-4492-95d3-6465bbea0fed.mp4 (OBSCENE) 10/21/21 | ✓ | ✓ |
| 511D | 60364165-dda8-4497-ae22-e3e95a32cb7a.mp4 (OBSCENE) C. Ford 10/21/21 | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| | | **500 Series** | | |
| 511E | Storyboard of 6036a16b-dda8-4497-ae22-e3e95a32cb7a.mp4 (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 511F | 0cbc8e8a-c05c-4d1c-9039-9e88b8db844d.jpg (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 511G | 90f54aaf-9d00-4328-a99b-608e2e03fe2a3.jpg (OBSCENE) | | | |
| 511H | ae621228-6528-4a78-8df4-5c58f695ffe.jpg (OBSCENE) | | | |
| 511I | 789f8ebe-1da4-4b3e-a7f5-c92f1caaece3.jpg (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 511J | 3361ac45-8c3a-4976-8e13-ab8209b94523.mp4 (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 511K | Storyboard of 3361ac45-8c3a-4976-8e13-ab8209b94523.mp4 (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 512 | Print screens of Sexting Forum | | | |
| 513 | Personal images from iPad C. Ford, 10/21/21 | | ✓ | ✓ |
| 514 | Image and metadata from iPhone C. Ford, 10/21/21 | | ✓ | ✓ |
| 514A | Print screen C. Ford 10/21/21 | | ✓ | ✓ |
| **600 Series** | | | | |
| 601 | Sandisk Cruzer Edge thumb drive (BULK) C. Ford, 10/21/21; L. Calville, 10/20/21 | | ✓ | ✓ |
| 601A | Photos of Sandisk Cruzer Edge thumb drive | | | |
| 602 | 10yr_12yr_boys.wmv (OBSCENE) | | ✓ | ✓ |
| 602A | Clip of 10yr_12yr_boys.wmv (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 602B | Storyboard of 10yr_12yr_boys.wmv (OBSCENE) | | ✓ | ✓ |
| 603 | 01.avi (OBSCENE) | | ✓ | ✓ |
| 603A | Clip of 01.avi (OBSCENE) C. Ford 10/21/21 | | ✓ | ✓ |
| 603B | Storyboard of 01.avi (OBSCENE) | | ✓ | ✓ |

| ID | Description |  |  |
|---|---|---|---|
| 604 | File information — *C. Ford, 10/21/21* | ✓ | ✓ |
| **700 Series** | | | |
| 701 | HP Elite Book 755 laptop (BULK) — *L. Calvillo, 10/20/21; C. Ford, 10/21/21* | ✓ | ✓ |
| 701A | Photos of HP Elite Book 755 laptop | | |
| 702 | Little_Boy_Bondage_11Yo_And_Men.wmv (OBSCENE) | ✓ | ✓ |
| 702A | Clip of Little_Boy_Bondage_11Yo_And_Men.wmv (OBSCENE) | ✓ | ✓ |
| 702B | Storyboard of Little_Boy_Bondage_11Yo_And_Men.wmv (OBSCENE) | ✓ | ✓ |
| 703 | RF Katalog (Blue Orchid)(SF).avi (OBSCENE) | ✓ | ✓ |
| 703A | Clip of RF Katalog (Blue Orchid)(SF).avi (OBSCENE) | ✓ | ✓ *C. Ford 10/21/21* |
| 703B | Storyboard of RF Katalog (Blue Orchid)(SF).avi (OBSCENE) | ✓ | ✓ |
| 704 | mikael and his first bicycle.mpg (OBSCENE) | ✓ | ✓ |
| 704A | Clip of mikael and his first bicycle.mpg (OBSCENE) | ✓ | ✓ |
| 704B | Storyboard of mikael and his first bicycle.mpg (OBSCENE) | ✓ | ✓ |
| 705 | File information — *C. Ford, 10/21/21* | ✓ | ✓ |
| **800 Series** | | | |
| 801 | Lexar thumb drive (BULK) — *L. Calvillo, 10/20/21; C. Ford, 10/21/21* | ✓ | ✓ |
| 801A | Photos of Lexar thumb drive | | |
| 802 | Night27 with 2 men.mp4 (OBSCENE) | ✓ | ✓ |
| 802A | Clip of Night27 with 2 men.mp4 (OBSCENE) | ✓ | ✓ |
| 802B | Storyboard of Night27 with 2 men.mp4 (OBSCENE) — *C. Ford 10/21/21* | ✓ | ✓ |
| 803 | Baby Boy Fucked By 17yo Brother.mpg (OBSCENE) | ✓ | ✓ |

| 803A | Clip of Baby Boy Fucked By 17yo Brother.mpg (OBSCENE) | ✓ | ✓ |
|---|---|---|---|
| 803B | Storyboard of Baby Boy Fucked By 17yo Brother.mpg (OBSCENE) | ✓ | ✓ |
| 804 | young boy forced to suck.wmv (OBSCENE) | ✓ | ✓ |
| 804A | Clip of young boy forced to suck.wmv (OBSCENE) | ✓ | ✓ |
| 804B | Storyboard of young boy forced to suck.wmv (OBSCENE) | ✓ C.Ford, 10/21/21 | ✓ |
| 805 | US+Boy+Delights+Daddy.m4v (OBSCENE) | ✓ | ✓ |
| 805A | Clip of US+Boy+Delights+Daddy.m4v (OBSCENE) | ✓ | ✓ |
| 805B | Storyboard of US+Boy+Delights+Daddy.m4v (OBSCENE) | ✓ | ✓ |
| 806 | File information  C. Ford, 10/21/21 | ✓ | ✓ |
| **900 Series** | | | |
| 901 | HP laptop (S/N: 5CH1262Y5Y) (BULK)  L. Calvillo, 10/20/21  C. Ford, 10/21/21 | ✓ | ✓ |
| 901A | Photos of HP laptop | | |
| 902 | [boy+man] young 9yo boy sucks dads cock he cums in his mouth.flv (OBSCENE) | ✓ | ✓ |
| 902A | Clip of [boy+man] young 9yo boy sucks dads cock he cums in his mouth.flv (OBSCENE) | ✓ C.Ford 10/21/21 | ✓ |
| 902B | Storyboard of [boy+man] young 9yo boy sucks dads cock he cums in his mouth.flv (OBSCENE) | ✓ | ✓ |
| 903 | ZackSanders_Resume.docx  C.Ford, 10/21/21 | ✓ | ✓ |
| 904 | File information  c.Ford 10/21/21 | ✓ | ✓ |
| **1000 Series** | | | |
| 1001 | Hard drive (BULK) | | |

11

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:     /s/
William G. Clayman
Special Assistant United States Attorney (LT)
Jay V. Prabhu
Seth M. Schlessinger
Assistant United States Attorneys
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: william.g.clayman@usdoj.gov
Email: jay.prabhu@usdoj.gov
Email: seth.schlessinger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) to counsel of record for the Defendants.

                                        Jessica D. Aber
                                      United States Attorney

By:       /s/
            William G. Clayman
            Special Assistant United States Attorney (LT)
            U.S. Attorney's Office
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Tel: 703-299-3700
            Fax: 703-299-3981
            Email: william.g.clayman@usdoj.gov