UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No.: 1:20-cr-00143 |
| ZACKARY ELLIS SANDERS, | |
| Defendant | |

**DEFENSE'S EXHIBIT LIST**

| DX | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | February 12th, 2020 Case Opening Documentation | | |
| 2 | February 12th, 2020 Case Opening Documentation | | |
| 3 | February 12th, 2020 List of Agents Executing Warrant | | |
| 4 | February 12th, 2020 Diagram of Sanders Family Home | | |
| 5 | February 12th, 2020 Interview of Zackary Ellis Sanders | ✓ | ✓ JObie 10/25/21 |
| 6 | March 13th, 2020 Highlight of Interview of Zackary Ellis Sanders | | |
| 7 | June 6th, 2020 Leads to Various Field Offices for Victim Interviews | | |
| 8 | June 19th, 2020 Interview of Greyson MacKinnon | | |
| 9 | Christopher A. Ford Curriculum Vitae | | |
| 10 | June 6th, 2020 Digital Evidence Analysis | | |
| 11 | January 31st, 2020 Spot Check of Sanders Family Home | | |
| 12 | February 3rd, 2020 Mail Check of Sanders Family Home | | |
| 13 | March 19th, 2020 Affidavit In Support of A Criminal Complaint and An Arrest Warrant | | |
| 14 | March 16th, 2020 Sexting Forum Postings | | |
| 15 | February 20th, 2020 GrayKey Progress Report for 1B27 iPhone | | |
| 16 | February 24th, 2020 1B19 GrayKey Worksheet | | |
| 17 | February 24th, 2020 GrayKey Progress Report for 1B19 iPad | | |
| 18 | February 25th, 2020 1B27 GrayKey Worksheet | | |
| 19 | February 25th, 2020 Collected Item Log | | |
| 20 | February 26th, 2020 File System Extraction | | |
| 21 | Daniel Iannotti Curriculum Vitae | | |

| | | | |
|---|---|---|---|
| 22 | May 11th, 2020 GrayKey Progress Report for 1B22 iPad | | |
| 23 | May 13th, 2020 1B22 GrayKey Worksheet | | |
| 24 | Andrew Kochy Curriculum Vitae | | |
| 25 | Interview of MV-3 | | |
| 26 | Interview of MV-4 | | |
| 27 | MV-2 | | |
| 28 | West Midlands Police Interview of MV-2 | | |
| 29 | Transcript of MV-4 Statements | | |
| 30 | Transcript of MV-4 | | |
| 31 | March 29th, 2021 Extraction Report for 1B22 iPad | | |
| 33 | Jencks of Christopher Ford | | |
| 34 | Grindr Messages with Mv-5 | | |
| 35 | Images of "G" Grindr Profile (MV-5) | | |
| 36 | Images of "Grey" Grindr Profile (MV-5) | | |
| 37 | Images of "Lost Messages" Grindr Profile (MV-5) | | |
| 38 | Images of "Owned" Grindr Profile (MV-5) | | |
| 39 | MV-5 and "AQC17" Recon Messages | | |
| 40 | MV-5 and "Dominate123" Recon Messages | | |
| 41 | MV-5 and "FratDom" Recon Messages | | |
| 42 | Images of "BottomSlaveLooking" Recon Profile | | |
| 43 | Images of "FFXCitySub" Recon Profile | | |
| 44 | Images of "FindingMyPlace" Recon Profile | | |
| 45 | Images of "Grey2019" Recon Profile | | |
| 46 | Images of "NewKinkster2018" Recon Profile | | |
| 47 | Images of "NewSubBoyLooking" Recon Profile | | |
| 48 | Images of "OwnedByDomBi" Recon Profile | | |
| 49 | Images of "OwnedSlave" Recon Profile | | |
| 50 | Images of "PupSlaveLooking" Recon Profile | | |
| 51 | Images of "SlaveGrey" Recon Profile | | |
| 52 | Images of "SubGrey00" Recon Profile | | |
| 53 | Images of "Vcusubboy" Recon Profile | | |
| 54 | Transcript of MV-5 Law Enforcement Interview | | |
| 55 | Images of Chats with MV-5 Regarding School Assignment | | |
| 56 | Images of Chats with MV-5 Regarding Termination of Relations | | |
| 57 | Images of Chats with MV-5 Referencing Cancer Battle | | |
| 58 | Images of Chats with MV-5 Referencing Getting Caught | | |
| 59 | Images of Chats to MV-5 Referencing Sexual Desires | | |
| 60 | Images of Chats to MV-5 Referencing Purchase of Holy Trainer | | |
| 61 | Images of Chats to MV-5 Referencing Acquisition of the Key | | |
| 62 | Images of Chats to MV-5 Referencing "Slave" Name | | |

| 63 | Images of Chats to MV-5 Referencing MV-5's Focus | | |
|---|---|---|---|
| 64 | Image of Snapchat from MV-5 of a Key | | |
| 65 | MV-5 Slave Contract | | |
| 66 | iMessage chat from iPhone with MV-5 | | |
| 67 | MV-1 Missing Person | | |
| 68 | Telegram chat from iPhone with MV-1 | | |
| 69 | MV-1 Recon | | |
| 70 | MV-1 Screenshot | | |
| 71 | MV-1 Chat Extract with Cartoons I | | |
| 72 | MV-1 Non-Contraband Chat with Thumbnails | | |
| 72A | MV-1 Excerpt of Chat | | |
| 73 | MV-1 Chat Extract with Cartoons II | | |
| 73A | Excerpt of MV-1 Chat Extract with Cartoons II | | |
| 74 | Photo 1 | | |
| 75 | Photo 2 | | |
| 76 | Photo 3 | | |
| 77 | Photo 4 | | |
| 78 | iMessage chat from iPhone with MV-3 | | |
| 79 | MV-3 Recon | | |
| 80 | MV-3 Photos at Pride | | |
| 81 | Chastity Cage Photo | | |
| 82 | MV-3 Mirror Photo 1 | | |
| 83 | Bikini Photos | | |
| 84 | Screenshot | | |
| 85 | Room Photos | | |
| 86 | Coursehero Screenshot | | |
| 87 | Scholarship Details | | |
| 88 | MV-3 Mirror Photo 2 | | |
| 89 | MV-3 Selfie | | |
| 90 | MV-3 Professional Photos | | |
| 91 | MV-3 Resume | | |
| 92 | Toilet Video | | |
| 93 | Room Video | | |
| 94 | Dildo Video | | |