IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Government, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00143-TSE-1 |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TRIAL EXHIBIT CERTIFICATE OF REVIEW**

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Government

10/26/21    9:25 am
Date and Time

_____
Counsel for Defendant

10/26/21  9:26 am
Date and Time

Alexandria, Virginia
October ____, 2021