Judge Ellis,

The Jury has reached a verdict.

FILED
IN OPEN COURT

OCT 27 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

10/27/21          12:30 pm

REDACTED