FILED
IN OPEN COURT

OCT 2 7 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES OF AMERICA,    )
                             )
v.                           )    **Criminal Action No. 1:20-cr-143**
                             )
ZACKARY ELLIS SANDERS,       )
        Defendant.           )

## VERDICT FORM

### COUNT ONE

With respect to Count One, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____        Guilty: __✓__

### COUNT TWO

With respect to Count Two, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____        Guilty: __✓__

### COUNT THREE

With respect to Count Three, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____        Guilty: __✓__

### COUNT FOUR

With respect to Count Four, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____        Guilty: __✓__

1

## COUNT FIVE

With respect to Count Five, production of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: __✓__

## COUNT SIX

With respect to Count Six, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: __✓__

## COUNT SEVEN

With respect to Count Seven, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: __✓__

## COUNT EIGHT

With respect to Count Eight, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: __✓__

## COUNT NINE

With respect to Count Nine, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: __✓__

## COUNT TEN

With respect to Count Ten, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: ___✓___

## COUNT ELEVEN

With respect to Count Eleven, receipt of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: ___✓___

## COUNT TWELVE

With respect to Count Twelve, possession of child pornography:

We, the jury, find the Defendant, ZACKARY ELLIS SANDERS:

Not Guilty: _____          Guilty: ___✓___

*If your verdict is not guilty as to Count Twelve, please do not answer the following question. If your verdict is guilty as to Count Twelve, please answer the following question.*

Did a visual depiction involved in the offense charged in Count Twelve involve a

prepubescent minor or a minor who had not attained 12 years of age?

No: _____          Yes: ___✓___

So say we all this 27th day of __October__ , 2021

REDACTED

3