# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Government, ) | |
| v. ) | No. 1:20-cr-00143-TSE |
| ZACKARY ELLIS SANDERS, ) | |
| Defendant. ) | |

## TRIAL EXHIBIT CUSTODY FORM

The physical evidence provided and admitted during trial on Tuesday, October 19, 2021 through Wednesday, October 27, 2021 are to be secured in the Clerk's Office and maintained until after sentencing if no appeal is filed, or until appeal is resolved.

- Defendant's White Exhibit Binder #1
- Government's White Exhibit Binder (505 through 1001)

PHYSICIAL EXHIBITS:

- Government's White Exhibit Binder (101 through 504A) (Paper and CD/DVD)
- Government's Black Exhibit Binder with Obscene Material (Paper and CD/DVD)

- Government Exhibit 401 (Apple iPad, Item: 1B19)
- Government Exhibit 402 (Apple iPad, Item: 1B22)
- Government Exhibit 403 (Apple iPhone, Item: 1B27)
- Government Exhibit 601 (4GB Sandisk Cruzer Edge thumb drive)
- Government Exhibit 701 (HP Elite Book 755 laptop with cord)
- Government Exhibit 801 (Lexar 32GB thumb drive)
- Government Exhibit 901 (HP laptop with cord)

/s/ T. Randall
Courtroom Deputy

Alexandria, Virginia
October 27, 2021