# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ZACKARY ELLIS SANDERS,<br><br>        Defendant. | Case No. 1:20-cr-00143<br>Honorable T.S. Ellis, III<br>Sentencing: March 4, 2022 |

## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTION FOR A NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33 AND/OR MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29 AND MEMORANDUM IN SUPPORT

Zackary Ellis Sanders, by and through counsel, respectfully submits this Motion for Enlargement of Time in Which to File Motion for a New Trial Under Federal Rule of Criminal Procedure 33 and/or a Motion for a Judgment of Acquittal Under Rule 29 and Memorandum in Support. In support of this motion, counsel respectfully submits as follows:

1. On October 26, 2021, Mr. Sanders was convicted after trial on twelve counts involving the production, receipt and possession of child pornography. Sentencing is scheduled for March 4, 2022.

2. Mr. Sanders has ordered trial transcripts, which he anticipates receiving towards the end of November or the beginning of December, 2021.

3. Under the fourteen days allotted under Rules 29 and 33, Mr. Sanders's motion(s) would be due on or about November 9, 2021.

4. By this motion, Mr. Sanders seeks 60 additional days to file any motion. The new due date would be January 9, 2022. This extension will allow Mr. Sanders and his counsel to

review the transcripts and fully investigate any issues that might necessitate a new trial or result in a judgment of acquittal. This is Mr. Sanders's first motion to continue the deadline for the filing of motions under Rule 33 or Rule 29.

**WHEREFORE**, the defendant respectfully submits that, for good cause shown, the Court should grant the instant motion and continue the deadline for any new trial motion and/or motion for a judgment of acquittal until January 9, 2022.

Respectfully submitted,

/s/
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

/s/
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

/s/
Mark J. Mahoney (admitted *pro hac vice*)
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Telephone: 716-853-3700
Facsimile: 716-853-3710

Email: mjm@harringtonmahoney.com

/s/
H. Louis Sirkin (*pro hac vice* pending)
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2021, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress

3