# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on defendant's motion for an extension of time to file post-trial motions. *See* Dkt. 543. On October 26, 2021, defendant was convicted after trial on twelve counts involving the production, receipt, and possession of child pornography. Under the fourteen-day time limit provided by Rules 29 and 33, Fed. R. Crim. P., defendant's motion for a judgment of acquittal and motion for a new trial would be due on November 9, 2021. Defendant notes, however, that defendant is unlikely to receive his trial transcripts until the end of November and requests a new deadline of January 9, 2022. Upon consideration of defendant's motion and for good cause shown, defendant's motion will be granted in part and denied in part. The new deadline for defendant to file Rule 29 and Rule 33 motions will be Monday, December 27, 2021. The new deadline will provide adequate time for the motions to be fully briefed ahead of sentencing, which is scheduled for March 4, 2022.

Accordingly,

It is hereby **ORDERED** that defendant's motion for an extension of time to file post-trial motions (Dkt. 543) is **GRANTED IN PART and DENIED IN PART**. Defendant will be given until **Monday, December 27, 2021 at 5:00 p.m.** to file post-trial motions under Rules 29 and 33.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 4, 2021

T. S. Ellis, III
United States District Judge