IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00143 |
| v. | The Honorable Judge Ellis |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

### EMERGENCY MOTION FOR AN ORDER REQUIRING ALEXANDRIA ADULT DETENTION CENTER TO PROVIDE MEDICAL TREATMENT

The defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court for entry of an Order requiring the Alexandria Adult Detention Center ("ADC") to provide immediate medical treatment. The grounds for this motion are set forth in the accompanying memorandum and attached exhibits, which are filed under seal in their entirety due to the inclusion of confidential medical information.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

_____/s/_____

Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

1

/s/
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C. 20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing and accompanying Proposed Order was served, via email, this 15th day of January, 2022, on all counsel of record.

/s/
Zackary Deubler