**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

UNITED STATES OF AMERICA,

v.

ZACKARY ELLIS SANDERS,

Defendant.

Case No. 1:20-cr-00143
The Honorable Judge Ellis

**MOTION TO SEAL DEFENDANT'S MEMORANDUM IN SUPPORT OF
EMERGENCY MOTION FOR ORDER REQUIRING ALEXANDRIA ADULT
DETENTION CENTER TO PROVIDE MEDICAL TREATMENT**

Defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to

Local Crim. R. 49 for entry of an Order permitting his Memorandum in Support of Emergency

Motion For Order Requiring Alexandria Adult Detention Center To Provide Medical Treatment

to be filed under seal. The grounds for the requested relief are set forth in the non-confidential

memorandum filed contemporaneously with this motion.

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

_/s/_____
Nina J. Ginsberg (#19472)
Zachary Deubler (#90669)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com
Email: zdeubler@dimuro.com

/s/
_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 15th day of January, 2022, on all counsel of record.

/s/
_____
Zachary Deubler