IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>Defendant. | Case No. 1:20-cr-00143<br>The Honorable Judge Ellis |

**[PROPOSED]
ORDER**

THIS MATTER comes before the Court on the Defendant's Motion to Seal the Memorandum in Support of Defendant's Emergency Motion For An Order Requiring Alexandria Adult Detention Center To Provide Medical Treatment ("Defendant's Memorandum").

It appears to the Court that the Defendant's Memorandum contains confidential medical information that the Defendant should not be required to disclose to the general public.

Therefore, based upon the filings of Defendant and the Court's finding that good cause has been shown, the Court **FINDS** and **ORDERS** that the defendant be allowed to file his Memorandum in Support under seal, and that an unredacted version shall be provided to the counsel of record for the Government and the Clerk of Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this day___ of January, 2022.

_____
T.S. Ellis, III, Judge