## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 01/15/2022                                    Before the Honorable: **T.S. ELLIS, III**

Time: 05:25 p.m. – 05:46 p.m. (00:21)               Case No.: 1:20-cr-00143-TSE-1

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS

| Counsel for Government | Counsel for Defendant |
|---|---|
| Jay Prabhu | Nina Ginsberg |
|  | Henry Sirkin |
| USMS |  |
| Sean McCaffrey |  |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:** PHONE HEARING ON EMERGENCY MOTION FOR AN ORDER REQUIRING ALEXANDRIA ADULT DETENTION CENTER TO PROVIDE MEDICAL TREATMENT FILED BY ZACKARY ELLIS SANDERS

- Defendant was not present for this hearing.
- Defense to submit doctor's declaration under oath by Thursday, January 20, 2022.
- Parties to reconvene for a phone hearing on Tuesday, January 18, 2022.
- Order to follow.
- Defendant remanded.