IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 1:20-cr-00143 |
| | : The Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS | : |
| Defendant. | : |

NOTICE OF APPEARANCE

THE CLERK will please enter the appearance of Christopher Amolsch in the above styled case.

Respectfully Submitted,

ZACKARY ELLIS SANDERS
By Counsel

/s/
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2022 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

/s/ Christopher Amolsch
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.22124 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders