IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Case No. 1:20-cr-00143 |
| | : | The Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS | : | |
| Defendant. | : | |

## MOTION TO CONTINUE SENTENCING

COMES NOW ZACKARY ELLIS SANDERS, Defendant in the above styled case, by and through Counsel, and respectfully moves this Court to continue the sentencing hearing currently set for March 4, 2022.

Mr. Sanders is requesting a continuance so that he may have sufficient time to adequately and effectively prepare for his sentencing hearing, preparation which necessarily includes meeting and consulting with his attorneys and consulting experts. As a result of the Alexandria Detention Center's COVID restrictions, which have been in place for many weeks (and remain in place), meeting and consulting with his attorneys and consulting experts has been all but impossible. Indeed, as of this writing, the Alexandria Detention Center remains essentially locked down and professional inmate visits- both virtual and in person- remain suspended. Undersigned Counsel has been unable to ascertain when, exactly, these restrictions will be eased to allow for these necessary and essential client meetings. Hence, the instant Motion.

Undersigned Counsel is also noticing a hearing on this Motion for January 28, 2022 at 9am so as to better provide the Court with an update and to address any concerns the Court may have regarding the instant Motion.

Respectfully Submitted,

ZACKARY ELLIS SANDERS
By Counsel

_____/s/_____
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders

CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of January, 2022 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

    /s/ Christopher Amolsch
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.22124 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders