IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 1:20-cr-00143 |
| | : The Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS | : |
| Defendant. | : |

NOTICE OF HEARING

THE CLERK will please place Mr. Sanders' Motion to Continue Sentencing on the docket for Friday January 28, 2022 or as soon thereafter as Counsel may be heard.

Respectfully Submitted,

ZACKARY ELLIS SANDERS
By Counsel

/s/
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2022 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

/s/ Christopher Amolsch
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.22124 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders