## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 01/28/2022  Before the Honorable: **T.S. ELLIS, III**

Time: 09:42 a.m. – 09:52 a.m. (00:10)  Case No.: 1:20-cr-00143-TSE-1

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS    X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| William Clayman | Nina Ginsberg |
| Seth Schlessinger | Christopher Amolsch |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:**    [ 567 ]   Motion to Continue Sentencing filed by Zackary Ellis Sanders

Argued and:

- [ 567 ]   Motion to Continue Sentencing – DENIED.  Court will proceed with the existing schedule.
- [ 570 ]   Motion -GRANTED IN PART.

[  ] Granted   [  ] Denied          [  ] Granted in part/Denied in part

[  ] Taken Under Advisement        [  ] Continued to

[  ]  Report and Recommendation to Follow

[ X ] Order to Follow

**Deft is:**
[ X ]  Remanded   [  ] Self Surrender  [  ] Cont'd on same terms and conditions of release    [  ] Custody