IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:20-cr-143 |
| | ) | |
| ZACKARY ELLIS SANDERS, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant's motion to continue sentencing (Dkt. 567). A hearing on that motion was held on January 28, 2022, and at that hearing counsel explained that defendant sought to continue sentencing so that defendant would have time to meet in person with experts before his sentencing. An Order issued (Dkt. 572) denied defendant's motion to continue sentencing and explained that defendant had ample time since his October 2021 conviction to prepare for his sentencing, which is scheduled to occur on March 4, 2022.

As a follow-up on its prior Order, the Court contacted Sean McCaffery, the Supervisory Deputy Marshal for the United States Marshals Service to expedite meetings between and his experts to prepare for sentencing. Deputy Marshal McCaffrey agreed to speak with officials at the Alexandria Detention Center (hereinafter "ADC") to ensure that defendant has opportunities to meet with his expert witnesses ahead of sentencing. Deputy Marshal McCaffery also confirmed that ADC had lifted its Covid-19 lockdown and that defendant's experts would be permitted to meet with defendant in person at ADC.

Counsel for defendant are directed to provide Deputy Marshal McCaffrey with the names of the experts with whom defendant wants to meet, so that Deputy Marshal McCaffrey can ensure ADC officials facilitate these meetings before defendant's sentencing. Defense counsel

are further directed to advise the defendant to be cooperative with ADC officials so that these meetings may proceed as quickly and productively as possible.

Accordingly,

It is hereby **ORDERED** that defense counsel are **DIRECTED** to provide Deputy Marshal McCaffrey with the names of the experts with whom defendant wants to meet to prepare for defendant's sentencing so that Deputy Marshal McCaffrey may provide those names to officials at ADC.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 2, 2022

T. S. Ellis, III
United States District Judge

2