IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Sentencing: March 4, 2022 |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

**ORDER GRANTING UNITED STATES' MOTION**
**TO SEAL MOTION FOR CLARIFICATION**

Upon consideration of the government's motion to seal its motion for clarification of permitted procedures, and pursuant to Local Rule of Criminal Procedure 49, it is hereby ORDERED and ADJUDGED that the government's motion is GRANTED, and the government's motion shall be SEALED, and remain under seal pending further Order of this Court.

Date: 02/03/2022

/s/
_____
T. S. Ellis, III
United States District Judge