IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Case No. 1:20-cr-00143 |
| | : | The Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS | : | |
| Defendant. | : | |

## PROPOSED ORDER

THIS CAUSE came on this _____ day of _____, 2022 upon Mr. Sanders' Motion To Reconsider Order Denying Mr. Sanders' Motion To Continue Sentencing; and

IT APPEARING that said Motion is proper and that good cause has been shown; it is therefore

ORDERED that the sentencing in this matter is continued until April 1, 2022 at 9am; and it is further

ORDERED that the Clerk shall notify counsel of the new date; and it is further

ORDERED that each party shall notify their own witnesses of this new date.

ENTERED this _____ day of _____, 2022.

_____
The Hon, T.S. Ellis III
Eastern District of Virginia

I ASK FOR THIS:

_____/s/_____
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders