IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 1:20-cr-143 |
| ) | |
| ZACKARY ELLIS SANDERS, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant's motion for reconsideration regarding defendant's prior motion to continue his sentencing. *See* Dkt. 579. Defendant argues that a rise in Covid-19 cases and subsequent lockdown procedures at the Alexandria Detention Center prevented defendant from consulting with his expert witnesses to prepare for sentencing. Defendant cites these delays and seeks to postpone his sentencing for four weeks so that his experts may prepare. The government opposes defendant's motion, noting correctly that defendant has had four months since his conviction to prepare for sentencing. Upon consideration of defendant's motion, the motion will be granted, and defendant's sentencing will be continued until Friday, April 1, 2022 at 10:00 a.m. Given the ample time defendant has had to prepare for his sentencing, no further continuances will be granted.

Accordingly,

It is hereby **ORDERED** that defendant's motion for reconsideration regarding defendant's prior motion to continue his sentencing (Dkt. 579) is **GRANTED** and the sentencing scheduled for March 4, 2022 is **POSTPONED** until **Friday, April 1, 2022 at 10:00 a.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 22, 2022

T. S. Ellis, III
United States District Judge