IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

**AMENDED ORDER**

A prior Order issued February 22, 2022 postponed defendant's sentencing in this matter from March 4, 2022 to April 1, 2022 at 10:00 a.m. However, the Court is scheduled to begin a jury trial in a different case on March 29, 2022, and that trial is likely to continue into April 1, 2022. To accommodate the trial in that other matter, the sentencing in this case will begin at 8:00 a.m. on April 1, instead of at 10:00 a.m. as previously scheduled.

Accordingly,

It is hereby **ORDERED** that the sentencing scheduled for April 1, 2022 at 10:00 a.m. is **RESCHEDULED** to **Friday, April 1, 2022 at 8:00 a.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 23, 2022

/s/
T. S. Ellis, III
United States District Judge