IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Sentencing: April 1, 2022 |
| Defendant. | |

**MOTION FOR NEW TRIAL AND TO RECONSIDER
MOTIONS TO COMPEL AND MOTIONS TO SUPPRESS**

Zackary Ellis Sanders, by and through undersigned counsel, respectfully moves the Court to order a new trial in this case under Federal Rule of Criminal Procedure 33. Mr. Sanders further respectfully moves the Court to grant Mr. Sanders's previously filed Motions to Compel, order a hearing pursuant to *Franks v. Delaware,* 438 U.S. 154 (1978), and suppress all evidence obtained pursuant to the invalid search warrant because it was not supported by probable cause and was based on an affidavit containing numerous and material false and misleading statements and omissions.[1]

---

[1] This motion renews and supplements Mr. Sanders's Motions to Compel (ECF No. 38, 255, 137, 335), Motion to Suppress Due to Lack of Probable Cause (Motion to Suppress No. 1) (ECF No. 81-82), Motion to Suppress Based on False and Misleading Material Information in Affidavit Paragraph 23 (Motion to Suppress No. 2) (ECF No. 85-86), Motion to Suppress Based on Materially Misleading Statements and Omissions Regarding Tor, the Target Website, and the Subject Premises (Motion to Suppress No. 3) (ECF No. 83-84), and Motion to Suppress Based on False and Misleading Material Information in Affidavit Paragraph 25 (Motion to Suppress No. 4) (ECF No. 90-91). Mr. Sanders also incorporates by reference the following prior pleadings and related exhibits: ECF No. 48, 58, 93, 109, 112, 140, 176, 241, 252, 253, 256, 354, 427, 467, 476, and 491.

Respectfully submitted,

<u>           /s/                         </u>
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

<u>           /s/                         </u>
Nina J. Ginsberg (#19472)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com

<u>           /s/                         </u>
H. Louis Sirkin  (admitted *pro hac vice*)
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2022, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress