# Exhibit 3

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 21-cv-1130

Total Deleted Page(s) = 3
Page 7 ~ OTHER - Sealed Pursuant to Court Order;
Page 10 ~ OTHER - Sealed Pursuant to Court Order;
Page 11 ~ OTHER - Sealed Pursuant to Court Order;

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

| | | |
|---|---|---|
| **Title:** (U//~~FOUO~~) Opening Communication Re [redacted] [redacted] | **Date:** 12/09/2019 | b6 -2<br>b7C -2 |
| **CC:** [redacted] | | b6 -1<br>b7C -1 |
| **From:** [redacted]<br>      **Contact:** [redacted] | | b6 -1<br>b7C -1<br>b7E -5 |
| **Approved By:** A/SSA [redacted] | | |
| **Drafted By:** [redacted] | | b6 -1<br>b7C -1 |
| **Case ID #:** [redacted]   (U//~~FOUO~~) [redacted] | | b6 -2<br>b7C -2<br>b7E -5 |
| **Synopsis:** (U//~~FOUO~~) [redacted]<br>[redacted] | | b6 -2<br>b7C -2<br>b7E -4,10 |
| **Reference:** [redacted] | | b7A -1<br>b7E -4,5 |

**Details:**

[redacted] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. [redacted] 18 (twinks) and younger [redacted]
[redacted]

[redacted]

b7A -1
b7E -4,5

b7A -1
b7E -4,5

UNCLASSIFIED//~~FOUO~~

FBI(21-cv-1130)-1595

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** Court Document - Court Document       **Date:** 12/15/2019

**Title:** (U//~~FOUO~~) [                              ]
                                            OTHER - Sealed Pursuant to Court Order
                                            b3 -1

**Approved By:** SSA [            ]                                        b6 -1
                                                                           b7C -1
**Drafted By:** [            ]

**Case ID #:** [          ]  (U//~~FOUO~~) [          ]                    b6 -2
                                                                           b7C -2
                                                                           b7E -5

**Synopsis:** (U//~~FOUO~~) [                              ]
                                            OTHER - Sealed Pursuant to Court Order
                                            b3 -1

♦♦

UNCLASSIFIED//~~FOUO~~

FBI(21-cv-1130)-1596