# Exhibit 17

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/24/2017

Preliminary investigation of a TOR Hidden Service known as [redacted] was conducted by SA [redacted]

b6 -1
b7A -1
b7C -1
b7E -4,5

b7A -1
b7E -4,5

*18 (twinks) and younger*

b7A -1
b7E -4,5

b7A -1
b7E -4,5

b7A -1
b7E -4,5

b7A -1
b7E -4,5

b7A -1
b7E -4,5

Investigation on  01/13/2017  at [redacted]  United States (In Person)

File # [redacted]                                    Date drafted  01/17/2017

by [redacted]

b6 -1
b7C -1
b7E -5

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(21-cv-1130)-503