# Exhibit 18

FD-340 (Rev. 4-11-03)

**File Number** _____                                 b7E -5

**Field Office Acquiring Evidence** _____

**Serial # of Originating Document** 4

**Date Received** 1/13/2017

**From** SA [ ]                                                         b6 -1
(Name of Contributor/Interviewee)                                       b7C -1

_____
(Address)

_____
(City and State)

**By** SA [ ]                                                           b6 -1
                                                                        b7C -1

To Be Returned  ☐ Yes   ☒ No
Receipt Given   ☐ Yes   ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                ☐ Yes   ☒ No
Federal Taxpayer Information (FTI)
                ☐ Yes   ☒ No

**Title:**

**Reference:** Preliminary Investigation of _____          b7E -4
(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of

1x CD containing screenshots

Warning: Obscene Material

OBSCENE MA[...]