Exhibit 23

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 21-cv-1130

Total Deleted Page(s) = 3
Page 7 ~ OTHER - Sealed Pursuant to Court Order;
Page 10 ~ OTHER - Sealed Pursuant to Court Order;
Page 11 ~ OTHER - Sealed Pursuant to Court Order;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X  Deleted Page(s)    X
X  No Duplication Fee X
X  For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

b7E -5

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//~~FOUO~~) Opening Communication Re [____]    **Date:** 11/29/2019    b6 -2
b7C -2

**CC:**

     b6 -1
b7C -1

**From:**      b6 -1
b7C -1
**Contact:**      b7E -5

**Approved By:** A/SSA      b6 -1
b7C -1

**Drafted By:**

**Case ID #:** [____]    (U//~~FOUO~~) [____]    b6 -2
b7C -2
b7E -5

**Synopsis:** (U//~~FOUO~~) [____]    b6 -2
b7C -2
b7E -4,10

**Details:**

[____] was an online bulletin board dedicated to the advertisement    b7A -1
b7E -4,5
and distribution of child pornography that operated from approximately
2016 to June 2019. [____]

18 (twinks) and younger [____]

b7A -1
b7E -4,5

UNCLASSIFIED//~~FOUO~~

b7E -5

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** Court Document - Court Document      **Date:** 12/15/2019

**Title:** (U//FOUO) ☐

                  OTHER - Sealed Pursuant to Court Order

**Approved By:** SSA ☐        b3 -1

                                          b6 -1

**Drafted By:** ☐                                    b7C -1

**Case ID #:** ☐      (U//FOUO) ☐          b6 -2
                                                                  b7C -2
                                                                    b7E -5

**Synopsis:** (U//FOUO) ☐

                  OTHER - Sealed Pursuant to Court Order
                  b3 -1

◆◆

UNCLASSIFIED//FOUO