# Exhibit 24

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 21-cv-1130

Total Deleted Page(s) = 3
Page 8 ~ OTHER - Sealed Pursuant to Court Order;
Page 19 ~ OTHER - Sealed Pursuant to Court Order;
Page 20 ~ OTHER - Sealed Pursuant to Court Order;

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

FD-1057 (Rev. 5-8-10)                                                                         b7E -5

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Opening communication                    **Date:** 12/12/2019

**From:** [redacted]                                                     b6 -1
                                                                         b7C -1
**Contact:** [redacted]                                                  b7E -1,5

**Approved By:** SSRA [redacted]                                         b6 -1
                                                                         b7C -1
**Drafted By:** [redacted]

**Case ID #:** [redacted]       (U) IP address [redacted]                b6 -2
                                                                         b7C -2
                                                                         b7D -1
                                                                         b7E -5

**Synopsis:** (U) To open captioned investigation

**Details:**

FBI [redacted] received information that on [redacted]                   b6 -2
[redacted] a user of IP address [redacted] accessed the TOR              b7A -1
website [redacted] which is an online bulletin board dedicated to the    b7C -2
advertisement and distribution of child pornography that operated from   b7D -1
approximately 2016 to June 2019.                                         b7E -4,5

[redacted]                                                               b7A -1
                                                                         b7E -4,5

**Target Site**

[redacted] was an online bulletin board dedicated to the advertisement   b7A -1
and distribution of child pornography that operated from approximately   b7E -4,5
2016 to June 2019. [redacted]

UNCLASSIFIED

b7E -5

UNCLASSIFIED

```
Title:  (U) Opening communication
Re:     [         ]  12/12/2019
```

b7E -5

[redacted]  b7A -1
18 (twinks) and younger [redacted]  b7E -4,5
[redacted]

[redacted]  b7A -1
                b7E -4,5

[redacted]  b7A -1
                b7E -4,5

[redacted]  b7A -1
                b7E -4,5

UNCLASSIFIED

2

FBI(21-cv-1130)-485

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** OTHER - Other                                    **Date:** 12/13/2019

**Title:** (U) [____]

OTHER - Sealed Pursuant to Court Order
b6 -2
b7C -2

**Approved By:** SSRA [____]

b6 -1
b7C -1

**Drafted By:** [____]

**Case ID #:** [____]     (U) IP address [____]

b6 -2
b7C -2
b7D -1
b7E -5

**INFORMATION UNDER COURT ORDER**

Disclosure of information herein is restricted by a court order. Consult with the assigned case agent or Assistant United States Attorney before disseminating the information within or outside the FBI.

OTHER - Sealed Pursuant to Court Order
b6 -1,2
b7C -1,2

**Synopsis:** (U) [____]

OTHER - Sealed Pursuant to Court Order

**Enclosure(s):** Enclosed are the following items:
[____]

♦♦

UNCLASSIFIED

FBI(21-cv-1130)-486