Exhibit 25

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Opening EC                                    **Date:** 03/12/2020

**From:**

      **Contact:**                                              b6 -1
                                                             b7C -1
                                                             b7E -1, 5

**Approved By:** SSRA

**Drafted By:**

**Case ID #:**                          (U)                   b6 -2
                                                             b7C -2
                                                             b7D -1
                                                             b7E -4,5

**Synopsis:** (U) To open and assign case to SA              b6 -1
                                                             b7C -1

  **Reference:**                                    b7A -1
                                                             b7E -4,5

**Administrative Notes:** (U) The [    ] USAO has been notified through FBI
Criminal Investigative Division (CID), Violent Crime Section (VCS), Child
Exploitation Operational Unit (CEOU)

**Details:**
Target Site

[    ] was an online bulletin board dedicated to the advertisement and distribution of child pornography that    b7A -1
operated from approximately 2016 to June 2019.                                                                  b7E -4,5
                                         18 (twinks) and younger

                                                                                                               b7A -1
                                                                                                               b7E -4,5

                                                                                                               b7A -1
                                                                                                               b7E -4,5

UNCLASSIFIED