# Exhibit 26

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

| | |
|---|---|
| Title: (U//FOUO) [redacted] | Date: 03/23/2020    b6 -2  b7C -2 |
| From: [redacted]  (A/SSRA [redacted])  Contact: [redacted] | b6 -1  b7C -1  b7E -1,5 |
| Approved By: SSA [redacted] | b6 -1  b7C -1 |
| Drafted By: [redacted] | |
| Case ID #: [redacted]   (U//FOUO) [redacted] | b6 -2  b7C -2  b7E -5 |

**CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION**

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

Synopsis: (U//FOUO) [redacted]   b6 -2  b7A -1  b7C -2  b7D -1  b7E -4,5

[redacted] an IP address of a user who accessed the site [redacted] The IP address was [redacted] and, according to publicly available information, was owned/operated by [redacted] An administrative subpoena was served to [redacted] and the returns resulted in [redacted] phone number [redacted] A open source database checks resulted in [redacted] and [redacted] aka [redacted] residing at the address for [redacted]

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) [redacted] criminal history reports
2. (U//FOUO) [redacted] criminal history reports

b6 -2
b7C -2

UNCLASSIFIED//~~FOUO~~

Title: (U//~~FOUO~~) [        ]                                           b6 -2
Re:    [        ]    03/23/2020                                           b7C -2
                                                                          b7E -5

**Details:**

                                                                          b6 -2
                                                                          b7A -1
                                                                          b7C -2
                                                                          b7D -1
                                                                          b7E -4,5

[        ] an IP address of a user who accessed the site [        ]

[        ] was an online bulletin board dedicated to the advertisement    b7A -1
and distribution of child pornography that operated from approximately    b7E -4,5
2016 to June 2019. [        ]
[        ]
18 (twinks) and younger [        ]
[        ]

   The IP address was [        ] and, according to publicly available     b6 -2
information, was owned/operated by [        ] An administrative subpoena  b7C -2
was served to [        ] and the returns resulted in [        ]           b7D -1
[        ] phone number [        ] A open                                 b7E -4,5
source database checks resulted in [        ] and [        ]
[        ] aka [        ] residing at the address for [        ]

   Law Enforcement database checks for [        ] resulted in [        ]  b6 -2
[        ] was located for [        ] and                                 b7C -2
is attached as a 1A package. [        ] is [        ]
[        ]
[        ]

♦♦

UNCLASSIFIED//~~FOUO~~

2