# Exhibit 27

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U) [redacted] - Opening                    Date: 04/06/2020       b6 -2
                                                                          b7C -2

From: [redacted]
                                                                          b6 -1
      Contact: [redacted]                                                 b7C -1
                                                                          b7E -1,5

Approved By: SSA [redacted]

Drafted By: [redacted]

Case ID #: [redacted]   (U) [redacted]                                    b6 -2
                                                                          b7C -2
                                                                          b7E -5

Synopsis:   (U) To open and assign this matter.

Reference: [redacted]                                                     b7A -1
                                                                          b7E -4,5

Details:
The referenced document provide information regarding [redacted]          b7A -1
[redacted]                                                                b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement and   b7A -1
distribution of child pornography that operated from approximately 2016      b7E -4,5
to June 2019. [redacted]
[redacted] 18
(twinks) and younger [redacted]

[redacted]

UNCLASSIFIED

FBI(21-cv-1130)-504