# Exhibit 28

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Case Opening                              **Date:** 10/19/2020

**From:** ⬚                                                                          b7E -5

      **Contact:** ⬚                                                      b6 -1
                                                        b7C -1

**Approved By:** SSA ⬚

**Drafted By:** ⬚

**Case ID #:** ⬚         (U) ⬚                                      b6 -2
                                                                             b7C -2
                                                                             b7E -5
Possession of Child Pornography.

**Synopsis:** (U) ⬚                                              b6 -1,2
                                                                             b7A -1
                                                                             b7C -1,2
                                                                             b7E -2,4,5,6

⬚ identified IP address ⬚ which accessed Tor hidden service site ⬚ is an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. Legal process returns identifies ⬚ is associated with IP address ⬚ identify ⬚ date of birth ⬚ date of birth ⬚ and ⬚ date of birth ⬚ as also possibly residing at the identified residence. On October 16, 2020 FBI SA ⬚ interviewed ⬚ at his residence of ⬚ and did not establish any evidence that he accessed a child pornography distrobution website. On October 16, 2020 FBI SA ⬚ interviewed ⬚ at his residence of ⬚ advised he accessed child pornography. SA ⬚ seized ⬚ cell

UNCLASSIFIED

FBI(21-cv-1130)-519

b7E -5

UNCLASSIFIED

Title:  (U) Case Opening
Re: [                    ] 10/19/2020

b6 -2
b7C -2
b7E -5

phone, [            ] and [                        ] desktop computer, Serial
Number: [            ]

b6 -2
b7C -2

**Details:**

b6 -2
b7A -1
b7C -2
b7E -2,4,5,6

[        ] identified IP address [            ] which accessed Tor hidden
service site [                    ] is an online bulletin
board dedicated to the advertisement and distribution of child
pornography that operated from approximately 2016 to June 2019. Legal
process returns identifies [                    ]
[                ] is associated with IP address [                ]
[        ] identify [            ] date of birth [                ]
date of birth [                ] and [            ] date of birth [            ]
[        ] as also possibly residing at the identified residence.

   On October 16, 2020 FBI SA [                ] interviewed [        ] at
his residence of [                        ] and
did not establish any evidence that he accessed a child pornography
distrobution website. On October 16, 2020 FBI [                ]
interviewed [            ] at his residence of [                    ]
[                    ] advised [                    ] SA
[        ] seized [                ] and his [                ] desktop
computer, Serial Number: [                ] SA [        ] seized these
electronic devices for further investigation.

b6 -1,2
b7C -1,2

UNCLASSIFIED

2

FBI(21-cv-1130)-520