# Exhibit 29

FD-1057 (Rev. 5-8-10)

b7E -5

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) Opening EC      Date: 12/26/2019

From: [redacted]

Contact: [redacted]     b6 -1 / b7C -1 / b7E -1,5

Approved By: SSA [redacted]

Drafted By: [redacted]

Case ID #: [redacted] (U) [redacted]
ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY;
TOR

b6 -2 / b7C -2 / b7E -5

Synopsis: (U) To open and assign case

Details:

[redacted]     b7A -1 / b7E -4,5

Target Site(s)

[redacted]     b7A -1 / b7E -4,5

UNCLASSIFIED

b7E -5

UNCLASSIFIED

Title:  (U) Opening EC
Re: [redacted] 12/26/2019

b7E -5

[redacted] b7A -1, b7E -4,5

[redacted] b7A -1, b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. [redacted]

[redacted]

18 (twinks) and younger [redacted]

[redacted]

b7A -1, b7E -4,5

[redacted] b7A -1, b7E -4,5

[redacted] b7A -1, b7E -4,5

UNCLASSIFIED

2

FBI(21-cv-1130)-493