# Exhibit 30

FD-1057 (Rev. 5-8-10)                                   UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Opening EC                               **Date:** 07/23/2020

**CC:** ▭                                                                            b6 -1
                                                                                     b7C -1

**From:** ▭                                                                          b6 -1
   **Contact:** ▭                                                     b7C -1
                                                                                     b7E -1,5

**Approved By:** SSA ▭

**Drafted By:** ▭

**Case ID #:** ▭    (U) ▭                                                  b6 -2
        Possessors of Child Pornography     b7C -2
                                                                                     b7E -5

**Synopsis:** (U) To open a ▭ investigation to determine if ▭                        b6 -2
operated on Tor services ▭                                                           b7A -1
                                                                                     b7C -2
                                                                                     b7E -4,5

**Reference:** ▭                                                                     b7A -1
                                                                                     b7E -4,5

**Details:**

▭                                                                                    b7A -1
                                                                                     b7E -4,5

<u>Priority Target Sites</u>

▭                                                                                    b7A -1
                                                                                     b7E -4,5

UNCLASSIFIED

FBI(21-cv-1130)-505

**UNCLASSIFIED**

Title:  (U) Opening EC
Re: [redacted]    07/23/2020

b7E -5

b7A -1
b7E -4,5

b7A -1
b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. [redacted]

18 (twinks) and younger [redacted]

b7A -1
b7E -4,5

b7A -1
b7E -4,5

**UNCLASSIFIED**

FBI(21-cv-1130)-506