# Exhibit 31

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) OPENING COMMUNICATION                    Date: 08/13/2020

From:  [redacted]                                           b6 -1
    Contact: [redacted]                 b7C -1
                                        b7E -1,5

Approved By: SSRA [redacted]

Drafted By: [redacted]

Case ID #: [redacted]   (U) [redacted]                      b6 -2
VCAC-POSSESSORS OF CHILD PORNOGRAPHY;                       b7C -2
VIOLENT CRIMES AGAINST CHILDREN                             b7E -5

Synopsis:   (U) To document the opening of the captioned investigation.

Details:

[redacted]                                                  b7A -1
                                                            b7E -4,5

[redacted]                                                  b7A -1
                                                            b7E -4,5,6

### Priority Target Sites

[redacted]                                                  b7A -1
                                                            b7E -4,5

UNCLASSIFIED

FBI(21-cv-1130)-478

UNCLASSIFIED

Title:  (U) OPENING COMMUNICATION
Re: ☐ 08/13/2020                                                            b7E -5

☐                                                                            b7A -1
                                                                             b7E -4,5

☐                                                                            b7A -1
                                                                             b7E -4,5

☐ was an online bulletin board dedicated to the advertisement                b7A -1
and distribution of child pornography that operated from approximately       b7E -4,5
2016 to June 2019. ☐
☐
18 (twinks) and younger ☐
☐

☐                                                                            b7A -1
                                                                             b7E -4,5

☐                                                                            b7A -1
                                                                             b7E -4,5