# Exhibit 32

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 21-cv-1130

Total Deleted Page(s) = 2
Page 13 ~ b6 - -1,2; b7C - -1,2; b7E - -4,5;
Page 30 ~ b6 - -2; b7A - -1; b7C - -2; b7E - -4,5;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title:  (U) OPENING COMMUNICATION                    Date:  08/21/2020

CC: [redacted]                                                           b6 -1
                                                                          b7C -1

From: [redacted]

Contact: [redacted]                                                       b6 -1
                                                                          b7C -1
                                                                          b7E -1,5

Approved By: SSA [redacted]

Drafted By: [redacted]

Case ID #: [redacted]          (U) UNSUB(S) - SUBJECT;                    b7E -5
                               CHILD PORNOGRAPHY

Synopsis:  (U) Opening communication to initiate a child pornography investigation based on lead information from the FBI's Child Exploitation Operational Unit.

Details:

[redacted]                                                                b7A -1
                                                                          b7E -4,5,6

#### Priority Target Sites

[redacted]                                                                b7A -1
                                                                          b7E -4,5

UNCLASSIFIED

FBI(21-cv-1130)-496

UNCLASSIFIED

Title:  (U) OPENING COMMUNICATION
Re:     ▢                08/21/2020                                      b7E -5

▢                                                                         b7A -1
                                                                          b7E -4,5

▢                                                                         b7A -1
                                                                          b7E -4,5

▢ was an online bulletin board dedicated to the advertisement             b7A -1
and distribution of child pornography that operated from approximately    b7E -4,5
2016 to June 2019. ▢
▢
18 (twinks) and younger ▢
▢

▢                                                                         b7A -1
                                                                          b7E -4,5

FD-1087a (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Collected Item Log

**Event Title:** (U) Items Seized Pursuant to Federal Search Warrant

**Date:** 09/09/2020

**Approved By:** SSA [redacted]  b6 -1, b7C -1

**Drafted By:** [redacted]

**Case ID #:** [redacted]   (U) UNSUB(S) - SUBJECT; CHILD PORNOGRAPHY   b7E -5

**Details:**

[redacted]   b7A -1, b7E -4,5,6

Priority Target Sites

[redacted]   b7A -1, b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019.   b7A -1, b7E -4,5

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title:   (U) Items Seized Pursuant to Federal Search Warrant
Re: [ ]  09/09/2020                                                              b7E -5

18 (twinks) and younger [ ]                                                      b7A -1
                                                                                 b7E -4,5

                                                                                 b7A -1
                                                                                 b7E -4,5

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
Import Form

**Form Type:** OTHER - Other                                **Date:** 12/17/2020

**Title:** (U) SEARCH WARRANT APPLICATION AND AFFIDAVIT

**Approved By:** SSA [ ]                                                                    b6 -1
                                                                                            b7C -1

**Drafted By:** [ ]

**Case ID #:** [ ]              (U) UNSUB(S) - SUBJECT;                                      b7E -5
                                CHILD PORNOGRAPHY

**Synopsis:**   (U) Search warrant application and affidavit for a search
warrant at [ ]                                                                               b6 -2
                                                                                             b7C -2

♦♦

UNCLASSIFIED

FBI(21-cv-1130)-500