# Exhibit 33

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title:  (U) OPENING COMMUNICATION                            Date:  08/28/2020

CC: [redacted]                                                                          b6 -1
                                                                                         b7C -1

From: [redacted]
                                                                                         b6 -1
        Contact: [redacted]                                                              b7C -1
                                                                                         b7E -1,5

Approved By: SSA [redacted]

Drafted By: [redacted]

Case ID #: [redacted]        (U) UNSUB(S) - SUBJECT;                    b7E -5
                             CHILD PORNOGRAPHY

Synopsis:  (U) Opening communication to initiate a child pornography investigation based on lead information from the FBI's Child Exploitation Operational Unit.

Details:

[redacted]                                                                              b7A -1
                                                                                         b7E -4,5

### Priority Target Sites

[redacted]                                                                              b7A -1
                                                                                         b7E -4,5

UNCLASSIFIED

FBI(21-cv-1130)-494

Title:  (U) OPENING COMMUNICATION
Re: [redacted] 08/28/2020

b7E -5

b7A -1
b7E -4,5

b7A -1
b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. [redacted]

18 (twinks) and younger

b7A -1
b7E -4,5

b7A -1
b7E -4,5