# Exhibit 34

FD-1057 (Rev. 5-8-10)

b7E -5

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) OPENING COMMUNICATION          Date: 09/14/2020

From:                                                                   b6 -1
                                                                        b7C -1
    Contact:                                        b7E -1,5

Approved By:  SSRA                                                      b6 -1
                                                                        b7C -1

Drafted By:

Case ID #:                (U) UNSUB(s);                                 b7E -5
                          VCAC-POSSESSORS OF CHILD PORNOGRAPHY;
                          VIOLENT CRIMES AGAINST CHILDREN

Synopsis:  (U) To document the opening of the captioned investigation.

Details:

[redacted]                                                              b7A -1
                                                                        b7E -4,5

[redacted]                                                              b7A -1
                                                                        b7E -4,5,6

<u>Priority Target Sites</u>

[redacted]                                                              b7A -1
                                                                        b7E -4,5

UNCLASSIFIED

FBI(21-cv-1130)-1733

Title:   (U) OPENING COMMUNICATION
Re:                        09/14/2020

b7E -5

[b7A -1, b7E -4,5]

[b7A -1, b7E -4,5]

[          ] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. [          ]

[          ] 18 (twinks) and younger [          ]

[b7A -1, b7E -4,5]

[b7A -1, b7E -4,5]

[b7A -1, b7E -4,5]