Exhibit 35

b7E -5

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Request to Open and Assign New 305A Case          **Date:** 09/15/2020

**From:**

       **Contact:**

b6 -1
b7C -1
b7E -1,5

**Approved By:** SSA

b6 -1
b7C -1

**Drafted By:**

**Case ID #:**          (U)

b6 -2
b7A -1
b7C -2
b7E -4,5

**Synopsis:** (U) Request to Open and Assign New 305A Case

b7A -1
b7E -4,5

**Details:**

b7A -1
b7E -4,5

b7A -1
b7E -4,5,6

Priority Target Sites

b7A -1
b7E -4,5

UNCLASSIFIED

b7E -5

UNCLASSIFIED

Title:  (U) Request to Open and Assign New 305A Case
Re: _____ 09/15/2020

b7E -5

b7A -1
b7E -4,5

b7A -1
b7E -4,5

_____ was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019.

b7A -1
b7E -4,5

18 (twinks) and younger

b7A -1
b7E -4,5

UNCLASSIFIED

FBI(21-cv-1130)-1713