# Exhibit 36

FD-1057 (Rev. 5-8-10)

b7E -5

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) OPENING COMMUNICATION     **Date:** 09/25/2020

**CC:** [redacted]     b6 -1, b7C -1

**From:** [redacted]
    **Contact:** [redacted]     b6 -1, b7C -1, b7E -1,5

**Approved By:** SSA [redacted]

**Drafted By:** [redacted]

**Case ID #:** [redacted] (U) [redacted] - SUBJECT; CHILD PORNOGRAPHY     b6 -2, b7C -2, b7E -5

**Synopsis:** (U) Opening communication to initiate a child pornography investigation based on lead information from the FBI's Child Exploitation Operational Unit.

**Details:**

[redacted]     b7A -1, b7E -4,5,6

### Priority Target Sites

[redacted]     b7A -1, b7E -4,5

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) OPENING COMMUNICATION
Re: [redacted] 09/25/2020

b7E -5

[redacted] b7A -1 b7E -4,5

[redacted] b7A -1 b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. [redacted]

18 (twinks) and younger [redacted]

b7A -1 b7E -4,5

[redacted] b7A -1 b7E -4,5

UNCLASSIFIED

2

FBI(21-cv-1130)-491