# Exhibit 37

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
**Electronic Communication**

Title:   (U) OPENING COMMUNICATION                              Date:  10/22/2020

From:   [redacted]
    Contact: [redacted]                                                             b6 -1
                                                                                                                       b7C -1
                                                                                                                      b7E -1,5

Approved By:  SSRA [redacted]

Drafted By:  [redacted]

Case ID #:  [redacted]          (U) UNSUB(s);                                    b7E -5
                                               VCAC-POSSESSORS OF CHILD PORNOGRAPHY;
                                               VIOLENT CRIMES AGAINST CHILDREN

Synopsis:   (U) To document the opening of the captioned investigation.

Details:

[redacted]                                                                          b7A -1
                                                                                                                           b7E -4,5

[redacted]                                                                          b7A -1
                                                                                                                           b7E -4,5,6

<u>Priority Target Sites</u>

[redacted]                                                                          b7A -1
                                                                                                                           b7E -4,5

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) OPENING COMMUNICATION
Re:  ☐                10/22/2020

**b7E -5**

**b7E -5**

☐  **b7A -1 / b7E -4,5**

☐  **b7A -1 / b7E -4,5**

☐ was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately 2016 to June 2019. ☐

☐ 18 (twinks) and younger ☐    **b7A -1 / b7E -4,5**

☐  **b7A -1 / b7E -4,5**

☐  **b7A -1 / b7E -4,5**

UNCLASSIFIED

2

FBI(21-cv-1130)-522