# Exhibit 38

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 21-cv-1130

Total Deleted Page(s) = 6
Page 24 ~ b6 - -2,6; b7A - -1; b7C - -2,6; b7D - -1; b7E - -4,5,10;
Page 25 ~ b6 - -2; b7A - -1; b7C - -2; b7D - -1; b7E - -4,5;
Page 36 ~ OTHER - Sealed Pursuant to Court Order;
Page 42 ~ OTHER - Sealed Pursuant to Court Order;
Page 95 ~ OTHER - Sealed Pursuant to Court Order;
Page 101 ~ OTHER - Sealed Pursuant to Court Order;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//<s>FOUO</s>

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:**  (U) Opening EC                                                              **Date:**  08/20/2020

**CC:**  [redacted]                                                                                          b6 -1
                                                                                                                                                b7C -1

**From:**  [redacted]                                                                                       b6 -1
        **Contact:**  [redacted]                                                                        b7C -1
                                                                                                                                           b7E -1,5

**Approved By:**  A/SSRA [redacted]

**Drafted By:**  [redacted]

**Case ID #:**  [redacted]   (U) [redacted]                                                                 b6 -2
                                                                                                                                    b7C -2
                               TRADERS-DISTRIBUTORS OF CHILD PORNOGRAPHY          b7E -5

**Synopsis:**  (U) To Open Case

**Enclosure(s):** Enclosed are the following items:
1. (U) DL Image
2. (U) [redacted]                                                                                           b6 -2
3. (U) [redacted] Vehicles                                                                                  b7C -2
4. (U) [redacted]                                                                                           b7E -4,5
5. (U) [redacted] DL Photo
6. (U) [redacted] Vehicles

**Details:**

    In an EC dated 06/20/2020, case [redacted]                                                         b7A -1
Division was notified about several IP addresses that have accessed                                          b7D -1
particular dark web sites that provide child pornography (CP). [redacted]                                    b7E -4,5

[redacted block]

UNCLASSIFIED//<s>FOUO</s>

UNCLASSIFIED//~~FOUO~~

Title:  (U) Opening EC
Re: [redacted]  08/20/2020                                                              b7E -5

[redacted]                                                                              b7A -1
                                                                                        b7D -1
                                                                                        b7E -4,5

[redacted]                                                                              b7A -1
                                                                                        b7E -4,5

[redacted] processed                                                                    b7A -1
these IP leads, and forwarded one to writer in [redacted] for further                   b7E -4,5,6
investigation. [redacted]
[redacted]

[redacted] the user of IP address [redacted]                                            b6 -2
accessed the site [redacted]                                                            b7C -2
                                                                                        b7D -1
                                                                                        b7E -4,5

[redacted] was an online bulletin board dedicated to the advertisement                  b7A -1
and distribution of child pornography that operated from approximately                  b7E -4,5
2016 to June 2019. [redacted]
[redacted]
18 (twinks) and younger [redacted]
[redacted]

[redacted]                                                                              b7A -1
                                                                                        b7E -4,5

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
Import Form

**Form Type:** Court Document - Court Document    **Date:** 09/09/2020
                                                  **OTHER - Sealed Pursuant to Court Order**

**Title:** (U) [redacted]

**Approved By:** SSRA [redacted]                   b6 -1
                                                   b7C -1

**Drafted By:** [redacted]

**Case ID #:** [redacted]    (U) [redacted]        b6 -2
                                                   b7C -2
              TRADERS-DISTRIBUTORS OF CHILD PORNOGRAPHY    b7E -5
              **OTHER - Sealed Pursuant to Court Order**
              b6 -2
              b7C -2

**Synopsis:** (U) To submit to file [redacted]

**Enclosure(s):** Enclosed are the following items: **OTHER - Sealed Pursuant to Court Order**

UNCLASSIFIED

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
**Import Form**

**Form Type:** Court Document - Court Document          **Date:** 01/28/2021

**Title:** (U) [redacted]

OTHER - Sealed Pursuant to Court Order
b6 -2
b7C -2

**Approved By:** SSRA [redacted]

b6 -1
b7C -1

**Drafted By:** [redacted]

**Case ID #:** [redacted]     (U) [redacted]

b6 -2
b7C -2
b7E -5

TRADERS-DISTRIBUTORS OF CHILD PORNOGRAPHY

OTHER - Sealed Pursuant to Court Order
b6 -1,2
b7C -1,2

**Synopsis:** (U) [redacted]

**Enclosure(s):** Enclosed are the following items: OTHER - Sealed Pursuant to Court Order

[redacted]

♦♦

UNCLASSIFIED

FBI(21-cv-1130)-514