# Exhibit 39

# Operation H

focused on stopping the spread of some of the most egregious and devastating examples of child exploitation material found on the internet to date. It is the largest operation of this kind, led out of New Zealand. It brought together national and international agencies including NZ Police, Customs, Europol, INTERPOL and the 5 Eyes.


**Te Tari Taiwhenua**
**Internal Affairs**

## Key Statistics

Statistics correct as of 01/03/2022

### Worldwide

**13** Countries

**17** Agencies

**836** Cases investigated

**146** Children safeguarded

### New Zealand 

The Department of Internal Affairs, along side NZ Police and Customs swiftly identified perpetrators, issued warrants and prosecuted New Zealand individuals that downloaded and spread the material.

**71** Suspects identified

**46** Arrested

**12** Investigation in progress

**6** Children safeguarded

### Internationally

New Zealand worked with multiple countries and agencies including our large international partners.

| Region | Cases investigated | Children safeguarded |
|---|---|---|
| New Zealand | 71 | 6 |
| Europe | 72 | 1 |
| United Kingdom | 450 | 79 |
| Canada | 47 | 12 |
| Australia | 156 | 44 |
| Singapore | 4 | - |
| United States of America | 36 | 4 |

## What happened

We acted quickly to identify key material, work with our partner agencies to quickly arrest perpetrators.


**Oct 2019**
**ESP uncovered over 90K users of child exploitation material** and DIA undertook extensive analysis of account information.


**Nov 2019 - Feb 2020**
**Operational planning commences** New Zealand continued to extensively assist our international partners for their investigations.


**Sep 2019**
**Investigation commenced** after receiving a report from an Electronic service Provider (ESP).


**Oct- Nov 2019**
**Government analysis completed** Domestic agencies begin their own investigations.


**Feb 2020 onwards**
**Government undertook warrants and prosecutions** DIA and NZ Police, along with intelligence assistance from NZ Customs Service, begin issuing warrants and prosecutions

       

# Operation H

focused on stopping the spread of some of the most egregious and devastating examples of child exploitation material found on the internet to date. It is the largest operation of this kind, led out of New Zealand. It brought together national and international agencies including NZ Police, Customs, Europol, INTERPOL and the 5 Eyes.


Te Tari Taiwhenua
Internal Affairs

## Internationally 

Statistics correct as of 01/03/2022

| Country | Region | Cases investigated | Children safeguarded |
|---|---|---|---|
| New Zealand | N/A | 71 | 6 |
| Czech Republic | N/A | 8 | - |
| Croatia | N/A | 19 | - |
| Greece | N/A | 3 | - |
| Hungary | N/A | 30 | 1 |
| Slovenia | N/A | 8 | - |
| Spain | N/A | 2 | - |
| Slovakia | N/A | 2 | - |
| United Kingdom | N/A | 450 | 79 |
| Canada | Prince Edward Island | 2 | - |
| | Ontario | 26 | 3 |
| | Nova Scotia | 3 | - |
| | Manitoba | 2 | - |
| | Saskatchewan | 1 | - |
| | Alberta | 3 | - |
| | British Columbia | 3 | 7 |
| | Quebec | 7 | 2 |
| Australia | Northern Territory | 2 | - |
| | New South Wales | 26 | 3 |
| | Victoria | 27 | 8 |
| | Australian Capital Territory | 5 | 5 |
| | Tasmania | 4 | 2 |
| | Queensland | 69 | 16 |
| | Western Australia | 8 | - |
| | South Australia | 15 | 10 |
| Singapore | N/A | 4 | - |
| United States of America | N/A | 36 | 4 |



# Operation H

focused on stopping the spread of some of the most egregious and devastating examples of child exploitation material found on the internet to date. It is the largest operation of this kind, led out of New Zealand. It brought together national and international agencies including NZ Police, Customs, Europol, INTERPOL and the 5 Eyes.


Te Tari Taiwhenua
Internal Affairs

## Countries that INTERPOL has engaged with

Countries correct as of 01/03/2022



Iceland, Belarus, Ukraine, Bosnia and Herzegovina, Moldova, Serbia, Kazakhstan, Mongolia, Vatican, Montenegro, Georgia, Kyrgyzstan, Albania, Armenia, Azerbaijan, Syria, Afghanistan, Korea, Japan, Morocco, Palestine, Israel, Pakistan, China, Jordan, Kuwait, Nepal, Mexico, Bahamas, Bahrain, Qatar, Bangladesh, Hong Kong, Cuba, Saudi Arabia, Laos, Guatemala, Dominican Republic, Costa Rica, Curacao, Panama, Nigeria, Somalia, Sri Lanka, Singapore, Guyana, Maldives, Indonesia, Papua New Guinea, Brazil, Angola, Bolivia, Mozambique, Vanuatu, Namibia, Reunion, Chile, Argentina







