## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the defendant's Motion for a New Trial and Motion to Reconsider Motions to Compel and Motions to Suppress. *See* Dkt. 585. Defendant is also scheduled to come before the Court on April 1, 2022 for sentencing on defendant's convictions for possession, receipt, and production of child pornography. In consideration of the upcoming sentencing in this matter, the government is directed to file its response to defendant's motion for a new trial no later than Friday, March 18, 2022 at 5:00 p.m.

Accordingly,

It is hereby **ORDERED** that the government should file its response to defendant's motion for a new trial no later than **Friday, March 18, 2022 at 5:00 p.m.**

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 15, 2022

/s/
T. S. Ellis, III
United States District Judge