IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Sentencing: April 1, 2022 |
| Defendant. | |

**[PROPOSED] SEALING ORDER**

This matter having come before the Court on the defendant's Motion to Seal filed pursuant to Local Criminal Rule 49(E).  Accordingly, for good cause shown, the Motion to Seal is granted.  Portions of the defendant's Notice of Filing and the entirety of Exhibits 1 and 2 shall be filed under seal.

It is so ORDERED.

_____

UNITED STATES DISTRICT COURT JUDGE

Date: _____

Alexandria, Virginia