# Exhibit 4

CONTINUATION PAGE/SUPPLEMENTARY

UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                  Case Number:  35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

## Investigation

Homeland Security Investigations (HSI), working with foreign law enforcement and the Child Exploitation Operational Unit within the FBI, is investigating individuals accessing Dark Web sites/forums dedicated to the sexual abuse and exploitation of children. Through this investigation, law enforcement has identified hundreds of sexual abuse/child exploitation leads across the country. HSI Boston is working in conjunction with other HSI offices and jurisdictions to pursue warrants and prosecution of every target identified.

## Target Website

The Target Website was an online bulletin board dedicated to the advertisement and distribution of child pornography that operated from approximately at least September, 2016, to June, 2019.  In June of 2019, the computer server hosting the TARGET WEBSITE, which was located outside of the United States, was seized by a foreign law enforcement agency.

A review of the initial Target Website page revealed it was a message board web page that contained a search bar and showcased two hyperlinks titled "Announcements" and "Important Information." Located below the title were hyperlinks including those entitled "Quick Links," "Home," "Board Index," "Login," and "Register." As of June, 2019, the website had over 820,000 members and over 81,000 postings.

Upon accessing the "Announcements" hyperlink of the Target Website, the following message was displayed in message board form, "Welcome, Please read before registering," which was dated July 1, 2016.  Upon accessing the aforementioned hyperlink, the message read, "Welcome abusers and abusees and those that enjoy watching. This website was created to host videos, photos and discussions of 18 (twinks) and younger of Hurtcore materials (videos & pictures) as well as discussion of such."  Based on my training and experience, I know that

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |
| | | 35-21-0016 | | |

35 - 21 - 0 0 1 6 - 001

UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                      Case Number:  35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

Hurtcore refers to violent pornography. The message continued, "PS Please register to see all the forums, and use strong password for user profile."

Upon accessing the "Register" link of the Target Website, it was revealed that users would complete "Username," "Password," "Confirm password," "Language" and "My timezone" fields, as well as a "Confirmation of Registration" code.  Upon entering the Target Website, sections and forums for posting to the website included "HURTCORE Toddlers Videos (Ages 0-5)," "Preteen/Hebe Children Videos (Ages 6-13)," "Teens Videos (Ages 14+)," "Toddlers Images (Ages 0-5)," "Preteen/Hebe Children Images (Ages 6-13)," and "Teens Images (Ages 14+)." Based on my training and experience, I know that "Hebe" is a reference to a "hebephile," which is a person with a persistent sexual interest in pubescent minor children.  Another forum was named "GORE/DEATH" which included sub-forms for "Toddlers (Ages 0-5)," "Preteen/Hebe Children (Ages 6-13)" and "Teens (Ages 14+)."  An additional section of the website called "The Team" listed the user names of two website "Administrators" and five "Global Moderators."  The Target Website also contained a private message feature that was available, allowing users to send private messages to each other.

On June 23, 2016, a website administrator posted a topic entitled "Board Rules" in the "Important Information" forum, which contained the following explanation of the website:  Rules are simple all material must be related to Hurtcore content. What is Hurtcore content? It is rape, fighting, wrestling, bondage, spanking, pain, mutilation, gore, dead bodies, and etc., (no limits). Why does this place exist? There was a need and since society thinks I am worse than any abuser or creator of Hurtcore content, I decided to create this place for those who like it and want to share. Besides I am the mischievous god. It is up to you to make this the best Hurtcore board there is. So please upload whatever you can so that it can be shared.

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35 - 21 - 0 0 1 6 - 002

Case:13:21-cr-0014311-TSEV DRBAN Doc 59-34-4 Filed:03/22/22 Page 4 of 16 PageID4: 3098

ORI: KYKSP3500                                        Case Number: 35-21-0016

Title of Investigation: Possess Matter Portraying Sexual Performance by Minor   Violation Code: 37272

A review of the "Toddlers Videos," "Preteen/Hebe Children," "Toddlers Images," and "Gore/Death" forums and subforums, as well as additional forums within the various above sections, revealed they contained numerous pages of topics.  Each topic contained a title, the author, the number of replies, the number of views, and the last post.  The last post section included the date and time of the post as well as the author.  Upon accessing a topic, the original post appeared at the top of the page, with any corresponding replies to the original post included in the thread below it.  Typical posts appeared to contain text, images, thumbnail previews of images, links to external sites with compressed files (such as ".rar"), or replies to previous posts.

