IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-143 |
| v. ) | |
| ) | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, ) | |
| ) | Sentencing: April 1, 2022 |
| *Defendant.* ) | |
| ) | |

**MOTION TO SEAL**
**POSITION OF THE UNITED STATES WITH RESPECT TO SENTECNING**

The United States of America, by and through its undersigned counsel and pursuant to Local Criminal Rule 49(C) and 49(E), moves to file under seal the government's unredacted position with respect to sentencing. An un-redacted copy of the filing will be delivered to the clerk's office with a copy of this motion and provided to opposing counsel. A proposed Order is attached for the consideration of the Court.

The government's position on sentencing contains information regarding the defendant's health, as well as material covered by the Protective Order in this matter. Sealing is necessary to safeguard the privacy of the defendant and this information. Counsel for the government has considered procedures other than redacting and sealing the unredacted version of the filing, and none will suffice to protect this information from disclosure.

The Court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests. *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Such sealing is within the discretion of this Court and may be granted for "any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317,

321 (4th Cir. 1986); *see also, Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

Accordingly, the United States requests that the government's unredacted position with respect to sentencing remain under seal until further order of the Court.

                                                  Respectfully submitted,

                                                  Jessica D. Aber
                                                  United States Attorney

Date: March 25, 2022              By:        /s/
                                                  William G. Clayman
                                                 Special Assistant United States Attorney (LT)
                                                 United States Attorney's Office
                                                 2100 Jamieson Avenue
                                                 Alexandria, Virginia 22314
                                                 Phone: 703-299-3700
                                                 Fax: 703-299-3981
                                                 Email: william.g.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
    William G. Clayman
    Special Assistant United States Attorney (LT)
    United States Attorney's Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: 703-299-3700
    Fax: 703-299-3981
    Email: william.g.clayman@usdoj.gov