**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Sentencing: April 1, 2022 |
| Defendant. | |

**MOTION FOR RETURN OF NON-CONTRABAND SEIZED**
**PROPERTY AND, ALTERNATIVELY, OBJECTION TO ENTRY OF**
**PRELIMINARY ORDER OF FORFEITURE**

Zackary Ellis Sanders, by counsel, moves this Honorable Court, pursuant to Fed. R.

Crim. Pro. 41(g), for entry of an Order directing the United States to preserve and return copies

of the non-contraband content of Mr. Sanders seized electronic devices.  Additionally, Mr.

Sanders objects to the entry of a preliminary forfeiture ordering the forfeiture of non-contraband,

personal and business digital data stored on the electronic devices named in the Forfeiture Notice

of the Indictment.

Mr. Sanders relies on the Memorandum in Support of this Motion filed herewith.

1

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

_____/s/_____
Nina J. Ginsberg (#19472)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com


_____/s/_____
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com


_____/s/_____
H. Louis Sirkin (admitted *pro hac vice*)
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com


_____/s/_____
Christopher Amolsch (#43800)
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
Email: chrisamolsch@yahoo.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2022, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

_____/s/_____
Nina J. Ginsberg