IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Criminal No. 1:20-CR-143 |
| ZACKARY ELLIS SANDERS, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on October 27, 2021, defendant Zackary Ellis Sanders was found guilty by a jury of all twelve counts of the Indictment, charging the defendant with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) & (e); Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1); and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2);

AND WHEREAS, the Court's jurisdiction is founded upon 18 U.S.C. §§ 2253(a)(1) and (a)(3);

AND WHEREAS, on March 28, 2022, and pursuant to 18 U.S.C. § 2253, the United States filed a Motion for Preliminary Order of Forfeiture requesting the forfeiture of the following devices:

(a) 1B1 - 4GB Sandisk Cruzer Edge thumb drive;

(b) 1B2 - HP Elite Book 755 laptop;

(c) 1B3 - Lexar 32GB thumb drive;

(e) 1B5 - HP laptop S/N: 5CH1262Y5Y;

(e) 1B6 - HP laptop S/N: CNF8255WH5;

(f) 1B19 - Apple iPad, S/N: DMPVGGCPHDDV;

(g) 1B22 - Apple iPad, S/N: DMPHM3K7DVGF;

(h) 1B24 - Apple iPad, FCC ID: BCG-E2430A; and

(i) 1B27 - Apple iPhone S/N; C39VJ0XDJCL6.

AND WHEREAS, the Court finds the government has established the requisite nexus between the property to be forfeited and the offenses of conviction as prescribed by Rule 32.2(b)(1)(A);

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3):

> **(a) 1B1 - 4GB Sandisk Cruzer Edge thumb drive;**
>
> **(b) 1B2 - HP Elite Book 755 laptop;**
>
> **(c) 1B3 - Lexar 32GB thumb drive;**
>
> **(d) 1B5 - HP laptop S/N: 5CH1262Y5Y;**
>
> **(e) 1B6 - HP laptop S/N: CNF8255WH5;**
>
> **(f) 1B19 - Apple iPad, S/N: DMPVGGCPHDDV;**
>
> **(g) 1B22 - Apple iPad, S/N: DMPHM3K7DVGF;**
>
> **(h) 1B24 - Apple iPad, FCC ID: BCG-E2430A; and**
>
> **(i) 1B27 - Apple iPhone S/N; C39VJ0XDJCL6.**

2. The government is hereby authorized to seize and take exclusive custody and control of the forfeited assets, which are hereby forfeited in their entirety, including any hardware, as well as any software or data contained on them.

3. Upon the seizure of any property, the government shall, to the extent practicable,

provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property.

5. Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property in accordance with law.

6. Pursuant to Rule 32.2(b)(4)(B), this order of forfeiture shall be included in the Judgment imposed in this case.

Dated this _____ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE

I Ask For This:

Jessica D. Aber
United States Attorney


By:     /s/ Annie Zanobini
        Annie Zanobini
        Assistant United States Attorney
        California State Bar No. 321324
        Attorney for the United States
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Office Number: 703/299-3700
        Facsimile Number: 703/299-3982
        Email Address: Annie.zanobini2@usdoj.gov

4