IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on motions by both parties to seal various filings in this matter, pursuant to Local Criminal Rule 49 (C) and 49(E). The parties seek to seal these materials to prevent disclosure of (i) private medical information, (ii) identifying information about the minor victims in this case, and (iii) other protected information. In consideration of the parties' motions, and for good cause shown, the defendant's privacy interest and the government's interest in protecting its sensitive information outweighs any competing interest in the public's right of access. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

Accordingly,

It is hereby **ORDERED** that the government's motion to seal the government's response in opposition to defendant's motion (Dkt. 458) is **GRANTED** and the government's response will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the defendant's motion to seal defendant's response in opposition to defendant's motion (Dkt. 503) is **GRANTED** and defendant's response will be **SEALED** until further Order of the Court.

1

It is further **ORDERED** that defendant's motion to seal defendant's memorandum in support of defendant's motion for reconsideration (Dkt. 519) is **GRANTED** and defendant's memorandum will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the defendant's motion to seal defendant's emergency motion for medical treatment (Dkt. 562) is **GRANTED** and defendant's motion will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the defendant's motion to seal defendant's memorandum in support of defendant's motion for a new trial (Dkt. 583) is **GRANTED** and defendant's memorandum and portions of accompanying exhibitions will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the defendant's motion to seal defendant's notice of filing (Dkt. 589) is **GRANTED** and defendant's notice, as well as the entirety of accompanying Exhibits 1 and 2, will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the defendant's motion to seal defendant's reply to the government's response to defendant's motion for a new trial (Dkt. 594) is **GRANTED** and defendant's reply will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the defendant's motion to seal defendant's Exhibit 7 to his notice of filing (Dkt. 597) is **GRANTED** and defendant's Exhibit 7 will be **SEALED** until further Order of the Court.

It is further **ORDERED** that the government's motion to seal the government's unredacted position with respect to sentencing (Dkt. 605) is **GRANTED** and the government's sentencing position will be **SEALED** until further Order of the Court.

The Clerk of Court is directed to send a copy of this Order to all parties of record.

Alexandria, Virginia
March 30, 2022

                                                               /s/
                                        T. S. Ellis, III
                                        United States District Judge