IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | Case No. 1:20-cr-00143 |
| v. | | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | | Sentencing: Apr. 1, 2022 |
| Defendant. | | |

**MOTION TO SEAL**

The defendant, Zackary Ellis Sanders, by counsel, moves this Honorable Court for entry of an Order permitting the defense to file under seal portions of Mr. Sanders's Third Supplement to his Motion for New Trial and to Reconsider Motions to Compel and Motions to Suppress. Mr. Sanders relies on the accompanying Memorandum as grounds for this motion.

Respectfully submitted,

       /s/
Jonathan Jeffress (#42884)
Jade Chong-Smith (admitted *pro hac vice*)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com
Email: jchong-smith@kaiserdillon.com

       /s/
Nina J. Ginsberg (#19472)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com

       /s/
H. Louis Sirkin (*pro hac vice* pending)
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2022, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress