IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on defendant's motion for a new trial, renewed motion to compel, and renewed motion to suppress (Dkt. 585). For the reasons stated in the Sealed Memorandum Opinion issued this same day, defendant's motion is **DENIED**.

It is further **ORDERED** that the parties are **DIRECTED** to meet and confer regarding what redactions, if any at all, are necessary to the Sealed Memorandum Opinion so that a public version may be filed. The parties are **DIRECTED** to submit any proposed redactions on or before **Friday, April 8, 2022.**

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia

March 31, 2022

/s/
T. S. Ellis, III
United States District Judge