# Exhibit 1

3/31/22, 6:41 PM  Norwegian newspaper reveals Australian police ran child porn site Childs Play for 11 months | News | DW | 08.10.2017

Case 1:20-cr-00143-TSE Document 617-1 Filed 03/31/22 Page 2 of 5 PageID# 13351


TOP STORIES

Advertisement

NEWS

# Norwegian newspaper reveals Australian police ran child porn site Childs Play for 11 months

Norway's biggest paper has revealed that Australian police secretly ran a major child pornography site. The paper discovered the sensitive operation during their own investigations of the darknet.

    



A Norwegian newspaper revealed in a major  English-language investigative piece published on Saturday that Australian police ran a popular child pornography darknet website for almost a year.

An IT expert investigating for Norwegian tabloid *Verdens Gang*, known as *VG*, discovered in January 2017 that the child abuse site called Childs Play  was being hosted by police in the state of Queensland. *VG* made the discovery by exploiting a vulnerability in the site's code to reveal its IP address.

*VG* reporters flew to the city of Brisbane to confront police on why they were hosting one of the world's major child abuse image-and-video-sharing sites. They were told details of the operation on condition they did not publish until police were ready.

It turned out police had been running the site since October 2016 after the site's Canadian administrator, known as WarHead, was arrested in the US state of Virginia.

Read more: [Europol, FBI arrest nearly 900 in crackdown on global pedophile ring](#)

## Running multiple sites

Police told *VG* they had been tracking WarHead, also known as Curiousvendetta, after discovering his true identity when he posted on a technical forum asking for help on code he was using on a separate child abuse site called Giftbox.

WarHead reportedly met up with Crazymonk, his co-administrator on the Giftbox site who was also being tracked by police, at a house in Virginia to rape a four-year-old girl on the invitation of a fellow forum user. That was when they were arrested by US police and handed over the keys to Childs Play.

Queensland's Argos Taskforce have built up a reputation for infiltrating and taking down child abuse websites and had been investigating the Giftbox site for some time. They also had a legal advantage over most Western police forces in their ability to commit offenses in pursuit of criminals. So the US Department of Homeland Security handed over the keys to the website to Argos, police told *VG*.

Argos reportedly took over the site and began impersonating WarHead, even posting abuse images until September 2017, when they quietly took the site down. The Norwegian outlet published soon afterwards. During this time police monitored communication on the site and altered code to unmask its users.

Read more: [Alphabay and Hansa darknet markets shut down after international police operation](#)

## More than one million accounts

Police told the Norwegian journalists that their control of the site and its database of more than one million users yielded information that led to children being rescued and abusers being locked up.

The taskforce was now in the process of sending cases to police around the world. Police told *VG* that they had a list of between 60 and 90 people on their target list.

Read more: [Police crack down on Norway's largest pedophile abuse network](#)

Police in another unnamed country were reported to have a list of nearly 900 to be arrested.

More than a dozen children were rescued by Canadian police, who also referred 100 cases to other countries, according to *VG*.

The two men, Canadian Benjamin Faulkner and American Patrick Falte, who met up to rape the four-year-old girl in Virginia and who were accused of running the sites Childs Play and Giftbox, were sentenced to life in prison for the Virginia abuse. Their involvement in the darknet sites was still to come before the courts.

*VG* has launched a documentary on Childs Play and an interactive website covering the story.

### YOU MIGHT ALSO LIKE

Smartfeed


**ADVERTISEMENT** Things That Only Exist in Japan…


**ADVERTISEMENT** XíRENA Camelia Floral Maxi Dress


**ADVERTISEMENT** Kate Spade Marti Small Bucket Bag,…

3/31/22, 6:41 PM
Norwegian newspaper reveals Australian police ran child porn site Childs Play for 11 months | News | DW | 08.10.2017
Case 1:20-cr-00143-TSE Document 617-1 Filed 03/31/22 Page 4 of 5 PageID# 13353




#### Wounded Russian soldiers fill Belarusian hospitals

Since the beginning of the war in Ukraine, dead and wounded Russian soldiers have been arriving in Belarus. Most officials and doctors refuse to talk…

#### Roman Abramovich was poisoned at peace talks — reports

Journalistic investigations have revealed that several negotiators, including Abramovich, suffered symptoms of a suspected poisoning. But both Russia and Ukrai…




#### Inner Wars - Women on the Frontline

Pro-Russian separatist uprisings began in eastern Ukraine in 2014. Since then, hundreds of women have joined the armed struggle. Only a few make it to the…

#### Oscars slap: Will Smith faces online backlash

The Oscar winner's slapping of Chris Rock at the Academy Awards has triggered heated debate on social media. Almost everyone agrees, however, that violen…





**ADVERTISEMENT** 'Gone with the Wind:' Facts You Didn't Know About the Film

**ADVERTISEMENT** XíRENA Camelia Floral Maxi Dress

**ADVERTISEMENT** Kate Spade Staci Dome Crossbody, Black




#### Prosecutor: Bankrupt Boris Becker withholding trophies

A London court has heard that Boris Becker is refusing to handover his tennis trophies in a bankruptcy case. Trustees attempting to secure his assets have allegedl…

#### The slap-in-the-face Oscars

A slap onstage overshadows the 94th Academy Awards. Sunday's gala, which was supposed to be a turning point in the history of the US film awards, ha…

**ADVERTISEMENT** We are selling off our remaining



**ADVERTISEMENT** Historic Figures Who Lived Long



**ADVERTISEMENT** Walmart Cameras Captured These

magic metal windmills. Gr…    Enough To Be Photographed    Hilarious Photos