IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 1:20-cr-00143 |
| | : The Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS | : |
| Defendant. | : |

OBJECTIONS TO THE SPECIAL CONDITIONS OF SUPERVISION

Mr. Sanders has directed Counsel to file the following objections to the Special Conditions of Supervision:

1. Special condition 6, "as I can't hold any job without using a computer. The Court did not mention this condition to me during the sentencing hearing."

    Also, as to access to minors in that same section, Mr. Sanders requests the following language be added: "unless supervised by a competent informed adult."

2. Special condition 9 because "this prevents me from accessing dating sites, gay social networking sites or any site related to the BDSM and gay leather communities."

3. As to the Court's recommendation to the Bureau of Prisons, Mr. Sanders would like this language modified as below:

    "The Court furthermore recommends that the defendant's medication, Kesimpta, be administered as prescribed by the defendant's doctor as well as immediate treatment with IV steroids (1g of solumedrol/methylprednisone) for 5 consecutive days, for episodes of Ocular Neuritis as prescribed by the defendant's doctor".

Respectfully Submitted,

ZACKARY ELLIS SANDERS
By Counsel

/s/
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

/s/ Christopher Amolsch
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.22124 (Phone)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Sanders