IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ZACKARY ELLIS SANDERS,<br><br>      Defendant. | Case No. 1:20-cr-00143<br><br>Honorable T.S. Ellis, III |

## ZACKARY ELLIS SANDERS'S NOTICE OF APPEAL

Notice is hereby given that Defendant Zackary Ellis Sanders appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment (Dkt. 621) entered against him in this action on April 1, 2022, and all decisions and orders subsidiary thereto and subsumed therein.

Dated: April 13, 2022      Respectfully submitted,

              /s/
            Jonathan Jeffress (#42884)
            Jade Chong-Smith (admitted *pro hac vice*)
            KaiserDillon PLLC
            1099 Fourteenth St., N.W.; 8th Floor—West
            Washington, D.C.  20005
            Telephone: (202) 683-6150
            Facsimile: (202) 280-1034
            Email: jjeffress@kaiserdillon.com
            Email: jchong-smith@kaiserdillon.com

                                                                                */s/*
_____
Nina J. Ginsberg (#19472)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com

                                                            */s/*
_____
H. Louis Sirkin (admitted *pro hac vice*)
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 721-0109
Email: hls@santenhughes.com
*Counsel for Defendant Zackary Ellis Sanders*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2022, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/* Jonathan Jeffress
Jonathan Jeffress