IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This child pornography prosecution is scheduled to come before the Court on April 22, 2022 for a hearing on defendant's objections to the government's forfeiture order. *See* Dkt. 607. The Court is unavailable on that date, and the hearing will therefore be continued until Thursday, April 28, 2022 at 1:00 p.m.

Accordingly,

It is hereby **ORDERED** that the hearing on defendant's objections to the government's forfeiture order is **CONTINUED** until **Thursday, April 28, 2022 at 1:00 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 13, 2022

/s/
T. S. Ellis, III
United States District Judge

1