**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
**1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA  23219-3517**
WWW.CA4.USCOURTS.GOV

| | |
|---|---|
| PATRICIA S. CONNOR<br>CLERK | TELEPHONE<br>(804) 916-2700 |

April 14, 2022

Fernando Galindo, Clerk
U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

        **Re:**   **US v Zackary Sanders**
              1:20-cr-00143-TSE

Dear Mr. Galindo:

Review of the district court docket discloses that the district court is considering a motion for new trial filed within 14 days of entry of judgment.  Under Fed. R. App. P. 4(b)(3), a notice of appeal filed after entry of judgment but before disposition of a timely motion for new trial becomes effective upon entry of an order disposing of the motion for new trial.

This court will treat the notice of appeal as filed as of the date the district court disposes of the motion for new trial and will docket the appeal following disposition of the motion.  Please notify this court upon entry of an order ruling on the motion for new trial.

                        Yours truly,

                        */s/ Taline Fischer*

cc:    Jonathan Stuart Jeffress, Esq.
        Christopher Bryan Amolsch, Esq.
        Emily Anne Voshell, Esq.

Nina J. Ginsberg, Esq.
Zachary Andrew Deubler, Esq.
Jay Prabhu, Esq.
William Clayman, Esq.
Annie Zanobini, Esq.
Seth Schlessinger, Esq.