IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the government's motion to redact portions of the transcript of the defendant's April 1, 2022 sentencing proceedings. Upon consideration of the government's motion, and for good cause shown, the government's motion (Dkt. 645) is GRANTED and the redaction proposed in the government's motion will be made to redact identifying information concerning one of the minor victims in this case.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 26, 2022

/s/
T. S. Ellis, III
United States District Judge