## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 04/29/2022

Time: 03:29 p.m. – 04:04 p.m. (00:35)
      04:22 p.m. – 04:44 p.m. (00:22)
      05:15 p.m. – 05:24 p.m. (00:09)
      (01:06)

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00143-TSE-1

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

v.

# ZACKARY ELLIS SANDERS     X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| Seth Schlessinger<br>Annie Zanobini | Nina Ginsberg |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:**     [ 607 ] Motion for Return of Non-Contraband Seized Property and, Alternatively, Objection to Entry of Preliminary Order of Forfeiture filed by Zackary Ellis Sanders
       [ 610 ] Motion for a Preliminary Order of Forfeiture and Response in Opposition to Defendant's Motion For Return of Property

Argued and:

[ ] Granted   [ ] Denied        [ ] Granted in part/Denied in part

[ X ] Taken Under Advisement     [ ] Continued to

[ ] Report and Recommendation to Follow

[ X ] Order to Follow

**Deft is:**
[ X ] Remanded   [ ] Self Surrender [ ] Cont'd on same terms and conditions of release   [ ] Custody