IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| **ZACKARY ELLIS SANDERS,** | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on a request from defendant's attorney for permission to provide defendant with a copy of the April 28, 2022 Sealed Order (Dkt. 649) concerning defendant's motion to reconsider the terms of defendant's supervised release. Defense counsel made this request by sending an email to the Courtroom Deputy—this form of communication is inappropriate. Defense counsel is reminded that if future requests are necessary, those requests should be made via a motion filed in this case's public docket.

Nonetheless, defense counsel's request will be granted. It is appropriate that the defendant be able to read a copy of the April 28, 2022 Sealed Order, and defense counsel is accordingly granted permission to provide his client with a copy of that Sealed Order.

Accordingly,

Defense counsel's request for permission to provide defendant with a copy of the April 28, 2022 Sealed Order (Dkt. 649) concerning defendant's motion to reconsider the terms of defendant's supervised release is **GRANTED**. Because the Sealed Order refers to defendant's confidential health information, defendant may wish to take steps to safeguard the confidentiality of that information.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 12, 2022

/s/
T. S. Ellis, III
United States District Judge