IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Closed case |
| Defendant. | |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

    Undersigned defense counsel respectfully moves this Honorable Court for the entry of an Order granting Jade Chong-Smith leave to withdraw her *pro hac* vice appearance as an attorney for Mr. Zackary Ellis Sanders. Pursuant to Local Criminal Rule 57.4, Jade Chong-Smith previously entered an appearance, *pro hac vice*, as an attorney for Mr. Sanders on July 9, 2020. Ms. Chong-Smith will no longer be employed at KaiserDillon PLLC as of May 20, 2022, and will no longer represent Mr. Sanders. I therefore move to withdraw her appearance as counsel in this matter. Undersigned counsel, along with co-counsel, will continue to represent Mr. Sanders.

    In light of the above, undersigned counsel respectfully moves the Court for the entry of an Order, a proposed copy of which is filed contemporaneously with this Motion, permitting Ms. Chong-Smith to withdraw her appearance of counsel for Mr. Sanders.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#42884)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com

*Counsel for Defendant Zackary Ellis Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2022, the foregoing was served electronically on the counsel of record through the US District Court for the Eastern District of Virginia Electronic Document Filing System (ECF) and the document is available on the ECF system.

*/s/ Jonathan Jeffress*
Jonathan Jeffress