IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Closed case |
| Defendant. | |

### ORDER GRANTING LEAVE TO WITHDRAW

This matter having come before the Court on defense counsel's Motion to Withdraw Appearance of Counsel ("Motion"). For all the reasons stated therein and for good cause shown, the Motion is GRANTED and it is hereby ORDERED that attorney Jade Chong-Smith is granted leave to withdraw.

It is so ORDERED.

May 18, 2022

Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge