IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:20-cr-00143 |
| v. | Honorable T.S. Ellis, III |
| ZACKARY ELLIS SANDERS, | Closed case |
| Defendant. | |

**ORDER**

This matter having come before the Court on defense counsel's Motion to Withdraw Appearance of Counsel ("Motion"). For all the reasons stated therein and for good cause shown, the Motion (Dkt. 657) is **GRANTED** and it is hereby **ORDERED** that attorney Emily Voshell is granted leave to withdraw.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

June 13, 2022

Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge