IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:20-cr-00143 |
| ZACKARY ELLIS SANDERS, | |
| Defendant. | |

**PROPOSED ORDER**

This matter having come on the defendant's Motion to Clarify Judgment Regarding Payment of Restitution and the Special Assessment Imposed Pursuant To 18 U.S.C. § 3014, making clear that the Judgment does not require that payment of restitution and payment of the special assessment is required during defendant's term of imprisonment; and

Good cause having been elucidated at the sentencing hearing and having been shown; it is hereby

ORDERED that the Judgment be and hereby is amended to clarify that Mr. Sanders is not required to pay restitution or the special assessment during his term of imprisonment, and that his obligation to pay restitution in the amount of $6,000, and a special assessment in the amount of $60,000 based on his future earnings ability begins 60 days after the date of his release from incarceration.

All other provisions of the Judgment (Dkt. 261) remain unchanged.

Dated:

_____
T.S. ELLIS, III, JUDGE