# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:20-cr-143 |
| | ) |
| ZACKARY ELLIS SANDERS, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on (i) the government's motion for a preliminary order of forfeiture (Dkt. 610) and (ii) Defendant's motion for return of non-contraband seized property (Dkt. 607).

For the reasons stated in the Memorandum Opinion issued this same day,

It is hereby **ORDERED** that the government's motion for a preliminary order of forfeiture (Dkt. 610) is **GRANTED**.

It is further **ORDERED** that Defendant's motion for return of non-contraband seized property (Dkt. 607) is **DENIED**.

The Clerk of the Court is directed to provide of this Order to all counsel of record.

Alexandria, VA
August 19, 2022

T. S. Ellis, III
United States District Judge