**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

UNITED STATES OF AMERICA,

v.

ZACKARY ELLIS SANDERS,

*Defendant*.

Case No. 1:20-cr-143

### NOTICE OF APPEAL

Notice is hereby given that ZACKARY ELLIS SANDERS, above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting the government's motion for a preliminary forfeiture order and denying the defendant's motion for return of non-contraband property, (Dkt. 661, 662), entered in this action on the 19th day of August 2022.

Date:  September 1, 2022

Respectfully submitted,

ZACKARY ELLIS SANDERS
By Counsel

_____/s/_____

Nina J. Ginsberg (#19472)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: nginsberg@dimuro.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

_____/s/_____

Nina J. Ginsberg, Esquire