A review of topics within these sections revealed numerous posts containing images and/or videos depicting child pornography and child erotica of prepubescent males, females, toddlers, and infants, including those depicting anal, vaginal, and oral penetration. Additionally, these sections revealed numerous posts containing images and/or videos depicting child pornography involving gore and sometimes death.  Examples of these are as follows:

On October 9, 2016, a website user posted a topic entitled "Fuck the newborn. Real fuck!" in the "Hurtcore/Toddlers Images/Girls" forum that contained nine images depicting child pornography and child erotica of a prepubescent female infant. One of these images depicted a naked female infant lying on her back with her legs spread apart and exposing her vagina, with a gloved adult finger inserted into her anus. A male's penis was pressed against her vagina with the head of the penis inserted into her mouth. A brown liquid substance, appearing to be the infant's feces, is seen smeared around her anus.

On November 5, 2016, a website user posted a topic entitled "BabyHee 1yo (one of full version)" in the "HurtCore/Toddlers Videos/Boys" forum that contained images depicting child pornography and torture of a prepubescent male, who was completely naked and tied down

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35 - 21 - 0016 - 003

CONTINUATION PAGE SUPPLEMENTARY
115
UNIFORM OFFENSE REPORT

ORI: KYKSP3500                                     Case Number: 35-21-0016

Title of Investigation: Possess Matter Portraying Sexual Performance by Minor    Violation Code: 37272

with rope on the side of a bathtub. Among other things, the images depicted an adult male defecating on the chest and urinating in the mouth of the prepubescent male.


## Evidence Related to Identification of Target that Accessed Target Website

I am aware that United States, as well as foreign, law enforcement agencies investigate anonymous offenders engaging in online child sexual exploitation via Tor hidden service websites such as the websites described herein.  Those websites are globally accessible. The websites and their users may, therefore, be located anywhere in the world.  Due to the anonymity provided by the Tor network, it can be difficult or impossible to determine, at the beginning of an investigation, where in the world a particular website or user is located. Accordingly, when a law enforcement agency obtains evidence that such a website or website user may be located in another country, it is common practice for that law enforcement agency to share information with a law enforcement agency in the country where the website is located or the offender appears to reside, in accordance with each country's laws.

In August, 2019, a foreign law enforcement agency (referenced herein as "FLA") known to the FBI and with a history of providing reliable, accurate information in the past, notified the FBI that FLA determined that on June 5, 2019, at 00:46:22 UTC, IP address 67.131.50.137, "…was used to access online child sexual abuse and exploitation material," via a website that the FLA named and described as the Target Website.   The FLA was able to identify the IP address, 67.131.50.137, utilizing FLA-established legal undercover methodologies and techniques.  FLA described the website as having, "…an explicit focus on the facilitation of sharing child abuse material (images, links and videos), emphasis on BDSM, hurtcore, gore and death-related material including that of children," stated that "[u]sers were required to create an account (user name and password) in order to access the majority of the material," and provided further documentation naming the website as the Target Website, which FLA referred to by its actual name.

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35 - 21 - 0 0 1 6 - 004

CON .NUATION PAGE/SUPPLEMENTAR

UNIFORM OFFENSE REPORT

ORI: KYKSP3500 Case Number: 35-21-0016

Title of Investigation: Possess Matter Portraying Sexual Performance by Minor   Violation Code: 37272

Several files depicting child sexual abuse were available on the Target Website when the user connected to IP address 67.131.50.137 and accessed the site. Descriptions for a sampling of the files[1] are set out as follows:

a. Video – baby anal encore – approximately 5 minutes and 52 seconds in length - The video starts with a finger fondling a little girl's (approximately 4-6 years old) vagina. The finger is then inserted into the vagina. At approximately the 1 minute and 32 second point of the video, the video switches to an erect adult penis being rubbed against and inserted into the child's vagina. She is lying on her back. At approximately the 1 minute 53 second point of the video, while the child is on her stomach, the adult male fondles her anus and then inserts his erect penis into her anus. At approximately the 4 minute and 35 second point of the video, the little girl is shown on her back with her legs spread, exposing her vagina, and an adult erect penis is being inserted into her anus.

b. Video – felixxx161314oub6yoanalrapedbytwoasstr.gif – The video is a looped/recurring video of approximately 5 seconds in length that shows a child, approximately 5-8 years of age, being anally penetrated by an adult male. At the end of the video, prior to the video being looped, the child attempts to move, and a second individual's hand is seen holding the child down.

c. Image – File Name 2010 5yo kait anal dildo – The image is a screen shot of a video clip. The image show an extension of wmv indicating a type of video file. The image is a collage of images taken from a video. The image has 6 columns and 5 rows of images (30 images total). The images show a little girl, approximately 4-6 years of age. The images show several clips of a dildo being inserted into the child's anus. Five

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35-21-0016-005

Case: 1:21-cr-00104-TSE Doc. #: 59-4 Filed: 03/22/22 Page: 7 of 16 Page ID#: 117

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                    Case Number: 35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

of the images show an adult male inserting his penis into the child's anus. One clip shows the child with her legs spread, exposing her vagina.

FLA is a national law enforcement agency of a country with an established rule of law. There is a long history of United States law enforcement sharing criminal investigative information with FLA and FLA sharing criminal investigative information with United States law enforcement across disciplines and including the investigation of crimes against children. FLA advised United States law enforcement that it obtained that information through independent investigation that was lawfully authorized in FLA's country pursuant to its national laws. FLA further advised United States law enforcement that FLA had not interfered with, accessed, searched or seized any data from any computer in the United States in order to obtain that IP address information. United States law enforcement personnel did not participate in the investigative work through which FLA identified the IP address information provided by FLA.

I am aware, through my training and experience and consultation with other United States law enforcement agents, that tips provided by FLA regarding IP addresses that FLA advised were associated with access to Tor network child exploitation-related web and chat sites have: (1) led to the identification and arrest of a United States-based child pornography producer and hands-on offender and the identification and rescue of multiple United States children subject to that offender's ongoing abuse; (2) led to the seizure of evidence of child pornography trafficking and possession; and (3) been determined through further investigation to be related to targets that United States law enforcement investigation had independently determined were associated with child pornography trafficking and possession.

As described herein, the Target Website could not generally be accessed through the traditional internet. Only a user who had installed the appropriate Tor software on the user's computer could access the "Target Website." Even after connecting to the Tor network,

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

**35-21-0016-006**

Case: 1:21-cr-00431-TSB Doc #: 59-24 Filed: 08/22/22 Page: 8 of 16 PAGEID #: 2

ORI: <u>KYKSP3500</u>                                                    Case Number:  35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

however, a user would have to find the 16- or 56-character web address of the TARGET WEBSITE in order to access it.  Hidden service websites on the Tor Network are not "indexed" by search engines—such as Google—to anywhere near the same degree as websites that operate on the open Internet.  Accordingly, it is much more difficult to perform a Google-type search of hidden service websites than it is to search open Internet websites for particular content of interest.  Users interested in accessing child exploitation material (or in advertising the child exploitation and pornography websites they operate), therefore, keep, maintain and use directory sites that advertise the web addresses of hidden services that contain child exploitation-related content.  Those directory sites also operate via the Tor network.  Users utilize those directory sites to identify new web forums, chat sites, image galleries and file hosts pertaining to the sexual exploitation of children.  Such directory sites often identify whether particular sites are then operating, whether child pornography imagery may be found there, and even what types of child pornography are accessible (i.e., boys, girls, or "hurtcore").  They also contain clickable hyperlinks to access those sites.  As with other hidden service websites, a user must find the 16- or 56-character web address for a directory website in order to access it.  While it operated, the web address for the website described herein was listed on one or more of such directory sites advertising hidden services dedicated to the sexual exploitation of children.

I am also aware, through consultation with FBI agents, that the review of detailed user data related to one Tor network-based child pornography website found that it was exceedingly rare for a registered website user to access that website and never return.  FBI review of user data from that website found that less than two hundredths of one percent of user accounts registered an account on the website, accessed a message thread on the website, and then never returned to the website and logged into the same account.

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35-21-0016-007

CONTINUATION PAGE SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP3500                                    Case Number: 35-21-0016

Title of Investigation: Possess Matter Portraying Sexual Performance by Minor   Violation Code: 37272

Accordingly, based on my training and experience and the information articulated herein, because accessing the Target Website required numerous affirmative steps by the user – to include downloading Tor software, accessing the Tor network, finding the web address for Target Website, and then connecting to Target Website via Tor – it is extremely unlikely that any user could simply stumble upon Target Website without understanding its purpose and content.

Accordingly, I submit that there is probable cause to believe that, for all of the reasons described herein, any user who accessed the Target Website has, at a minimum, knowingly accessed the Target Website with intent to view child pornography, or attempted to do so.

**Identification of Subject Premises**

According to publicly available information, IP address 67.131.50.137, which was used to access Target Website on June 5, 2019, was registered to Electric Plant Board of the city of Frankfort, Kentucky.

On November 26, 2019, a subpoena/summons was issued to Electric Plant Board of the city of Frankfort, Kentucky, in regard to the pertinent IP address. A review of the results obtained on November 27, 2019, identified the following account holder and address, which is the address of the Subject Premises:

- Subscriber Name: Edward Lewis
- Service Address: 216 Alexander Street, Frankfort, Kentucky
- Billing Address:  147 Meredith Avenue, Frankfort, Kentucky
- Start of Service: May 6, 2019
- End of Service: June 10, 2019
- Account IP: 67.131.50.137

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35 - 21 - 0 0 1 6 - 008

CONTINUATION PAGE/SUPPLEMENTAR
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                        Case Number: 35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

A search of a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, and other information was conducted for Edward Lewis.  These public records indicate that Lewis is the property owner of 216 Alexander Street, Frankfort, Kentucky, as well as 147 Meredith Avenue, Frankfort, Kentucky.

A database check with the Commonwealth of Kentucky on or about April 23, 2020, revealed that Lewis has an active Kentucky driver license with the address of 147 Meredith Avenue, Frankfort, Kentucky.

According to the Kentucky State Sex Offender Registry, Lewis was convicted in Franklin Circuit Court for Possession of Matter Portraying a Sexual Performance by a Minor (4 counts). He is required to register as a sex offender for the remainder of his life.  The Kentucky State Sex Offender Registry shows his status as compliant with an address of 147 Meredith Avenue, Frankfort, Kentucky.

**Knock-and-Talk**

Based on the aforementioned information, the decision was made to conduct a knock-and-talk.  On 02/25/2021, Special Agent Brian Minnick (HSI), Special Agent Brandon Even (HSI) and I went to 216 Alexander Street, Frankfort, Kentucky 40601, and attempted to make contact with Mr. Edward L. Lewis (DOB: ▮▮▮▮). A young lady answered the door and advised that, while Mr. Edward L. Lewis (DOB: ▮▮▮▮) did own the property, he lived at 147 Meredith Avenue, Frankfort, Kentucky 40601.

We went directly to 147 Meredith Avenue, Frankfort, Kentucky 40601. Mr. Edward L. Lewis (DOB: ▮▮▮▮) answered the door. I explained to him that we were there conducting a criminal investigation in reference to child sexual exploitation files. I advised him that he was not under arrest and could ask us to leave at any time. Mr. Edward L. Lewis (DOB: ▮▮▮▮)

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35-21-0016-009

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                                Case Number: 35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

advised he had been on the Dark Web but was not in possession of any child sexual exploitation. I asked if he would give consent to search, which he did (see attached KSP 023).

I called the Electronic Crime Branch and requested a forensic examiner. Forensic Examiner (FE) Jason Rollins, Unit 1618, responded and began a preview of a Samsung Galaxy Note 9, blue-in-color, no identifiers, and an HP Pavilion laptop computer, Model: 3165NGW, S/N: 5CD62235P. During the preview, FE Rollins found several file names that were indicative of child sexual exploitation. During the search it became apparent that Mr. Edward L. Lewis (DOB: ███████) had used his laptop to view images of child sexual exploitation. The search, based on consent, was stopped.

**Spoke to Mr. Edward L. Lewis (DOB: ███████)**

I asked Mr. Edward L. Lewis (DOB: ███████) to step outside to speak with me. I advised him it had become apparent that he had used his laptop to view images of child sexual exploitation and I was going to place him under arrest for that.   I read him a statement of his rights. He advised that he didn't want to waive his rights. The interview was terminated. This was recorded (see attached).

**Obtained Search Warrant**

On 02/25/2021, based on the aforementioned information, I petitioned Franklin County Court for a search warrant for **147 Meredith Avenue, Frankfort, Kentucky 40601.** The search warrant was granted.

**Personnel On-Scene**

- Sergeant Zack Morris, Unit 111
- Sergeant Josh Brashears, Unit 201
- Sergeant Craig Miller, Unit 169

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35-21-0016-010

CON..NUATION PAGE/SUPPLEMENTAR

UNIFORM OFFENSE REPORT

ORI: KYKSP3500                                              Case Number: 35-21-0016

Title of Investigation: Possess Matter Portraying Sexual Performance by Minor   Violation Code: 37272

- Detective Anthony Gatson, Unit 613
- Special Agent Brandon Even, HSI
- Special Agent Brian Minnick, HSI
- Forensic Examiner Jason Rollins, Unit 1618

## Target Address

147 Meredith Avenue, Frankfort, Kentucky 40601

## Suspect

Edward Lewis

## Video

15:46; Sergeant Brashears began taking exterior and interior video of the search scene

## Photographs

15:55; Sergeant Brashears began taking photographs of the search scene

## Labeling Rooms

16:04; Sergeant Brashears began labeling rooms inside the residence:

    A) Living Room

    B) Kitchen/Office

    C) First Bedroom on left down hallway

    D) Second Bedroom on left down hallway

    E) First Bedroom on right at the end of hallway

## Physical Search

16:20; Item A-1, Samsung Galaxy Note 9, blue-in-color, no identifiers

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

**35 - 21 - 0 0 1 6 - 011**

Case 3:21-cr-00042-TSE Document 99-4 Filed 03/22/22 Page 13 of 16 Page ID# 307

CONTINUATION PAGE/SUPPLEMENTARY
123
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                Case Number: 35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

- Located on coffee table next to laptop computer
- Powered on with passcode
- Cell phone was previously placed into airplane by FE Rollins

16:23; Item A-2, HP Pavilion laptop computer, Model: 3165NGW, S/N: 5CD62235P

- Located on coffee table AND powered on
- Logitech antenna connected in USB port on left side

16:29; Item B-3, SanDisk Cruzer 4GB flash drive, Identifying number: 6DCZ36-004G

- Located on top of desk to right of monitor underneath light

16:33; Item B-4, custom-built computer tower

- Located underneath desk to right of desk chair on floor
- Powered on
- HDMI connected to monitor on back with power cord on back
- On front, Logitech wireless adapter in USB port
- *Item was previewed and found to contain no contraband, per FE Rollins. Item was left on scene

16:36; Item A-5, ENFAIN 8GB flash drive S/N: 19222

- Located on top of end table between two recliners
- *Item was previewed and found to contain no contraband.  Item was left at the scene

16:42; Item D-6, SanDisk 32GB flash drive 3.0, Identifier: BM180126162B

- Located in second from top drawer on left of dresser drawers (long drawer)

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35 - 21 - 0 0 1 6 - 012

Case: 1:21-cr-00043-TSE-TEV-DB Doc #: 1-24 Filed: 03/22/22 Page 14 of 16 Page ID#: 124

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                                          Case Number:  35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

16:47; Item D-7, SanDisk Cruzer 16 GB flash drive, Identifier: SDOZ36-016G
- Located in black duffel bag inside left side pocket; bag was located underneath dresser drawers

16:52; Item D-8, Plug-To-Cam camera, ID#: C36694, LOGIN PASSWORD: 38023
- Located in second from top drawer on left of dresser drawers (long drawer)

16:54; Item D-9, black USB flash drive, no make, model or identifiers
- Located in black duffel bag inside left side pocket; bag was located underneath dresser drawers

16:59; Item D-10, Plug-To-Cam camera, ID#: C340159, LOGIN PASSWORD: 34004
- Located in top drawer of night stand on left side of bed.

17:01; Item D-11, Remington 870 12GA pump shotgun, S/N: RS13494K
- Located underneath bed on left side of bed
- Shotgun was unloaded; however, contained 5 shells on saddle
- 17:04 Post 12 Dispatch ran the serial number, which was CLEAR

17:07; Item C-12, Acer Aspire 5720Z series laptop, Model #: ICL50
- Located in top left drawer of TV stand/dresser
- Powered off with no connections

17:10; Item B-13, Toshiba 500GB hard drive, S/N: 58OPTJ7HT SRD HDKCB36MEA01 T
- Located in Ziploc bag on top of desk with USB cable

17:16; Item B-14, QNINE NVME enclosure with USB-C, no identifiers

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016

35 - 21 - 0016 - 013

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: <u>KYKSP3500</u>                                    Case Number:  35-21-0016

Title of Investigation: <u>Possess Matter Portraying Sexual Performance by Minor</u>   Violation Code: <u>37272</u>

- Located in Ziploc bag on top of desk with hard drive

17:18, Item B-15, SanDisk MicroSD card 512MB with adapter, ID#: 0727201699C
- Located inside plastic case on top of desk

## Exit Photographs

17:23; Sergeant Brashears began taking exit photographs of the search scene

## Scene Cleared

17:35; All units cleared the scene and released back to owner

STATUS OF CASE:          Open

ATTACHMENTS:          KSP 96
                               KSP 023

| Det. W. A. Gatson | 613 | 8 hours | 04/14/2021 | 201 |
|---|---|---|---|---|
| Officer Making Report | Badge No. | Time Spent | Date | Reviewed By |

35-21-0016
**35-21-0016-014**

# END OF REPORT